# Table of Contents
# Complaint Exhibits

| Exhibit | Document |
|---|---|
| A | Mifepristone U.S. Post-Marketing Adverse Events Summary through 06/30/2022 |
| B | Center for Drug Evaluation & Research, Application No. 020687Orig1s020, Mifeprex Medical Review(s) |
| C | Approved Risk Evaluation and Mitigation Strategies (REMS) 2023 |
| D | FDA NDA 20-687 Approval Memo, Sept. 28, 2000 |
| E | Food and Drug Administration Approval and Oversight of the Drug Mifeprex |
| F | 2016 FDA Letter to Am. Ass'n of Pro-Life Obstetricians & Gynecologists, Christian Medical & Dental Associations, and Concerned Women for America denying 2002 Citizen Petition, Docket No. FDA-2002-P0364, Mar. 29, 2016 |
| G | FDA Final Risk Evaluation and Mitigation Strategy (REMS) Review, Oct. 10, 2013 |
| H | Letter from Society of Family Planning (SFP), *et al.*, to Stephen Ostroff, M.D., Robert M. Califf, M.D., & Janet Woodcock, M.D., Feb. 4, 2016 |
| I | Center for Drug Evaluation & Research, Application No: 020687Orig1s020, Cross Discipline Team Leader Review |
| J | U.S. Food & Drug Admin., Center for Drug Evaluation & Research, Application No. 020687Orig1s020, Mifeprex Summary Review, Mar. 29, 2016 |
| K | U.S. Food & Drug Admin., Center for Drug Evaluation & Research, Application No. 020687Orig1s020, Mifeprex Risk Assessment and Risk Mitigation Review(s): Letter from Janet Woodcock, M.D., Regarding NDA 020687, Mar. 28, 2016 |
| L | 2023 Risk Evaluation and Mitigation Strategy (REMS) Single Shared System for Mifepristone 200 mg |
| M | U.S. Food & Drug Admin., Full Prescribing Information for Mifeprex (Mifeprex Labeling) |
| N | U.S. Food & Drug Admin., Center for Drug Evaluation & Research, Application No. 020687Orig1s020, Mifeprex Risk Assessment and Risk Mitigation Review(s): REMS Modification Memorandum (Mar. 29, 2016) |

| Exhibit | Document |
|---|---|
| O | Mifepristone Prescriber Agreement Forms |
| P | Mifepristone Pharmacy Agreement Forms |
| Q | Mifepristone Patient Agreement Form |
| R | Mifepristone Medication Guide |
| S | U.S. Food & Drug Admin., Center for Drug Evaluation & Research, Letter from Patrizia Cavazzoni, M.D., Regarding Docket No. FDA-2022-P-2425, Jan. 3, 2023 |