ROBERT W. FERGUSON
Attorney General
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
   (application for admission forthcoming)
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., <br><br> Defendants. | NO. 1:23-cv-03026 <br><br> PLAINTIFF STATES' MOTION TO EXCEED PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION <br><br> 03/27/2023 <br> Without Oral Argument |

The Plaintiff States of Washington, Oregon, Arizona, Colorado, Connecticut, Delaware, Illinois, Nevada, New Mexico, Rhode Island, Vermont, and the Attorney General of Michigan (Plaintiff States) respectfully move, pursuant to Local Civil Rule 7(f)(5), to exceed the default page limits for their contemporaneously-filed Motion for Preliminary Injunction.

PLAINTIFF STATES' MOTION TO EXCEED PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    The Plaintiff States seek this relief because this is a critically important case of nationwide interest concerning access to abortion care. More than 22 years ago, the United States Food and Drug Administration approved mifepristone as part of a two-drug regimen to end an early pregnancy based on its thorough and comprehensive review of the scientific evidence. Since this regimen was approved in 2000, mifepristone has been used approximately 5.6 million times in the United States and is a safe and proven early abortion option. But FDA has continued to hamper access to this critical, time-sensitive drug by singling out mifepristone—and the people in the Plaintiff States who rely on it for their reproductive health care—for a unique set of restrictions known as a Risk Evaluation and Mitigation Strategy (REMS). The amended REMS for mifepristone, which went into effect on January 3, 2023, unduly burdens providers from prescribing, pharmacies from dispensing, and patients from accessing mifepristone. On February 23, 2023, the Plaintiff States filed a Complaint challenging the amended REMS as arbitrary and capricious and unconstitutional. The Plaintiff States now move for a preliminary injunction.

Excess page limitations. The Plaintiff States have good cause to exceed the 10-page limit set forth in the local rules. LCivR 7(f)(5), (f)(2); *see also Pac. Aerospace & Elecs., Inc. v. Taylor*, 295 F. Supp. 2d 1188, 1204 n.29 (E.D. Wash. 2003) ("Preliminary injunction motions often justify treatment as dispositive motions in determining the applicable rule for length of briefs."). While

PLAINTIFF STATES' MOTION TO EXCEED PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  Plaintiff States have attempted to be as concise as possible, the breadth and
2  complexity of this multi-state lawsuit has necessitated substantial briefing to
3  ensure the issues are adequately presented to the Court.

4  The amended REMS—and the underlying statutory and factual
5  background—is intricate and multi-faceted. Fully informing the Court of its
6  requirements and far-reaching implications required significant detail. Further,
7  the required showings of likelihood of success on the merits and irreparable harm
8  under Fed. R. Civ. P. 65 are complex, particularly in this factual and statutory
9  context. Adequately briefing the Court on these issues required the
10 Plaintiff States to provide detailed—and often highly technical—explanations as
11 to the role of mifepristone in reproductive health care, the statutory requirements
12 for FDA regulations, the scientific evidence before the FDA, and the impact of
13 the amended REMS on hospitals, clinics, pharmacies, and patients across the
14 nation. In addition, the Plaintiff States have filed declarations from a multitude
15 of fact and expert witnesses in support of their motion for preliminary injunction,
16 and incorporating this testimony required additional pages.

17 <u>Opposing party's position.</u> As of this date, no counsel for the Defendants
18 have appeared in this case. Consequently, the Plaintiff States are unable to state
19 the Defendants' position on this motion as required by LCivR 7(f)(5).

20 For the foregoing reasons, the Plaintiff States respectfully request that the
21 Court grant this motion and consider the Plaintiff States'
22

contemporaneously-filed Motion for Preliminary Injunction as filed. A proposed order is submitted herewith.

DATED this 24th day of February 2023.

    ROBERT W. FERGUSON
    Attorney General

    */s/ Kristin Beneski*
    NOAH GUZZO PURCELL, WSBA #43492
    Solicitor General
    KRISTIN BENESKI, WSBA #45478
    First Assistant Attorney General
    COLLEEN M. MELODY, WSBA #42275
    Civil Rights Division Chief
    ANDREW R.W. HUGHES, WSBA #49515
    LAURYN K. FRAAS, WSBA #53238
    Assistant Attorneys General
    TERA M. HEINTZ, WSBA #54921
      (application for admission forthcoming)
    Deputy Solicitor General
    800 Fifth Avenue, Suite 2000
    Seattle, WA 98104-3188
    (206) 464-7744
    *Attorneys for Plaintiff State of Washington*

    ELLEN F. ROSENBLUM
    Attorney General of Oregon

    */s/ Marc Hull*
    SANDER MARCUS HULL WSBA #35986
    Senior Assistant Attorney General
    YOUNGWOO JOH OSB #164105*
    Assistant Attorney General
    Trial Attorneys
    Tel (971) 673-1880
    Fax (971) 673-5000
    marcus.hull@doj.state.or.us
    youngwoo.joh@doj.state.or.us
    *Attorneys for State of Oregon*

PLAINTIFF STATES' MOTION TO EXCEED PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

