1   ROBERT W. FERGUSON
    Attorney General
2   NOAH GUZZO PURCELL, WSBA #43492
    Solicitor General
3   KRISTIN BENESKI, WSBA #45478
    First Assistant Attorney General
4   COLLEEN M. MELODY, WSBA #42275
    Civil Rights Division Chief
5   ANDREW R.W. HUGHES, WSBA #49515
    LAURYN K. FRAAS, WSBA #53238
6   Assistant Attorneys General
    TERA M. HEINTZ, WSBA #54921
7     (application for admission forthcoming)
    Deputy Solicitor General
8   800 Fifth Avenue, Suite 2000
    Seattle, WA  98104-3188
9   (206) 464-7744

10              **UNITED STATES DISTRICT COURT**
            **EASTERN DISTRICT OF WASHINGTON**
11

12  STATE OF WASHINGTON, et al.,          NO. 1:23-cv-03026

13                    Plaintiffs,          ORDER GRANTING PLAINTIFF
                                           STATES' MOTION TO EXCEED
       v.                                  PAGE LIMITS FOR MOTION
14                                         FOR PRELIMINARY
                                           INJUNCTION
15  UNITED STATES FOOD AND
    DRUG ADMINISTRATION, et al.,           [PROPOSED]
16
                      Defendants.          03/27/2023
17                                         Without Oral Argument

18        This matter came before the Court on Plaintiff States' Motion to Exceed

19  Page Limits for Motion for Preliminary Injunction. The Court has considered

20  Plaintiff States' Motion and the entire record herein, and hereby GRANTS

21  Plaintiff States' Motion. It is hereby ordered as follows:

22

ORDER GRANTING PLAINTIFF            1
STATES' MOTION TO EXCEED

1          The Court shall consider Plaintiff States' Motion for Preliminary

2    Injunction as filed.

3          It is SO ORDERED.

4          ISSUED this _____ day of _____ 2023.

5

6                                     _____
                                      JUDGE/MAGISTRATE

7    Presented by:

8    ROBERT W. FERGUSON
     Attorney General
9
     */s/ Kristin Beneski*
10   _____
     NOAH GUZZO PURCELL, WSBA #43492
     Solicitor General
11   KRISTIN BENESKI, WSBA #45478
     First Assistant Attorney General
12   COLLEEN M. MELODY, WSBA #42275
     Civil Rights Division Chief
13   ANDREW R.W. HUGHES, WSBA #49515
     LAURYN K. FRAAS, WSBA #53238
14   Assistant Attorneys General
     TERA M. HEINTZ, WSBA #54921
15     (application for admission forthcoming)
     Deputy Solicitor General
16   800 Fifth Avenue, Suite 2000
     Seattle, WA  98104-3188
17   (206) 464-7744
     *Attorneys for Plaintiff State of Washington*
18

19

20

21

22

ORDER GRANTING PLAINTIFF                2          ATTORNEY GENERAL OF WASHINGTON
STATES' MOTION TO EXCEED                                    Complex Litigation Division
                                                          800 Fifth Avenue, Suite 2000
PAGE LIMITS [PROPOSED]                                       Seattle, WA  98104-3188
                                                                (206) 464-7744

1    ELLEN F. ROSENBLUM
     Attorney General of Oregon
2
     */s/ Marc Hull*
3    SANDER MARCUS HULL WSBA #35986
     Senior Assistant Attorney General
4    YOUNGWOO JOH OSB #164105*
     Assistant Attorney General
5    Trial Attorneys
     Tel (971) 673-1880
6    Fax (971) 673-5000
     marcus.hull@doj.state.or.us
7    youngwoo.joh@doj.state.or.us
     *Attorneys for State of Oregon*
8
     *Application for pro hac vice admission
9    forthcoming*

10

     KRIS MAYES
11   Attorney General of Arizona

12   */s/ Daniel C. Barr*
     Daniel C. Barr (Arizona No. 010149)*
13   Chief Deputy Attorney General
     Office of the Attorney General of Arizona
14   2005 N. Central Ave.
     Phoenix, AZ 85004-1592
15   Phone: (602) 542-8080
     Email: Daniel.Barr@azag.gov
16   *Attorney for Plaintiff State of Arizona*

17   *Application for pro hac vice admission
     forthcoming*
18

19   PHILIP J. WEISER
     Attorney General of Colorado
20
     */s/ Eric Olson*
21   ERIC OLSON, CO #36414*
     Solicitor General
22   MICHAEL MCMASTER, CO #42368*

