1   ROBERT W. FERGUSON
    Attorney General
2   NOAH GUZZO PURCELL, WSBA #43492
    Solicitor General
3   KRISTIN BENESKI, WSBA #45478
    First Assistant Attorney General
4   COLLEEN M. MELODY, WSBA #42275
    Civil Rights Division Chief
5   ANDREW R.W. HUGHES, WSBA #49515
    LAURYN K. FRAAS, WSBA #53238
6   Assistant Attorneys General
    TERA M. HEINTZ, WSBA #54921
7      (application for admission forthcoming)
    Deputy Solicitor General
8   800 Fifth Avenue, Suite 2000
    Seattle, WA 98104-3188
9   (206) 464-7744

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF OREGON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; ATTORNEY GENERAL OF MICHIGAN; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF RHODE ISLAND; and STATE OF VERMONT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, in his official capacity as Commissioner of Food and Drugs; UNITED STATES | NO. 1:23-cv-03026<br><br>ORDER GRANTING PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION<br><br>[PROPOSED]<br><br>03/27/2023<br>With Oral Argument at time and location to be determined by Court |

ORDER GRANTING PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED]

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services,

Defendants.

This matter came before the Court on Plaintiff States' Motion for Preliminary Injunction. The Court has considered all of the following:

1. Plaintiff States' Motion for Preliminary Injunction (ECF No. _____) with supporting declarations and exhibits;

2. Defendants' Response to Plaintiff States' Motion for Preliminary Injunction (ECF No. _____);

3. Plaintiff States' Reply in Support of Motion for Preliminary Injunction (ECF No. _____); and

4. The entire record in the above-captioned matter.

Being fully apprised of the matter, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Plaintiff States' Motion for Preliminary Injunction is hereby GRANTED.

The Court finds that the Plaintiff States have established a likelihood of success on the merits of their claims under the Administrative Procedure Act, that they would suffer irreparable harm absent preliminary injunctive relief, and that the balance of equities and the public interest weigh in favor of an injunction.

ORDER GRANTING PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED]

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1 | The Court, therefore, hereby GRANTS a preliminary injunction against the enforcement or application of the mifepristone Risk Evaluation and Mitigation Strategy (REMS). The Court further GRANTS a preliminary injunction enjoining Defendants from taking any action to remove mifepristone from the market or cause the drug to become less available. The Court finds that the available evidence demonstrates that mifepristone is extremely safe and effective for the termination of intrauterine pregnancies up to 70 days gestation. The restrictions imposed by the REMS, including the Elements to Assure Safe Use, are contrary to 21 U.S.C. § 355–1 and arbitrary and capricious. If the REMS were to continue to be in effect, or the FDA took any other action that limited the availability and use of mifepristone, it would irreparably harm the Plaintiff States, including by burdening Plaintiff State institutions and providers who provide abortion care and dispense mifepristone, imposing uncompensable financial costs on the Plaintiff States, and harming the health and well-being of Plaintiff State patients and providers.

Thus, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, the Food and Drug Administration, the Department of Health and Human Services, their officers, agents, servants, employees, and attorneys, and any person in active concert or participation with them, are hereby PRELIMINARILY ENJOINED from enforcing or applying the mifepristone Risk Evaluation and Mitigation Strategy and from taking any action, direct or indirect, to remove mifepristone

ORDER GRANTING PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED]

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

from the market or cause the drug to become less available, in any manner or in any respect, and shall preserve the status quo until further order of the Court.

No bond shall be required pursuant to Federal Rule of Civil Procedure 65(c).

It is SO ORDERED.

ISSUED this _____ day of _____ 2023.

_____
JUDGE/MAGISTRATE

Presented by:

ROBERT W. FERGUSON
Attorney General

*/s/ Kristin Beneski*
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
   (application for admission forthcoming)
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744
*Attorneys for Plaintiff State of Washington*

ORDER GRANTING PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED]

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | ELLEN F. ROSENBLUM<br>Attorney General of Oregon |
| 2 | |
| 3 | /s/ Marc Hull<br>SANDER MARCUS HULL WSBA #35986<br>Senior Assistant Attorney General |
| 4 | YOUNGWOO JOH OSB #164105*<br>Assistant Attorney General |
| 5 | Trial Attorneys<br>Tel (971) 673-1880 |
| 6 | Fax (971) 673-5000<br>marcus.hull@doj.state.or.us |
| 7 | youngwoo.joh@doj.state.or.us<br>Attorneys for State of Oregon |
| 8 | |
| 9 | *Application for pro hac vice admission forthcoming |
| 10 | |
| 11 | KRIS MAYES<br>Attorney General of Arizona |
| 12 | /s/ Daniel C. Barr<br>Daniel C. Barr (Arizona No. 010149)* |
| 13 | Chief Deputy Attorney General<br>Office of the Attorney General of Arizona |
| 14 | 2005 N. Central Ave.<br>Phoenix, AZ 85004-1592 |
| 15 | Phone: (602) 542-8080<br>Email: Daniel.Barr@azag.gov |
| 16 | Attorney for Plaintiff State of Arizona |
| 17 | *Application for pro hac vice admission forthcoming |
| 18 | |
| 19 | PHILIP J. WEISER<br>Attorney General of Colorado |
| 20 | |
| 21 | /s/ Eric Olson<br>ERIC OLSON, CO #36414*<br>Solicitor General |
| 22 | MICHAEL MCMASTER, CO #42368* |

