1 | ROBERT W. FERGUSON
    Attorney General
2 | NOAH GUZZO PURCELL, WSBA #43492
    Solicitor General
3 | KRISTIN BENESKI, WSBA #45478
    First Assistant Attorney General
4 | COLLEEN M. MELODY, WSBA #42275
    Civil Rights Division Chief
5 | ANDREW R.W. HUGHES, WSBA #49515
    LAURYN K. FRAAS, WSBA #53238
6 | Assistant Attorneys General
    TERA M. HEINTZ, WSBA #54921
7 |   (application for admission forthcoming)
    Deputy Solicitor General
8 | 800 Fifth Avenue, Suite 2000
    Seattle, WA 98104-3188
9 | (206) 464-7744

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF OREGON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; ATTORNEY GENERAL OF MICHIGAN; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF RHODE ISLAND; and STATE OF VERMONT,<br><br>    Plaintiffs,<br><br> v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, in his official capacity as Commissioner of Food and Drugs; UNITED STATES | NO. 1:23-cv-03026<br><br>DECLARATIONS IN SUPPORT OF PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION<br><br>03/27/2023<br>With Oral Argument at time and location to be determined by Court |

DECLARATIONS IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION - 1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  DEPARTMENT OF HEALTH AND
   HUMAN SERVICES; and XAVIER
2  BECERRA, in his official capacity
   as Secretary of the Department of
3  Health and Human Services,

4         Defendants.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DECLARATIONS IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION - 2

## Table of Contents
### Declarations in Support of Plaintiffs' Motion for Preliminary Injunction

| Exhibit | Declarant |
|---|---|
| 1 | Declaration of Susan E. Birch |
| 2 | Declaration of Connie Cantrell |
| 3 | Declaration of Alyssa Colwill, M.D., M.C.R. |
| 4 | Declaration of Sumona DasGupta |
| 5 | Declaration of Paul Dillon |
| 6 | Declaration of Donald Downing R PH. |
| 7 | Declaration of Dr. Charissa Fotinos |
| 8 | Declaration of Emily M. Godfrey, M.D., M.P.H. |
| 9 | Declaration of Marji Gold, MD |
| 10 | Declaration of Cynthia Harris |
| 11 | Declaration of Sunday Henry, M.D., Gordon Hedenstrom, R.PH. and Joel Schwartzkopf |
| 12 | Declaration or Elizabeth Janiak, SCD, MSC, MA |
| 13 | Declaration of Judy Lazarus |
| 14 | Declaration of Mark D. Nichols, M.D. |
| 15 | Declaration of Sarah W. Prager, MD, MAS |
| 16 | Declaration of Brian Reed |
| 17 | Declaration of Samantha Rolland |
| 18 | Declaration of Grace Shih, MD, MAS |
| 19 | Declaration of Angad Singh, M.D. |

DECLARATIONS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION - 3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that on February 24th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service, and sent via electronic mail, the document to the following non-CM/ECF participants:

> United States Food and Drug Administration
> Chief Counsel, Food and Drug Administration
> ATTENTION: LITIGATION
> White Oak Building 31, Room 4544
> 10903 New Hampshire Ave., Silver Spring, MD 20993-0002
> OC-OCC-FDA-Litigation-Mailbox@fda.hhs.gov
>
> Robert M. Califf, Commissioner
> Chief Counsel, Food and Drug Administration
> ATTENTION: LITIGATION
> White Oak Building 31, Room 4544
> 10903 New Hampshire Ave., Silver Spring, MD 20993-0002
> OC-OCC-FDA-Litigation-Mailbox@fda.hhs.gov

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Department of Health and Human Services
> c/o General Counsel
> 200 Independence Avenue, S.W.
> Washington, D.C. 20201

DECLARATIONS IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION - 4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  Xavier Becerra, Secretary
   c/o General Counsel
2  Department of Health and Human Services
   200 Independence Avenue, S.W.
3  Washington, D.C. 20201

4      I hereby certify that I have caused the document to be served by
5  hand-delivery to the following non-CM/ECF participants:

6  U.S. Attorney Vanessa R. Waldref
   United States Attorney's Office
7  Eastern District of Washington
   920 W. Riverside Avenue, Suite 340
8  Spokane, WA 99201

9      I declare under penalty of perjury under the laws of the State of
10 Washington and the United States of America that the foregoing is true and
11 correct.

12     DATED this 24th day of February 2023, at Seattle, Washington.

13     */s/ Kristin Beneski*
   KRISTIN BENESKI, WSBA #45478
14 First Assistant Attorney General

DECLARATIONS IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION - 5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744