| | |
|---|---|
| 1 | ELLEN F. ROSENBLUM |
| | Attorney General |
| 2 | SANDER MARCUS HULL WSBA #35986 |
| | Senior Assistant Attorney General |
| 3 | YOUNGWOO JOH, OSB #164105* |
| | Assistant Attorney General |
| | Department of Justice |
| 4 | 100 SW Market Street |
| | Portland, OR 97201 |
| 5 | Telephone: (971) 673-1880 |
| | Fax: (971) 673-5000 |
| 6 | Email: marcus.hull@doj.state.or.us |
| | YoungWoo.Joh@doj.state.or.us |
| 7 | *Attorneys for State of Oregon* |

*Application for pro hac vice admission forthcoming*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| STATE OF WASHINGTON, et al., | NO. 1:23-cv-03026 |
|---|---|
| Plaintiff, | MOTION FOR LEAVE TO APPEAR PRO HAC VICE |
| v. | FEE: $200.00 |
| UNITED STATES FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, in his official capacity as Commissioner of Food and Drugs; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, | |
| Defendants. | |

Pursuant to LCivR 83.2(c) of the United States District Court for the Eastern District of Washington, Assistant Attorney General YoungWoo Joh

hereby moves for permission to appear and participate as counsel in the above-entitled action on behalf of the State of Oregon.

The particular need for my appearance and participation is: to ensure adequate representation of the interests of the State of Oregon.

I, YoungWoo Joh, understand that I am charged with knowing and complying with all applicable local rules.

I have been admitted to practice before the following courts on the following dates:

| Courts | Dates |
|---|---|
| Oregon Supreme Court | 9/29/2016 |
| U.S. Court of Appeals for the Ninth Circuit | 10/31/2019 |
| U.S. District Court for the District of Oregon | 3/9/2020 |
|  |  |

I have not been disbarred or formally censured by a court of record or by a state bar association and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: __2/24/2023__    Signature of Applicant: ___s/ YoungWoo Joh___

Pro Hac Vice Attorney
Applicant's Name:           YoungWoo Joh
Bar No./State Bar No.:      OSB#164105
Law Firm Name:              Oregon Department of Justice
Street Address:             100 SW Street
City, State, Zip:           Portland, OR 97201
Phone number:               (971) 673-1880
Primary Email:              youngwoo.joh@doj.state.or.us

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant YoungWoo Joh is unable to be present upon any date assigned by the court.

| | |
|---|---|
| DATE:  2/24/2023 | Signature of Local Counsel:/s/*Sander Marcus Hull* |
| Local Counsel's Name: | Sander Marcus Hull |
| Bar # / State Bar #: | WSBA # 35986 |
| Law Firm Name: | Oregon Department of Justice |
| Street Address: | 1162 Court St NE |
| City, State, Zip: | Salem, OR 97301 |
| Phone/Facsimile: | (971) 673-1880 |
| Primary Email: | marcus.hull@doj.state.or.us |

**Electronic Case Filing Agreement**

By submitting this form, the undersigned understands and agrees to the following:

    1.    The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

    2.    The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

    3.    If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the Court. Members of the Court's systems staff will assess the risk and advise you accordingly.

    4.    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil procedure 5(b)(2)(c), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

    5.    You will continue to access court information via the Eastern District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the Court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

    6.    By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

    *s/ YoungWoo Joh*                    2/24/2023
Signature                                      Date Signed

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this __24_ day of February, 2023, at Portland, Oregon.

/s/ *Jason L. Lohman*
JASON L. LOHMAN
Legal Secretary

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

5

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791