1  ROBERT W. FERGUSON
   Attorney General
2  NOAH GUZZO PURCELL, WSBA #43492
   Solicitor General
3  KRISTIN BENESKI, WSBA #45478
   First Assistant Attorney General
4  COLLEEN M. MELODY, WSBA #42275
   Civil Rights Division Chief
5  ANDREW R.W. HUGHES, WSBA #49515
   LAURYN K. FRAAS, WSBA #53238
6  Assistant Attorneys General
   TERA M. HEINTZ, WSBA #54921*
7      (*application for admission pending)
   Deputy Solicitor General
8  800 Fifth Avenue, Suite 2000
   Seattle, WA 98104-3188
9  (206) 464-7744

10
                    **UNITED STATES DISTRICT COURT**
11                  **EASTERN DISTRICT OF WASHINGTON**

12 | STATE OF WASHINGTON, et al.,    | NO. 1:23-cv-03026

13 |         Plaintiff,              | MOTION FOR LEAVE TO
                                       APPEAR PRO HAC VICE
14 |     v.
                                       FEE: $200.00
15 | UNITED STATES FOOD AND
     DRUG ADMINISTRATION, et al.,
16
   |         Defendants.
17

18     Pursuant to LCivR 83.2(c) of the United States District Court for the

19 Eastern District of Washington, Julia C. Harvey hereby moves for permission to

20 appear and participate as counsel in the above-entitled action on behalf of the

21 State of Rhode Island.

22

1    The particular need for my appearance and participation is: to ensure
2    adequate representation of the interests of the State of Rhode Island.

3    I, Julia C. Harvey, understand that I am charged with knowing and
4    complying with all applicable local rules.

5    I have been admitted to practice before the following courts on the
6    following dates:

| Courts | Dates |
|---|---|
| State of Rhode Island | 8/30/2022 |
| State of Massachusetts | 12/14/2021 |

10   I have not been disbarred or formally censured by a court of record or by
11   a state bar association and there are not disciplinary proceedings against me.

12   I declare under penalty of perjury that the foregoing is true and correct.

13   Date: <u>February 24, 2023</u>    Signature of Applicant: <u>/s/ Julia C. Harvey</u>

Pro Hac Vice Attorney
Applicant's Name:         Julia C. Harvey
Bar No./State Bar No.:    #10529
Law Firm Name:            Rhode Island Office of the Attorney General
Street Address:           150 S. Main Street
City, State, Zip:         Providence, RI 02903
Phone number:             401-274-4400 x2103
Primary Email:            jharvey@riag.ri.gov

MOTION FOR LEAVE TO APPEAR PRO HAC VICE
NO. 1:23-cv-03026

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Julia C. Harvey is unable to be present upon any date assigned by the court.

DATE: <u>02/24/23</u>     Signature of Local Counsel: <u>*/s/ Andrew R.W. Hughes*</u>
Local Counsel's Name:      ANDREW R.W. HUGHES
Bar # / State Bar #:       WSBA #49515
Law Firm Name:             Washington Office of the Attorney General
Street Address:            800 Fifth Avenue, Suite 2000
City, State, Zip:          Seattle, WA 98104
Phone/Facsimile:           206-498-8113
Primary Email:             andrew.hughes@atg.wa.gov

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE
NO. 1:23-cv-03026

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**Electronic Case Filing Agreement**

By submitting this form, the undersigned understands and agrees to the following:

    1.    The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

    2.    The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

    3.    If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the Court. Members of the Court's systems staff will assess the risk and advise you accordingly.

    4.    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil procedure 5(b)(2)(c), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

    5.    You will continue to access court information via the Eastern District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the Court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

    6.    By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

*/s/ Julia C. Harvey*                     February 24, 2023
Signature                                              Date Signed

MOTION FOR LEAVE TO APPEAR PRO HAC VICE
NO. 1:23-cv-03026

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**DECLARATION OF SERVICE**

1. I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

2. DATED this 24th day of February 2023, at Seattle, Washington.

*/s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General

MOTION FOR LEAVE TO APPEAR PRO HAC VICE
NO. 1:23-cv-03026

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744