1     ROBERT W. FERGUSON
      Attorney General
2     NOAH GUZZO PURCELL, WSBA #43492
      Solicitor General
3     KRISTIN BENESKI, WSBA #45478
      First Assistant Attorney General
4     COLLEEN M. MELODY, WSBA #42275
      Civil Rights Division Chief
5     ANDREW R.W. HUGHES, WSBA #49515
      LAURYN K. FRAAS, WSBA #53238
6     Assistant Attorneys General
      TERA M. HEINTZ, WSBA #54921
7       (application for admission forthcoming)
      Deputy Solicitor General
8     800 Fifth Avenue, Suite 2000
      Seattle, WA  98104-3188
9     (206) 464-7744

10

            **UNITED STATES DISTRICT COURT**
           **EASTERN DISTRICT OF WASHINGTON**

11

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 1:23-cv-03026-TOR |
| Plaintiffs, | NOTICE RE-NOTING MOTION |
| v. | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al. | |
| Defendants. | |

        The Plaintiff States filed their Motion for Preliminary Injunction before receiving a judicial assignment for this case and, accordingly, noted the Motion before the District's Chief Judge on March 27, 2023 at 10:00 a.m. (filling in the judge, date, and time fields are required by the ECF system to complete a motion filing). Now that a judicial assignment has been made, and pursuant to

NOTICE RE-NOTING MOTION          1

1    LCivR 7(i)(3)(B)(i), the Plaintiff States re-note their Motion for Preliminary

2    Injunction for March 27, 2023 at 10:00 a.m. before the Honorable Thomas O.

3    Rice.

4         Counsel for the Plaintiff States have reached out to counsel for Defendants,

5    but have not yet heard back regarding their availability. In the event that counsel

6    for Defendants is unavailable on March 27, 2023 at 10:00 a.m., counsel for the

7    Plaintiff States and counsel for Defendants will confer and contact the courtroom

8    deputy to determine an available hearing date and time pursuant to

9    LCivR 7(i)(3)(B)(i).

10        Plaintiff States likewise re-note their Motion to Exceed Page Limits for

11    Motion for Preliminary Injunction, ECF No. 2, to reflect that it will be heard by

12    this Court without oral argument.

13        DATED this 24th day of February 2023.

14                              ROBERT W. FERGUSON
                               Attorney General
15
                               */s/ Kristin Beneski*
16                              NOAH GUZZO PURCELL, WSBA #43492
                               Solicitor General
17                              KRISTIN BENESKI, WSBA #45478
                               First Assistant Attorney General
18                              COLLEEN M. MELODY, WSBA #42275
                               Civil Rights Division Chief
19                              ANDREW R.W. HUGHES, WSBA #49515
                               LAURYN K. FRAAS, WSBA #53238
20                              Assistant Attorneys General
                               TERA M. HEINTZ, WSBA #54921
21                                (application for admission forthcoming)
                               Deputy Solicitor General
22

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    800 Fifth Avenue, Suite 2000
     Seattle, WA  98104-3188
2    (206) 464-7744
     *Attorneys for Plaintiff State of Washington*
3

4    ELLEN F. ROSENBLUM
     Attorney General of Oregon
5
     */s/ Marc Hull*
6    SANDER MARCUS HULL WSBA #35986
     Senior Assistant Attorney General
7    YOUNGWOO JOH OSB #164105*
     Assistant Attorney General
8    Trial Attorneys
     Tel (971) 673-1880
9    Fax (971) 673-5000
     marcus.hull@doj.state.or.us
10   youngwoo.joh@doj.state.or.us
     *Attorneys for State of Oregon*
11
     *Application for pro hac vice admission
12   pending*
13

14   KRIS MAYES
     Attorney General of Arizona
15
     */s/ Daniel C. Barr*
16   Daniel C. Barr (Arizona No. 010149)**
     Chief Deputy Attorney General
     Office of the Attorney General of Arizona
17   2005 N. Central Ave.
     Phoenix, AZ 85004-1592
18   Phone: (602) 542-8080
     Email: Daniel.Barr@azag.gov
19   *Attorney for Plaintiff State of Arizona*
20
21
22

NOTICE RE-NOTING MOTION             3             ATTORNEY GENERAL OF WASHINGTON
                                                          Complex Litigation Division
                                                         800 Fifth Avenue, Suite 2000
                                                            Seattle, WA  98104-3188
                                                                (206) 464-7744

1    PHILIP J. WEISER
     Attorney General of Colorado
2
     */s/ Eric Olson*
3    ERIC OLSON, CO #36414**
     Solicitor General
4    MICHAEL MCMASTER, CO #42368**
     Assistant Solicitor General
5    Office of the Attorney General
     Colorado Department of Law
6    1300 Broadway, 10th Floor
     Denver, CO 80203
7    Phone: (720) 508-6000
     *Attorneys for Plaintiff State of Colorado*
8

9    WILLIAM TONG
     Attorney General of Connecticut
10
     */s/ Joshua Perry*
11   Joshua Perry**
     Solicitor General
12   Office of the Connecticut Attorney General
     165 Capitol Ave, Hartford, CT 06106
13   Joshua.perry@ct.gov
     (860) 808-5372
14   Fax: (860) 808-5387
     *Attorney for Plaintiff State of Connecticut*
15

