1   ROBERT W. FERGUSON
    Attorney General
2   NOAH GUZZO PURCELL, WSBA #43492
    Solicitor General
3   KRISTIN BENESKI, WSBA #45478
    First Assistant Attorney General
4   COLLEEN M. MELODY, WSBA #42275
    Civil Rights Division Chief
5   ANDREW R.W. HUGHES, WSBA #49515
    LAURYN K. FRAAS, WSBA #53238
6   Assistant Attorneys General
    TERA M. HEINTZ, WSBA #54921
7     (application for admission is forthcoming)
    Deputy Solicitor General
8   800 Fifth Avenue, Suite 2000
    Seattle, WA  98104-3188
9   (206) 464-7744

10

11

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

12   STATE OF WASHINGTON, et al.,        NO. 1:23-cv-03026

13                    Plaintiffs,         PROOF OF SERVICE

14        v.

15   UNITED STATES FOOD AND
     DRUG ADMINISTRATION, et al.
16
                     Defendants.
17

18

19

20

21

22

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744



1    ROBERT W. FERGUSON
     Attorney General
2    NOAH GUZZO PURCELL, WSBA #43492
     Solicitor General
3    KRISTIN BENESKI, WSBA #45478
     First Assistant Attorney General
4    COLLEEN M. MELODY, WSBA #42275
     Civil Rights Division Chief
5    ANDREW R.W. HUGHES, WSBA #49515
     LAURYN K. FRAAS, WSBA #53238
6    Assistant Attorneys General
     TERA M. HEINTZ, WSBA #54921
7    Deputy Solicitor General
     800 Fifth Avenue, Suite 2000
8    Seattle, WA  98104-3188
     (206) 464-7744
9

10              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF WASHINGTON**
11

12   STATE OF WASHINGTON, et al.,          NO.

13                    Plaintiffs,          PROOF OF SERVICE

14          v.

15   UNITED STATES FOOD AND
     DRUG ADMINISTRATION;
16   ROBERT M. CALIFF, in his official
     capacity as Commissioner of Food
17   and Drugs; UNITED STATES
     DEPARTMENT OF HEALTH AND
18   HUMAN SERVICES; and XAVIER
     BECERRA, in his official capacity
19   as Secretary of the Department of
     Health and Human Services,
20
                      Defendants.
21

22

PROOF OF SERVICE                    1          ATTORNEY GENERAL OF WASHINGTON
                                                      Complex Litigation Division
                                                     800 Fifth Avenue, Suite 2000
                                                       Seattle, WA  98104-3188
                                                          (206) 464-7744

1    I, _Suzanne McBride_, declare under penalty of perjury under the laws

2    of the State of Washington and of the United States of America that I am a

3    resident of the State of Washington, over the age of eighteen years, not a party to

4    the above-entitled action, and am competent to be a witness herein.

5    On February 23, 2023, I caused copies of the following documents:

6    1.    Complaint with Exhibits (ECF No. 1 to 1-20);

7    2.    Civil Cover Sheet (ECF No. 1-25); and

8    3.    Summons to United States Food & Drug Administration, Robert M.

9    Cailiff, United States Department of Health and Human Services and Xavier

10    Becerra (ECF No. 1-21 to 1-24) to be served at approximately _3:45 pm_ p.m. upon

11    Defendants by hand-delivery to:

12

13    U.S. Attorney Vanessa R. Waldref
      United States Attorney's Office

14    Eastern District of Washington
      920 W. Riverside Avenue, Suite 340

15    Spokane, WA  99201

16    DATED this _23rd_ day of February, 2023, at Spokane, Washington.

17

18    _____

19    _Suzanne McBride_

20

21

22

PROOF OF SERVICE                         2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744