1  ROBERT W. FERGUSON
   Attorney General
2  NOAH GUZZO PURCELL, WSBA #43492
   Solicitor General
3  KRISTIN BENESKI, WSBA #45478
   First Assistant Attorney General
4  COLLEEN M. MELODY, WSBA #42275
   Civil Rights Division Chief
5  ANDREW R.W. HUGHES, WSBA #49515
   LAURYN K. FRAAS, WSBA #53238
6  Assistant Attorneys General
   TERA M. HEINTZ, WSBA #54921
7    (application for admission is forthcoming)
   Deputy Solicitor General
8  800 Fifth Avenue, Suite 2000
   Seattle, WA  98104-3188
9  (206) 464-7744

10

11 **UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF WASHINGTON**

12 | STATE OF WASHINGTON, et al., | NO. 1:23-cv-03026 |
|---|---|
13 | Plaintiffs, | PROOF OF SERVICE |
14 | v. | |
15 | UNITED STATES FOOD AND DRUG ADMINISTRATION, et al. | |
16 | Defendants. | |

17

18

19

20

21

22

PROOF OF SERVICE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | ROBERT W. FERGUSON |
|   | Attorney General |
| 2 | NOAH GUZZO PURCELL, WSBA #43492 |
|   | Solicitor General |
| 3 | KRISTIN BENESKI, WSBA #45478 |
|   | First Assistant Attorney General |
| 4 | COLLEEN M. MELODY, WSBA #42275 |
|   | Civil Rights Division Chief |
| 5 | ANDREW R.W. HUGHES, WSBA #49515 |
|   | LAURYN K. FRAAS, WSBA #53238 |
| 6 | Assistant Attorneys General |
|   | TERA M. HEINTZ, WSBA #54921 |
| 7 |   (application for admission is forthcoming) |
|   | Deputy Solicitor General |
| 8 | 800 Fifth Avenue, Suite 2000 |
|   | Seattle, WA 98104-3188 |
| 9 | (206) 464-7744 |

RECEIVED
FEB 24 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| STATE OF WASHINGTON, et al., | NO. 1:23-cv-03026 |
|---|---|
| Plaintiffs, | PROOF OF SERVICE |
| v. | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al. | |
| Defendants. | |

I, Suzanne McBride, declare under penalty of perjury under the laws of the State of Washington and of the United States of America that I am a resident of the State of Washington, over the age of eighteen years, not a party to the above-entitled action, and am competent to be a witness herein.

On February 24, 2023, I caused copies of the following documents:

- Plaintiff States' Motion to Exceed Page Limits for Motion for Preliminary Injunction (ECF No. 2)
- Order Granting Plaintiff States' Motion to Exceed Page Limits for Motion for Preliminary Injunction (ECF No. 2-1)
- Plaintiff States' Motion for Preliminary Injunction (ECF. No. 3)
- Order Granting Plaintiff States' Motion for Preliminary Injunction (ECF No. 3-1)
- Declarations In Support of Plaintiff States' Motion for Preliminary Injunction (ECF No. 4)
- Declarations Exhibits 1-19 (ECF No. 4-1)

to be served at approximately 11:00 a.m./p.m. upon Defendants by hand-delivery to:

U.S. Attorney Vanessa R. Waldref
United States Attorney's Office
Eastern District of Washington
920 W. Riverside Avenue, Suite 340
Spokane, WA  99201

DATED this 24th day of February, 2023, at Spokane, Washington.

*Suzanne McBride*

PROOF OF SERVICE  2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744