ROBERT W. FERGUSON
Attorney General
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
   (application for admission forthcoming)
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 1:23-cv-03026-TOR |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| v. | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., | |
| Defendants. | |

I, Jessica Buswell, declare under penalty of perjury under the laws of the State of Washington and the United States of America that I am a resident of the State of Washington, over the age of eighteen years, not a party to the above-entitled action, and am competent to be a witness herein.

1  On February 23rd, 2023, I served copies of the following documents:

2  1.  Complaint, with Exhibits A–S (ECF Nos. 1–1-20);

3  2.  Summonses (ECF Nos. 1-21–1-24); and

4  3.  Civil Cover Sheet (ECF No. 1-25)

5  upon Defendants United States Food and Drug Administration and Robert M.
6  Califf, in his official capacity as Commissioner of Food and Drugs, via email
7  service, addressed as follows:

8  OC-OCC-FDA-Litigation-Mailbox@fda.hhs.gov

9  On February 23rd, 2023, I caused copies of the following documents:

10 1.  Complaint, with Exhibits A–S (ECF Nos. 1–1-20);

11 2.  Summonses (ECF Nos. 1-21–1-24); and

12 3.  Civil Cover Sheet (ECF No. 1-25)

13 to be served upon Defendants United States Department of Health and Human
14 Services and Xavier Becerra, in his official capacity as Secretary of the
15 Department of Health and Human Services, via certified mail, addressed as
16 follows:

17 Department of Health & Human Services
   c/o General Counsel
18 200 Independence Avenue, S.W.
   Washington, D.C. 20201
19
20 Xavier Becerra, Secretary
   c/o General Counsel
   Department of Health and Human Services
21 200 Independence Avenue, S.W.
   Washington, D.C. 20201
22

CERTIFICATE OF SERVICE            2            ATTORNEY GENERAL OF WASHINGTON
                                                  Complex Litigation Division
                                                  800 Fifth Avenue, Suite 2000
                                                  Seattle, WA  98104-3188
                                                  (206) 464-7744

On February 24th, 2023, I served copies of the following documents:

1. Plaintiff States' Motion to Exceed Page Limits for Motion for Preliminary Injunction, with Proposed Order (ECF Nos. 2–2-1);

2. Plaintiff States' Motion for Preliminary Injunction, with Proposed Order (ECF Nos. 3–3-1);

3. Declarations in Support of Plaintiff States' Motion for Preliminary Injunction (ECF Nos. 4–4-1); and

4. Notice of Re-Noting Motion (ECF No. 8)

upon Defendants United States Food and Drug Administration and Robert M. Califf, in his official capacity as Commissioner of Food and Drugs, via email service, addressed as follows:

OC-OCC-FDA-Litigation-Mailbox@fda.hhs.gov

On February 24th, 2023, I served copies of the following documents:

1. Complaint, with Exhibits A–S (ECF Nos. 1–1-20);

2. Summonses (ECF Nos. 1-21–1-24);

3. Civil Cover Sheet (ECF No. 1-25);

4. Plaintiff States' Motion to Exceed Page Limits for Motion for Preliminary Injunction, with Proposed Order (ECF Nos. 2–2-1);

5. Plaintiff States' Motion for Preliminary Injunction, with Proposed Order (ECF Nos. 3–3-1);

6. Declarations in Support of Plaintiff States' Motion for Preliminary Injunction (ECF Nos. 4–4-1);

7. Issued Summonses (ECF Nos. 6–6-3); and

8. Notice of Re-Noting Motion (ECF No. 8)

upon Defendants United States Food and Drug Administration and Robert M. Califf, in his official capacity as Commissioner of Food and Drugs, via certified mail, addressed as follows:

> United States Food and Drug Administration
> Chief Counsel, Food and Drug Administration
> ATTENTION: LITIGATION
> White Oak Building 31, Room 4544
> 10903 New Hampshire Ave.
> Silver Spring, MD 20993-0002
>
> Robert M. Califf, Commissioner
> Chief Counsel, Food and Drug Administration
> ATTENTION: LITIGATION
> White Oak Building 31, Room 4544
> 10903 New Hampshire Ave.
> Silver Spring, MD 20993-0002

On February 24th, 2023, I served copies of the following documents:

1. Plaintiff States' Motion to Exceed Page Limits for Motion for Preliminary Injunction, with Proposed Order (ECF Nos. 2–2-1);

2. Plaintiff States' Motion for Preliminary Injunction, with Proposed Order (ECF Nos. 3–3-1);

3. Declarations in Support of Plaintiff States' Motion for Preliminary Injunction (ECF Nos. 4–4-1);

4. Issued Summonses (ECF Nos. 6–6-3); and

5. Notice of Re-Noting Motion (ECF No. 8)

upon Defendants United States Department of Health and Human Services and Xavier Becerra, in his official capacity as Secretary of the Department of Health and Human Services, via certified mail, addressed as follows:

Department of Health & Human Services
c/o General Counsel
200 Independence Avenue, S.W.
Washington, D.C. 20201

Xavier Becerra, Secretary
c/o General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

On February 24th, 2023, I served copies of the following documents:

1. Issued Summonses (ECF Nos. 6–6-3); and

2. Notice of Re-Noting Motion (ECF No. 8)

upon Defendants, via certified mail, addressed as follows:

U.S. Attorney Vanessa R. Waldref
United States Attorney's Office
Eastern District of Washington
920 W. Riverside Avenue, Suite 340
Spokane, WA 99201

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 24th day of February 2023.

ROBERT W. FERGUSON
Attorney General

*/s/ Jessica Buswell*
JESSICA BUSWELL
Legal Assistant