NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>　　　　　　　　　　Defendants. | No. 1:23-cv-03026<br><br>NOTICE OF APPEARANCE |

　　　I, Noah T. Katzen, hereby notify the Court and all parties of record of my appearance in this case as counsel for Defendants. This notice affirms that I am admitted, or otherwise authorized, to practice before this Court.

NOTICE OF APPEARANCE

| | |
|---|---|
| February 28, 2023 | /s/ Noah T. Katzen </br>NOAH T. KATZEN </br>Trial Attorney </br>Consumer Protection Branch </br>U.S. Department of Justice </br>P.O. Box 386 </br>Washington, DC 20044-0386 </br>(202) 305-2428 </br>(202) 514-8742 (fax) </br>Noah.T.Katzen@usdoj.gov </br></br>*Counsel for Defendants* |

NOTICE OF APPEARANCE

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Noah T. Katzen*
NOAH T. KATZEN