NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | No. 1:23-cv-03026 |
| Plaintiffs, | MOTION TO EXPEDITE |
| v. | 03/07/23<br>WITHOUT ORAL ARGUMENT |
| FOOD AND DRUG ADMINISTRATION, *et al.*, | |
| Defendants. | |

Defendants move for expedited consideration of their Motion for Extension of Time, ECF No. 16. Plaintiffs oppose the underlying request for additional time, but do not oppose this motion for expedited consideration of Defendants' motion.

An expedited ruling on Defendants' Motion for Extension of Time is necessary because Defendants seek an extension of their March 10, 2023, deadline to respond to Plaintiffs' Motion for a Preliminary Injunction. Without expedited

MOTION TO EXPEDITE

consideration, Defendants' Motion for Extension of Time may not be set for

consideration until March 30, 2023, well after the deadline Defendants are asking

to extend has passed.

2

MOTION TO EXPEDITE

1  February 28, 2023                      HILARY K. PERKINS
2                                         Assistant Director
3                                         */s/ Noah T. Katzen*
4                                         NOAH T. KATZEN
                                          Trial Attorney
5                                         Consumer Protection Branch
6                                         U.S. Department of Justice
                                          P.O. Box 386
7                                         Washington, DC 20044-0386
                                          (202) 305-2428 (Katzen)
8                                         (202) 514-8742 (fax)
9                                         Noah.T.Katzen@usdoj.gov
10
                                          *Counsel for Defendants*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
                                          3
27  MOTION TO EXPEDITE

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Noah T. Katzen
NOAH T. KATZEN

4

MOTION TO EXPEDITE