1 | ELLEN F. ROSENBLUM
Attorney General
2 | SANDER MARCUS HULL WSBA #35986
CARLA A. SCOTT WSBA #39947
3 | Senior Assistant Attorneys General
YOUNGWOO JOH, OSB # 164105*
4 | Assistant Attorney General
Oregon Department of Justice
5 | 1162 Court Street NE
Salem, OR 97301-4096
6 | Telephone: (503) 947-4700
Email:  marcus.hull@doj.state.or.us
7 | youngwoo.joh@doj.state.or.us
*Attorneys for State of Oregon*

8 | *Pro hac vice admission granted*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| STATE OF WASHINGTON *et al.*, | NO. 1:23-cv-03026-TOR |
|---|---|
| Plaintiffs, | NOTICE OF APPEARANCE OF OREGON ASSISTANT ATTORNEY GENERAL CARLA A. SCOTT |
| v. | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, in his official capacity as Commissioner of Food and Drugs; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, | |
| Defendants. | |

# NOTICE OF APPEARANCE

Please take notice that Oregon Assistant Attorney General Carla A. Scott is additional counsel of record for State of Oregon in this case.

DATED March __6__, 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

    *s/ Carla A. Scott*
SANDER MARCUS HULL WSBA #35986
CARLA A. SCOTT WSBA #39947
Senior Assistant Attorneys General
YOUNGWOO JOH OSB #164105*
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
marcus.hull@doj.state.or.us
youngwoo.joh@doj.state.or.us
Of Attorneys for State of Oregon

*Pro hac vice admission granted*