| | |
|---|---|
| 1 | ROBERT W. FERGUSON<br>Attorney General |
| 2 | NOAH GUZZO PURCELL, WSBA #43492<br>Solicitor General |
| 3 | KRISTIN BENESKI, WSBA #45478<br>First Assistant Attorney General |
| 4 | COLLEEN M. MELODY, WSBA #42275<br>Civil Rights Division Chief |
| 5 | ANDREW R.W. HUGHES, WSBA #49515<br>LAURYN K. FRAAS, WSBA #53238 |
| 6 | Assistant Attorneys General<br>TERA M. HEINTZ, WSBA #54921 |
| 7 | Deputy Solicitor General<br>800 Fifth Avenue, Suite 2000 |
| 8 | Seattle, WA 98104-3188<br>(206) 464-7744 |
| 9 | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 1:23-cv-03026-TOR |
| Plaintiffs, | NOTICE OF APPEARANCE OF COUNSEL |
| v. | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., | **(CLERK'S ACTION REQUIRED)** |
| Defendants. | |

TO:       CLERK OF THE ABOVE-ENTITLED COURT

AND TO:   UNITED STATES FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, in his official capacity as Commissioner of Food and Drugs; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services

AND TO:   NOAH T. KATZEN, Counsel for Defendants

1 | PLEASE TAKE NOTICE that Plaintiff State of Washington, by and through their attorneys, Attorney General Robert W. Ferguson and Deputy Solicitor General TERA M. HEINTZ, without waiving objections as to improper service, jurisdiction, or venue, hereby enters her appearance in the above-entitled action and requests that notice of any and all further proceedings in said action be served upon the undersigned counsel at the address stated below.

**TRANSMISSION BY FAX OR BY ELECTRONIC MAIL DOES NOT CONSTITUTE SERVICE, UNLESS AGREED IN WRITING OR UNLESS OTHERWISE REQUIRED BY COURT RULE.**

DATED this 6th day of March 2023.

ROBERT W. FERGUSON
Attorney General

*/s/ Tera M. Heintz*
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General
1125 Washington Street SE, PO Box 40100
Olympia, WA  98504-0100
(360) 664-3027
Tera.Heintz@atg.wa.gov
*Attorney for Plaintiff State of Washington*

---

NOTICE OF APPEARANCE OF COUNSEL | 2 | ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED this 6th day of March 2023, at Olympia, Washington.

*/s/ Tera M. Heintz*
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General

NOTICE OF APPEARANCE OF COUNSEL    3    ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744