1  ROBERT W. FERGUSON
   Attorney General
2  NOAH GUZZO PURCELL, WSBA #43492
   Solicitor General
3  KRISTIN BENESKI, WSBA #45478
   First Assistant Attorney General
4  COLLEEN M. MELODY, WSBA #42275
   Civil Rights Division Chief
5  ANDREW R.W. HUGHES, WSBA #49515
   LAURYN K. FRAAS, WSBA #53238
6  Assistant Attorneys General
   TERA M. HEINTZ, WSBA #54921
7  Deputy Solicitor General
   800 Fifth Avenue, Suite 2000
8  Seattle, WA  98104-3188
   (206) 464-7744
9

10
                    **UNITED STATES DISTRICT COURT**
11                  **EASTERN DISTRICT OF WASHINGTON**

12  STATE OF WASHINGTON, et al.,          NO. 1:23-cv-03026-TRO

13                     Plaintiffs,         MOTION FOR LEAVE TO
                                           APPEAR PRO HAC VICE
14        v.
                                           FEE: $200.00
15  UNITED STATES FOOD AND
    DRUG ADMINISTRATION, et al.
16
                     Defendants.
17

18        Pursuant to LCivR 83.2(c) of the United States District Court for the

19  Eastern District of Washington, Jill M. Graziano hereby moves for permission to

20  appear and participate as counsel in the above-entitled action on behalf of the

21  State of Pennsylvania.

22

MOTION FOR LEAVE TO                    1
APPEAR PRO HAC VICE

1    The particular need for my appearance and participation is: to ensure

2    adequate representation of the interests of the State of Pennsylvania.

3    I, Jill M. Graziano, understand that I am charged with knowing and

4    complying with all applicable local rules.

5    I have been admitted to practice before the following courts on the

6    following dates:

7

| Courts | Dates |
|---|---|
| Commonwealth of Pennsylvania | 1998 |
| U.S. District Court for the Eastern District of Pennsylvania | 2014 |
| U.S. District Court for the Middle District of Pennsylvania | 2022 |
| Third Circuit Court of Appeals | 2014 |
| New York State | 2000 |
| U.S. District Court for the Southern District of New York | 2001 |
| U.S. District Court for the Eastern District of New York | 2001 |
| Ninth Circuit Court of Appeals | 2001 |
| U.S. Supreme Court | 2014 |

14    I have not been disbarred or formally censured by a court of record or by

15    a state bar association and there are not disciplinary proceedings against me.

16    I declare under penalty of perjury that the foregoing is true and correct.

17    Date: March 3, 2023      Signature of Applicant: /s/ Jill M. Graziano

18    Pro Hac Vice Attorney

19    Applicant's Name:        Jill M. Graziano
      Bar No./State Bar No.:   Pa 82725

20    Law Firm Name:           Pennsylvania Office of Attorney General
      Street Address:          1000 Madison Ave., Ste 310

21    City, State, Zip:        Norristown, PA 19403
      Phone number:            215-534-6474

22    Primary Email:           jgraziano@attorneygeneral.gov

MOTION FOR LEAVE TO          2          ATTORNEY GENERAL OF WASHINGTON
APPEAR PRO HAC VICE                           Complex Litigation Division
                                            800 Fifth Avenue, Suite 2000
                                              Seattle, WA 98104-3188
                                                 (206) 464-7744

1  **STATEMENT OF LOCAL COUNSEL**

2      I am authorized and will be prepared to handle this matter, including trial,

3  in the event the applicant Jill M. Graziano is unable to be present upon any date

4  assigned by the court.

5  DATE: <u>03/09/2023</u>    Signature Local Counsel: <u>*/s/ Andrew R.W. Hughes*</u>

6  Local Counsel's Name:    ANDREW R.W. HUGHES
   Bar # / State Bar #:    WSBA #49515

7  Law Firm Name:    Washington Office of the Attorney General
   Street Address:    800 Fifth Avenue, Suite 2000

8  City, State, Zip:    Seattle, WA 98104
   Phone/Facsimile:    206-498-8113

9  Primary Email:    Andrew.Hughes@atg.wa.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

3

**Electronic Case Filing Agreement**

By submitting this form, the undersigned understands and agrees to the following:

    1.    The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

    2.    The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

    3.    If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the Court. Members of the Court's systems staff will assess the risk and advise you accordingly.

    4.    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil procedure 5(b)(2)(c), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

    5.    You will continue to access court information via the Eastern District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the Court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

    6.    By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

_/s/ Jill M. Graziano_             March 3, 2023
Signature                    Date Signed

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE      4      ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1

## <u>DECLARATION OF SERVICE</u>

2          I hereby declare that on this day I caused the foregoing document to be

3   electronically filed with the Clerk of the Court using the Court's CM/ECF System

4   which will serve a copy of this document upon all counsel of record.

5          DATED this 9th day of March 2023, at Seattle, Washington.

6                                          */s/ Andrew R.W. Hughes*
                                          ANDREW R.W. HUGHES, WSBA #49515
7                                          Assistant Attorney General

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22