ROBERT W. FERGUSON
Attorney General
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, et al. <br><br> Defendants. | NO. 1:23-cv-03026-TRO <br><br> MOTION FOR LEAVE TO APPEAR PRO HAC VICE <br><br> FEE: $200.00 |

Pursuant to LCivR 83.2(c) of the United States District Court for the Eastern District of Washington, Jennifer Olson hereby moves for permission to appear and participate as counsel in the above-entitled action on behalf of the State of Minnesota.

1   The particular need for my appearance and participation is: to ensure adequate representation of the interests of the State of Minnesota.

I, Jennifer Olson, understand that I am charged with knowing and complying with all applicable local rules.

I have been admitted to practice before the following courts on the following dates:

| Courts | Dates |
| --- | --- |
| Minnesota | 10/29/2010 |
| District of Minnesota | 12/3/2010 |
| Eighth Circuit | 12/20/2010 |

I have not been disbarred or formally censured by a court of record or by a state bar association and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 03/6/2023    Signature of Applicant: */s/ Jennifer Olson*

Pro Hac Vice Attorney
Applicant's Name:            Jennifer Olson
Bar No./State Bar No.:       0391356
Law Firm Name:               Office of the Minnesota Attorney General
Street Address:              445 Minnesota Street, Suite 1400
City, State, Zip:            St. Paul, Minnesota 55101-2131
Phone number:                651-583-7066
Primary Email:               Jennifer.Olson@ag.state.mn.us

MOTION FOR LEAVE TO APPEAR PRO HAC VICE — 2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Jennifer Olson is unable to be present upon any date assigned by the court.

DATE: 03/09/2023     Signature Local Counsel: /s/ *Andrew R.W. Hughes*
Local Counsel's Name:       ANDREW R.W. HUGHES
Bar # / State Bar #:         WSBA #49515
Law Firm Name:              Washington Office of the Attorney General
Street Address:             800 Fifth Avenue, Suite 2000
City, State, Zip:           Seattle, WA 98104
Phone/Facsimile:            206-498-8113
Primary Email:              Andrew.Hughes@atg.wa.gov

**Electronic Case Filing Agreement**

By submitting this form, the undersigned understands and agrees to the following:

    1.    The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

    2.    The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

    3.    If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the Court. Members of the Court's systems staff will assess the risk and advise you accordingly.

    4.    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil procedure 5(b)(2)(c), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

    5.    You will continue to access court information via the Eastern District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the Court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

    6.    By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

*/s/ Jennifer Olson*                        03/06/2023
Signature                                    Date Signed

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 9th day of March 2023, at Seattle, Washington.

/s/ Andrew R.W. Hughes
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General