1   ROBERT W. FERGUSON
    Attorney General
2   NOAH GUZZO PURCELL, WSBA #43492
    Solicitor General
3   KRISTIN BENESKI, WSBA #45478
    First Assistant Attorney General
4   COLLEEN M. MELODY, WSBA #42275
    Civil Rights Division Chief
5   ANDREW R.W. HUGHES, WSBA #49515
    LAURYN K. FRAAS, WSBA #53238
6   Assistant Attorneys General
    TERA M. HEINTZ, WSBA #54921
7   Deputy Solicitor General
    800 Fifth Avenue, Suite 2000
8   Seattle, WA  98104-3188
    (206) 464-7744
9

10

11

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 12  STATE OF WASHINGTON, et al., | NO. 1:23-cv-03026-TRO |
| 13                    Plaintiffs, | MOTION FOR LEAVE TO APPEAR PRO HAC VICE |
| 14       v. | |
| 15  UNITED STATES FOOD AND DRUG ADMINISTRATION, et al. | FEE: $200.00 |
| 16 | |
| 17                    Defendants. | |

18      Pursuant to LCivR 83.2(c) of the United States District Court for the

19   Eastern District of Washington, Assistant Attorney General Nicole S. Hill hereby

20   moves for permission to appear and participate as counsel in the above-entitled

21   action on behalf of the District of Columbia.

22

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

1

1    The particular need for my appearance and participation is: to ensure

2  adequate representation of the interests of the District of Columbia.

3    I, Nicole S. Hill, understand that I am charged with knowing and

4  complying with all applicable local rules.

5    I have been admitted to practice before the following courts on the

6  following dates:

7

| Courts | Dates |
|---|---|
| District of Columbia Court of Appeals | 12/10/2018 |
| Supreme Court of Virginia | 12/11/2017 |

8

9

10    I have not been disbarred or formally censured by a court of record or by

11  a state bar association and there are not disciplinary proceedings against me.

12    I declare under penalty of perjury that the foregoing is true and correct.

13

Date: 3/10/2023          Signature of Applicant: /s/ Nicole S. Hill

14

15  Pro Hac Vice Attorney
    Applicant's Name:              Nicole S. Hill
16  Bar No./State Bar No.:         D.C. Bar # 888324938
    Law Firm Name:                 Office of the Attorney General for the District
17                                 of Columbia
    Street Address:                400 Sixth Street, N.W.
18  City, State, Zip:              Washington, DC 20001
    Phone number:                  (202) 727-4171
19  Primary Email:                 nicole.hill@dc.gov

20

21

22

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE                2          ATTORNEY GENERAL OF WASHINGTON
                                                   Complex Litigation Division
                                                   800 Fifth Avenue, Suite 2000
                                                   Seattle, WA  98104-3188
                                                   (206) 464-7744

1

**STATEMENT OF LOCAL COUNSEL**

2      I am authorized and will be prepared to handle this matter, including trial,

3  in the event the applicant Nicole S. Hill is unable to be present upon any date

4  assigned by the court.

5  DATE: <u>03/10/2023</u>      Signature Local Counsel: <u>*/s/ Andrew R.W. Hughes*</u>
   Local Counsel's Name:      ANDREW R.W. HUGHES
6  Bar # / State Bar #:        WSBA #49515
7  Law Firm Name:            Washington Office of the Attorney General
   Street Address:            800 Fifth Avenue, Suite 2000
8  City, State, Zip:          Seattle, WA 98104
   Phone/Facsimile:          206-498-8113
9  Primary Email:            Andrew.Hughes@atg.wa.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

3

**Electronic Case Filing Agreement**

By submitting this form, the undersigned understands and agrees to the following:

1.      The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.      The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.      If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the Court. Members of the Court's systems staff will assess the risk and advise you accordingly.

4.      By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil procedure 5(b)(2)(c), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

5.      You will continue to access court information via the Eastern District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the Court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6.      By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

_/s/ Nicole S. Hill_                              3/10/2023
Signature                                         Date Signed

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

4

1

## <u>DECLARATION OF SERVICE</u>

2          I hereby declare that on this day I caused the foregoing document to be

3 electronically filed with the Clerk of the Court using the Court's CM/ECF System

4 which will serve a copy of this document upon all counsel of record.

5          DATED this 10th day of March 2023, at Seattle, Washington.

6

7                                  <u>/s/ Andrew R.W. Hughes</u>
                                   ANDREW R.W. HUGHES, WSBA #49515
                                   Assistant Attorney General

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

MOTION FOR LEAVE TO                         5          ATTORNEY GENERAL OF WASHINGTON
APPEAR PRO HAC VICE                                         Complex Litigation Division
                                                           800 Fifth Avenue, Suite 2000
                                                           Seattle, WA  98104-3188
                                                           (206) 464-7744