| | |
|---|---|
| 1 | ROBERT W. FERGUSON |
| | Attorney General |
| 2 | NOAH GUZZO PURCELL, WSBA #43492 |
| | Solicitor General |
| 3 | KRISTIN BENESKI, WSBA #45478 |
| | First Assistant Attorney General |
| 4 | COLLEEN M. MELODY, WSBA #42275 |
| | Civil Rights Division Chief |
| 5 | ANDREW R.W. HUGHES, WSBA #49515 |
| | LAURYN K. FRAAS, WSBA #53238 |
| 6 | Assistant Attorneys General |
| | TERA M. HEINTZ, WSBA #54921 |
| 7 | Deputy Solicitor General |
| | 800 Fifth Avenue, Suite 2000 |
| 8 | Seattle, WA  98104-3188 |
| | (206) 464-7744 |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 1:23-cv-03026-TRO |
| Plaintiffs, | MOTION FOR LEAVE TO APPEAR PRO HAC VICE |
| v. | FEE: $200.00 |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al. | |
| Defendants. | |

Pursuant to LCivR 83.2(c) of the United States District Court for the Eastern District of Washington, Vanessa L. Kassab hereby moves for permission to appear and participate as counsel in the above-entitled action on behalf of the State of Delaware.

1  The particular need for my appearance and participation is: to ensure
2  adequate representation of the interests of the State of Delaware.

3  I, Vanessa L. Kassab, understand that I am charged with knowing and
4  complying with all applicable local rules.

5  I have been admitted to practice before the following courts on the
6  following dates:

| Courts | Dates |
|---|---|
| Pennsylvania Supreme Court | 2010 |
| New Jersey Supreme Court | 2010 |
| Delaware Supreme Court | 2011 |
| District of Delaware | 2012 |
| District of Columbia Circuit Court of Appeals | 2020 |
| Eastern District of Pennsylvania | 2020 |

12  I have not been disbarred or formally censured by a court of record or by
13  a state bar association and there are not disciplinary proceedings against me.

14  I declare under penalty of perjury that the foregoing is true and correct.

Date: March 10, 2023    Signature of Applicant: /s/ Vanessa L. Kassab

Pro Hac Vice Attorney
Applicant's Name:         Vanessa L. Kassab
Bar No./State Bar No.:    Delaware #5612
Law Firm Name:            Delaware Department of Justice
Street Address:           820 N. French St.
City, State, Zip:         Wilmington, DE 19086
Phone number:             (302) 683-6881
Primary Email:            vanessa.kassab@delaware.gov

MOTION FOR LEAVE TO APPEAR PRO HAC VICE — 2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Vanessa L. Kassab is unable to be present upon any date assigned by the court.

DATE: 03/10/2023    Signature Local Counsel: */s/ Andrew R.W. Hughes*
Local Counsel's Name:    ANDREW R.W. HUGHES
Bar # / State Bar #:    WSBA #49515
Law Firm Name:    Washington Office of the Attorney General
Street Address:    800 Fifth Avenue, Suite 2000
City, State, Zip:    Seattle, WA 98104
Phone/Facsimile:    206-498-8113
Primary Email:    Andrew.Hughes@atg.wa.gov

**Electronic Case Filing Agreement**

By submitting this form, the undersigned understands and agrees to the following:

    1.    The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

    2.    The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

    3.    If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the Court. Members of the Court's systems staff will assess the risk and advise you accordingly.

    4.    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil procedure 5(b)(2)(c), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

    5.    You will continue to access court information via the Eastern District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the Court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

    6.    By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

*/s/ Vanessa L. Kassab*             March 10, 2023
Signature                                    Date Signed

# DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 10th day of March 2023, at Seattle, Washington.

/s/ Andrew R.W. Hughes
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General

MOTION FOR LEAVE TO APPEAR PRO HAC VICE     5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744