NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>Defendants. | No. 1:23-cv-03026<br><br>DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR RESPONSE IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION<br><br>04/14/23<br>WITHOUT ORAL ARGUMENT |

Pursuant to Local Rule 7(f)(5), and for good cause, Defendants respectfully move to exceed the default page limit for their forthcoming Response in Opposition to Plaintiff States' Motion for Preliminary Injunction. Plaintiffs consent to this motion.

1

DEFENDANTS' MOTION TO
EXCEED PAGE LIMIT FOR RESPONSE
IN OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION

This Court previously granted Plaintiffs' request to exceed the page limit and file a 35-page motion for a preliminary injunction. Defendants likewise seek the Court's leave to file a 35-page response to Plaintiffs' Motion. Granting this motion will ensure that Defendants have adequate space to address the issues in this case, and will promote fairness by giving the parties equal space for their respective opening briefs.

March 15, 2023

HILARY K. PERKINS
Assistant Director

*/s/ Noah T. Katzen*
NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428 (Katzen)
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

*Counsel for Defendants*

2

DEFENDANTS' MOTION TO
EXCEED PAGE LIMIT FOR RESPONSE
IN OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Noah T. Katzen
NOAH T. KATZEN