NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | No. 1:23-cv-03026 |
| Plaintiffs, | MOTION TO EXPEDITE |
| v. | 03/22/23 |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | WITHOUT ORAL ARGUMENT |
| Defendants. | |

Defendants move for expedited consideration of their Motion to Exceed
Page Limit, ECF No. 48. Plaintiffs consent to both Defendants' Motion to Exceed
Page Limit and this Motion to Expedite.

An expedited ruling on Defendants' Motion to Exceed Page Limit is
necessary because Defendants' response to Plaintiffs' Motion for Preliminary
Injunction is due on March 17, 2023. Without expedited consideration, Defendants'

1

MOTION TO EXPEDITE

Motion to Exceed Page Limit may not be set for consideration until April 14, 2023.

Defendants therefore have good cause to seek an immediate hearing on this Motion

to Expedite.

March 15, 2023                          HILARY K. PERKINS
                                        Assistant Director

                                        */s/ Noah T. Katzen*
                                        NOAH T. KATZEN
                                        Trial Attorney
                                        Consumer Protection Branch
                                        U.S. Department of Justice
                                        P.O. Box 386
                                        Washington, DC 20044-0386
                                        (202) 305-2428
                                        (202) 514-8742 (fax)
                                        Noah.T.Katzen@usdoj.gov

                                        *Counsel for Defendants*

MOTION TO EXPEDITE                         2

## CERTIFICATE OF SERVICE

I hereby certify that, on March 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Noah T. Katzen*
NOAH T. KATZEN

MOTION TO EXPEDITE

3