# EXHIBIT J



May 19, 2020

The Honorable Hector Balderas
Attorney General of New Mexico
State of New Mexico
Office of the Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504

Dear Mr. Attorney General:

Thank you for your letter, addressed to the Secretary of Health and Human Services and the Commissioner of the Food and Drug Administration (FDA), regarding access to reproductive health care during the COVID-19 pandemic.  The Secretary has asked me to respond to you and your 20 cosigners.

At all times, including during this pandemic, the FDA is committed to protecting the public health, so we appreciate the concerns you raised.

A copy of this letter has been sent to your cosigners.

Sincerely,

Anand Shah, M.D.
Deputy Commissioner for Medical and Scientific Affairs
Food and Drug Administration