UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATON ET AL., <br><br> Defendants. | No. 1:23-cv-03026 <br><br> [PROPOSED] ORDER GRANTING ASIAN PACIFIC INSTITUTE ON GENDER BASED VIOLENCE ET AL.'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF |

1   THIS MATTER, having come before the Court on Asian Pacific Institute on
2   Gender Based Violence et al.'s Motion for Leave to File Amicus Curiae Brief
3   ("Motion"), and the Court being fully advised,
4       HEREBY ORDERS that the Motion is GRANTED.

Dated: _____, 2023        BY THE COURT:

                               _____
                               District Court Judge