1   ROBERT W. FERGUSON
    Attorney General
2   NOAH GUZZO PURCELL, WSBA #43492
    Solicitor General
3   KRISTIN BENESKI, WSBA #45478
    First Assistant Attorney General
4   COLLEEN M. MELODY, WSBA #42275
    Civil Rights Division Chief
5   ANDREW R.W. HUGHES, WSBA #49515
    LAURYN K. FRAAS, WSBA #53238
6   Assistant Attorneys General
    TERA M. HEINTZ, WSBA #54921
7   Deputy Solicitor General
    800 Fifth Avenue, Suite 2000
8   Seattle, WA  98104-3188
    (206) 464-7744

9

10                    **UNITED STATES DISTRICT COURT**
                      **EASTERN DISTRICT OF WASHINGTON**

11

12   STATE OF WASHINGTON, et al.,        NO. 1:23-cv-03026-TOR

                        Plaintiffs,      PLAINTIFF STATES' MOTION
13                                       TO EXCEED PAGE LIMITS FOR
          v.                             REPLY IN SUPPORT OF
14                                       MOTION FOR PRELIMINARY
     UNITED STATES FOOD AND              INJUNCTION
15   DRUG ADMINISTRATION, et al.,
                                         03/23/2023
16                      Defendants.      Without Oral Argument

17

18          The Plaintiff States respectfully move, pursuant to Local Civil Rule

19   7(f)(5), to exceed the default page limits for their Reply in Support of Motion for

20   Preliminary Injunction.  Defendants consent to this motion.

21          This Court previously granted the parties leave to exceed the page limit

22   and allowed the Plaintiff States to file a 35-page motion for preliminary

1    injunction and the Defendants to file a 35-page response thereto. The Plaintiff

2    States now seek leave to file a Reply of no more than 17 pages. Granting this

3    motion will ensure that the Plaintiff States have adequate space to address the

4    issues raised in Defendants' Response.

5          For the foregoing reasons, the Plaintiff States respectfully request that the

6    Court grant this motion.

7          DATED this 22nd day of March, 2023.

8                                    ROBERT W. FERGUSON
                                     Attorney General
9
                                     */s/ Kristin Beneski*
10                                   NOAH GUZZO PURCELL, WSBA #43492
                                     Solicitor General
11                                   KRISTIN BENESKI, WSBA #45478
                                     First Assistant Attorney General
12                                   COLLEEN M. MELODY, WSBA #42275
                                     Civil Rights Division Chief
13                                   ANDREW R.W. HUGHES, WSBA #49515
                                     LAURYN K. FRAAS, WSBA #53238
14                                   Assistant Attorneys General
                                     TERA M. HEINTZ, WSBA #54921
15                                   Deputy Solicitor General
                                     800 Fifth Avenue, Suite 2000
16                                   Seattle, WA  98104-3188
                                     (206) 464-7744
17                                   *Attorneys for Plaintiff State of Washington*

18

19

20

21

22

1    ELLEN F. ROSENBLUM
     Attorney General of Oregon
2
     */s/ Marc Hull*
3    SANDER MARCUS HULL, WSBA #35986
     CARLA A. SCOTT, WSBA #39947
4    Senior Assistant Attorneys General
     YOUNGWOO JOH, OSB #164105
5    Assistant Attorney General
     Trial Attorneys
6    Tel: (971) 673-1880
     Fax: (971) 673-5000
7    marcus.hull@doj.state.or.us
     carla.a.scott@doj.state.or.us
8    youngwoo.joh@doj.state.or.us
     *Attorneys for State of Oregon*
9

10   KRIS MAYES
     Attorney General of Arizona
11
     */s/ Daniel C. Barr*
12   Daniel C. Barr (Arizona No. 010149)
     Chief Deputy Attorney General
13   Luci D. Davis (Arizona No. 35347)
     Office of the Attorney General of Arizona
14   2005 N. Central Ave.
     Phoenix, AZ 85004-1592
15   Phone: (602) 542-8080
     Email:    Daniel.Barr@azag.gov
16             Luci.Davis@azag.gov
     *Attorneys for Plaintiff State of Arizona*
17

18

19

20

21

22

PLAINTIFF STATES' MOTION TO
EXCEED PAGE LIMITS FOR REPLY
NO. 1:23-cv-03026-TOR

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

PHILIP J. WEISER
Attorney General of Colorado

*/s/ Eric Olson*
ERIC OLSON, CO #36414
Solicitor General
MICHAEL MCMASTER, CO #42368
Assistant Solicitor General
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
*Attorneys for Plaintiff State of Colorado*

WILLIAM TONG
Attorney General of Connecticut

*/s/ Joshua Perry*
Joshua Perry*
Solicitor General
Office of the Connecticut Attorney General
165 Capitol Ave, Hartford, CT 06106
Joshua.perry@ct.gov
(860) 808-5372
Fax: (860) 808-5387
*Attorney for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Vanessa L. Kassab*
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
vanessa.kassab@delaware.gov
*Attorney for Plaintiff State of Delaware*

