ROBERT W. FERGUSON
Attorney General
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., <br><br> Defendants. | NO. 1:23-cv-03026-TOR <br><br> PLAINTIFF STATES' MOTION TO EXPEDITE MOTION TO EXCEED PAGE LIMITS <br><br> 03/23/2023 <br> Without Oral Argument |

The Plaintiff States respectfully move for expedited consideration of their Motion to Exceed Page Limits for their Reply in Support of Motion for Preliminary Injunction (Motion to Exceed Page Limits). Defendants consent to both this motion and the Motion to Exceed Page Limits.

PLAINTIFF STATES' MOTION TO
EXPEDITE MOTION TO EXCEED
PAGE LIMITS
NO. 1:23-cv-03026-TOR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  An expedited ruling on the Plaintiff States' Motion to Exceed Page Limits
2  is necessary because the Plaintiff States' reply brief is due on March 24, 2023.
3  Without expedited consideration, the Plaintiff States' Motion to Exceed Page
4  Limits may not be set for consideration until after their reply brief is due.
5  For the foregoing reasons, the Plaintiff States respectfully request that the
6  Court grant this motion and expedite their Motion to Exceed Page Limits.
7  DATED this 22nd day of March, 2023.

ROBERT W. FERGUSON
Attorney General

*/s/ Kristin Beneski*
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
*Attorneys for Plaintiff State of Washington*

PLAINTIFF STATES' MOTION TO EXPEDITE MOTION TO EXCEED PAGE LIMITS
NO. 1:23-cv-03026-TOR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  ELLEN F. ROSENBLUM
   Attorney General of Oregon
2
   */s/ Marc Hull*
3  SANDER MARCUS HULL, WSBA #35986
   CARLA A. SCOTT, WSBA #39947
4  Senior Assistant Attorneys General
   YOUNGWOO JOH, OSB #164105
5  Assistant Attorney General
   Trial Attorneys
6  Tel: (971) 673-1880
   Fax: (971) 673-5000
7  marcus.hull@doj.state.or.us
   carla.a.scott@doj.state.or.us
8  youngwoo.joh@doj.state.or.us
   *Attorneys for State of Oregon*
9

10 KRIS MAYES
   Attorney General of Arizona
11
   */s/ Daniel C. Barr*
12 Daniel C. Barr (Arizona No. 010149)
   Chief Deputy Attorney General
13 Luci D. Davis (Arizona No. 35347)
   Office of the Attorney General of Arizona
14 2005 N. Central Ave.
   Phoenix, AZ 85004-1592
15 Phone: (602) 542-8080
   Email:   Daniel.Barr@azag.gov
16           Luci.Davis@azag.gov
   *Attorneys for Plaintiff State of Arizona*
17

18

19

20

21

22

PLAINTIFF STATES' MOTION TO
EXPEDITE MOTION TO EXCEED
PAGE LIMITS
NO. 1:23-cv-03026-TOR

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

PHILIP J. WEISER
Attorney General of Colorado

/s/ Eric Olson
ERIC OLSON, CO #36414
Solicitor General
MICHAEL MCMASTER, CO #42368
Assistant Solicitor General
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
*Attorneys for Plaintiff State of Colorado*


WILLIAM TONG
Attorney General of Connecticut

/s/ Joshua Perry
Joshua Perry*
Solicitor General
Office of the Connecticut Attorney General
165 Capitol Ave, Hartford, CT 06106
Joshua.perry@ct.gov
(860) 808-5372
Fax: (860) 808-5387
*Attorney for Plaintiff State of Connecticut*


KATHLEEN JENNINGS
Attorney General of Delaware

/s/ Vanessa L. Kassab
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
vanessa.kassab@delaware.gov
*Attorney for Plaintiff State of Delaware*

PLAINTIFF STATES' MOTION TO
EXPEDITE MOTION TO EXCEED
PAGE LIMITS
NO. 1:23-cv-03026-TOR

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

KWAME RAOUL
Attorney General of Illinois

*/s/ Caitlyn G. McEllis*
Caitlyn G. McEllis (6306561)
Public Interest Counsel
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601
Phone: (312) 793-2394
Caitlyn.McEllis@ilag.gov
*Attorney for Plaintiff State of Illinois*

