1  ROBERT W. FERGUSON
   Attorney General
2  NOAH GUZZO PURCELL, WSBA #43492
   Solicitor General
3  KRISTIN BENESKI, WSBA #45478
   First Assistant Attorney General
4  COLLEEN M. MELODY, WSBA #42275
   Civil Rights Division Chief
5  ANDREW R.W. HUGHES, WSBA #49515
   LAURYN K. FRAAS, WSBA #53238
6  Assistant Attorneys General
   TERA M. HEINTZ, WSBA #54921
7  Deputy Solicitor General
   800 Fifth Avenue, Suite 2000
8  Seattle, WA  98104-3188
   (206) 464-7744
9

10

11

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

12  STATE OF WASHINGTON, et al.,

13              Plaintiffs,

14      v.

15  UNITED STATES FOOD AND
    DRUG ADMINISTRATION, et al.

16

17              Defendants.

NO. 1:23-cv-03026-TRO

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

FEE: $200.00

18      Pursuant to LCivR 83.2(c) of the United States District Court for the

19  Eastern District of Washington, Halliday Moncure hereby moves for permission

20  to appear and participate as counsel in the above-entitled action on behalf of the

21  State of Maine.

22

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

1

The particular need for my appearance and participation is: to ensure adequate representation of the interests of the State of Maine.

I, Halliday Moncure, understand that I am charged with knowing and complying with all applicable local rules.

I have been admitted to practice before the following courts on the following dates:

| Courts | Dates |
|---|---|
| Maine state courts | 10/21/2009 |
| U.S. Bankruptcy Court for the District of Maine | 10/21/2009 |
| U.S. District Court for the District of Maine | 10/21/2009 |
| Virginia state courts | 10/31/2005 |
| U.S. District Court for the Eastern District of Virginia | 03/26/2007 |
| U.S. District Court for the Western District of Virginia | 04/13/2007 |
| U.S. Circuit Court of Appeals for the Federal Circuit | 11/21/2007 |
| U.S. Circuit Court of Appeals for the Fourth Circuit | 09/19/2006 |
| U.S. Circuit Court of Appeals for the D.C. Circuit | 12/30/2020 |

I have not been disbarred or formally censured by a court of record or by a state bar association and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/22/2023      Signature of Applicant:    /s/ Halliday Moncure

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

2

1

Pro Hac Vice Attorney
Applicant's Name:          Halliday Moncure, Esq.

2

Bar No./State Bar No.:      4559
Law Firm Name:           Office of the Attorney General

3

Street Address:            6 State House Station
City, State, Zip:            Augusta, ME 04333

4

Phone number:            207-626-8555
Primary Email:            halliday.moncure@maine.gov

5

6

### STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial,

7

in the event the applicant Halliday Moncure is unable to be present upon any date

8

assigned by the court.

9

10

DATE: 3/23/2023      Signature Local Counsel: */s/ Andrew R.W. Hughes*
Local Counsel's Name:     ANDREW R.W. HUGHES

11

Bar # / State Bar #:       WSBA #49515

12

Law Firm Name: Street     Washington Office of the Attorney General
Address:                800 Fifth Avenue, Suite 2000

13

City, State, Zip:           Seattle, WA 98104
Phone/Facsimile:          206-498-8113

14

Primary Email:           Andrew.Hughes@atg.wa.gov

15

16

17

18

19

20

21

22

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

3

**Electronic Case Filing Agreement**

By submitting this form, the undersigned understands and agrees to the following:

1.     The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.     The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.     If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the Court. Members of the Court's systems staff will assess the risk and advise you accordingly.

4.     By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil procedure 5(b)(2)(c), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

5.     You will continue to access court information via the Eastern District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the Court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6.     By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

_/s/ Halliday Moncure_                              3/22/2023
Signature                                                Date Signed

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1

## <u>DECLARATION OF SERVICE</u>

2          I hereby declare that on this day I caused the foregoing document to be

3 electronically filed with the Clerk of the Court using the Court's CM/ECF System

4 which will serve a copy of this document upon all counsel of record.

5          DATED this 23rd day of March 2023, at Seattle, Washington.

6                                        */s/ Andrew R.W. Hughes*

7                                        ANDREW R.W. HUGHES, WSBA #49515
                                         Assistant Attorney General
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744