|   |   |
|---|---|
| Daniel M. Weiskopf, WSBA No. 44941<br>McNaul Ebel Nawrot & Helgren PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>(206) 467-1816<br>dweiskopf@mcnaul.com | Hon. Thomas O. Rice |
| Shannon Rose Selden,<br>pending *Pro Hac Vice*<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>(212) 909-6082<br>srselden@debevoise.com | Megan McGuiggan,<br>pending *Pro Hac Vice*<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Avenue<br>Washington DC 20004<br>(202) 383-8087<br>mmcguiggan@debevoise.com |
| Adam Aukland-Peck,<br>pending *Pro Hac Vice*<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>(212) 909-6703<br>aauklandpeck@debevoise.com | Molly Meegan,<br>pending *Pro Hac Vice*<br>American College of Obstetricians<br>and Gynecologists<br>409 12th Street SW<br>Washington, DC 20024<br>(202) 638-5577<br>mmeegan@acog.org |

Jessica Morris,
pending *Pro Hac Vice*
American College of Obstetricians
and Gynecologists
409 12th Street SW
Washington, DC 20024
(202) 638-5577
jmorris@acog.org

*Attorneys for Amici Curiae*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD AND<br>DRUG ADMINISTRATION, et al.,<br><br>                Defendants. | No. 1:23-cv-3026-TOR<br><br>NOTICE OF APPEARANCE |

NOTICE OF APPEARANCE
(No. 1:23-cv-3026-TOR)

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

| | |
|---|---|
| 1 | TO:       THE CLERK OF THE COURT |
| 2 | AND TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD |

PLEASE TAKE NOTICE that the American College of Obstetricians and Gynecologists, American Medical Association, Society for Maternal-Fetal Medicine, American Academy of Family Physicians, American Academy of Pediatrics, American College of Nurse-Midwives, American Gynecological and Obstetrical Society, American Society for Reproductive Medicine, Council of University Chairs of Obstetrics & Gynecology, North American Society for Pediatric and Adolescent Gynecology, Society of General Internal Medicine, Society of Gynecologic Oncology, Society of Gynecologic Surgeons, Society of OB/GYN Hospitalists, and Washington State Medical Association, by and through their attorneys of record, Daniel M. Weiskopf and McNaul Ebel Nawrot & Helgren PLLC, hereby appears in the above-entitled cause, and hereby requests that all further papers and

///

NOTICE OF APPEARANCE
(No. 1:23-cv-3026-TOR) – Page 1

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

pleadings herein be served upon him at the address below stated.

DATED this 24th day of March 2023.

McNAUL EBEL NAWROT & HELGREN PLLC

By:   s/Daniel M. Weiskopf
      Daniel M. Weiskopf, WSBA No. 44941

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
dweiskopf@mcnaul.com
*Attorneys for Amici Curiae*

NOTICE OF APPEARANCE
(No. 1:23-cv-3026-TOR) – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED this 24th day of March, 2023.

By:  s/Daniel M. Weiskopf
     Daniel M. Weiskopf, WSBA No. 44941

NOTICE OF APPEARANCE
(No. 1:23-cv-3026-TOR) – Page 3

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816