ROBERT W. FERGUSON
Attorney General
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.<br><br>Defendants. | NO. 1:23-cv-03026-TOR<br><br>DECLARATION OF ANDREW HUGHES IN SUPPORT OF PLAINTIFF STATES' REPLY RE MOTION FOR PRELIMINARY INJUNCTION |

I, Andrew Hughes, declare as follows:

1. I am over the age of 18, am competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am an Assistant Attorney General with the Washington State Office of the Attorney General.

DECLARATION OF ANDREW
HUGHES IN SUPPORT OF
PLAINTIFF STATES' REPLY

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

3. Attached hereto as Exhibit A is a true and correct copy of the October 4, 2022 Citizen Petition of the American College of Obstetricians and Gynecologists (and 48 other organizations).

4. Attached hereto as Exhibit B is a true and correct copy of the September 29, 2021 Letter from *Chelius* Plaintiffs to the FDA.

5. Attached hereto as Exhibit C is the Appendix to the September 29, 2021 Letter from the *Chelius* Plaintiffs to the FDA.

6. Attached hereto as Exhibit D is a true and correct copy of the March 30, 2020 letter of then-California Attorney General Xavier Becerra and other Attorneys General to HHS and the FDA.

7. Attached hereto as Exhibit E is a true and correct copy of the November 3, 2015 letter to the FDA signed by the American Public Health Association (Population, Reproductive, and Sexual Health Section); Gynuity Health Projects; Ibis Reproductive Health; the National Abortion Federation; and clinicians from the Albert Einstein College of Medicine, Columbia University, Princeton University, Stanford University, the University of California San Francisco, the University of North Carolina, the University of New Mexico and the University of Ottawa, among others.

8. Attached hereto as Exhibit F is a true and correct copy of the November 4, 2015 letter to the FDA from the American College of Obstetricians and Gynecologists.

DECLARATION OF ANDREW HUGHES IN SUPPORT OF PLAINTIFF STATES' REPLY

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

9. Attached hereto as Exhibit G is a true and correct copy of the transcript of the Remarks of Secretary Xavier Becerra at the Press Conference in Response to President Biden's Directive following Overturning *Roe v. Wade* delivered June 28, 2022.

10. Attached hereto as Exhibit H is a true and correct copy of the June 20, 2019 letter of the American Academy of Family Physicians to the FDA.

11. Attached hereto as Exhibit I is a true and correct copy of the Complaint in *American College of Obstetricians & Gynecologists v. FDA*, 8:20-cv-01320-TDC (D. Md.) filed May 27, 2020.

12. Attached hereto as Exhibit J is a true and correct copy of the August 13, 2021 letter from the Society of Family Planning to the FDA.

13. Attached hereto as Exhibit K is a true and correct copy of the October 6, 2021 letter from The American College of Obstetricians and Gynecologists to the FDA.

14. Attached hereto as Exhibit L is a true and correct copy of the June 21, 2022 letter from The American College of Obstetricians and Gynecologists and the American Medical Association to the FDA.

15. Attached hereto as Exhibit M is a Chronology of FDA Communications that I prepared.

DECLARATION OF ANDREW HUGHES IN SUPPORT OF PLAINTIFF STATES' REPLY

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 24th day of March, 2023 at Seattle, Washington.

*s/Andrew Hughes*
Andrew Hughes
Assistant Attorney General

DECLARATION OF ANDREW HUGHES IN SUPPORT OF PLAINTIFF STATES' REPLY

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED this 24th day of March, 2023, at Seattle, Washington.

*/s/Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General

DECLARATION OF ANDREW HUGHES IN SUPPORT OF PLAINTIFF STATES' REPLY

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744