# Exhibit M

## Chronology of FDA Communications

|   | Date | Record citation | Brief description |
|---|------|-----------------|-------------------|
| 1 | 11/3/2015 | Hughes Decl. Ex. E | Letter to FDA from medical and public health researchers |
| 2 | 11/4/2015 | Hughes Decl. Ex. F | Letter to FDA from the American Congress of Obstetricians and Gynecologists |
| 3 | 2/4/2016 | ECF No. 1-9 | Letter to FDA from 30 organizations, including American College of Obstetricians and Gynecologists (ACOG), Society of Family Planning (SFP), Planned Parenthood Federation of America (PPFA), and others |
| 4 | 3/29/2016 | ECF No. 1-10 | FDA's Cross Discipline Team Leader Review |
| 5 | 6/20/2019 | Hughes Decl. Ex. H | Letter to FDA from American Academy of Family Physicians (AAFP) |
| 6 | 3/30/2020 | Hughes Decl. Ex. D | Letter to FDA and DHHS from Plaintiff States |
| 7 | 5/27/2020 | Hughes Decl. Ex. I | Complaint in *American College of Obstetricians and Gynecologists, et al. v. FDA, et al*, Case No. 8:20-cv-01320-TDC (D. Md.) |
| 8 | 8/13/2021 | Hughes Decl. Ex. J | Letter to FDA from SFP |
| 9 | 9/29/2021 | Hughes Decl. Exs. B (letter) and C (app'x) | Letter to FDA from Plaintiffs in *Chelius v. Becerra*, No. 1:17-cv-00493-JAO-RT (D. Haw.), with appendix |
| 10 | 10/6/2021 | Hughes Decl. Ex. K | Letter to FDA from ACOG |
| 11 | 6/21/2022 | Hughes Decl. Ex. L | Letter to FDA from American Medical Association (AMA) and ACOG |
| 12 | 10/4/2022 | Hughes Decl. Ex. A | Citizen Petition from ACOG and 48 other organizations, including AAFP, AMA, PPFA, SFP, and others |