*Application for pro hac vice admission forthcoming

KRIS MAYES
Attorney General of Arizona

/s/ Daniel C. Barr
Daniel C. Barr (Arizona No. 010149)*
Chief Deputy Attorney General
Office of the Attorney General of Arizona
2005 N. Central Ave.
Phoenix, AZ 85004-1592
Phone: (602) 542-8080
Email: Daniel.Barr@azag.gov
Attorney for Plaintiff State of Arizona

*Application for pro hac vice admission forthcoming

PHILIP J. WEISER
Attorney General of Colorado

/s/ Eric Olson
ERIC OLSON, CO #36414*
Solicitor General
MICHAEL MCMASTER, CO #42368*
Assistant Solicitor General
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
Attorneys for Plaintiff State of Colorado

*Applications for pro hac vice admission forthcoming

PLAINTIFF STATES' MOTION TO EXCEED PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

WILLIAM TONG
Attorney General of Connecticut

/s/ Joshua Perry
Joshua Perry*
Solicitor General
Office of the Connecticut Attorney General
165 Capitol Ave, Hartford, CT 06106
Joshua.perry@ct.gov
(860) 808-5372
Fax: (860) 808-5387
*Attorney for Plaintiff State of Connecticut*

*Application for pro hac vice admission forthcoming*

KATHLEEN JENNINGS
Attorney General of Delaware

/s/ Vanessa L. Kassab
VANESSA L. KASSAB*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
vanessa.kassab@delaware.gov
*Attorney for Plaintiff State of Delaware*

*Application for pro hac vice admission forthcoming*

KWAME RAOUL
Attorney General of Illinois

/s/ Liza Roberson-Young
Liza Roberson-Young*
Public Interest Counsel
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601

PLAINTIFF STATES' MOTION TO EXCEED PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Phone: (872) 272-0788
E.RobersonYoung@ilag.gov
*Attorney for Plaintiff State of Illinois*

\*Application for pro hac vice admission forthcoming*

DANA NESSEL
Attorney General of Michigan

*/s/ Stephanie M. Service*
Stephanie M. Service (P73305)*
Assistant Attorney General
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
ServiceS3@michigan.gov
*Attorney for Plaintiff Attorney General of Michigan*

\*Application for pro hac vice admission forthcoming*

AARON D. FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*
Heidi Parry Stern (Bar. No. 8873)*
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

\*Application for pro hac vice admission forthcoming*

PLAINTIFF STATES' MOTION TO EXCEED PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

RAÚL TORREZ
Attorney General of New Mexico

*/s/ Aletheia Allen*
Aletheia Allen*
Solicitor General
New Mexico Office of the Attorney General
201 Third St. NW, Suite 300
Albuquerque, NM 87102
AAllen@nmag.gov
*Attorney for Plaintiff State of New Mexico*

*\*Application for pro hac vice admission forthcoming*

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Julia C. Harvey*
JULIA C. HARVEY #10529*
Special Assistant Attorney General
150 S. Main Street
Providence, RI 02903
(401) 274-4400 x2103
*Attorney for Plaintiff State of Rhode Island*

*\*Application for pro hac vice admission forthcoming*

CHARITY R. CLARK
Attorney General of Vermont

*/s/ Eleanor L.P. Spottswood*
ELEANOR L.P. SPOTTSWOOD*
Solicitor General
109 State Street
Montpelier, VT 05609-1001
(802)793-1646
eleanor.spottswood@vermont.gov
*Attorney for Plaintiff State of Vermont*

PLAINTIFF STATES' MOTION TO EXCEED PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

*Application for pro hac vice admission forthcoming*

PLAINTIFF STATES' MOTION TO EXCEED PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## CERTIFICATE OF SERVICE

I hereby certify that on February 24th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service, and sent via electronic mail, the document to the following non-CM/ECF participants:

United States Food and Drug Administration
Chief Counsel, Food and Drug Administration
ATTENTION: LITIGATION
White Oak Building 31, Room 4544
10903 New Hampshire Ave., Silver Spring, MD 20993-0002
OC-OCC-FDA-Litigation-Mailbox@fda.hhs.gov

Robert M. Califf, Commissioner
Chief Counsel, Food and Drug Administration
ATTENTION: LITIGATION
White Oak Building 31, Room 4544
10903 New Hampshire Ave., Silver Spring, MD 20993-0002
OC-OCC-FDA-Litigation-Mailbox@fda.hhs.gov

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Department of Health and Human Services
c/o General Counsel
200 Independence Avenue, S.W.
Washington, D.C. 20201

PLAINTIFF STATES' MOTION TO EXCEED PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION

10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Xavier Becerra, Secretary
c/o General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

I hereby certify that I have caused the document to be served by hand-delivery to the following non-CM/ECF participants:

U.S. Attorney Vanessa R. Waldref
United States Attorney's Office
Eastern District of Washington
920 W. Riverside Avenue, Suite 340
Spokane, WA 99201

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 24th day of February 2023, at Seattle, Washington.

*/s/ Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General

PLAINTIFF STATES' MOTION TO EXCEED PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION

11

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744