ORDER GRANTING PLAINTIFF                    3
STATES' MOTION TO EXCEED
PAGE LIMITS [PROPOSED]

| | |
|---|---|
| 1 | Assistant Solicitor General |
| | Office of the Attorney General |
| 2 | Colorado Department of Law |
| | 1300 Broadway, 10th Floor |
| 3 | Denver, CO 80203 |
| | Phone: (720) 508-6000 |
| 4 | *Attorneys for Plaintiff State of Colorado* |
| 5 | *\*Applications for pro hac vice admission* |
| | *forthcoming* |
| 6 | |
| 7 | WILLIAM TONG |
| | Attorney General of Connecticut |
| 8 | |
| | */s/ Joshua Perry* |
| 9 | Joshua Perry* |
| | Solicitor General |
| 10 | Office of the Connecticut Attorney General |
| | 165 Capitol Ave, Hartford, CT 06106 |
| 11 | Joshua.perry@ct.gov |
| | (860) 808-5372 |
| 12 | Fax: (860) 808-5387 |
| | *Attorney for Plaintiff State of Connecticut* |
| 13 | |
| | *\*Application for pro hac vice admission* |
| 14 | *forthcoming* |
| 15 | |
| | KATHLEEN JENNINGS |
| 16 | Attorney General of Delaware |
| 17 | */s/ Vanessa L. Kassab* |
| | VANESSA L. KASSAB* |
| 18 | Deputy Attorney General |
| | Delaware Department of Justice |
| 19 | 820 N. French Street |
| | Wilmington, DE 19801 |
| 20 | 302-683-8899 |
| | vanessa.kassab@delaware.gov |
| 21 | *Attorney for Plaintiff State of Delaware* |
| 22 | *\*Application for pro hac vice admission* |

ORDER GRANTING PLAINTIFF
STATES' MOTION TO EXCEED
PAGE LIMITS [PROPOSED]

4

1   *forthcoming*

2

3   KWAME RAOUL
    Attorney General of Illinois

4   */s/ Liza Roberson-Young*
    Liza Roberson-Young*
5   Public Interest Counsel
    Office of the Illinois Attorney General
6   100 West Randolph Street
    Chicago, IL 60601
7   Phone: (872) 272-0788
    E.RobersonYoung@ilag.gov
8   *Attorney for Plaintiff State of Illinois*

9   *Application for pro hac vice admission
    forthcoming*
10

11  DANA NESSEL
    Attorney General of Michigan
12
    */s/ Stephanie M. Service*
13  Stephanie M. Service (P73305)*
    Assistant Attorney General
14  Michigan Department of Attorney General
    Health, Education & Family
15  Services Division
    P.O. Box 30758
16  Lansing, MI 48909
    (517) 335-7603
17  ServiceS3@michigan.gov
    *Attorney for Plaintiff Attorney General
18  of Michigan*

19  *Application for pro hac vice admission
    forthcoming*
20

21

22

ORDER GRANTING PLAINTIFF                5
STATES' MOTION TO EXCEED
PAGE LIMITS [PROPOSED]

1    AARON D. FORD
     Attorney General of Nevada
2
     */s/ Heidi Parry Stern*
3    Heidi Parry Stern (Bar. No. 8873)*
     Solicitor General
4    Office of the Nevada Attorney General
     555 E. Washington Ave., Ste. 3900
5    Las Vegas, NV 89101
     HStern@ag.nv.gov
6    *Attorney for Plaintiff State of Nevada*

7    **Application for pro hac vice admission
     forthcoming*
8

9    RAÚL TORREZ
     Attorney General of New Mexico
10
     */s/ Aletheia Allen*
11   Aletheia Allen*
     Solicitor General
12   New Mexico Office of the Attorney General
     201 Third St. NW, Suite 300
13   Albuquerque, NM 87102
     AAllen@nmag.gov
14   *Attorney for Plaintiff State of New Mexico*

15   **Application for pro hac vice admission
     forthcoming*
16

17   PETER F. NERONHA
     Attorney General of Rhode Island
18
     */s/ Julia C. Harvey*
19   JULIA C. HARVEY #10529*
     Special Assistant Attorney General
20   150 S. Main Street
     Providence, RI 02903
21   (401) 274-4400 x2103
     *Attorney for Plaintiff State of Rhode Island*

22

ORDER GRANTING PLAINTIFF                6
STATES' MOTION TO EXCEED
PAGE LIMITS [PROPOSED]

1    *Application for pro hac vice admission
     forthcoming

2

3    CHARITY R. CLARK
     Attorney General of Vermont
4    /s/ Eleanor L.P. Spottswood
     ELEANOR L.P. SPOTTSWOOD*
5    Solicitor General
     109 State Street
6    Montpelier, VT 05609-1001
     (802)793-1646
7    eleanor.spottswood@vermont.gov
     Attorney for Plaintiff State of Vermont
8    *Application for pro hac vice admission
     Forthcoming
9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING PLAINTIFF          7          ATTORNEY GENERAL OF WASHINGTON
STATES' MOTION TO EXCEED                           Complex Litigation Division
                                                    800 Fifth Avenue, Suite 2000
PAGE LIMITS [PROPOSED]                               Seattle, WA  98104-3188
                                                        (206) 464-7744