ORDER GRANTING PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED]

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | Assistant Solicitor General |
|   | Office of the Attorney General |
| 2 | Colorado Department of Law |
|   | 1300 Broadway, 10th Floor |
| 3 | Denver, CO 80203 |
|   | Phone: (720) 508-6000 |
| 4 | *Attorneys for Plaintiff State of Colorado* |
| 5 | *\*Applications for pro hac vice admission forthcoming* |
| 6 | |
| 7 | WILLIAM TONG |
|   | Attorney General of Connecticut |
| 8 | |
|   | /s/ Joshua Perry |
| 9 | Joshua Perry* |
|   | Solicitor General |
| 10 | Office of the Connecticut Attorney General |
|    | 165 Capitol Ave, Hartford, CT 06106 |
| 11 | Joshua.perry@ct.gov |
|    | (860) 808-5372 |
| 12 | Fax: (860) 808-5387 |
|    | *Attorney for Plaintiff State of Connecticut* |
| 13 | |
|    | *\*Application for pro hac vice admission forthcoming* |
| 14 | |
| 15 | |
|    | KATHLEEN JENNINGS |
| 16 | Attorney General of Delaware |
| 17 | /s/ Vanessa L. Kassab |
|    | Vanessa L. Kassab* |
| 18 | Deputy Attorney General |
|    | Delaware Department of Justice |
| 19 | 820 N. French Street |
|    | Wilmington, DE 19801 |
| 20 | 302-683-8899 |
|    | vanessa.kassab@delaware.gov |
| 21 | *Attorney for Plaintiff State of Delaware* |
| 22 | *\*Application for pro hac vice admission* |

```
 1  forthcoming

 2
    KWAME RAOUL
 3  Attorney General of Illinois

 4  /s/ Liza Roberson-Young
    Liza Roberson-Young*
 5  Public Interest Counsel
    Office of the Illinois Attorney General
 6  100 West Randolph Street
    Chicago, IL 60601
 7  Phone: (872) 272-0788
    E.RobersonYoung@ilag.gov
 8  Attorney for Plaintiff State of Illinois

 9  *Application for pro hac vice admission
    forthcoming
10

11  DANA NESSEL
    Attorney General of Michigan
12
    /s/ Stephanie M. Service
13  Stephanie M. Service (P73305)*
    Assistant Attorney General
14  Michigan Department of Attorney General
    Health, Education & Family
15  Services Division
    P.O. Box 30758
16  Lansing, MI 48909
    (517) 335-7603
17  ServiceS3@michigan.gov
    Attorney for Plaintiff Attorney General
18  of Michigan

19  *Application for pro hac vice admission
    forthcoming
20

21

22
```

| | |
|---|---|
| 1 | AARON D. FORD<br>Attorney General of Nevada |
| 2 | |
| 3 | */s/ Heidi Parry Stern*<br>Heidi Parry Stern (Bar. No. 8873)*<br>Solicitor General |
| 4 | Office of the Nevada Attorney General<br>555 E. Washington Ave., Ste. 3900 |
| 5 | Las Vegas, NV 89101<br>HStern@ag.nv.gov |
| 6 | *Attorney for Plaintiff State of Nevada* |
| 7 | **Application for pro hac vice admission forthcoming* |
| 8 | |
| 9 | RAÚL TORREZ<br>Attorney General of New Mexico |
| 10 | |
| 11 | */s/ Aletheia Allen*<br>Aletheia Allen*<br>Solicitor General |
| 12 | New Mexico Office of the Attorney General<br>201 Third St. NW, Suite 300 |
| 13 | Albuquerque, NM 87102<br>AAllen@nmag.gov |
| 14 | *Attorney for Plaintiff State of New Mexico* |
| 15 | **Application for pro hac vice admission forthcoming* |
| 16 | |
| 17 | PETER F. NERONHA<br>Attorney General of Rhode Island |
| 18 | |
| 19 | */s/ Julia C. Harvey*<br>JULIA C. HARVEY #10529*<br>Special Assistant Attorney General |
| 20 | 150 S. Main Street<br>Providence, RI 02903 |
| 21 | (401) 274-4400 x2103<br>*Attorney for Plaintiff State of Rhode Island* |
| 22 | |

ORDER GRANTING PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED]

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

*Application for pro hac vice admission forthcoming

CHARITY R. CLARK
Attorney General of Vermont

/s/ Eleanor L.P. Spottswood
ELEANOR L.P. SPOTTSWOOD*
Solicitor General
109 State Street
Montpelier, VT 05609-1001
(802)793-1646
eleanor.spottswood@vermont.gov
Attorney for Plaintiff State of Vermont

*Application for pro hac vice admission Forthcoming

ORDER GRANTING PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED]

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744