16   KATHLEEN JENNINGS
     Attorney General of Delaware
17
     */s/ Vanessa L. Kassab*
18   VANESSA L. KASSAB**
     Deputy Attorney General
19   Delaware Department of Justice
     820 N. French Street
20   Wilmington, DE 19801
     302-683-8899
21   vanessa.kassab@delaware.gov
     *Attorney for Plaintiff State of Delaware*
22

NOTICE RE-NOTING MOTION                    4

1

KWAME RAOUL
Attorney General of Illinois

2

*/s/ Liza Roberson-Young*

3

Liza Roberson-Young**
Public Interest Counsel

4

Office of the Illinois Attorney General
100 West Randolph Street

5

Chicago, IL 60601
Phone: (872) 272-0788

6

E.RobersonYoung@ilag.gov
*Attorney for Plaintiff State of Illinois*

7


8

DANA NESSEL
Attorney General of Michigan

9

*/s/ Stephanie M. Service*

10

Stephanie M. Service (P73305)**
Assistant Attorney General

11

Michigan Department of Attorney General
Health, Education & Family

12

Services Division
P.O. Box 30758

13

Lansing, MI 48909
(517) 335-7603

14

ServiceS3@michigan.gov
*Attorney for Plaintiff Attorney General of*

15

*Michigan*

16

AARON D. FORD
Attorney General of Nevada

17

*/s/ Heidi Parry Stern*

18

Heidi Parry Stern (Bar. No. 8873)**
Solicitor General

19

Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900

20

Las Vegas, NV 89101
HStern@ag.nv.gov

21

*Attorney for Plaintiff State of Nevada*

22

NOTICE RE-NOTING MOTION

5

1

RAÚL TORREZ
Attorney General of New Mexico

2

*/s/ Aletheia Allen*

3

Aletheia Allen**
Solicitor General

4

New Mexico Office of the Attorney General
201 Third St. NW, Suite 300

5

Albuquerque, NM 87102
AAllen@nmag.gov

6

*Attorney for Plaintiff State of New Mexico*

7

8

PETER F. NERONHA
Attorney General of Rhode Island

9

*/s/ Julia C. Harvey*

10

JULIA C. HARVEY #10529**
Special Assistant Attorney General
150 S. Main Street

11

Providence, RI 02903
(401) 274-4400 x2103

12

*Attorney for Plaintiff State of Rhode Island*

13

14

CHARITY R. CLARK
Attorney General of Vermont

15

*/s/ Eleanor L.P. Spottswood*

16

ELEANOR L.P. SPOTTSWOOD**
Solicitor General

17

109 State Street
Montpelier, VT 05609-1001

18

(802)793-1646
eleanor.spottswood@vermont.gov

19

*Attorney for Plaintiff State of Vermont*

20

***Applications for pro hac vice admission
forthcoming*

21

22

1        **CERTIFICATE OF SERVICE**

2        I hereby certify that on February 24th, 2023, I electronically filed the

3    foregoing with the Clerk of the Court using the CM/ECF System, which in turn

4    automatically generated a Notice of Electronic Filing (NEF) to all parties in the

5    case who are registered users of the CM/ECF system. The NEF for the foregoing

6    specifically identifies recipients of electronic notice. I hereby certify that I have

7    mailed by United States Postal Service, and sent via electronic mail, the

8    document to the following non-CM/ECF participants:

9        United States Food and Drug Administration
         Chief Counsel, Food and Drug Administration
10       ATTENTION: LITIGATION
         White Oak Building 31, Room 4544
11       10903 New Hampshire Ave., Silver Spring, MD 20993-0002
         OC-OCC-FDA-Litigation-Mailbox@fda.hhs.gov
12
         Robert M. Califf, Commissioner
13       Chief Counsel, Food and Drug Administration
         ATTENTION: LITIGATION
14       White Oak Building 31, Room 4544
         10903 New Hampshire Ave., Silver Spring, MD 20993-0002
15       OC-OCC-FDA-Litigation-Mailbox@fda.hhs.gov

16       I hereby certify that I have mailed by United States Postal Service the

17    document to the following non-CM/ECF participants:

18       Department of Health and Human Services
         c/o General Counsel
19       200 Independence Avenue, S.W.
         Washington, D.C. 20201
20

21

22

NOTICE RE-NOTING MOTION            7            ATTORNEY GENERAL OF WASHINGTON
                                                Complex Litigation Division
                                                800 Fifth Avenue, Suite 2000
                                                Seattle, WA 98104-3188
                                                (206) 464-7744

1       Xavier Becerra, Secretary
      c/o General Counsel
2       Department of Health and Human Services
      200 Independence Avenue, S.W.
3       Washington, D.C. 20201

4       U.S. Attorney Vanessa R. Waldref
      United States Attorney's Office
5       Eastern District of Washington
      920 W. Riverside Avenue, Suite 340
6       Spokane, WA 99201

7       I declare under penalty of perjury under the laws of the State of

8 Washington and the United States of America that the foregoing is true and

9 correct.

10       DATED this 24th day of February 2023, at Seattle, Washington.

11                   */s/ Kristin Beneski*
                   KRISTIN BENESKI, WSBA #45478
12                    First Assistant Attorney General

13

14

15

16

17

18

19

20

21

22

NOTICE RE-NOTING MOTION         8