PLAINTIFF STATES' MOTION TO
EXCEED PAGE LIMITS FOR REPLY
NO. 1:23-cv-03026-TOR

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

KWAME RAOUL
Attorney General of Illinois

*/s/ Caitlyn G. McEllis*
Caitlyn G. McEllis (6306561)
Public Interest Counsel
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601
Phone: (312) 793-2394
Caitlyn.McEllis@ilag.gov
*Attorney for Plaintiff State of Illinois*


DANA NESSEL
Attorney General of Michigan

*/s/ Stephanie M. Service*
Stephanie M. Service (P73305)
Assistant Attorney General
Michigan Department of Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
ServiceS3@michigan.gov
*Attorney for Plaintiff Attorney General of Michigan*


AARON D. FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*
Heidi Parry Stern (Bar. No. 8873)*
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

PLAINTIFF STATES' MOTION TO
EXCEED PAGE LIMITS FOR REPLY
NO. 1:23-cv-03026-TOR

5

1

RAÚL TORREZ
Attorney General of New Mexico

2

*/s/ Aletheia Allen*

3

Aletheia Allen
Solicitor General

4

New Mexico Office of the Attorney General
201 Third St. NW, Suite 300

5

Albuquerque, NM 87102
AAllen@nmag.gov

6

*Attorney for Plaintiff State of New Mexico*

7

8

PETER F. NERONHA
Attorney General of Rhode Island

9

*/s/ Julia C. Harvey*

10

JULIA C. HARVEY #10529
Special Assistant Attorney General

11

150 S. Main Street
Providence, RI 02903
(401) 274-4400 x2103

12

*Attorney for Plaintiff State of Rhode Island*

13

14

CHARITY R. CLARK
Attorney General of Vermont

15

*/s/ Eleanor L.P. Spottswood*

16

ELEANOR L.P. SPOTTSWOOD*
Solicitor General
109 State Street

17

Montpelier, VT 05609-1001
(802)793-1646

18

eleanor.spottswood@vermont.gov
*Attorney for Plaintiff State of Vermont*

19

20

21

22

PLAINTIFF STATES' MOTION TO
EXCEED PAGE LIMITS FOR REPLY
NO. 1:23-cv-03026-TOR

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

BRIAN L. SCHWALB
Attorney General for the District of
Columbia
JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division
WILLIAM STEPHENS
Counsel to the Deputy

*/s/ Nicole S. Hill*
NICOLE S. HILL
Assistant Attorney General
Office of the Attorney General for the
District of Columbia
400 Sixth Street, N.W.
Washington, D.C. 20001
(202) 727-4171
nicole.hill@dc.gov
*Attorneys for Plaintiff District of Columbia*


ANNE E. LOPEZ
Attorney General

*/s/ Erin N. Lau*
Erin N. Lau 009887*
465 South King St., Room 200
Honolulu, Hawaii 96813
Erin.N.Lau@hawaii.gov
Counsel for the State of Hawaii

PLAINTIFF STATES' MOTION TO
EXCEED PAGE LIMITS FOR REPLY
NO. 1:23-cv-03026-TOR

7

AARON M. FREY
Attorney General

*/s/ Halliday Moncure*
Halliday Moncure, Bar No. 4559*
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
halliday.moncure@maine.gov

ANTHONY G. BROWN
Attorney General of Maryland

*/s/Steven M. Sullivan*
STEVEN M. SULLIVAN*
Solicitor General
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6427
ssullivan@oag.state.md.us
*Attorney for Plaintiff State of Maryland*

PLAINTIFF STATES' MOTION TO
EXCEED PAGE LIMITS FOR REPLY
NO. 1:23-cv-03026-TOR

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1

2

KEITH ELLISON
Attorney General
State of Minnesota

3

*/s/Liz Kramer*

4

LIZ KRAMER (#0325089)
Solicitor General
JENNIFER OLSON (#0391356)
Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us
jennifer.olson@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

5

6

7

8

9

10

11

MICHELLE A. HENRY
Attorney General of Pennsylvania

12

*/s/ Jill M. Graziano*

13

JILL M. GRAZIANO (Pa Bar No. 82725)
Chief Counsel to the Attorney General
1000 Madison Ave., Ste. 310
Norristown, PA 19403
jgraziano@attorneygeneral.gov
(484) 460-1330
*Attorney for the Commonwealth of
Pennsylvania*

14

15

16

17

18

*\*Applications for pro hac vice admission
forthcoming*

19

20

21

22

PLAINTIFF STATES' MOTION TO
EXCEED PAGE LIMITS FOR REPLY
NO. 1:23-cv-03026-TOR

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED this 22nd day of March, 2023, at Seattle, Washington.

_/s/Kristin Beneski_
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General

PLAINTIFF STATES' MOTION TO
EXCEED PAGE LIMITS FOR REPLY
NO. 1:23-cv-03026-TOR

10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744