DANA NESSEL
Attorney General of Michigan

*/s/ Stephanie M. Service*
Stephanie M. Service (P73305)
Assistant Attorney General
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
ServiceS3@michigan.gov
*Attorney for Plaintiff Attorney General of Michigan*

AARON D. FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*
Heidi Parry Stern (Bar. No. 8873)*
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

PLAINTIFF STATES' MOTION TO
EXPEDITE MOTION TO EXCEED
PAGE LIMITS
NO. 1:23-cv-03026-TOR

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | RAÚL TORREZ |
| | Attorney General of New Mexico |
| 2 | |
| | */s/ Aletheia Allen* |
| 3 | Aletheia Allen |
| | Solicitor General |
| 4 | New Mexico Office of the Attorney General |
| | 201 Third St. NW, Suite 300 |
| 5 | Albuquerque, NM 87102 |
| | AAllen@nmag.gov |
| 6 | *Attorney for Plaintiff State of New Mexico* |
| 7 | |
| | PETER F. NERONHA |
| 8 | Attorney General of Rhode Island |
| 9 | */s/ Julia C. Harvey* |
| | JULIA C. HARVEY #10529 |
| 10 | Special Assistant Attorney General |
| | 150 S. Main Street |
| 11 | Providence, RI 02903 |
| | (401) 274-4400 x2103 |
| 12 | *Attorney for Plaintiff State of Rhode Island* |
| 13 | |
| | CHARITY R. CLARK |
| 14 | Attorney General of Vermont |
| 15 | */s/ Eleanor L.P. Spottswood* |
| | ELEANOR L.P. SPOTTSWOOD* |
| 16 | Solicitor General |
| | 109 State Street |
| 17 | Montpelier, VT 05609-1001 |
| | (802)793-1646 |
| 18 | eleanor.spottswood@vermont.gov |
| | *Attorney for Plaintiff State of Vermont* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

PLAINTIFF STATES' MOTION TO
EXPEDITE MOTION TO EXCEED
PAGE LIMITS
NO. 1:23-cv-03026-TOR

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

BRIAN L. SCHWALB
Attorney General for the District of Columbia
JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division
WILLIAM STEPHENS
Counsel to the Deputy

/s/ Nicole S. Hill
NICOLE S. HILL
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, N.W.
Washington, D.C. 20001
(202) 727-4171
nicole.hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

ANNE E. LOPEZ
Attorney General

/s/ Erin N. Lau
Erin N. Lau 009887*
465 South King St., Room 200
Honolulu, Hawaii 96813
Erin.N.Lau@hawaii.gov
Counsel for the State of Hawaii

PLAINTIFF STATES' MOTION TO EXPEDITE MOTION TO EXCEED PAGE LIMITS
NO. 1:23-cv-03026-TOR

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

AARON M. FREY
Attorney General

*/s/ Halliday Moncure*
Halliday Moncure, Bar No. 4559*
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
halliday.moncure@maine.gov


ANTHONY G. BROWN
Attorney General of Maryland

*/s/Steven M. Sullivan*
STEVEN M. SULLIVAN*
Solicitor General
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6427
ssullivan@oag.state.md.us
*Attorney for Plaintiff State of Maryland*

PLAINTIFF STATES' MOTION TO EXPEDITE MOTION TO EXCEED PAGE LIMITS
NO. 1:23-cv-03026-TOR

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

KEITH ELLISON
Attorney General
State of Minnesota

/s/Liz Kramer
LIZ KRAMER (#0325089)
Solicitor General
JENNIFER OLSON (#0391356)
Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us
jennifer.olson@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

MICHELLE A. HENRY
Attorney General of Pennsylvania

/s/ Jill M. Graziano
JILL M. GRAZIANO (Pa Bar No. 82725)
Chief Counsel to the Attorney General
1000 Madison Ave., Ste. 310
Norristown, PA 19403
jgraziano@attorneygeneral.gov
(484) 460-1330
*Attorney for the Commonwealth of Pennsylvania*

*Applications for pro hac vice admission forthcoming*

PLAINTIFF STATES' MOTION TO EXPEDITE MOTION TO EXCEED PAGE LIMITS
NO. 1:23-cv-03026-TOR

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED this 22nd day of March, 2023, at Seattle, Washington.

*/s/Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General

PLAINTIFF STATES' MOTION TO EXPEDITE MOTION TO EXCEED PAGE LIMITS
NO. 1:23-cv-03026-TOR

10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744