1  ROBERT W. FERGUSON
   Attorney General
2  NOAH GUZZO PURCELL, WSBA #43492
   Solicitor General
3  KRISTIN BENESKI, WSBA #45478
   First Assistant Attorney General
4  COLLEEN M. MELODY, WSBA #42275
   Civil Rights Division Chief
5  ANDREW R.W. HUGHES, WSBA #49515
   LAURYN K. FRAAS, WSBA #53238
6  Assistant Attorneys General
   TERA M. HEINTZ, WSBA #54921
7  Deputy Solicitor General
   800 Fifth Avenue, Suite 2000
8  Seattle, WA 98104-3188
   (206) 464-7744

9

10

11            **UNITED STATES DISTRICT COURT**
             **EASTERN DISTRICT OF WASHINGTON**
12

13  STATE OF WASHINGTON, et al.,          NO. 1:23-cv-03026-TOR

                 Plaintiffs,              DECLARATION OF COURTNEY
14                                        SCHREIBER, M.D., M.P.H.

15      v.

16  UNITED STATES FOOD AND
   DRUG ADMINISTRATION, et al.,

17               Defendants.

18

19       I, Courtney Schreiber, M.D., M.P.H., declare as follows:

20       1.      I am over the age of 18, am competent to testify as to the matters

21  herein, and make this declaration based on my personal knowledge.

22

DECLARATION OF                    1         ATTORNEY GENERAL OF WASHINGTON
COURTNEY SCHREIBER, M.D.,                          Complex Litigation Division
M.P.H.                                            800 Fifth Avenue, Suite 2000
                                                    Seattle, WA 98104-3188
                                                        (206) 464-7744

2.      I am a board-certified obstetrician/gynecologist and a Professor in the Department of Obstetrics and Gynecology at the Perelman School of Medicine at the University of Pennsylvania. I am also a Fellow of the American College of Obstetricians and Gynecologists ("ACOG"), the nation's leading group of physicians providing health care for women, which has more than 58,000 members representing more than 90% of all obstetrician/gynecologists in the United States. At Penn Medicine and the Perelman School of Medicine, I am Chief of the Division of Family Planning, the Program Director of the Fellowship in Family Planning and the Clinical Director of the Pregnancy Early Access Center ("PEACE"), and an attending physician at the Hospital of the University of Pennsylvania. In addition to being an obstetrician/gynecologist, I hold a master's degree in public health with a concentration in epidemiology (the study of the incidence, distribution, and possible control of diseases and other factors relating to health).

3.      I am licensed to practice in the State of Pennsylvania. I am board certified in both Obstetrics and Gynecology and Complex Family Planning (American Board of OBGYN).

4.      I have published over 90 peer-reviewed research articles on a wide range of reproductive health issues. In addition, I have been the principal investigator or co-investigator on approximately 60 research studies relating to

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

2

early pregnancy, abortion, pregnancy loss (miscarriage), contraception, and sexually transmitted infections.

5.      I currently serve on the editorial board of *Contraception*, and serve or have served as a reviewer for *Fertility and Sterility*, *Pharmacoepidemiology*, and the *American Journal of Obstetrics and Gynecology*. A copy of my curriculum vitae is attached hereto as Exhibit A.

6.      At Penn Medicine, I provide both clinical and didactic (i.e., lectures) training to medical students as well as residents in obstetrics/gynecology and family medicine, among other specialties. Among the subjects I teach is abortion, training students and residents in both medication and surgical abortion methods. In addition, as Director of the Fellowship in Family Planning at Penn, I teach advanced family planning and abortion techniques to doctors who have completed their residencies and want to further specialize in this area.

7.      I am an expert in the provision of abortion services, having provided this procedure for over 5,000 patients as an integral component of my practice. I use a variety of abortion techniques, including medication abortion, vacuum aspiration, and dilation and evacuation. I provide a wide spectrum of general gynecology care and have particular expertise in contraceptive management as well as care for early pregnancy loss. This has been my practice as an attending physician for 18 years at the Perelman School of Medicine.

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

3

## **Abortion Care in the United States**

8.     Abortion is one of the safest and most common outpatient services provided in the United States. Approximately one in four women in the United States will have an abortion by age 45.[1]

9.     Carrying a pregnancy to term carries much higher risks of both morbidity and mortality than abortion. A patient's risk of death associated with continued pregnancy and childbirth is approximately 14 times higher than the risk of death associated with abortion.[2] The mortality rate for abortion is also much lower than that for other outpatient procedures, such as colonoscopy and tonsillectomy, both of which have a mortality rate more than four times higher than the rate associated with abortion.[3]

10.     As indicated above, there are both surgical and non-surgical (i.e., medication) abortion methods available in the United States. While abortion is extremely safe, medication abortion is safer and/or preferable for some patients given their individual circumstances. The best (and FDA-approved) regimen of

---

[1] Guttmacher Inst., Induced Abortion in the United States (Sept. 2019), https://www.guttmacher.org/fact-sheet/induced-abortion-united-states (last visited March 14, 2023). I use the term "women" in this report to refer to patients seeking abortion care, but note that gender non-binary and transgender patients also use these services.

[2] Elizabeth G. Raymond & David A. Grimes, *The Comparative Safety of Legal Induced Abortion and Childbirth in the United States*, 119 Obstetrics & Gynecology 215 (2012).

[3] Committee on Reproductive Health Servs., Health and Med. Division, *The Safety and Quality of Abortion Care in the United States*, Nat'l Acad. of Sci., Engineering, and Med. 75 (2018), https://doi.org/10.17226/29450.

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

4

medication abortion for early pregnancies entails taking two medications: mifepristone (also known as RU-486 or by its trade name in the U.S., Mifeprex) and misoprostol (available as a generic or under the brand name Cytotec®). Together they cause the patient to undergo a pregnancy termination within a predictable period of time. The process is very similar to an early miscarriage.

11.     As detailed below, the FDA subjects Mifeprex and its generic to a Risk Evaluation and Mitigation Strategy ("REMS") that significantly limits where and how patients can obtain it. By contrast, misoprostol—which is part of the FDA-approved regimen for medication abortion listed on the Mifeprex label, although it is itself labeled only for ulcer treatment—is not subject to a REMS. Misoprostol is available by prescription at retail and mail-order pharmacies. Misoprostol alone is also an abortifacient, but the combination of the two drugs is a superior regimen.

12.     The great majority of abortions in the United States occur in the first 70 days of pregnancy (as dated from the first day of a patient's last menstrual period, or "LMP"). Medication abortion with the mifepristone-misoprostol combination now accounts for more than half of all abortions in the United

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

5

States.[4] Since the FDA approved Mifeprex in 2000, more than four million women in the U.S. have used this medication to end an early pregnancy.[5]

**The Medication Abortion Regimen**

13.     I am familiar with the drug mifepristone.  I prescribe mifepristone for my patients and have done so since approximately 2003.

14.     I understand that the U.S. Food and Drug Administration ("FDA") subjects Mifeprex® (as well as its generic counterpart) to REMS, including Elements to Assure Safe Use ("ETASU"), which restricts how, where, and by whom the drug can be distributed. I use "Mifeprex REMS" as shorthand to refer to both the REMS and the ETASU it includes, for both Mifeprex and its generic counterpart.[6]

15.     The Mifeprex REMS provides no medical or safety benefit. I base this opinion on my expertise in the fields of obstetrics and gynecology; my experience providing a broad range of reproductive health care, including abortions; my expertise as a clinical researcher in the field of reproduction; and my familiarity with the body of scientific literature concerning medication abortion.

---

[4] Rachel K. Jones et al., *Medication Abortion Now Accounts for More than Half of All US Abortions*, Guttmacher Inst. (Feb. 2022), https://www.guttmacher.org/article/2022/02/medication-abortion-now-accounts-more-half-all-us-abortions (last visited March 14, 2023).

[5] *Mifeprex Effectiveness & Advantages*, Danco Laboratories, LLC (last visited March 14, 2023), https://www.earlyoptionpill.com/is-mifeprex-right-for-me/effectiveness-advantages/.

[6] The FDA regulates both Mifeprex and its generic, Mifepristone, identically.

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

6

16.     The labeling for Mifeprex that the FDA approved in 2016 outlines an evidence-based regimen for medication abortion with mifepristone and misoprostol: On day 1, at a location of her choosing, the patient takes 200 mg of mifepristone orally; 24 to 48 hours later, and also at a location of her choosing, the patient takes 800 mcg of misoprostol buccally (i.e., she lets it dissolve in her mouth, in the pocket of her cheek). The success rate for medication abortion in the U.S. using this protocol is above 95%.[7] As the FDA emphasized in the updated 2016 label, clinical trials have demonstrated that this protocol is safe and extremely effective through 70 days LMP.[8] ACOG, the nation's leading professional association of physicians providing health care for women, has endorsed the dosage, timing, and route of administration of this regimen,[9] and this is the regimen I use to provide early medication abortion and miscarriage management in my own practice and in my teaching. It is the standard of care.

17.     When used in a medication abortion, mifepristone blocks the body's receptors for progesterone, a hormone necessary to sustain pregnancy, which

[7] Committee on Practice Bulletins – Gynecology and the Society of Family Planning, *Practice Bulletin Number 143: Medical Management of First-Trimester Abortion*, American College of Obstetricians and Gynecologists 7 (Mar. 2014), https://www.acog.org/-/media/Practice-Bulletins/Committee-on-Practice-Bulletins----Gynecology/Public/pb143.pdf; Beverly Winikoff et al., *Two distinct oral routes of misoprostol in mifepristone medical abortion: a randomized controlled trial*, 112 Obstetrics & Gynecology 1303-10 (2008); *see also* Eric A. Schaff et al., *Comparison of misoprostol plasma concentrations following buccal and sublingual administration*, 71 Contraception 225 (2005).

[8] Danco Laboratories, LLC, *Mifeprex (mifepristone) Medication Guide* (Mar. 2016), https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/020687s020lbl.pdf (detailing studies regarding the safe and effective use of Mifeprex through 70 days LMP).

[9] *Practice Bulletin Number 143*, *supra* note 7.

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

7

prompts the pregnancy tissue and lining of the uterus to break down and separate from the uterine wall.[10] Mifepristone also triggers the body to release endogenous prostaglandins that soften and open the cervix,[11] and increases uterine contractility (capacity to contract).[12]

18.    Misoprostol is a prostaglandin which, on its own, causes uterine contractions that expel the contents of the uterus. Misoprostol is capable of causing an abortion even without Mifeprex, and is also used to empty the uterus in cases of miscarriage. Some providers offer misoprostol alone to patients as a means of pregnancy termination if they cannot access Mifeprex, or if a contraindication for Mifeprex is present (which is relatively rare). But as explained below, uniform medical opinion is that the superior regimen, in terms of both safety and efficacy, combines the two medications.

19.    In combination, mifepristone and misoprostol work synergistically to terminate an early pregnancy with high efficacy.[13] The mifepristone helps the pregnancy to detach from the endometrial lining, and boosts the strength and

---

[10] N.N. Sarkar, *Mifepristone: Bioavailability, Pharmokinetics, and Use-Effectiveness*, 101 European J. of Obstetrics & Gynecology and Reproductive Biology 113, 115-16 (2002); Regine Sitruk-Ware & Irving M. Spitz, *Pharmacological Properties of Mifepristone: Toxicology and Safety in Animal and Human Studies*, 68 Contraception 409, 410-11 (2003); Beatrice Couzinet et al., *Termination of Early Pregnancy by the Progesterone Antagonist RU486 (Mifepristone)*, 315 New England J. Med. 1565, 1568 (1986).

[11] Couzinet et al., *supra* note 10, at 1568; Christian Fiala & Kristina Gemzel-Danielsson, *Review of Medical Abortion Using Mifepristone in Combination With a Prostaglandin Analogue*, 74 Contraception 66, 76 (2006).

[12] Couzinet et al., *supra* note 10, at 1568; Fiala & Gemzel-Danielsson, *supra* note 11, at 68; Sitruk-Ware & Spitz, *supra* note 10, at 411-12.

[13] Fiala & Gemzel-Danielsson, *supra* note 11, at 66-67.

---

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

8

efficacy of the contractions that misoprostol induces.[14] Mifepristone also prompts the body to release both natural prostaglandins and additional prostaglandin receptors, priming the body to respond to misoprostol, a synthetic prostaglandin. Hence, the combination of the two drugs is more likely than misoprostol alone to result in pregnancy termination and complete emptying of the uterus. For this reason, medical providers generally use the term "medication abortion" to refer not to either mifepristone or misoprostol on their own, but rather to the combination of the two drugs. As noted above, this is also how the FDA has approved the use of mifepristone for medication abortion.

### No Medical or Safety Benefit Justifies the REMS

### *The Restrictions on Mifeprex*

20.     The Mifeprex REMS provides that a patient must receive the mifepristone prescription from a health care provider who has attested to their ability to safely prescribe mifepristone, and then either arranged to order and stock mifepristone in their health care facility or sends the prescription to a specially certified pharmacy. In addition, the patient must sign a "Patient Agreement" form confirming that she has received counseling on the risks associated with mifepristone.

---

[14] *Id.* at 66.

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

9

*Mifeprex is Safe*

21.    Hundreds of scientific studies, both cumulatively and on their own, demonstrate that mifepristone is an extremely safe drug. These studies include clinical trials, post-marketing studies, epidemiological studies, and real-world studies. These studies have tested mifepristone with a variety of formulations and doses, and have evaluated mifepristone used alone and in conjunction with other drugs, such as misoprostol. *All* of these studies concluded that mifepristone is extremely safe for clinical use.[15]

22.    Mifepristone's chemical structure itself supports the conclusion that mifepristone is extremely safe. It is chemically similar to norethindrone, which was the original progestin formulation used in early oral contraceptive pills and which is still widely used today. Because it is so similar in structure to a widely used progestin, mifepristone is unlikely to be toxic to patients.

23.    As the FDA labeling for Mifeprex discusses, cramping, uterine bleeding, and abdominal pain are expected in all medication abortion patients: Treatment with mifepristone and misoprostol is intended to cause uterine cramping and bleeding to induce pregnancy termination.[16]

---

[15] *See, e.g.,* Elizabeth G. Raymond et al., *First-trimester medical abortion with mifepristone 200 mg and misoprostol: a systematic review*, 87 Contraception 26, 32 (2013); Regina Kulier et al., *Medical methods for first trimester abortion*, Cochrane Database Sys. Rev. Issue 11 Article Number CD002855, 2 (2011); *Practice Bulletin Number 143*, *supra* note 7, at 11.

[16] That expected uterine bleeding, which is the intended result of the regimen, is distinct from heavy uterine bleeding, which is considered a complication if the amount of blood lost in the process of emptying the uterus is more than a person's body can tolerate, given that person's particular physiology.

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

24.    Any process that empties the pregnant uterus—medication abortion, surgical abortion, miscarriage (i.e., spontaneous abortion), or childbirth—poses the two categories of risk that the Mifeprex labeling identifies: "Serious or sometimes fatal infections or bleeding."[17] The Mifeprex labeling acknowledges that "rarely, serious and potentially life-threatening bleeding, infections, or other problems can occur following a miscarriage, surgical abortion, medical abortion, or childbirth" and that "[n]o causal relationship between the use of MIFEPREX and misoprostol and these events has been established."[18]

25.    In other words, all pregnancy outcomes carry a risk of heavy bleeding and a risk of infection. Heavy bleeding typically results from the uterus not contracting well enough to compress blood vessels and stop bleeding at the site where the placenta was attached to the uterine wall; much less frequently, it occurs when strong contractions cause the uterine muscle to rupture as a result of a prior uterine scar. The typical cause of infection is that a miscarriage, surgical abortion, medication abortion, or childbirth does not completely empty the uterus, and the tissue that remains there becomes infected. As the FDA acknowledges, there is no evidence that Mifeprex *causes* either of these complications.[19]

---

[17] Danco Laboratories, LLC, *supra* note 8, at 2.

[18] *Id.*

[19] The FDA has likewise acknowledged that there is no evidence that mifepristone caused the handful of deaths from *Clostridium sordelli* infection among medication abortion patients a number of years ago, and that the underlying pregnancy was a more plausible explanation. Letter from Janet Woodcock, M.D., Director, Ctr. for

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

11

26. Moreover, according to the FDA, serious adverse events among Mifeprex patients are "exceedingly rare, generally far below 0.1% for any individual adverse event."[20]

27. The mifepristone-misoprostol regimen for early medical abortion otherwise carries a risk of very minor side effects, many of which are common among pregnant people, and which may not actually be caused by mifepristone use. For any FDA clinical trial, side effects are reported without any determination of causation. According to the FDA, the most commonly reported (i.e., occurring in more than 15% of patients) side effects following use of the mifepristone-misoprostol regimen are nausea, weakness, fever and/or chills, vomiting, headache, diarrhea, and dizziness.[21] These symptoms are common and non-dangerous, and can occur even without using medication. Further, mifepristone is a drug used as a treatment for pregnant patients, and many of the side effects listed on the Mifeprex label, such as headaches and nausea, are extremely common among pregnant patients. Thus, it is not surprising that patients using mifepristone might report experiencing nausea and/or headache around the time that they take mifepristone.

---

Drug Evaluation & Research, to Donna Harrison, M.D., et al., Denying Citizen Petition Asking the FDA to Revoke Approval of Mifeprex 25-26 n.69 (Mar. 29, 2016), https://www.regulations.gov/document?D=FDA-2002-P-0364-0002.

[20] Ctr. For Drug Evaluation & Res., *Application Number 020687Orig1s020: Medical Reviews* 47 (Mar. 2016), https://www.accessdata.fda.gov/drugsatfda_docs/nda/2016/020687Orig1s020MedR.pdf.

[21] Danco Laboratories, LLC, *supra* note 8, at 7, Table 1.

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

12

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

28. The Mifeprex labeling lists only a few contraindications: (1) a confirmed or suspected ectopic pregnancy (i.e., a pregnancy located outside the uterus); (2) chronic adrenal failure and/or long-term steroid therapy; (3) previous allergic reactions to mifepristone, misoprostol, or drugs with similar chemical compositions; (4) hemorrhagic disorders or concurrent use of anticoagulants (commonly known as "blood thinners"); and (5) inherited porphyrias, a type of rare blood disorder. All of these contraindications are easily ascertained by simply asking a patient about their medical history.[22]

29. There are no new or emerging safety concerns for mifepristone. Indeed, in 2016, the FDA dropped the REMS requirement that Mifeprex prescribers report serious adverse events other than death because such events were so rare and the safety profile for Mifeprex had remained stable for so long.

30. In sum, extensive data from the past two decades, including both clinical studies and mandatory reporting of serious adverse events for the more than four million U.S. women who have taken Mifeprex, demonstrate that Mifeprex does not have a risk profile warranting regulatory limitations on its prescription.

---

[22] *Practice Bulletin Number 143*, *supra* note 7, at 6.

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

13

1

2

**The FDA Does Not Impose a REMS for Less Safe Drugs, and Among Drugs with Comparable REMS, the Restrictions on Mifeprex are Uniquely Illogical**

3

4

5

31.    The FDA's differential treatment of Mifeprex is all the more apparent when Mifeprex is compared to drugs that pose similar or greater levels of risk, but for which the FDA does not impose a REMS.

6

7

8

9

10

11

32.    First, Korlym® is another mifepristone product which the FDA has approved for the treatment of Cushing's syndrome under certain circumstances. Cushing's syndrome is a disorder that can result when the body produces too much of the cortisol hormone. When using mifepristone to treat Cushing's syndrome, patients take between one and four 300 mg tablets of mifepristone—1.5 to 6 times the recommended dose for Mifeprex—on a daily, long-term basis.

12

13

14

15

16

17

33.    The most commonly reported side effects for Korlym are nausea, fatigue, headache, decreased blood potassium, arthralgia, vomiting, peripheral edema, hypertension, dizziness, decreased appetite, and endometrial hypertrophy (thickening of the uterine lining).[23] Unsurprisingly, the most commonly reported side effects for Mifeprex are very similar: nausea, weakness, fever/chills, vomiting, headache, diarrhea, and dizziness.

18

19

20

34.    Yet, Korlym is not subject to a REMS. Under a voluntary arrangement with the manufacturer, a patient's clinician submits a patient enrollment form and prescription for Korlym to a specialty pharmacy, which

21

22

[23] Corcept Therapeutics, Inc., *Korlym Prescribing Information*,
https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/202107s000lbl.pdf (last visited March 14, 2023).

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

14

delivers the drug to the patient's home. The patient is then responsible for taking the recommended dose every day at home according to their prescription.

35.     In addition, other drugs that present similar or greater risks of bleeding than mifepristone are nonetheless unregulated by REMS. For example, warfarin (also known under the brand name Coumadin) is an anticoagulant (often referred to as a "blood thinner") commonly prescribed for patients with atrial fibrillation to reduce the risk of blood clot and stroke. Warfarin is what is referred to as a "first-line" drug because it is used by providers as a first line of defense. Like Korlym, it is often taken on a chronic (i.e., long-term) basis. Warfarin acts by decreasing the number of clotting factors in the blood, thereby reducing the likelihood of a blood clot forming. I often treat patients who take warfarin to address a variety of cardiovascular disorders, including atrial fibrillation and history of venous thromboembolism. Typically, first-line drugs achieve that status after having been shown to be highly effective with a relatively low risk of adverse effects. But despite its status as a first-line drug, warfarin's labeling carries a black box warning stating that it can cause "major or fatal bleeding."[24] For patients with certain underlying conditions, such as atrial fibrillation, the risk of such "major bleeding" is particularly high: for instance, among patients with atrial fibrillation, the incidence of "major bleeding" associated with warfarin

---

[24] Bristol-Myers Squibb Co., *Coumadin (warfarin sodium) Prescribing Information*, https://www.accessdata.fda.gov/drugsatfda_docs/label/2011/009218s107lbl.pdf (last visited March 14, 2023).

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

15

ranged from 0.6% to 2.7% in clinical trials.[25] By comparison, the FDA acknowledges that for Mifeprex, the risk of any individual serious adverse event is exceedingly rare, and under 0.1%.[26]

36.     Misoprostol, the second drug in the FDA-approved medical abortion regimen, does not have a REMS and is available by prescription at virtually any retail pharmacy. The disparate treatment of Mifeprex and misoprostol is counterintuitive given that misoprostol poses similar categories of risks as those associated with miscarriage, childbirth, surgical abortion, or Mifeprex.

37.     The heightened regulation of Mifeprex is particularly medically unjustified given that the two drugs used in combination are more effective—and, in turn, safer—than misoprostol alone in evacuating the contents of a patient's uterus. Indeed, building on the robust body of evidence confirming the enhanced efficacy of the two-drug regimen in the context of early abortion care, I published a study in the New England Journal of Medicine ("NEJM") that evaluated the efficacy of the two-drug regimen in the context of early *miscarriage* care. The study concluded that misoprostol was likewise more successful in managing first-trimester pregnancy loss (i.e., in effectively completing the evacuation of all uterine contents) when patients received pretreatment with

---

[25] *Id.* at 24.

[26] Ctr. For Drug Evaluation & Res., *supra* note 20.

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

16

1    mifepristone.[27] But, because the REMS limits access to Mifeprex, some

2    clinicians are compelled to prescribe misoprostol alone for abortion and/or

3    miscarriage care. As discussed above, while a misoprostol-only regimen is an

4    option for medication abortions, the two-drug regimen of

5    mifepristone-misoprostol remains the gold standard.

6        38.    When a woman uses mifepristone and misoprostol together, the

7    extremely rare complications of heavy bleeding or infection are significantly

8    more likely to occur after she takes the misoprostol, rather than after she takes

9    the Mifeprex alone. This is because, as discussed above, in the two-drug regimen,

10   it is the misoprostol, not the mifepristone, that causes the uterus to contract and

11   expel its contents. These contractions cause the bleeding and cramping that is the

12   intended function of the medication abortion; in extremely rare cases, such

13   contractions could result in heavy bleeding. Similarly, the very low risk of

14   infection generally arises in the event that the misoprostol causes the patient's

15   uterus to contract and expel *some but not all* of its contents.

16       39.    Treating the patient with mifepristone before she takes the

17   misoprostol likely *increases* the safety of medical uterine evacuation for

18   miscarriage management and abortion care. While difficult to do a comparative

19   safety study given the extremely low rates of serious adverse events with either

20   the two-drug regimen or misoprostol alone, the evidence showing that the

21

22   [27] Courtney A. Schreiber et al., *Mifepristone Pretreatment for the Medical Management of Early Pregnancy Loss*, 378 New England J. Med. 2161 (2018).

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

mifepristone-misoprostol regimen is more effective than misoprostol alone carries clear implications for patient safety: Because the uterine lining has already started to separate and the body is more sensitive to misoprostol after mifepristone pretreatment, the uterine contractions caused by misoprostol are more productive, and the patient's uterus is evacuated more quickly. The less time it takes to evacuate a patient's uterus, the less likely she is to experience heavy bleeding. In the same way, because the mifepristone-misoprostol combination is more effective than misoprostol alone in *fully* evacuating the patient's uterus, it is less likely that the patient will retain any tissue in her uterus after the initial treatment. This, in turn, reduces the likelihood that she would need an additional intervention (such as a clinical procedure with instruments or an additional dosage of misoprostol) to complete the uterine evacuation, and reduces the risk of retained tissue that could lead to infection.

40.    Based on my research and clinical experience, I cannot conceive of a situation in which a prescriber with access to Mifeprex would choose to prescribe misoprostol alone for a medication abortion or early miscarriage treatment, unless the patient had one of the relatively rare contraindications described above.  If Mifeprex is removed from the market, I suspect the complications related to abortion will increase, and I am concerned that patients will commonly seek emergency care in the setting of incomplete abortion and other complications.

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

18

41.    The FDA's treatment of misoprostol underscores that Mifeprex's labeling alone should suffice to alert patients and providers to any potential risks, without the additional layer of REMS restrictions. Misoprostol's labeling notes "[p]elvic pain, retained placenta, severe genital bleeding, shock, fetal bradycardia, and fetal and maternal death have been reported" relating to the use of misoprostol, all of which are also risks endemic to childbirth, miscarriage or abortion. The misoprostol labeling also notes that the drug has abortifacient effects, but simply states that "[p]atients must be advised of the abortifacient property and warned not to give the drug to others."[28] In my medical opinion, the same approach to risk management would be appropriate for Mifeprex. In sum, the absence of any REMS for misoprostol, and the safety benefits that Mifeprex provides when compared to misoprostol alone, further undermine any rationale for the Mifeprex REMS.

**Leading Medical and Public Health Authorities Support Eliminating the Mifeprex REMS**

42.    Leading medical and public health organizations support eliminating the Mifeprex REMS because it has no medical justification and burdens access. The American Medical Association and the American Academy of Family Physicians (AAFP) both passed resolutions in 2018 to support

---

[28] G.D. Searle & Co., *Cytotec ( misoprostol) Medication Guide,*
https://www.accessdata.fda.gov/drugsatfda_docs/label/2002/19268slr037.pdf (last visited March 14, 2023).

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

19

1

2 eliminating the Mifeprex REMS because it is medically unfounded.[29] AAFP

3 resolved to engage in such efforts upon finding that "the REMS restrictions on

4 mifepristone are not based on scientific evidence and cause significant barriers

to accessing abortion care."[30]

5

6      43.    I understand that medical and public health authorities were making

7 such recommendations to the FDA before the agency reexamined and reimposed

8 the Mifeprex REMS in March 2016. For instance, the American Public Health

9 Association's Population, Reproductive, and Sexual Health Section joined a

10 letter to the FDA in November 2015 recommending that the REMS be

11 "discontinued in its entirety" because "the immense volume of data about and

12 experience with mifepristone…have demonstrated that this drug is extremely

13 safe and…standard professional labeling is clearly sufficient to ensure that its

14 benefits outweigh its risks."[31] The same month, ACOG provided the FDA with a

15 statement that the organization "finds evidence regarding the safety of the drug

16 over the past 15 years of use in the United States to be a compelling argument for

17 the removal or substantial modification of the [REMS]" and that the REMS are

---

[29] Congress of Delegates, American Acad. of Family Physicians, *Resolution No. 506 (Co-Sponsored C) Removing Risk Evaluation and Mitigation Strategy (REMS) Categorization on Mifepristone* 2 (May 24, 2018), https://www.reproductiveaccess.org/wpcontent/uploads/2019/02/Resolution-No.-506-REMS.pdf; House of Delegates, American Med. Ass'n, *Memorial Resolutions Adopted Unanimously* (2018), https://www.amaassn.org/sites/ama-assn.org/files/corp/media-browser/public/hod/a18-resolutions.pdf.

[30] Congress of Delegates, *supra* note 29.

[31] Letter from Kelly Blanchard, President, Ibis Reproductive Health et al., to Robert M. Califf, Deputy Commissioner for Med. Products and Tobacco, & Janet Woodcock, Director of Ctr. for Drug Evaluation and Res., Food and Drug Admin. et al. 4 (Nov. 3, 2015) (Administrative Record (FDA 1248)).

---

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

20

"inappropriately unique to the provision of abortion and . . . mandate procedures and care that are not evidence-based."[32] And the Society of Family Planning signed on to a February 2016 letter to the FDA stating that "today both science and the current conditions surrounding patient access to abortion care call strongly for a reevaluation of the mifepristone label and [REMS]" and describing "the numerous burdens on patients' access to abortion care that would be greatly alleviated if the REMS were eliminated."[33]

44.     The Mifeprex REMS as a whole is without medical justification, is arbitrary, and does nothing to promote the safe use of this medication.

### None of the Individual REMS Elements Decreases the Risks of, or Facilitates the Treatment of, Mifeprex's Very Rare Complications

### *The Prescriber Agreement Requirement*

45.     Under the REMS, all clinicians who prescribe Mifeprex must be specially certified by completing a "prescriber agreement" and submitting it to the drug distributor or specially certified pharmacies.

46.     The prescriber agreement requires the individual completing the form to certify that they meet certain qualifications for prescribing mifepristone.

---

[32] Letter from Hal C. Lawrence, III, Executive Vice President and Chief Executive Officer, American Congress of Obstetricians and Gynecologists, to Robert M. Califf, Deputy Commissioner for Med. Products and Tobacco & Janet Woodcock, Director of Ctr. for Drug Evaluation and Res., Food and Drug Admin. (Nov. 4, 2015) (Administrative Record (FDA 1264)).

[33] Letter from Advancing New Standards in Reproductive Health, Dep't of Obstetrics, Gynecology & Reproductive Sci., U.C. San Francisco et al., to Stephen Ostroff, Acting Commissioner of Food and Drugs, U.S. Food and Drug Admin. et al. 2 (Feb. 4, 2016) (Administrative Record (FDA 1255)).

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

21

Specifically, they must certify that they are able to accurately assess the duration of pregnancy, diagnose ectopic pregnancies, provide surgical intervention in the event of incomplete abortion and/or heavy bleeding or are able to make plans to provide care through others, and assure patient access to medical facilities equipped to provide blood transfusions and resuscitation. The individual must also certify that they have read and understood the distributor's prescribing information for mifepristone.

47.    By signing the form, the individual also agrees to follow an enumerated list of guidelines for mifepristone use, which include: reviewing the patient agreement form with the patient, fully explaining the risks of the mifepristone treatment regimen, and answering any patient questions; signing and obtaining the patient's signature on the patient agreement form; providing the patient with a copy of the patient agreement form and mifepristone medication guide; placing the signed patient agreement form in the patient's medical record; recording the serial number from each package of mifepristone in each patient's medical record (if the provider dispenses mifepristone); and reporting deaths to the distributor by identifying the patient by a non-identifying patient reference and the serial number from each package of mifepristone. The individual completing the form must provide their name and medical license number, and the address and phone number for each facility where they intend to prescribe mifepristone.

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

22

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

48.    The prescriber agreement is unnecessary for the safe provision of mifepristone and deters qualified clinicians from prescribing this medication.

49.    *First*, clinicians are already governed by strict clinical, ethical, and legal standards, such as licensure requirements and scope of practice statutes, that direct the safe prescription and dispensing of any and all prescription drugs. It is a basic tenet of medical ethics and the regulation of clinical care that clinicians may prescribe a drug only if they have the skills to properly and safely do so, and only if they can ensure appropriate surveillance as needed. For example, the ACOG Code of Professional Ethics dictates that "the obstetrician-gynecologist should recognize the boundaries of his or her particular competencies and expertise and must provide only those services and use only those techniques for which he or she is qualified by education, training, and experience."[34] All clinicians are bound by analogous requirements, and any who fail to adhere to those ethical and legal standards risk license investigation and revocation by state licensure boards as well as medical malpractice liability. Thus, the FDA does not generally require any provider certification for clinicians to dispense drugs: there is no prescriber certification requirement for misoprostol, and even drugs that carry "black box" warnings from the FDA indicating that they present serious or life-threatening risks typically do not require special certification. A requirement

---

[34] *Code of Professional Ethics of the American College of Obstetricians and Gynecologists*, American College of Obstetricians and Gynecologists 2 (Dec. 2018), https://www.acog.org/About-ACOG/ACOG-Departments/Committees-and-Councils/Volunteer-Agreement/Code-of-Professional-Ethics-of-the-American-College-of-Obstetricians-and-Gynecologists.

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

23

that physicians self-certify that they are qualified to prescribe mifepristone does not enhance the preexisting protections that these ethical, legal, and clinical standards provide.

50.     Even if in 2000, when the FDA first approved mifepristone, there was reason to fear that clinicians could not readily obtain training in providing early medication abortion, that is no longer the case. The procedure is common, and I am aware that clinicians can now obtain the needed training online.

51.     Speaking from my extensive experience training residents in medication abortion, the provision of medication abortion does not require highly specialized clinical skills.

52.     Within clinical training and competencies, it is relatively easy for a provider to determine an individual patient's eligibility for mifepristone. Typically, to determine eligibility for any medication, clinicians must review a predetermined list of a medication's indications and contraindications against a patient's self-reported medical history. This is an extremely common process among all clinicians. The additional clinical skills required to determine a patient's eligibility for mifepristone are skills common to any sort of care for pregnant patients. A clinician must determine whether a patient has an intrauterine pregnancy and assess how far along the pregnancy has progressed based on standard methods of evaluation such as an ultrasound, blood work, and/or the patient's self-reported history. When I train my own students in

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

24

medication abortion, they learn these skills as threshold competencies for providing any treatment for pregnant patients. It is my understanding from years of attending national meetings and conferences that all or virtually all clinicians who care for pregnant patients and issue prescriptions as part of their scope of practice are trained in the skills of diagnosing an intrauterine pregnancy and dating the pregnancy.

53.    Medication abortion and surgical abortion require the same diagnostic skills (diagnosing and dating an intrauterine pregnancy), but medication abortion does not require additional procedural skills. Thus, a clinician already trained in safely providing surgical abortion care can safely prescribe medication abortion after reading the mifepristone prescribing information and medication guide.

54.    The same is true for clinicians trained in miscarriage management or prenatal care, who also have the skills necessary to diagnose and date a pregnancy and, of course, to prescribe a pill. All obstetrician-gynecologists and most if not all family practice, internal medicine, and emergency medicine physicians have these skills and clinical competencies, as do advanced practice registered nurses and physician assistants trained in caring for pregnant patients. And, if for some reason a clinician is not comfortable diagnosing and dating a pregnancy, they can easily obtain this information by ordering an ultrasound.

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

25

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

55.    Further, the requirement that the prescriber certify their ability to provide surgical intervention or ensure patient access to surgical intervention and blood transfusions and resuscitation, if necessary, is simply a requirement that the prescriber is able to refer a patient to the nearest Emergency Department. All clinicians are able to direct patients to emergency care as needed.

56.    Similarly, all health providers are qualified to read and understand the prescribing information for mifepristone, just as they are all qualified to read and understand prescribing information for any drug.

57.    *Second*, the prescriber agreement does not meaningfully enhance safety by requiring prescribers to certify that they will follow certain guidelines.

58.    Requiring providers to agree to provide and discuss the patient agreement form and medication guide is essentially an additional layer on top of the existing requirement to provide informed consent. Laws and ethical standards already require abortion providers, like all clinicians, to obtain informed consent from patients before providing treatment, and every institution at which I have practiced medicine has mandatory protocols and processes in place to obtain patient informed consent. The prescriber agreement form is duplicative because it requires prescribers to certify that they will act in accordance with laws that already govern their conduct.

59.    *Third*, the prescriber agreement requirement deters or restricts providers from providing medication abortion care. Because of anti-abortion

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

26

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

terrorism and harassment in the United States, many clinicians are concerned about filling out a form that may register or identify them as an abortion provider, fearing that doing so could expose them and their families to violence and/or harassment.

60.    I have heard these concerns from colleagues at professional conferences. I have also had many one-on-one conversations with physicians who would like to implement mifepristone in their gynecological practices, but are concerned that by completing the prescriber agreement, they might enable anti-abortion activists to access their information and target them for harassment or worse.

61.    When I discuss mifepristone with my students, they often vocalize concerns about completing the prescriber agreement and therefore adding their name to a list of abortion providers that could somehow be made public. As my students think about their future careers as physicians, they often discuss the tradeoffs between offering mifepristone, which is part of safe and effective patient care, and fulfilling the prescriber agreement requirement and potentially becoming the target of harassment and violence.

62.    The prescriber agreement form is also problematic in the miscarriage management context. As noted earlier, I authored a study that concluded that misoprostol was more successful in managing first-trimester

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

27

pregnancy loss when patients received pretreatment with mifepristone.[35] Since the NEJM publication, the Mifeprex and misoprostol regimen has become the standard of care for miscarriage management. By adding mifepristone to the treatment regimen for early pregnancy loss, clinicians may be able to expedite the completion of the miscarriage and avoid having the patient undergo an invasive procedure to aspirate the contents of the uterus. In addition to the medical benefits of this more effective regimen, I and many other clinicians who have adopted this treatment since the publication of my study have observed a meaningful emotional and psychological benefit for our miscarriage patients, who are often experiencing acute grief and are eager to complete the process as quickly as possible so that they can begin to heal.

63.    But miscarriage management is provided in a wide variety of clinical settings, by a wide variety of clinicians with various medical backgrounds. Because of fears of violence and harassment or individual views of abortion care, clinicians who seek to provide miscarriage management care may be deterred from prescribing mifepristone, even though it increases the safety and efficacy of misoprostol for miscarriage management, because of the requirement that they complete the prescriber agreement form identifying as an abortion provider.

---

[35] Schreiber et al., *supra* note 27.

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

28

1

2      64.    Thus, by requiring providers to attest to their decision to prescribe

3   mifepristone, the prescriber agreement requirement creates a barrier to providing

4   mifepristone as part of safe, effective abortion care and miscarriage management.

5      *The Patient Agreement Form*

6      65.    Under the REMS, a patient cannot receive mifepristone before

7   completing and signing a "patient agreement form," a copy of which her provider

8   must place in the medical record. The patient agreement form provides

9   information about potential risks of mifepristone and general procedures for

10  seeking any necessary follow-up care. The patient agreement form specifically

11  discusses the use of mifepristone to terminate a pregnancy.

12     66.    The FDA does not generally require patient agreement forms for

13  prescription drugs, and does not require a patient agreement form for misoprostol.

14     67.    As I stated above, informed consent laws and practices, as well as

15  professional practice guidelines, already require that clinicians (1) provide

16  patients with information on the nature and risks of treatment, alternatives to the

17  treatment, and how to seek any necessary follow-up care (including how to

18  address any complications), and then (2) obtain the patient's consent before

19  providing any treatment. The patient agreement form is thus duplicative of

20  standard (and legally mandated) informed consent procedures and creates

21  unnecessary labor for the provider and patients without enhancing the informed

22  consent process or decreasing the risk of complications.

DECLARATION OF                    29
COURTNEY SCHREIBER, M.D.,                  Complex Litigation Division
M.P.H.                                     800 Fifth Avenue, Suite 2000
                                           Seattle, WA  98104-3188
                                           (206) 464-7744

68.    Moreover, the counseling that clinicians provide as part of their informed consent process should be tailored to include *all* clinically relevant information specific to that patient, and *only* clinically relevant information, given the provider's actual practice and the specific patient's circumstances.

69.    The patient agreement form does not enhance this informed consent—it undermines it by creating confusion, and in some cases even trauma, for patients.

70. The patient agreement form is based on the science that existed in 2016 and does not evolve alongside evidence-based clinical practice. It contains information that may be irrelevant to an individual patient and/or inconsistent with a clinician's practice or preferred counseling. It is understandably confusing for patients, and undermines the clinician-patient relationship, when their provider tells them one thing, but they must then sign an official FDA form saying something different.

71.    For instance, many years before the 2016 Mifeprex label change and REMS approval, evidence confirmed that the 600 mg dosage of Mifeprex that the FDA originally authorized in 2000 was unnecessarily high. Off-label use of drugs—using a medication for a different indication or in a different regimen than that listed on an FDA-approved label, in accordance with the medical evidence—is extremely common and widely accepted within the United States health care system. Thus, for years, I and most other abortion providers utilized the superior

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

30

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

200 mg regimen instead. Nevertheless, we had to have our patients sign a form describing the 600 mg dosage, which understandably confused them and made some question whether to trust the medical judgment of their provider or of the FDA.

72.    In some states, laws specific to abortion also require patients to complete yet another informed consent form, certifying that they have received certain state-mandated disclosures about abortion. The patient agreement form only adds to the confusion of patients in these states, who must participate in three informed consent processes before receiving care: the process clinicians go through in order to practice good, ethical medicine; the state-mandated process; and the REMS-mandated process.

73.    The patient agreement form can be particularly distressing for patients using mifepristone for a non-abortion indication, including miscarriage management. As discussed above, pretreatment with mifepristone followed by misoprostol results in a higher likelihood of successful management of first trimester pregnancy loss than misoprostol alone. This is excellent news for patients, who in my experience often prefer to have their miscarriage managed through medication, and completed as quickly and effectively as possible. But the REMS requires my patients experiencing pregnancy loss to sign a document that states, inaccurately, that they are having an abortion. The patient agreement

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

31

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

form thus creates confusion and potential distress for such patients and fails to reflect innovations in safe and effective patient care.

## CONCLUSION

74.    The Mifeprex REMS provides no medical benefit. There is no valid scientific reason for the FDA to single out this safe and effective medication for onerous restrictions. Far from improving patient care, the REMS diminishes it by erecting numerous barriers to the provision of abortion care that ultimately limit where medication abortion is available. For instance, a recent nationally representative survey of ACOG fellows (who are currently practicing, board certified obstetrician/gynecologists) found that only 14% of the 655 respondents reported providing medication abortion care during the past year, and those who had provided any abortion care were disproportionately located in urban areas. Of the approximately 86% of respondents who had not provided a medication abortion in the past year, 28% said they *would* – if it were just a matter of writing a prescription.[36] That is, they would do so, but for the REMS.

75.    By reducing the number of providers offering the FDA-approved medication abortion regimen, the REMS forces many women to travel farther to access this care. That, in turn, delays their abortion care. While abortion is very safe, delay increases risk because the risks associated with abortion increase as pregnancy advances. Further, the experience of remaining pregnant after making

---

[36] Daniel Grossman et al., *Induced Abortion Provision Among a National Sample of Obstetrician–Gynecologists*, 133 Obstetrics & Gynecology 477-83 (2019).

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

the decision to have an abortion can have a tremendously negative impact on a patient's medical and emotional well-being. Abortion is also more expensive in the second trimester—both because the procedure is more costly and because it may require an overnight stay.

76.     Some patients who are unable to access an abortion provider engage in potentially dangerous measures to try to self-induce an abortion. The FDA restrictions put safe medical care out of reach for patients in this country with no legitimate medical justification.

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania and the United States of America that the foregoing is true and correct.

DATED this   19th    day of March, 2023, at   8:29   am.

_____

Courtney Schreiber, M.D., M.P.H.

DECLARATION OF
COURTNEY SCHREIBER, M.D.,
M.P.H.

33

# EXHIBIT A

UNIVERSITY OF PENNSYLVANIA - PERELMAN SCHOOL OF MEDICINE
Curriculum Vitae

Date: 01/27/2023

Courtney Anne Schreiber, MD, MPH

Address:                Department of Obstetrics and Gynecology
                        3737 Market Street, 12th floor
                        Philadelphia, PA 19104 United States

If you are not a U.S. citizen or holder of a permanent visa, please indicate the type of visa you have:
                none (U.S. citizen)

Education:

| | | |
|---|---|---|
| 1993 | B.A. | Columbia College, Columbia University, New York NY (Religion) |
| 1995 | OTH | University of Pennsylvania, Philadelphia, PA (Postbaccalaurate Premedical Program) |
| 1999 | M.D. | New York University School of Medicine, New York, NY |
| 2005 | M.P.H. | University of Pittsburgh, Graduate School of Public Health, Epidemiology Track, Pittsburgh, PA (Public Health) |

Postgraduate Training and Fellowship Appointments:

| | |
|---|---|
| 1999-2003 | Resident, Obstetrics and Gynecology, Hospital of the University of Pennsylvania, Philadelphia, PA |
| 2003-2005 | Fellow, Contraceptive Research and Family Planning, University of Pittsburgh, Dept of Obstetrics, Gynecology and Reproductive Sciences, Pittsburgh, PA |
| 2013 | Leading Success Certificate Program, Office of Organization Effectiveness, Perelman School of Medicine |
| 2023 | Dr. Edward S. Cooper Leadership Development Program., The Wharton School, University of Pennsylvania |

Faculty Appointments:

| | |
|---|---|
| 2006-2014 | Assistant Professor of Obstetrics and Gynecology at the Hospital of the University of Pennsylvania, University of Pennsylvania School of Medicine |
| 2014-2020 | Associate Professor of Obstetrics and Gynecology at the Hospital of the University of Pennsylvania, University of Pennsylvania School of Medicine |
| 2020-present | Stuart and Emily B.H. Mudd Professor in Human Behavior and Reproduction, University of Pennsylvania School of Medicine |

Hospital and/or Administrative Appointments:

| | |
|---|---|
| 2005-present | Attending in Obstetrics and Gynecology, Hospital of the University of Pennsylvania, Department of Obstetrics and |

Courtney Anne Schreiber, MD, MPH                                            Page 2

|  | Gynecology, Philadelphia, PA |
| 2008-2017 | Founder and Director, Penn Family Planning and Pregnancy Loss Center |
| 2009-present | Program Director, Fellowship in Family Planning, Hospital of the University of Pennsylvania |
| 2017-present | Founder and Director, PEACE, The Pregnancy Early Access Center |
| 2017-present | Division Chief, Family Planning, Department of Obstetrics and Gynecology, Penn Medicine |

Other Appointments:

| 2015-present | Expert Witness, Center for Reproductive Rights |
| 2015-present | Expert Witness, American Civil Liberties Union |
| 2017-present | Expert Witness, Planned Parenthood Federation of America |
| 2018-present | Research Director, Building Interdisciplinary Research Careers in Women's Health K-12 Program, Perelman School of Medicine, University of Pennsylvania |
| 2018-present | Senior Fellow, Leonard Davis Institute of Health Economics (LDI Amplify dissemination training program, 2021) |
| 2021-present | Executive Director, FOCUS on Health and Leadership for Women |

Specialty Certification:

| 2007 | Obstetrics and Gynecology, American Board of Obstetrics and Gynecology |
| 2022 | Complex Family Planning, American Board of Obstetrics and Gynecology |

Licensure:

| 2003-present | Pennsylvania Medical Licensure |

Awards, Honors and Membership in Honorary Societies:

| 1996 | Reproductive Health Fellowship, Medical Students for Choice, San Francisco, CA |
| 1998 | National Abortion Federation Early Achievement Award |
| 1999 | Dr. Martin Gold Visionary Provider Award, Diana Foundation, NY, NY |
| 1999 | James E Constantine Award in Obstetrics and Gynecology, NYU School of Medicine |
| 2001 | Resident Teaching Award, Hospital of the University of Pennsylvania |
| 2004 | Wyeth New Leader's Award Fellowship, Association of Reproductive Health Professionals |
| 2005 | Wyeth New Leader's Award Fellowship, Association of Reproductive Health Professionals |
| 2005 | Philip F. Williams Prize Award, American College of |

Courtney Anne Schreiber, MD, MPH                                        Page 3

|      | OB/GYN |
|------|--------|
| 2005 | Donald F. Richardson Memorial Prize Paper Award Nominee, American College of Obstetricians and Gynecologists |
| 2010 | Women's Way Unsung Heroine Award: Turning Talk into Action |
| 2011 | The Penn Medicine "Penn Pearls" Award for Excellence in Teaching |
| 2011 | Emily B. Hartshorne Mudd Award for Contributions to the Field of Family Health |
| 2015 | Penn Center for Innovation Accelerator Award Phase I |
| 2016 | Penn Center for Innovation Accelerator Award Phase II |
| 2019 | Clinical Research Forum Top 10 Clinical Research Achievement Award |
| 2020 | Women's Medical Fund Abortion Hero Award (Awarded to PEACE) For Compassion, Dedication, and Resiliency |
| 2022 | Penn Medicine Difference Maker |
| 2022 | Penn Medicine Award for Excellent Service and Seamless Patient Care (Awarded to PEACE) |

<u>Memberships in Professional and Scientific Societies and Other Professional Activities:</u>
  <u>National:</u>

| | |
|------|--------|
| 1995-1999 | Medical Students for Choice (Board of Directors) |
| 1997-2002 | American Medical Women's Association |
| 1997-present | Physicians for Reproductive Choice and Health (Board of Directors 1997-1999) |
| 1999-present | American College of Obstetricians and Gynecologists (Physician Member, Committee on Health Care for Underserved Women (2012-13) Fellow (2002-present) Junior Fellow (1999-2008) |
| 2001-2006 | American Society for Reproductive Medicine |
| 2003-2018 | Association of Reproductive Health Professionals |
| 2003-present | National Abortion Federation |
| 2004-2012 | American Public Health Association |
| 2005-present | Society of Family Planning   (Complex Family Planning Fellowship Executive Committee (Chair, 2017-2019) |
| 2008-present | Peer Health Exchange (Curriculum Advisory Board) |
| 2012-present | Center for Disease Control Teen Pregnancy Prevention Project, Family Planning |

Courtney Anne Schreiber, MD, MPH                                                    Page 4

|  | Council of Pennsylvania (Consultant) |
|---|---|
| 2014 | NIH (Study Section Reviewer: Female Contraceptive Development Program (U01) |
| 2019-present | American Board of Obstetrics and Gynecology (Member at Large, Board of Directors Credentials Committee 2020-pesent Audit Committee 2020-present Certifying Examination Development Committee 2021-present) |
| 2019-present | American Board of Obstetrics and Gynecology (Complex Family Planning Committee Chair 2019 Complex Family Planning Division Chair 2020-present) |
| 2019-present | The Accreditation Council for Graduate Medical Education, Complex Family Planning Task Force |
| 2021-Present | American Association of Academic Medical Centers (AAMC) (Group on Women in Medicine Steering Committee (elected, 2022-present)) |
| 2021-present | American Gynecological and Obstetrical Society (AGOS) (Steering Committee, Women First Research Coalition (WFRC) 2021-present) |

Local:

| 2008-2016 | Family Planning Council (Board Member of the Medical Committee) |
|---|---|
| 2008-2016 | Women's Medical Fund Medical Advisory Committee |
| 2010-2016 | American Civil Liberties Union of Pennsylvania, Clara Bell Duvall Reproductive Freedom Project (Advisory Council Member) |
| 2011-2017 | Women's Way (Board Member. Vice Chair of the Board 2014-2016) |
| 2021-Present | Leonard Davis Institute, University of Pennsylvania Gender Equity Special Interest Group (Founder) |
| 2021-Present | Leonard Davis Institute, University of Pennsylvania Reproductive and Maternal Health Special Interest Group (Founder) |
| 2022-Present | Penn Medicine Post-Roe Task Force (Founder) |

Editorial Positions:

| 2005-present | Reviewer, Contraception |
|---|---|
| 2007-present | Reviewer, American Journal Obstetrics and Gynecology |
| 2008-2010 | Reviewer, Pharmacoepidemiology |
| 2011-present | Associate Editor, Contraception |

Courtney Anne Schreiber, MD, MPH                                                    Page 5

|            |                                                         |
|------------|---------------------------------------------------------|
| 2017-present | Section Editor, Contraception, UpToDate |
| 2018-present | Section Editor, Ectopic Pregnancy, UpToDate |
| 2018-present | Deputy Editor, Contraception |

Academic and Institutional Committees:

| | |
|---|---|
| 2002-2003 | House Officer Committee, Hospital of the University of Pennsylvania |
| 2005-2010 | Resident Curriculum Development Committee |
| 2009-2019 | Operating Room Committee |
| 2010-2012 | Grant Reviewer Penn CFAR Pilot Grants Program |
| 2011-2014 | Chair, Management of Early Pregnancy Failure Working Group |
| 2012-2018 | Center for AIDS Research Committee on Women and HIV |
| 2013-2018 | Core Member, Women's Health Scholar Certificate |
| 2014-2015 | Member, Department of Obstetrics and Gynecology Executive Committee |
| 2014-present | Medical School Admissions Interview Committee, Perelman School of Medicine of the University of Pennsylvania. |
| 2018-2019 | Member, Review Committee for the Department of Biostatistics, Epidemiology, and Informatics |
| 2018-present | Department of Obstetrics and Gynecology Executive Committee |
| 2022 | Chair, Maternal-Fetal Medicine Division Chief Search Committee, PennMedicine |
| 2022-Present | Leader, Post-Roe Task Force Penn Medicine |

Major Academic and Clinical Teaching Responsibilities:

| | |
|---|---|
| 2002-2003 | Organizer, Ob/Gyn resident journal club, Hospital of the University of Pennsylvania |
| 2002-present | Lecturer, Ob/Gyn resident didactics and journal club |
| 2005-2015 | Lecture on Family Planning, Core Clinical Clerkship in Ob/Gyn (OG200), (8x/yr) |
| 2005-2016 | Faculty preceptor, Core Clinical Clerkship in Ob/Gyn (OG200), (1-2x/yr) |
| 2006-2017 | Lecturer "Contraception", Reproduction module (1 lecture/yr) |
| 2006-2016 | "Bridging the Gaps" Academic Mentor for one student each summer |
| 2006-2017 | Director, Family Planning Rotation for Ob/Gyn residents |
| 2006-2017 | Course Director, Family Planning and Abortion Care Elective (OG300), medical students |
| 2006-2017 | Small group discussion leader on abortion and contraception, Reproduction Module II (2 sessions/yr), medical students |
| 2006-present | Attending Physician, Family Planning, supervise and teach medical students, residents, and fellows |
| 2006-2016 | Attending physician, Resident Gynecology service (4 weeks/yr) |
| 2006-present | Research mentor for resident research projects |
| 2006-2017 | Lecture "Abortion," Reproduction Module II (1 lecture/yr), medical students |
| 2006-2007 | Mentor, Sabrina Sukhan, MD, Resident in Obstetrics and |

Courtney Anne Schreiber, MD, MPH                                              Page 6

|              | Gynecology "Is exposure to prenatal care associated with improved pregnancy outcomes and post-partum contraception continuation in a teenage population?" |
|--------------|---|
| 2006         | Hospital of The University of Pennsylvania Department of Obstetrics and Gynecology Grand Rounds: "The Characterization and Treatment of Early Pregnancy Failure" |
| 2007         | Division of Cardiology, University of Pennsylvania Medical Center, "Contraception in Women with Congenital Heart Disease", |
| 2008-2010    | Mentor, Monika Goyal, MD, Pediatric Emergency Fellow "Prevalence of Trichomonas vaginitis in a symptomatic adolescent ED population |
| 2009-present | Program Director, Fellowship in Complex Family Planning |
| 2010-2012    | Fellowship Mentor: Sara Pentlicky, MD |
| 2010-2013    | Mentor, Holly Langmuir, MD, Resident in Obstetrics and Gynecology "Immediate postpartum IUD placement: a decision analysis" |
| 2010-2013    | Mentor, Peter Vasquez, MD, Resident in Obstetrics and Gynecology "Factors that decrease morbidity among women undergoing second trimester uterine evacuation at an urban academic medical center" |
| 2010-2013    | Mentor, Ericka Gibson, MD, Resident in Obstetrics and Gynecology "Risk Factors for pregnancy during contraceptive clinical trials" |
| 2010-2012    | Mentor, Sara Pentlicky, MD, Fellow in Family Planning "Weight Loss in the postpartum: impact of different contraceptive methods" |
| 2010-2013    | Mentor, Corina Tennant, MD, Resident in Obstetrics and Gynecology "Uptake, acceptability, and continuation of the Implanon contraceptive implant immediately postpartum in an urban medical center" |
| 2011-2013    | Mentor, Lily Pemberton, MD, Resident in Obstetrics and Gynecology "establishment of an academic family planning outpatient facility increases uptake of LARC among inner-city women" |
| 2011-2017    | Public Health Perspectives in Family Planning Instructor and course co-director (offered through the MPH program) |
| 2011-2012    | Doris Duke Clinical Research Fellowship Mentor (Mentee - Kelly Quinley - Awarded Society of Academic Emergency Medicine Medical Student Excellence Award) |
| 2011-2013    | Fellowship Mentor: Stephanie Sober, MD |
| 2011         | Mentor, Valerie Colleselli, medical student, University of Innsbruck, Austria "Medical management of early pregnancy failure (EPF): a retrospective analysis of a combined protocol of mifepristone and misoprostol used in clinical practice" |
| 2012-2014    | Fellowship Mentor, Susan Wilson, M.D. |
| 2012-2015    | Mentor, Andrea Roe, MD, Resident in Obstetrics and Gynecology "Cystic Fibrosis and Fertility" |
| 2012-2015    | Mentor, Joni Price, MD, Resident in Obstetrics and Gynecology |

Courtney Anne Schreiber, MD, MPH                                                    Page 7

|  | "Risk of unplanned pregnancy by cycle day among contracepting women" |
|---|---|
| 2012-2016 | Clinician Trainings for the Family Planning Council's CDC Teen Pregnancy Prevention Project |
| 2014-2015 | Mentor, Pooja Mehta, MD, ACOG Industry-Funded Research Fellowship in Contraceptive Access within Low-Resource Populations |
| 2014-2016 | Mentor, Elizabeth Gurney, MD, Fellow in Family Planning "Six-month Retention Rates of Copper IUDs Placed Immediately Post-placentally" |
| 2014-2016 | Mentor, Alyssa Colwill, MD, Resident in Obstetrics and Gynecology "Immediate Post-placental IUD Expulsion - a Retrospective Cohort Study" |
| 2015 | "Prevention and Management of Early Pregnancy Complications," Department of Obstetrics and Gynecology, Pennsylvania Hospital, Philadelphia PA |
| 2015-2017 | Mentor, Elizabeth Greenstein, MD, Resident in Obstetrics and Gynecology "Doctor-Patient Communication at the Time of Miscarriage Management" |
| 2015-2018 | Mentor, Maryl Sackheim, MD, Resident in Obstetrics and Gynecology: "Rapid Repeat Pregnancy at Penn Medicine: Prevalence and Risk Factors" |
| 2015-2017 | Mentor, Alhambra Frarey, MD, Fellow in Family Planning "Referral and Delay in Abortion Care: a Cross-sectional Study" |
| 2015 | "Contraception for women with rheumatologic disease," Division of Rheumatology of Penn Medicine, Philadelphia Pa. |
| 2016-2018 | Mentor, Sarah Horvath, MD, Fellow in Family Planning "Quantifying Feto-Maternal Hemorrhage in the First Trimester of Pregnancy" *Winner, Society of Family Planning Young Investigator Award, 2018 |
| 2016 | "History of Contraception in the US," Master of Public Health Program, University of Pennsylvania, Philadelphia PA |
| 2016 | "Academic Medicine as an Instrument of Change," Master of Science of Health Policy, University of Pennsylvania, Philadelphia PA |
| 2017 | "The role of public health practice and research in reproductive health" Master of Public Health Program, University of Pennsylvania Perelman School of Medicine. Philadelphia, PA |
| 2017-2019 | Mentor, Divyah Nagendra, MD, Fellow in Family Planning "Pain Control for Uterine Evacuation: a Non-Inferiority Trial" |
| 2017 | "Academic Medicine as an Instrument of Change," University of Pennsylvania MSHP Program |
| 2017-2020 | Mentor, Dr. Sarita Sonalkar, Perelman School of Medicine NIH/NICHD K12--HD-001265 WRHR Scholar, "Feasibility and acceptability of the mobile PPFP Compendium among obstetrical |

|  | providers, and to pilot-test the effectiveness of a provider-based postpartum family planning intervention that incorporates both use of the WHO PPFP Compendium mobile application and LARC method availability, using a hybrid implementation-effectiveness design." |
|---|---|
| 2018 | Pediatric Grand Rounds: Children's Hospital of Philadelphia, "Progress and Opportunities in Adolescent Reproductive Health" |
| 2018-2020 | Mentor, Jade Shorter, MD, Fellow in Family Planning "Disparities in Reproductive Health: The Patient Experience with Miscarriage Management" |
| 2018-Present | Mentor, Dr. Andreas Roe, "Maximizing reproductive health outcomes for patients with cystic fibrosis and sickle cell anemia" |
| 2019-2021 | Mentor, Anne Flynn, MD. "Early Pregnancy Loss Patient Decision Aid" |
| 2020-2022 | Mentor, Sarah Gutman, MD, Fellow in Complex Family Planning "Centering Contraceptive Counseling" |
| 2021-2023 | Mentor, Emma Gilmore MD, Rh-Immunoglobulin administration for patients with first trimester bleeding: estimating the cost to the healthcare system |
| 2021-Present | Mentor, Dr. Jamie Krashin University of New Mexico K-L2, "Implementation of evidence-based pregnancy loss care practices in rural settings." |
| 2022-Present | Mentor, Dr. Sarah Horvath, Penn State University Clinical and Translational Science Institute's Early-Stage Investigator Training Program (KL2), "Reducing barriers to patient-centered delivery of contraceptive care" |

Lectures by Invitation:

| Mar, 2004 | Instructor, Early pregnancy ultrasound course, Planned Parenthood, Philadelphia, PA: "Introduction to Ultrasound" |
|---|---|
| Jun, 2004 | Invited discussant for the trial development to evaluate the use of ultrasound in medical abortion care. Gynuity, New York, NY: "Medical Abortion Protocol Development" |
| Jul, 2004 | Speaker, Pennsylvania Pharmacist Association, Harrisburg, PA: "Emergency Contraception" |
| Sep, 2004 | Grand Rounds Presenter, University of Buffalo Department of Gynecology-Obstetrics, Buffalo, NY:   "Medical Abortion" and "Emergency Contraception" |
| Feb, 2005 | HIV Prevention Trials Network Annual Meeting Plenary Session, Washington DC: "The significance of subclinical pregnancy for clinical trails" |
| Mar, 2005 | Medical Students for Choice Annual Meeting Philadelphia, PA: "Practitioners' Perspectives" |
| Nov, 2005 | Medical Students for Choice Regional Meeting Philadelphia, PA: "Practitioners' Perspectives" |
| Mar, 2006 | HIV Prevention Trial Network Microbicides Safety Meeting, |

|           | Washington DC: "Pregnancy concerns in microbicide trials" |
|-----------|-----------------------------------------------------------|
| May, 2006 | Temple University Hospital Department of Obstetrics and Gynecology Grand Rounds Presenter: "Preventing and Managing the Complications of Second Trimester Abortion" |
| Jun, 2006 | Penn State University School of Medicine Grand Rounds Presentation: "Second Trimester Abortion" |
| Oct, 2008 | ASRM Postgraduate Course: Contraceptive Use in Reproductive Endocrinology. Lecture Title: "Contraceptive Use in the Treatment of PMS; Emergency Contraception" |
| Mar, 2009 | "Uterine Evacuation: Medical Management of Early Abortion and Early Pregnancy Failure" Drexel University Department of Obstetrics and Gynecology |
| Mar, 2010 | "Uterine Evacuation: Medical Management" Duke University School of Medicine Department of Obstetrics and Gynecology. Durham, North Carolina |
| Mar, 2010 | "Challenges in Family Planning." Duke University School of Medicine Department of Obstetrics and Gynecology, Durham, North Carolina |
| May, 2010 | "Contraception for Medically Complicated Patients." American College of Obstetricians and Gynecologists Annual Meeting, Ryan Program Annual Meeting, San Francisco, CA |
| Jun, 2011 | "Second Trimester Abortion: Management of Complications," Department of Obstetrics and Gynecology, Jefferson College of Medicine, Philadelphia PA |
| Jun, 2011 | "Medical Management of Uterine Evacuation," Department of Obstetrics and Gynecology Brown University, Providence, RI |
| Apr, 2012 | "Contraception for Women with Complex Heart Disease," 2012 Heart Disease in Pregnancy Symposium Philadelphia, PA |
| Apr, 2012 | "Birth Control," Department of Obstetrics and Gynecology, Crozer-Chester Medical Center, Upland, PA |
| May, 2012 | "Controversies in Family Planning," Fellowship in Family Planning Annual Meeting, San Diego, CA |
| May, 2012 | "Establishing and Sustaining Second Trimester Procedure Services," Ryan Program Meeting, San Diego, CA (Moderator) |
| May, 2012 | "Legislative Updates in Pennsylvania," Fellowship in Family Planning Annual Meeting, San Diego, CA |
| Sep, 2012 | Invited discussant: "A Critical Look at Lowest Dose Oral Contraception: Experts Consensus Roundtable," Medtelligence, Chicago, IL |
| Nov, 2012 | "Lessons Learned from Medical Abortion: Larger Implications for Women's Health," Medical Students for Choice Conference on Family Planning, St. Louis, MO |
| May, 2013 | "Controversies in Family Planning," Fellowship in Family Planning Annual Meeting, New Orleans, LA |
| Jul, 2013 | "Office Based Management of Early Pregnancy Failure," two hour training, Department of Obstetrics and Gynecology Residency |

Courtney Anne Schreiber, MD, MPH                                    Page 10

|            | Program, Mayo Clinic, Rochester, MN |
|------------|-------------------------------------|
| Oct, 2013  | "Early Pregnancy Failure: a specialty for the Family Planning Specialist" Plenary Session, North American Forum on Family Planning, Seattle, WA |
| Oct, 2013  | "Immediate Post-Partum LARC: Limited Access to Reliable Contraception," Concurrent Session, North American Forum on Family Planning, Seattle, WA |
| Oct, 2013  | "Contraception after Medical Abortion" North American Forum on Family Planning, Concurrent Session, Seattle, WA |
| Mar, 2014  | "The management of early pregnancy complications," University of Innsbruck, Innsbruck, Austria |
| Apr, 2014  | Controversies in Family Planning, Fellowship in Family Planning Annual Meeting. Chicago, IL. |
| May, 2014  | Miscarriage Management in the Emergency Department, Grove Foundation Advancing Miscarriage Management Symposium. San Francisco, CA |
| Oct, 2014  | Demystifying hCG: What hCG is and patterns in normal and abnormal pregnancy. North American Forum on Family Planning, Miami FL |
| Nov, 2014  | The Patient's Voice in the Management of Early Pregnancy Loss. V. Chavez, A. Agha, E. Easley, C.A. Schreiber, Association of Early Pregnancy Units (AEPU), Winchester, UK |
| Nov, 2014  | "Individulaized Care of Early Pregnacy Loss" Washington University Departmetn of Obstetrics and Gynecology, St Louis, Mo. |
| Apr, 2015  | "Prevention and Management of Early Pregnancy Complications," Department of Obstetrics and Gynecology of Jefferson Hospital, Philadelphia PA |
| Jul, 2015  | "Immediate Postpartum Long Acting Reversible Contraception." Philadelphia Board of Health, Department of Health |
| Mar, 2016  | "Increasing Access to Long-Acting Reversible Contraception for Philadelphia Women." Public Health and Preventive Medicine Section at the College of Physicians of Philadelphia, PA |
| Apr, 2016  | Liletta: Challenges and Advantages of a New LNG IUD. Moderated a webinar for the Fellowship in Family Planning and Ryan Program Nationally |
| Apr, 2016  | "Immediate Postpartum LARC: Evidence and Implementation." Department of Obstetrics & Gynecology Grand Rounds. WellSpan / York Hospital, York PA |
| Oct, 2016  | "Unpacking Complex Contraception," University of British Columbia Interdisciplinary Grand Rounds, Vancouver, BC |
| Dec, 2016  | "LARC for the medically complex patient," ACOG LARC Program, CME accredited webinar |
| Oct, 2017  | "Climbing the career ladder and lifting others as you climb." Society for Family Planning Career Development Seminar, Atlanta, GA |
| Nov, 2017  | "Pregnancy of Unknown Location" Early Pregnancy Symposium. Philadelphia, PA |

| | |
|---|---|
| Nov, 2017 | "Personalized Approaches to Early Pregnancy Loss Care" Early Pregnancy Symposium. Philadelphia, PA |
| Jan, 2018 | "Patient-Centered Early Pregnancy Loss Care," UC San Diego Obstetrics and Gynecology Grand Rounds, San Diego, CA |
| Apr, 2018 | "Hormonal Contraception and the Risk of Mood Symptoms," North American Society for Psychosocial Obstetrics and Gynecology, Philadelphia, PA |
| Oct, 2018 | "Advances in the Care of Patients with Early Pregnancy Loss," Magee-Women's Hospital Alumni Day, Pittsburgh, PA |
| Nov, 2018 | "Advances is Early Pregnancy Loss Care" Einstein Healthcare Network, Obstetrics and Gynecology Departmental Grand Rounds |
| Nov, 2018 | "Miscarriage Management: Updates and Innovations" Plenary session, Chilean Society of Obstetrics and Gynecology (SOCHOG) and the Chilean Section of ACOG, Santiago, Chile |
| Nov, 2018 | "Healthy Child-Spacing, Healthy Families: Best Practices in Postpartum Contraception" Plenary session, Chilean Society of Obstetrics and Gynecology (SOCHOG) and the Chilean Section of ACOG, Santiago, Chile |
| Jan, 2019 | "Advances in the Care of Patients with Early Pregnancy Loss," Obstetrics and Gynecology Grand Rounds, MedStar Washington Hospital Center and MedStar Georgetown University Hospital, Washington, DC |
| Mar, 2019 | "Mifepristone Pretreatment for the Medical Management of Early Pregnancy Loss" Ob/Gyn Grand rounds, Beth Israel Deaconess Medical Center, Boston MA |
| Mar, 2019 | "The Medical Management of Early Pregnancy Loss," Translational Science 2019 Conference, Washington, DC |
| Jul, 2019 | "Abortion in the United States," Department of Obstetrics and Gynecology University of Helsinki, Helsinki, Finland |
| Jul, 2019 | "Biomarkers of Human Reproduction," Department of Obstetrics and Gynecology, Karolinska Institute, Stockholm, Sweden. |
| Jan, 2020 | "Advances in the Care of Patients with Early Pregnancy Loss," Columbia University Medical Center Obstetrics and Gynecology Grand Rounds, New York, NY. |
| May, 2020 | "Academic Medicine as an Instrument of Social Change" Invited Professorship University of Pennsylvania Obstetrics and Gynecology Resident Research Day |
| Oct, 2020 | "The Integration of Early Pregnancy Care into Family Planning Services," Closing Plenary, Society of Family Planning Annual Scientific Meeting |
| Feb, 2021 | "The Long and Winding Road," Family Planning Symposium Visiting Professor, University of Utah |
| Feb, 2021 | "High-value Early Pregnancy Care," Family Planning Symposium Visiting Professor, University of Utah |
| Apr, 2021 | "Advancing the care of early pregnancy loss patients." Highland OBGYN City Grand Rounds. Rochester, New York (virtually) |

| Oct, 2021 | "The Other Fifty Percent" New York Obstetrical Society, The Yale Club, New York City |
| Apr, 2022 | "Innovations and Opportunities for Sex and Gender Equity in Academic Medicine," Association of Senior & Emeritus Faculty-PSOM President's Distinguished Speaker |
| May, 2022 | "Innovations and Opportunities for Sex and Gender Equity in Academic Medicine," Joanne Decker Memorial Lectureship, Children's Hospital of Philadelphia |

Organizing Roles in Scientific Meetings:

| Apr, 2010 | Chair, National Abortion Federation 2010 Postgraduate course: "Team Work and Patient Safety" Philadelphia, PA |
| 2011 | Co-Chair HIV and Women subgroup of the Penn Center For Aids Research Philadelphia, PA |
| Apr, 2013 | Facilitator: Controversies in Family Planning. Fellowship in Family Planning Annual Meeting Chicago, IL |
| May, 2013 | Co-Chair, Penn CFAR Women and HIV Symposium: "Biobehavioral approaches to HIV prevention and management in adolescent women" Perelman School of Medicine, Philadelphia PA |
| May, 2013 | Facilitator: Controversies in Family Planning. Fellowship in Family Planning Annual Meeting Denver, CO |
| May, 2014 | Facilitator: Controversies in Family Planning. Fellowship in Family Planning Annual Meeting New Orleans, LA |
| Apr, 2015 | Moderator, second year family planning fellows' research presentations on contraception San Francisco, CA |
| Apr, 2017 | Organizer and Panel Moderator, "Moving Forward: Protecting and Promoting Reproductive Health" University of Pennsylvania, Phila, PA |
| May, 2019 | Chairperson, Directors' Meeting, Fellowship in Family Planning Boston, Mass |
| Sep, 2022 | Co-Chair, AGOS Plenary Session "Tired and Inspired: Notes for Leaders on a Post-Roe abortion Landscape" Chicago, Ill |

Grants:

Pending:

Genetics of Pregnancy Loss in a Diverse Population (GOAL), NIH/NICHD, 1R01HD108256-01, 9/2022-8/2027 (Schreiber, PI: Bucan, Co-Investigator), $811,078/annual direct costs, 12.5% effort (Role in grant: PI)

Mycoplasma genitalium, Social Determinants of Health, and Infertility (Peipert), Indiana University/NIH, R01, 4/2022-3/2027 (Schreiber/Peipert, PI), $107,478/annual direct costs, 7.5% effort (Role in grant: PI)

Current:

Integration of early pregnancy care into family planning service delivery, Independence Blue Cross, Clinical Care Innovation, 1/2022-12/2022 (Schreiber, PI), $166,666/annual direct costs, 10% effort (Role in grant: PI, The major goal of this project is to, ...)

Fellowship in Family Planning 923.12, Anonymous Foundation, 923.12, 7/2021-6/2022 (SCHREIBER, PI: SONALKAR, Co-Investigator), $45,000/annual direct costs, 1% effort (Role in grant: PI, The main goal of this project is to train experts in family planning and clinical research.)

Facilitated group contraceptive counseling for patients presenting to abortion care (Gutman), Society of Family Planning, SFPRF21-14, 1/2021-6/2022 (Gutman, PI), $14,913/annual direct costs (Role in grant: Mentor)

Contraceptive Development Program NICHD Contraceptive Clinical Trials Network - Female Sites (Task Order 1), Eunice Kennedy Shriver National Institute of Child Health and Human Development, 75N94020F00001, 8/2020-7/2027 (Schreiber, PI: Barnhart, Co-Investigator), $66,000/annual direct costs, 1% effort (Role in grant: PI, The primary goal of this task order is to collaboratively generate comprehensive, scientifically sound research protocols in order to develop effective and safe contraception for women, including (a) obese women and (b) women with contraindications to current contraceptive products.)

The RhIMAB Study: A Prospective Trial to Evaluate the Value of Rh Immune Globulin in Medication Abortion Service Provision (Schreiber), Society of Family Planning, SFPRF12-MA11, 10/2018-4/2023 (Schreiber, PI), $378,199/annual direct costs, 20% effort (Role in grant: PI, Generating Evidence that Contributes to Increasing Access toMedication Abortion in the United States )

Population Health Research Support: Start Trial (Barnhart), NIH/NICHD, NIH-NICHD-DIPHR-2018-12, 9/2018-9/2023 (Schreiber, PI), $110,888/annual direct costs, 2.5% effort (Role in grant: PI, To establish geographically diverse research sites capable of implementing sophisticated initiatives, from preconception through adulthood, using scientifically valid and rigorous methodologies, to assist in the conduct of population health research initiatives. It is anticipated that initially new research (observational cohorts and/or intervention trials) initiatives could be implemented each year)

Contraceptive Clinical Trials Network-Female Sites (CCTN013C), NIH/NICHD, HHSN275201300020I, 1/2018-12/2021 (Schreiber, PI), $48,064/annual direct costs, 5% effort (Role in grant: PI, A multi-center, randomized study to evaluate the

pharmacokinetic and pharmacodynamics profile, contraceptive efficacy and safety of
daily oral low dose ulipristal acetate)

Multi-center, open-label, uncontrolled study to assess contraceptive efficacy and safety of
Mirena during extended use beyond 5 years in women 18 to 35 years of age including a
subgroup evaluation of treatment effect on heavy menstrual bleeding, BAY 86-5028
(Schreiber), Bayer Healthcare Pharmaceuticals Inc., BAY 86-5028/18649,
2/2017-10/2021 (Schreiber, PI), $26,616/annual direct costs, 6% effort (Role in grant: PI,
The major goal of this project is to assess the contraceptive efficacy of Mirena beyond 5
years up to 8 years of use.)

A multi-center, single-blind, randomized clinical trial to compare two copper IUDs:
Mona Lisa NT Cu380 Mini and ParaGard (Schreiber), Gates Foundation/FHI360,
OPP1200867, 11/2015-6/2022 (Schreiber, PI), $238,292/annual direct costs, 11% effort
(Role in grant: PI, The major goal of this project is to obtain valid and reliable data to
determine the contraceptive effectiveness, bleeding patterns, side effects and safety of
novel LARC methods that can provide safe and effective contraception for women. )

A Phase 3, Randomized, Multi-Center, Open-Label Study of a Levonorgestrel-Releasing
Intrauterine System (20 mcg/day) and Mirena for Long-Term, Reversible Contraception
up to Five Years, M360-L102 (Schreiber), Medicines360 (L102), M360-L102,
5/2010-12/2021 (Schreiber, PI), $55,886/annual direct costs, 10% effort (Role in grant:
Principal Investigator, The major goal of this project is to test the safety and efficacy of a
new levonorgestrel intrauterine system)

Past:
Fellowship in Family Planning, FPF.11 , Anonymous Foundation, 923.11, 7/2020-6/2021
(Schreiber, PI), $385,000/annual direct costs, 11% effort (Role in grant: PI, The main
goal of this project is to train experts in family planning and clinical research.)

Fellowship in Family Planning, FPF.10 (Schreiber), Anonymous Foundation, FPF
923.10, 7/2019-6/2020 (Schreiber, PI: Sonalkar, Co-Investigator), $389,000/annual direct costs,
11% effort (Role in grant: PI, The main goal of this project is to train experts in
family planning and clinical research.)

Disparities in Reproductive Health: The Patient Experience with Miscarriage
Management (Shorter), Society of Family Planning, SFPRF19-02, 1/2019-6/2020
(SCHREIBER, PI: SHORTER, Co-Investigator), $15,000/annual direct costs (Role in
grant: Mentor, Fellowship Research Award, No Salary, Mentor)

Building Interdisciplinary Research Careers In Women's Health, BIRCWH K-12
(Oquendo), NIH/NICHD, 5 K12 HD085848-05, 9/2018-8/2020 (OQUENDO, PI:
SCHREIBER, Co-Investigator), $24,743/annual direct costs, 10% effort (Role in grant:
Research Director, The major goal of this mentored career-development project is to
support and develop junior faculty   with a focus in women's health and sex-differences
research)

Fellowship in Family Planning, FPF.09 (Schreiber), Anonymous Foundation, FPF.09, 7/2018-6/2019 (Schreiber, PI), $389,000/annual direct costs, 11% effort (Role in grant: PI, The main goal of this project is to train experts in family planning and clinical research.)

A Feasibility, Open-Label, Postcoital, Safety, Release, Fit, and Acceptability Study of Ovaprene, Dare Bioscience Inc, DR-OVP-001, 6/2018-6/2020 (Schreiber, PI), $118,391/annual direct costs, 2.5% effort (Role in grant: PI, The major goal of this project is to evaluate the Safety and Acceptability Study of a Non-Hormonal Ring for contraception)

A Pilot Randomized Non-inferiority Trial of Ibuprofen versus Oxycodone for Overnight Pain Control During Second-Trimester Abortion Care (Nagendra), Society of Family Planning, SFPRF18-19, 5/2018-6/2019 (Nagendra, PI: Schreiber, Co-Investigator), $96,827/annual direct costs (Role in grant: Mentor, Fellowship Research Award, No Salary, Mentor)

Mid-Career Mentoring Grant (Schreiber), Society of Family Planning, 7/2017-6/2020 (Schreiber, PI), $66,667/annual direct costs, 10% effort (Role in grant: PI, no cost extension)

Fellowship in Family Planning (FPF.08), Buffett Susan Thompson Foundation, 7/2017-6/2018 (Schreiber, PI), $380,694/annual direct costs, 11.65% effort (Role in grant: PI)

Flow Cytometry Quantification of Feto-Maternal Hemorrhage Following Uterine Aspiration in the First Trimester (Horvath), Society of Family Planning, SFPRF17-6, 2/2017-6/2018 (Schreiber , PI: Sarah Horvath (fellow), Co-Investigator), $100,000/annual direct costs, 1% effort (Role in grant: Mentor)

Evaluation of the Effectiveness, Safety and Tolerability of LevoCept (Levonorgestrel-Releasing Intrauterine System) for Long-Acting Reversible Contraception, CMDOC-0022 (Schreiber), CONTRAMED INC., CMDOC-0022 (LevoCept), 1/2017-1/2021 (SCHREIBER, PI), $75,750/annual direct costs, 2.5% effort (Role in grant: PI)

Family Planning Service Delivery Integration for HIV Positive and At-Risk Women in Botswana: A Hybrid Type 2 Clinical Intervention and Implementation Strategy, NIH/NIAID & Penn Center for AIDS Research (CFAR) Pilot, P30-AI-45008-21, 9/2016-12/2019 (COLLMAN, R., PI: Doreen Ramogola-Masire, Co-Investigator), $40,000/annual direct costs, 1% effort (Role in grant: Pilot Study PI, The major goal of this project is to implement and evaluate the feasibility and acceptability of an approach to contraceptive care within the context of a cervical cancer prevention program.)

Fellowship in Family Planning (Yr. 07), Anonymous Foundation, 923.07, 7/2016-6/2017

(Schreiber, PI), $356,970/annual direct costs, 15% effort (Role in grant: PI, The main goal of this project is to train experts in family planning and clinical research.)

Pregnancy Early Assessment CEnter (PEACE), University of Pennsylvania/Penn Center for Health Care Innovation, 4/2016-12/2017 (Schreiber, PI), $107,700/annual direct costs, 2% effort (Role in grant: PI, The major goal of this project is to optimize the care offered to women with early pregnancy loss within the University of Pennsylvania Health System.)

Referral and delay in abortion care: A cross-sectional study (Frarey), Society of Family Planning, SFPRF16-16, 2/2016-6/2017 (Schreiber, PI: Frarey (fellow), Co-Investigator), $94,921/annual direct costs, 1% effort (Role in grant: Mentor)

Evaluation of the Effectiveness, Feasibility, Safety and Tolerability of the ContraMed Intrauterine Copper Contraceptive for Long Acting Reversible Contraception, CMDOC-0008 (Schreiber), CONTRAMED INC., CMDOC-0008 (Veracept), 7/2015-6/2019 (Schreiber, PI), $89,000/annual direct costs, 2.5% effort (Role in grant: PI, The major goal of this project is to assess the effectiveness, feasibility, safety, and tolerability of an investigational copper intrauterine device over a three year period.)

Family Planning Service Delivery Integration for HIV Positive and At-Risk Women in Botswana: A Hybrid Type 2 Clinical Intervention and Implementation Strategy, University of Pennsylvania Center for AIDS Research, 7/2015-6/2016 (Schreiber, PI), $40,000/annual direct costs, 1% effort (Role in grant: PI)

Fellowship in Family Planning (Yr. 06) , Anonymous Foundation, 923.06, 7/2015-6/2016 (Schreiber, PI), $340,044/annual direct costs, 15% effort (Role in grant: Principal Investigator, The main goal of this project is to train experts in family planning and clinical research)

Expulsion of Immediate Postplacental Copper Intrauterine Devices at Six Months: A Prospective Cohort Study (Gurney), Society of Family Planning, SFPRF15-15, 4/2015-2/2017 (Schreiber, PI:   (Gurney, mentee), Co-Investigator), $100,000/annual direct costs, 1% effort (Role in grant: Mentor)

Contraceptive Clinical Trials Network-Task Order 3 (CCTN), NIH/NICHD, HHSN275201300020I, 9/2014-9/2019 (Barnhart, PI: Schreiber, Co-Investigator), $159,050/annual direct costs, 1% effort (Role in grant: Co-Investigator, The major goals of this project is to determine the contraceptive effectiveness, pharmacokinetics, bleeding patterns, side effects and safety of novel products that can provide safe and effective contraception for women.)

Contraception in Women with Cystic Fibrosis: Satisfaction and Effects on Disease (Traxler), Society of Family Planning, SFPRF14-13, 4/2014-6/2015 (Schreiber, PI: Sarah Traxler, Co-Investigator), $35,000/annual direct costs, 1% effort (Role in grant: Mentor, Role: Mentor (no salary))

The Impact of Doulas in the Surgical Management of Early Pregnancy Failure and Abortion care (Wilson), Society of Family Planning, SFPRF14-3, 3/2014-12/2014 (Schreiber, PI), $29,761/annual direct costs, 1% effort (Role in grant: Mentor, Role: Mentor (no salary))

A Phase 1, Multi-Center Study to Assess the Performance of a LNG20 Intrauterine System Inserter, Medicines360 (L104), L104, 12/2013-12/2014 (Schreiber, PI), $94,000/annual direct costs, 3% effort (Role in grant: Principal Investigator)

Comparative Effectiveness of Pregnancy Failure Management Regimens, Pre-Fai-R (Schreiber), NIH/NICHD (R01), R01-HD-071920-05 (N.C.E.), 8/2013-4/2020 (Schreiber, PI: Barnhart, Sammel, Co-Investigator), $335,751/annual direct costs, 7.5% effort (Role in grant: Principal Investigator, Early Pregnancy Failure (EPF) is the most common complication in pregnancy, but safe and effective management options are limited. Up to 60% of women who choose medical management of EPF with prostaglandins ultimately require multiple doses or surgery. Our goal is to improve upon the effectiveness of medical management of EPF by adding a progesterone receptor modulator, and to study the biological and clinical predictors of success among women who choose medical management.)

Fellowship in Family Planning (Yr. 04), Anonymous Foundation, 923.04, 7/2013-6/2014 (Schreiber, PI), $366,800/annual direct costs, 15% effort (Role in grant: Principal Investigator, The main goal of this project is to train experts in family planning and clinical research)

Core Function Activities Task Order #1 (Barnhart), NIH/NICHD (CCTN), HHSN275201300020I, 6/2013-6/2015 (Barnhart, PI), $88,683/annual direct costs, 5% effort (Role in grant: Co-Investigator, To assist in the protocol review, protocol development and activities associated with past, present and future CCTN activities.)

Fertility After Contraceptive Termination (FACT Pilot), WASHINGTON UNIVERSITY IN ST. LOUIS/BAYER, Pilot Study, 3/2013-6/2016 (Creinin, PI), $12,500/annual direct costs, 1% effort (Role in grant: Subcontract PI)

Impact Of Peer Counseling On Long Acting Reversible Contraception Uptake Among Adolescents And Duration Of Contraceptive Use (Wilson), Society of Family Planning, SFP - Wilson, 1/2013-7/2014 (Schreiber, PI), $69,931/annual direct costs, 1% effort (Role in grant: Principal Investigator, Role: Mentor (no salary))

Study Of Uptake, Continuation And Removal Of Intra-Uterine Contraception (Iuc), University Of California - San Francisco, 7272sc, 8/2012-6/2013 (COURTNEY SCHREIBER, PI), $8,182/annual direct costs, 1% effort (Role in grant: PI)

Fellowship in Family Planning (Yr. 03), Anonymous Foundation, 923.03, 7/2012-6/2013 (Schreiber, PI), $366,800/annual direct costs, 15% effort (Role in grant: Principal

Investigator, The main goal of this project is to train experts in family planning and clinical research)

Evaluation of a Brief Standardized Postpartum Counseling Intervention's Effect on Repeat Pregnancy Rates and Contraceptive Choice/Use/Continuation/Satisfaction in Adolescents (Sober), Society of Family Planning, SFP, 2/2012-3/2014 (Sober, PI), $49,144/annual direct costs, 1% effort (Role in grant: Principal Investigator, Role: Mentor (no salary))

A Phase 1, Multi-Center Study to Assess the Safety and Performance of an Novel LNG20 Intrauterine System Inserter, Medicines360 (L103), M360-L103, 11/2011-12/2012 ((Schreiber), PI), $38,170/annual direct costs, 1% effort (Role in grant: Principal Investigator, The major goal of this project is to ...)

Fellowship in Family Planning (Yr. 02), Anonymous Foundation, 923.02, 7/2011-6/2012 (Schreiber, PI), $323,520/annual direct costs, 16% effort (Role in grant: Principal Investigator, The main goal of this project is to train experts in family planning and clinical research)

The Impact of Contraception on Post Partum Weight Loss: A Prospective Study (Pentlicky), Anonymous Foundation, 3643, 7/2011-6/2012 ((Pentlicky), PI), $46,548/annual direct costs (Role in grant: Principal Investigator)

Pharmacokinetic And Pharmacodynamic Study Of Tenofovir 1% Gel Using The Bat 24 Regimen Versus Daily And Pericoital Dosing, CONRAD/Eastern Virginia Medical School, PPA-11-115, 6/2011-12/2013 (Schreiber, PI), $127,508/annual direct costs, 2% effort (Role in grant: PI, The main goal is to evaluate the effectiveness of different Tenofovir 1% Gel dosing regimens)

AMP001 - A Multicenter, Open-Label, Randomized Study of the Contraceptive Efficacy and Safety of Amphora Gel Compared to Conceptrol Vaginal Gel (Barnhart), EvoFem Inc., AMP001, 5/2011-8/2013 (Barnhart, PI), $56,891/annual direct costs, 1% effort (Role in grant: Co-Investigator, The major goal of this project is to study the Contraceptive Efficacy and Safety of Amphora Gel Compared to Conceptrol Vaginal Gel)

Clinical Evaluation of Nestoronel Estradiol-Releasing Vaginal Ring for Female Contraception - Task 6 (Barnhart), NIH/NICHD contract, HHSN275201100041U-Task6, 3/2011-1/2014 (Barnhart, PI), $705,379/annual direct costs, 5% effort (Role in grant: Co-Investigator, The proposed study will be conducted in women of reproductive age in order to evaluate contraceptive efficacy, pharmacokinetics, bleeding patterns and the safety and side effects of this new contraceptive product.)

Core Function Activities Task Order 8 (Barnhart), NIH/NICHD contract, HHSN275201100068U Task 8, 3/2011-7/2013 (Barnhart, PI), $114,253/annual direct costs, 5% effort (Role in grant: Co-Investigator, To assist in the development of new

contraceptive products by providing services related to protocol review, protocol development and activities associated with past, present and future CCTN activities)

Clinical Evaluation of Levonorgestrel Butaoate for Female Contraception - Task 7 (Barnhart), NIH/NICHD contract, HHSN275201100071U-Task7, 3/2011-8/2012 (Barnhart, PI), $64,704/annual direct costs, 5% effort (Role in grant: Co-Investigator, There is a demand for estrogen-free contraception in order to reduce the risk of venous thromboembolism (VTE) particularly for obese women)

Contraceptive Efficacy and Safety of Two Progestin Patches - Task 5 (Barnhart), NIH/NICHD contract, HSN275201000022U-Task5, 1/2010-7/2012 (Barnhart, PI), $183,073/annual direct costs, 2% effort (Role in grant: Co-Investigator, To evaluate in obese and non-obese women the pharmacokinetics, effects, cycle control, and safety of progestin-only patches containing defined doses of levonorgestrel.)

Uptake And Acceptability Of Home Use Of Mifepristone, Gynuity Health Projects, GYNUITY, 12/2009-11/2010 (COURTNEY SCHREIBER, PI), $34,808/annual direct costs, 4% effort (Role in grant: PI, The major goal of this project is to test the safety and acceptability of home administration of mifepristone)

Penn Family Planning And Pregnancy Loss Center Database Proposal, Society of Family Planning, SFP3-18, 10/2009-3/2011 (COURTNEY SCHREIBER, PI), $15,000/annual direct costs, 2% effort (Role in grant: PI, The main goal of this project is to develop a family planning database and pilot its use as a model for nation-wide registry.)

Contraceptive Efficacy Evaluation Of The Path Female Condom, National Institutes Of Health, HHSN275200900083U, 9/2009-12/2012 (Kurt T. Barnhart, PI), $0/annual direct costs, 18% effort (Role in grant: Co-PI, To compare the safety and contraceptive efficacy of a new female condom in women of reproductive age.  The PATH condom is a new version of the female condom that appeared to have greater acceptability in a small comparative study)

Women In Steady Exercise Research (WISER) Sister Substudy - Contraceptive use in Women at Increased Risk for Breast Cancer, Teva Women's Health Research, Teva CT, 8/2009-5/2013 (Schreiber, PI), $10,000/annual direct costs, 1% effort (Role in grant: Principal Investigator, The main goal of this project is to evaluate contraceptive decision making and the uptake, safety and acceptability of the TCu380A IUD in this clinical trial population at increased risk for breast cancer)

A Plan B 1.5 Emergency Contraception Actual Use Study - Dr-Lev-302, Duramed Research, 4/2009-7/2011 (COURTNEY SCHREIBER, PI), $20,476/annual direct costs, 12% effort (Role in grant: PI, The main goal of this project is to assess use of an emergency contraceptive pill under simulated over-the-counter conditions)

A Pilot Study To Evaluate Precision And Accuracy Of Smart Applicator For Microbicide Clinical Trials, International Partnership For Microbicides, IPM 022, 8/2008-7/2009

(COURTNEY SCHREIBER, PI), $0/annual direct costs, 10% effort (Role in grant: PI)

Kenneth J. Ryan Residency Training Program In Abortion and Family Planning, Anonymous Foundation, 296.03, 1/2008-10/2011 ((Schreiber), PI), $499,996/annual direct costs, 20% effort (Role in grant: Principal Investigator, The main goal of this project is to institute resident training in family planning   )

How to avoid pregnancies in HIV prevention trials: A case control study and point-of-care questionnaire, Penn Center for AIDS Research (CFAR), 7/2007-6/2008 (Courtney Schreiber, MD, MPH, PI), $40,000/annual direct costs, 5% effort (Role in grant: PI)

Clinical Trials Unit: Microbicide Trials Network, NIH/NIAID, U01-AI-069534, 2/2007-6/2009 ((Metzger, D.), PI), $1/annual direct costs, 10% effort (Role in grant: Co-Investigator)

Contraceptive Clinical Trials Network (Female Contraceptive Trials Topic Area) Task Order 3: A Multi-Center, Open-Label Trial on the Efficacy, Cycle Control, and Safety of a Contraceptive Vaginal Ring Delivering a Daily Dose Nestoron and Ethinyl Estradiol, NIH/NICHD, RFTOP#:003 , 8/2006-1/2010 (Kurt Barnhart, M.D., PI), $170,518/annual direct costs, 5% effort (Role in grant: co-investigator, The main goal of this project is to evaluate the efficacy and safety of a new contraceptive vaginal ring.)

Contraceptive Effectiveness Diaphragm and Safety Study of the SILCS with Nonoxynol-9: The Pivotal Study, Eastern Virginia Medical School (CONRAD), CSA-06-430 , 7/2006-12/2009 (Kurt Barnhart, M.D., PI), $243,820/annual direct costs, 5% effort (Role in grant: Co-investigator, CONRAD is a research organization funded by USAID and Foundation. The main goal of this project is to Estimate the safety and effectiveness among users of the SILCS diaphragm used with contraceptive gel over 6 months of typical use. )

A Pilot Randomized Controlled Trial of Advanced Supply of Levonorgestrel Emergency Contraception vs. Routine Postpartum Contraceptive Care in the Teenage Population, University Research Foundation, 7/2006-1/2008 (CA Schreiber, PI), $0/annual direct costs (Role in grant: PI)

A Study of Mucosal and Inflammatory Effects of Vaginal Gels on Reproductive Tract, Magee Women's Health Corp. VIA NIH, 6/2006-5/2007 (Kurt Barnhart, M.D., PI), $0/annual direct costs, 1% effort (Role in grant: co-investigator)

Mifepristone and Misoprostol for the Treatment of Early Pregnancy Failure: a Pilot Clinical Trial, Anonymous, 9/2004-10/2005 (Courtney A. Schreiber, MD, MPH, PI), $0/annual direct costs, 20% effort (Role in grant: PI, no salary support)

University Of Pennsylvania Center For Aids Research:, National Institutes Of Health, 5-P30-AI-045008-10, 7/2004-9/2009 (JAMES A HOXIE, PI), $1,822,128/annual direct

costs, 5% effort (Role in grant: Co-PI)

A multicenter, randomized, double masked, comparator study of the safetyand
contraceptive efficacy of C31G vaginal gel compared to 15% Conceptrol® vaginal gel,
NICHD, N01-HD-4-3372, 7/2004-10/2005 (Mitchell D. Creinin, PI), $0/annual direct
costs, 5% effort (Role in grant: Co-Investigator at study site, no salary support)

An Evaluation of NuvaRing® for the Treatment of Abnormal Patterns Bleeding in the
Perimenopause, Organon, 7/2004-6/2005 (Mitchell D. Creinin, PI), $0/annual direct
costs, 5% effort (Role in grant: Co-Investigator, no salary support)

Contraceptive Clinical Trials Network (Female Contraceptive Trials Topic Area): Task
Order 2- Female Contraceptive Clinical Trial:   A Randomized Controlled Study of the
Efficacy, Safety and Acceptability of C31G, NIH, 4/2004-3/2011 (Kurt Barnhart, M.D.,
PI), $1/annual direct costs, 5% effort (Role in grant: co-investigator)

An Open Label Study of the Contraceptive Efficacy and Safety of Tripahsic
Norethindrone Acetate 1 mg/Ethinyl Estradiol 0.005, 0.030, and 0.035 mg Oral Tablets
Administered for 24 Days of a 28 Day Cycle, Galen, 2/2004-6/2004 (Mitchell D. Creinin,
PI), $0/annual direct costs, 5% effort (Role in grant: Co-Investigator at study site, no
salary support)

A Multicenter, Randomized Comparison of Mifepristone and Misoprostol
Simultaneously Versus 24 Hours Apart for Abortion Through 63 Days Gestation,
Anonymous, 1/2004-6/2005 (Courtney A. Schreiber, MD, MPH, PI), $0/annual direct
costs, 20% effort (Role in grant: PI, no salary support)

A Survey of Contraception Knowledge and Attitudes among Graduating Residents in
Pittsburgh, Anonymous, 1/2004-6/2005 (Courtney A. Schreiber, MD, MPH, PI),
$0/annual direct costs, 20% effort (Role in grant: PI, no salary support)

An Evaluation of the Return to Ovulation After Treatment with Mifepristone and
Misoprostol For Undesired Pregnancy., Anonymous, 1/2004-6/2005 (Courtney A.
Schreiber, MD, MPH, PI), $0/annual direct costs, 20% effort (Role in grant: PI, no salary
support)

Phase I Post Coital Testing and Safety Study of the SILCS Diaphragm, Prototype VI ,
CONRAD, A02-081, 9/2003-8/2004 ((Creinin, Mitchell D.), PI), $120,000/annual direct
costs, 5% effort (Role in grant: Co-Investigator at study site, no salary support)

Phase III Multicenter Open Label Study to Evaluate the Safety and Efficacy of
Levonorgestrel 90 micrograms and Ethinyl Estradiol 20 micrograms in a Continuous
Daily Regimen for Oral Contraception, Wyeth Pharmamaceuticals, 9/2003-5/2004
(Mitchell D. Creinin, PI), $0/annual direct costs, 5% effort (Role in grant:
Co-Investigator at study site, no salary support)

A Randomized Controlled Study of the Efficacy,Safety and Acceptability of Buffer Gel., NICHD-N01-HD, HD-1-3319, 7/2003-6/2005 (Mitchell D. Creinin, PI), $0/annual direct costs, 5% effort (Role in grant: Co-Investigator at study site, no salary support)

Randomized Clinical Trial on Management of Early Pregnancy Failure, NICHD, N01-HD-1-3322, 7/2003-7/2004 (Mitchell D. Creinin, PI), $0/annual direct costs, 5% effort (Role in grant: Co-Investigator at study site, no salary support)

Same Day Initiation of the Combined Hormonal Transdermal Delivery System Traditional Initiation Method, Anonymous, 6/2003-12/2004 (Amita S. Murthy, PI), $0/annual direct costs, 5% effort (Role in grant: Co-Investigator, no salary support)

Mifepristone and Misoprostol Administered at the Same Time for Medical Abortion Up to 49 Days' Gestation, Anonymous , 6/2003-6/2004 (Amita S. Murthy, PI), $0/annual direct costs, 5% effort (Role in grant: Co-Investigator, no salary support)

Mifepristone and Misoprostol Administered at the Same Time for Medical Abortion from 50-63 Days' Gestation, Anonymous , 6/2003-5/2004 (Courtney Schreiber, MD, MPH, PI), $0/annual direct costs, 20% effort (Role in grant: PI, no salary support)

Safety Analysis of the Diaphragm in Combination with Vaginal MicrobicideGels, CDC, 6/2003-5/2004 (Mitchell D. Creinin, PI), $0/annual direct costs, 5% effort (Role in grant: Co-Investigator at study site, no salary support)

Career Development In Women's Health Research, National Institutes Of Health, 5-K12-HD-043459-05, 9/2002-7/2008 (ELLEN W FREEMAN, PI), $462,965/annual direct costs, 75% effort (Role in grant: Co-PI)

BUILDING INTERDISCIPLINARY RESEARCH CAREERS IN WOMEN'S HEALTH (BIRCWH), National Institutes of Health (NICHD), 5K12HD043459-05, 9/2002-12/2007 (Ellen W. Freeman, PI), $0/annual direct costs, 75% effort (Role in grant: BIRCWH Scholar)


Bibliography:

Research Publications, peer reviewed (print or other media):

1. Schreiber CA, Wan L, Sun Y, Krey L, Lee-Huang S: The antiviral agents MAP30 and GAP31 are not toxic to human spermatozoa and may be useful in preventing the sexual transmission of HIV-I. Fertil Steril 72:686-690, 1999.

2. Murthy AS, Creinin MD, Harwood B, Schreiber C: A pilot study of mifepristone and misoprostol administered at the same time for abortion up to 49 days gestation. Contraception 71(5):333-6, May 2005.

3. Schreiber CA, Creinin MD, Harwood B, Murthy AS: A pilot study of mifepristone and misoprostol administered at the same time for abortion in women with gestation

from 50 to 63 days. <u>Contraception</u> 71(6):447-50, Jun 2005.

4. Murthy AS, Creinin MD, Harwood BJ, Schreiber CA: Same day initiation of the transdermal hormonal delivery system (contraceptive patch) versus traditional initiation methods. <u>Contraception</u> 72(5):333-36, Nov 2005.

5. Schreiber CA, Meyn, L, Creinin MD, Barnhart KT, Hillier SL: The effects of long-term use of nonoxynol-9 on vaginal flora. <u>Obstet Gynecol</u> 107(1):136-43, Jan 2006.

6. Schreiber CA, Harwood BJ, Switzer GE, Creinin MD, Reeves MF, Ness RB: Training and attitudes about contraceptive management across primary care specialties: a survey of graduating residents. <u>Contraception</u> 73(6):618-22, Jun 2006.

7. Schreiber CA, Creinin MD, Reeves MF, Harwood BJ: Mifepristone and misoprostol for the treatment of early pregnancy failure: a pilot clinical trial. <u>Contraception</u> 74(6):458-62, Dec 2006.

8. Creinin MD, Schreiber CA, Bednarek P, Lintu H, Wagner MS, Meyn LA: Medical abortion at the same time (MAST) study trial group. Mifepristone and misoprostol administered simultaneously versus 24 hours apart for abortion: a randomized controlled trial. <u>Obstet Gynecol</u> 109(4):885-894, Apr 2007.

9. Creinin MD, Schreiber CA, Bednarek P, Lintu H, Wagner MS, Meyn LA; Medical Abortion at the Same Time (MAST) Study Trial Group: Mifepristone and misoprostol administered simultaneously versus 24 hours apart for abortion: a randomized controlled trial. <u>Obstet Gynecol</u> 109(4):885-94, Apr 2007.

10. Schreiber CA, Sammel M, Hillier SL, Barnhart KT: A little bit pregnant: modeling how the accurate detection of pregnancy can improve HIV prevention trials. <u>Am J Epidemiol</u> 169: 515-21, Feb 2009. PMCID: PMC2732971

11. Schreiber CA, Ratcliffe SJ, Barnhart KT: A randomized controlled trial of the effect of advanced supply of emergency contraception in postpartum teens: a feasibility study. <u>Contraception</u> 81(5):435-40, May 2010.

12. Schreiber CA, Whittington S, Cen L, Maslankowski L: Good intentions: risk factors for unintended pregnancies in the US cohort of a microbicide trial. <u>Contraception</u> 83(1):74-81, Jan 2011. PMCID: PMC7439771

13. Quinn SM, Schreiber CM: IUD use in HIV-positive women. <u>Contraception</u> 83(2):99-101, Feb 2011.

14. Schreiber CA, Sober S, Ratcliffe S, Creinin MD: Ovulation resumption after medical abortion with mifepristone and misoprostol. <u>Contraception</u> 84(3):230-3, Sep 2011.

15. Su IH, Schreiber CA, Fay C, Parry S, Elovitz MA, Zhang J, Shaunik A, Barnhart K: Mucosal integrity and inflammatory markers in the female lower genital tract as potential screening tools for vaginal microbicides. <u>Contraception</u> 84(5):525-32, Nov 2011. PMCID: PMC3201765

16. Kinariwala M, Quinley K, Datner E, Schreiber CA: Manual vacuum aspiration in the emergency department for management of early pregnancy failure. <u>Am J Emerg Med</u> 31(1):244-7, Jan 2013.

17. Pentlicky S, Rosen M, Coffey P, Kilbourne-Brook M, Shaunik A, Schreiber CA, Barnhart K: An exploratory, randomized, crossover MRI study of microbicide delivery with the SILCS diaphragm compared to a vaginal applicator. <u>Contraception</u> 87(2):187-92, Feb 2013. PMCID: PMC3580797

18. Chen SP, Massaro-Giordano G, Pistilli M, Schreiber CA, Bunya V: Tear osmolarity and dry eye symptoms in women using oral contraception and contact lenses. <u>Cornea</u> 32(4):423-8, Apr 2013. PMCID: PMC3594499

19. Swica Y, Chong E, Middleton T, Prine L, Gold M, Schreiber CA, Winikoff B: Acceptability of home use of mifepristone for medical abortion. <u>Contraception</u> 88(1):122-7, Jul 2013.

20. Quinley K, Ratcliffe S, Schreiber C: Psychological coping in the immediate post-abortion period. <u>J Women's Health</u> 23(1):44-50, Jan 2014.

21. Colleselli V, Schreiber CA, D'Costa E, Mangesius S, Ludwig W, Seeber BE: Medical management of early pregnancy failure (EPF): a retrospective analysis of a combined protocol of mifepristone and misoprostol used in clinical practice. <u>Arch Gynecol Obstet</u> 289(6): 1341-45, Jun 2014.

22. Foster DG, Grossman D. Turok DK, Peipert JF, Prine L, Schreiber CA, Jackson A, Barar R, Schwarz EB: Interest in and experience with IUD self-removal. <u>Contraception</u> 90(1): 54-59, Jul 2014.

23. Wilson S, Tennant C, Sammel MD, Schreiber C: Immediate postpartum etonogestrel implant: a contraception option with long-term continuation. <u>Contraception</u> 90(3): 259-64, Sep 2014.

24. Schreiber CA, Ratcliffe SJ, Quinley KE, Miller C, Sammel MD: Serum biomarkers to predict successful misoprostol management of early pregnancy failure. <u>Reprod Biol</u> 15(2):79-85, Jun 2015. PMCID: PMC7439770

25. Schreiber CA, Traxler S: State of family planning. <u>Clin Obstet Gynecol</u> 58(2): 392-408, Jun 2015

26. Eisenberg DL, Schreiber CA, Turok DK, Teal SB, Westhoff CL, Creinin MD: Three-year efficacy and safety of a new 52-mg levonorgestrel-releasing intrauterine system. <u>Contraception</u> 92(1): 10-16, Jul 2015.

27. Quinley KE, Falck A, Kallan MJ, Datner EM, Carr BG, Schreiber CA: Validation of ICD-9 Codes for Stable Miscarriage in the Emergency Department. <u>West J Emerg Med</u> 16(4):551-6, Jul 2015. PMCID: PMC4530913

28. Schreiber CA, Ratcliffe SJ, Sammel MD, Whittaker PG: A self-assessment efficacy tool for spermicide contraceptive users. <u>Am J Obstet Gynecol</u> 214(2): 264.e1-7, Feb 2016.

29. Wilson SF, Degaiffier N, Ratcliffe SJ, Schreiber CA: Peer counselling for the promotion of long-acting, reversible contraception among teens: a randomised, controlled trial. <u>Eur J Contracept Reprod Health Care</u> 21(5): 380-7, Oct 2016.

30. Roe AH, Traxler SA, Hadjiliadis D, Sammel MD, Schreiber CA: Contraceptive choices and preferences in a cohort of women with cystic fibrosis. <u>Respir Med</u> 121: 1-3, Dec 2016.

31. Schreiber CA, Chavez V, Whittaker PG, Ratcliffe SJ, Easley E, Barg FK: Treatment Decisions at the Time of Miscarriage Diagnosis. <u>Obstet Gynecol</u> 128(6): 1347-1356, Dec 2016. PMCID: PMC5121058

32. Wilson SF, Gurney EP, Sammel MD, Schreiber CA: Doulas for surgical management of miscarriage and abortion: a randomized controlled trial. <u>Am J Obstet Gynecol</u> 216(1):44.e1-44.e6, Jan 2017.

33. Frisse AC, Marrazzo JM, Tutlam NT, Schreiber CA, Teal SB, Turok DK, Peipert JF: Validity of Self-Reported History of Chlamydia trachomatis Infection. <u>Am J Obstet Gynecol</u> 216(4): e1-393, April 2017. PMCID: PMC6251056

34. Sober S, Shea J, Shaber A, Whittaker P, Schreiber C: Postpartum Adolescents' Contraceptive Counselling Preferences. <u>Eur J Contracept Reprod Health Care</u> 22(2): 83-87, April 2017.

35. Akers AY, Steinway C, Sonalkar S, Perriera LK, Schreiber C, Harding J, Garcia-Espana JF: Reducing Pain During Intrauterine Device Insertion: A Randomized Controlled Trial in Adolescents and Young Women. <u>Obstet Gynecol</u> 130(4): 795-802, Oct 2017.

36. Sonalkar S, Gurney EP, McAllister A, Schreiber CA: A randomized pilot evaluation of individual-level abortion stigma resulting from Pennsylvania mandated abortion counseling. <u>Contraception</u> 96(4): 227-232, Oct 2017.

37. Colwill AC, Schreiber CA, Sammel MD, Sonalkar S: Six-week retention after

postplacental copper intrauterine device placement. <u>Contraception</u> 97(3): 215-218, Mar 2018.

38. Schreiber CA, Teal SB, Blumenthal PD, Keder LM, Olariu AI, Creinin MD: Bleeding patterns for the Liletta levonorgestrel 52 mg intrauterine system. <u>Eur J Contracept Reprod Health Care</u> 23(2): 116-120, Apr 2018.

39. Akers AY, Harding J, Perriera LK, Schreiber CA, Garcia-Espana JF, Sonalkar S: Satisfaction with the Intrauterine Device Insertion Procedure Among Adolescent and Young Adult Women. <u>Obstet Gynecol</u> 131(6): 1130-1136, Jun 2018.

40. Schreiber CA, Creinin MD, Atrio J, Sonalkar S, Ratcliffe SJ, Barnhart KT: Mifepristone Pretreatment for the Medical Management of Early Pregnancy Loss. <u>N Engl J Med</u> 378: 2161-2170, Jun 2018. PMCID: PMC6437668

41. Gurney EP, Sonalkar S, Mcallister A, Sammel MD, Schreiber CA: Six-month expulsion of postplacental copper intrauterine devices placed after vaginal delivery. <u>Am J Obstet Gynecol</u> 219(2): 183.e1-183.e9, Aug 2018. PMCID: PMC6125156

42. Whittaker PG, Schreiber CA, Sammel MD: Gestational hormone trajectories and early pregnancy failure: a reassessment. <u>Reprod Biol Endocrinol</u> 16(1): 95, Oct 2018. PMCID: PMC6182860

43. Sonalkar S, Hunter T, Gurney EP, McAllister A, Schreiber CA: A Decision Analysis Model of 1-Year Effectiveness of Intended Postplacental Compared with Intended Delayed Postpartum Intrauterine Device Insertion. <u>Obstet Gynecol</u> 132(5):1211-122: 1211-1221, Nov 2018. PMCID: PMC6328318

44. Clement EG, Horvath S, McAllister A, Koelper NC, Sammel MD, Schreiber CA: The Language of First-Trimester Nonviable Pregnancy: Patient-Reported Preferences and Clarity. <u>Obstet Gynecol</u> 133(1):149-154: 149-154, Jan 2019.

45. Frarey A, Gurney EP, Sober S, Whittaker PG, Schreiber CA: Postpartum contraceptive counseling for first-time adolescent mothers: a randomized controlled trial. <u>Arch Gynecol Obstet</u> 299(2):361-369: 361-369, Feb 2019.

46. Frarey A, Schreiber C, McAllister A, Shaber A, Sonalkar S, Sammel MD, Long JA: Pathways to Abortion at a Tertiary Care Hospital: Examining Obesity and Delays. <u>Perspect Sex Reprod Health</u> 51(1):35-41, Mar 2019.

47. Sackeim MG, Gurney EP, Koelper N, Sammel MD, Schreiber CA: Effect of contraceptive choice on rapid repeat pregnancy. <u>Contraception</u> 99(3):184-186: 184-186, Mar 2019.

48. Chen BA, Blithe DL, Muraguri GR, Lance AA, Carr BR, Jensen JT, Kimble TD,

Murthy AS, Schreiber CA, Thomas MA, Walsh TL, Westhoff C, Burke AE: Acceptability of the Woman's Condom in a phase III multicenter open-label study. <u>Contraception</u> 99(6): 357-362, Jun 2019.

49. O'Flynn O'Brien KL, Akers AY, Perriera LK, Schreiber CA, Garcia-Espana JF, Sonalkar S: Intrauterine Device Insertion Procedure Duration in Adolescent and Young Adult Women. <u>J Pediatr Adolesc Gynecol</u> 32(3):312-315, Jun 2019.

50. Deshpande NA, Labora A, Sammel MD, Schreiber CA, Sonalkar S: Relationship between body mass index and operative time in women receiving immediate postpartum tubal ligation. <u>Contraception</u> 100(2): 106-110, Aug 2019. PMCID: PMC6849505

51. Traxler SA, Chavez V, Hadjiliadis D, Shea JA, Mollen C, Schreiber CA: Fertility considerations and attitudes about family planning among women with cystic fibrosis. <u>Contraception</u> 100(3):228-233, Sep 2019. PMCID: 31102630

52. Miller CA, Roe AH, McAllister A, Meisel ZF, Koelper N, Schreiber CA: Patient Experiences with Miscarriage Management in the Emergency and Ambulatory Settings. <u>Obstet Gynecol</u> 134(6):1285-1292, Dec 2019.

53. Albright BB, Shorter JM, Mastroyannis SA, Ko EM, Schreiber CA, Sonalkar S: Gestational Trophoblastic Neoplasia After Human Chorionic Gonadotropin Normalization Following Molar Pregnancy: A Systematic Review and Meta-analysis. <u>Obstet Gynecol</u> 135(1): 12-23, Jan 2020 Notes: [Epub ahead of print] Dec 2019.

54. Anand P, McAllister A, Hunter T, Schreiber C, Koelper N, Sonalkar S: A Simulated Patient Study to Assess Referrals to Abortion Care by Student Health Centers in Pennsylvania. <u>Contraception</u> 102(1): 23-29, Feb 2020.

55. Hunter TA, Sonalkar S, Schreiber CA, Perriera LK, Sammel MD, Akers AY: Anticipated Pain During Intrauterine Device Insertion. <u>J Pediatr Adolesc Gyneco</u> 33(1): 840-847, Feb  2020. PMCID: PMC7098438

56. Nagendra D, Koelper, N, Loza-Avalos SE, Sonalkar S, Chen M, Atrio J, Schreiber CA*, Harvie HS* (co-senior authors): Cost-effectiveness of Mifepristone Pretreatment for the Medical Management of Nonviable Early Pregnancy. Secondary Analysis of a Randomized Clinical Trial. <u>JAMA Network Open</u> 3(3):e20159, Mar 2020.

57. Chen BA, Eisenberg DL, Schreiber CA, Turok DK, Olariu AI, Creinin MD: Bleeding changes after levonorgestrel 52mg intrauterine system insertion for contraception in women with self-reported heavy menstrual bleeding. <u>Am J Obstet Gynecol</u> 222(4S):S888.e1-S888.e6, Apr 2020.

58. Turok DK, Nelson AL, Dart C, Schreiber CA, Peters K, Schreifels MJ, Katz B:
Efficacy, Safety, and Tolerability of a New Low-Dose Copper and Nitinol
Intrauterine Device: Phase 2 Data to 36 Months. Obstet Gynecol 135(4):840-847,
Apr 2020.

59. Roe AH, McAllister A, Sammel MD, Schreiber CA: Pregnancy intentions and
contraceptive uptake after miscarriage. Contraception 101(6): 427-431, Jun 2020.
PMCID: PMC7430048

60. Anand P, McAllister A, Hunter T, Schreiber CA, Koelper N, Sonalkar S: A simulated
patient study to assess referrals to abortion care by student health centers in
Pennsylvania. Contraception 102(1):23-29, Jul 2020.

61. Horvath S, Tsao P, Huang ZY, Zhao L, Du Y, Sammel MD, Luning Prak ET,
Schreiber CA: The concentration of fetal red blood cells in first-trimester pregnant
pregnant women undergoing uterine aspiration is below the calculated threshold
for Rh sensitization. Contraception 102(1):1-6, Jul 2020. PMCID: PMC7272297

62. Gurney EP, McAllister A, Lang B, Schreiber CA, Sonalkar S.: Ultrasound assessment
of postplacental copper intrauterine device position 6 months after placement
during cesarean delivery. Contraception: X 2: 100040, Oct 2020. PMCID:
PMC7644571

63. Sonalkar S, Koelper N, Creinin MD, Atrio JM, Sammel MD, McAllister A, Schreiber
CA.: Management of early pregnancy loss with mifepristone and misoprostol:
clinical predictors of treatment success from a randomized trial. Am J Obstet
Gynecol 223: 551, Oct 2020. PMCID: PMC7529708

64. Flynn AN, Schreiber CA, Roe A, Shorter JM, Frarey A, Barnhart K, Sonalkar S.:
Prioritizing Desiredness in Pregnancy of Unknown Location: An Algorithm for
Patient-Centered Care. Obstet Gynecol 136: 1001-1005, Nov 2020.

65. Nagendra D, Sonalkar S, Schurr D, McAllister A, Roe AH, Shorter JM, Sammel MD,
Schreiber CA: Opioid prescription for pain after osmotic dilator placement in
abortion care: A randomized controlled trial. Contraception 103(1): 13-18, Jan
2021.

66. Shorter JM, Koelper N, Sonalkar S, Oquendo MA, Sammel MD, Schreiber CA:
Racial Disparities in Mental Health Outcomes Among Women With Early
Pregnancy Loss. Obstet Gynecol 137: 156-163: 156-163, Jan 2021. PMCID:
PMC7737857

67. Hawkins L, Gertz AM, Badubi O, Sickboy O, Mussa A, Maotwe T, Whittaker PG,
Schreiber CA, Ramagola-Masire D, Morroni C.: Integration of family planning
services into health care for HIV-positive women in Botswana. Int J Gynaecol
Obstet 152: 208-214, Feb 2021. PMCID: PMC8084204

68. Flynn AN, Roe AH, Koelper N, McAllister A, Sammel MD, Schreiber CA: Timing
    and efficacy of mifepristone pretreatment for medical management of early
    pregnancy loss. <u>Contraception</u> 103(6):404-407, Jun 2021.

69. Sonalkar S, Maya E, Adanu R, Samba A, Mumuni K, McAllister A, Fishman J,
    Schurr D, Schreiber CA, Kolev S, Doe R, Gaffield ME: Pilot monitoring and
    evaluation of the WHO Postpartum Family Planning Compendium mobile
    application: an in-depth, qualitative study. <u>Int J Gynaecol Obstet</u> 153(3):508-513,
    Jun 2021. PMCID: PMC8122049

70. Flynn AN, Shorter JM, Roe AH, Sonalkar S, Schreiber CA: The burden of the Risk
    Evaluation and Mitigation Strategy (REMS) on providers and patients
    experiencing early pregnancy loss: a commentary. <u>Contraception</u> 104(1):29-3, Jul
    2021. PMCID: PMC8255269

71. Peipert JF, Zhao Q, Schreiber CA, Teal S, Turok DK, Natavio M, Cordon S, Daggy J:
    Intrauterine device use, sexually transmitted infections, and fertility: a prospective
    cohort study. <u>Am J Obstet Gynecol</u> 225(2):157.e1-157.e9, Aug 2021.

72. Shorter JM, Pymar H, Prager S, McAllister A, Schreiber CA: Early pregnancy care in
    North America: a proposal for high-value care that can level health disparities.
    <u>Contraception</u> 104(2):128-131, Aug 2021.

73. Burlando AM, Flynn AN, Gutman S, McAllister A, Roe AH, Schreiber CA, Sonalkar
    S: The Role of Subcutaneous Depot Medroxyprogesterone Acetate in Equitable
    Contraceptive Care: A Lesson From the Coronavirus Disease 2019 (COVID-19)
    Pandemic. <u>Obstet Gynecol</u> 138: 574-577, Oct 2021. PMCID: PMC8454279

74. Roe AH, McAllister A, Flynn AN, Martin B, Jiang E, Koelper N, Schreiber CA: The
    effect of mifepristone pretreatment on bleeding and pain during medical
    management of early pregnancy loss. <u>Contraception</u> 104(4):432-436, Oct 2021.

75. Roe AH, Lang B, McAllister A, Gaitors MC, Smith-Whitley K, Schreiber CA, Sayani
    F: Contraceptive use and preferences among females with sickle cell disease.
    <u>Contraception</u> 105:42-45, Jan 2022.

76. Roe AH, Lang B, McAllister A, Gaitors MC, Smith-Whitley K, Schreiber CA, Sayani
    F.: Contraceptive use and preferences among females with sickle cell disease.
    <u>Contraception.</u>   105: 42-45, Jan 2022.

77. Sonalkar S, Short WR, McAllister A, Kete C, Ingeno L, Fishman J, Koenig HC,
    Schreiber CA, Teitelman AM.: Incorporating HIV Pre-Exposure Prophylaxis Care
    for Patients Seeking Induced Abortion and Pregnancy Loss Management.
    <u>Womens Health Issues</u> Page: epub ahead of print, Jan 2022. PMCID:
    PMC9253197

78. Beer LA, Senapati S, Sammel MD, Barnhart KT, Schreiber CA, Speicher DW.: Proteome-defined changes in cellular pathways for decidua and trophoblast tissues associated with location and viability of early-stage pregnancy. <u>Reprod Biol Endocrinol</u> 20: 36-40, Feb 2022. PMCID: PMC8862331

79. McAllister A, Lang B, Flynn A, Meisel ZF, Abernathy A, Sammel MD, Schreiber CA.: Pregnant and bleeding: A model to assess factors associated with the need for emergency care in early pregnancy. <u>Am J Emerg Med</u> 53: 94-98, Mar 2022.

80. McAllister A, Lang B, Flynn A, Meisel ZF, Abernathy A, Sammel MD, Schreiber CA.: Pregnant and bleeding: A model to assess factors associated with the need for emergency care in early pregnancy. <u>Am J Emerg Med</u> 53: 94-98, Mar 2022. PMCID: 35007872

81. Burger T, Li J, Zhao Q, Schreiber CA, Teal S, Turok DK, Natavio M, Peipert JF.: Association of Obesity With Longer Time to Pregnancy. <u>Obstet Gynecol</u> 139: 554-560, Apr 2022.

82. Creinin MD, Schreiber CA, Turok DK, Cwiak C, Chen BA, Olariu AI.: Levonorgestrel 52 mg intrauterine system efficacy and safety through 8 years of use. <u>Am J Obstet Gynecol</u> Page: epub ahead of print, May 2022.

83. Flynn AN, Hoffman E, Murphy C, Jen A, Schreiber CA, Roe AH.: Fetomaternal hemorrhage assessment in Rh-negative patients undergoing dilation and evacuation between 20 and 24 weeks' gestational age: A retrospective cohort study. <u>Contraception.</u> 110: 27-29, Jun 2022

84. Nagendra D, Gutman SM, Koelper NC, Loza-Avalos SE, Sonalkar S, Schreiber CA, Harvie HS.: Medical management of early pregnancy loss is cost-effective compared with office uterine aspiration. <u>Am J Obstet Gynecol</u> Jun 2022.

85. Roe AH, Abernathy A, Flynn AN, McAllister A, Koelper NC, Sammel MD, Schreiber CA, Sonalkar S.: Utility and Limitations of Human Chorionic Gonadotropin Levels for Remote Follow-up After Medical Management of Early Pregnancy Loss. <u>Obstet Gynecol</u> 139: 1149-1151, Jun 2022. PMCID: PMC9181461

86. Roe AH, McAllister A, Kete C, Pishko A, Whitworth H, Schreiber CA, Sayani FA.: Sex as an Independent Risk Factor for Venous Thromboembolism in Sickle Cell Disease: A Cross-Sectional Study. <u>J Womens Health (Larchmt)</u> Page: epub ahead of print, Jun 2022.

87. Hubacher D, Schreiber CA, Turok DK, Jensen JT, Creinin MD, Nanda K, White KO, Dayananda I, Teal SB, Chen PL, Chen BA, Goldberg AB, Kerns JL, Dart C, Nelson AL, Thomas MA, Archer DF, Brown JE, Castaño PM, Burke AE,

Kaneshiro B, Blithe DL.: Continuation rates of two different-sized copper intrauterine devices among nulliparous women: Interim 12-month results of a single-blind, randomised, multicentre trial. EClinicalMedicine 51: 101554, Jul 2022. PMCID: PMC9294241

88. Sonalkar S, McAllister A, Kete C, Fishman J, Frarey A, Short WR, Schreiber CA, Teitelman A.: Implementation of an HIV Pre-exposure Prophylaxis Strategy Into Abortion and Early Pregnancy Loss Care. J Acquir Immune Defic Syndr 90: S129-S133, Jul 2022. PMCID: PMC9204783

89. Sonalkar S, Short WR, McAllister A, Kete C, Ingeno L, Fishman J, Koenig HC, Schreiber CA, Teitelman AM.: Incorporating HIV Pre-Exposure Prophylaxis Care for Patients Seeking Induced Abortion and Pregnancy Loss Management. Womens Health Issues.  32(4): 388-394, Jul-Aug 2022

90. Roe AH, McAllister A, Kete C, Pishko A, Whitworth H, Schreiber CA, Sayani FA.: Sex as an Independent Risk Factor for Venous Thromboembolism in Sickle Cell Disease: A Cross-Sectional Study. J Womens Health (Larchmt). 31(10): 1467-1471, Oct 2022.

91. Flynn AN, Hoffman E, Murphy C, Jen A, Schreiber CA, Roe AH.: Fetomaternal hemorrhage assessment in Rh-negative patients undergoing dilation and evacuation between 20 and 24 weeks' gestational age: A retrospective cohort study. Contraception 110: 27029, 2022.

Research Publications, peer-reviewed reviews:

1. Schreiber CA, Creinin MD: Mifepristone in abortion care. Semin Reprod Med 23(1):82-91, 2005.

2. Schreiber CA, Creinin MD: The health benefits of hormonal contraception. The Female Patient (Suppl):19-24, 2005.

3. Schreiber CA, Creinin MD: The health benefits of hormonal contraception. The Female Patient (RA suppl):10-12, 2006.

4. Barnhart KT, Schreiber CA: Return to fertility following discontinuation of oral contraceptives. Fertil Steril 91(3):659-63, 2009.

5. Schreiber CA, Barnhart KT: Contraceptive Concerns: Return to Fertility. The Female Patient 34(12), 2009.

6. Gibson E, Schreiber CA: When uterine leiomyomas complicate uterine evacuation. Contraception 82(6):486-8, Dec 2010.

7. Vasquez P, Schreiber CA: Controversies in Family Planning: The missing IUD. Contraception 82(2):126-8, 2010.

8. Perron-Burdick M, Schreiber C, Gupta P: Ophthalmic migraines and combined hormonal contraceptives. <u>Contraception</u> 84(5):442-4, 2011.

9. Sober SP, Schreiber CA: Controversies in family planning: are all oral contraceptive formulations created equal? <u>Contraception</u> 83(5):394-6, 2011.

10. Lathrop E, Schreiber C: Controversies in family planning: management of second-trimester pregnancy terminations complicated by placenta accreta. <u>Contraception</u> 85(1):5-8, 2012.

11. Pentlicky S, Harken T, Schreiber CA: Controversies in family planning: first trimester uterine evacuation for the anticoagulated patient. <u>Contraception</u> 85(5):434-36, 2012.

12. Wilson S, Tan G, Baylson M, Schreiber C: Controversies in family planning: how to manage a fractured IUD. <u>Contraception</u> 88(5):599-603, Nov 2013.

13. Owen C, Sober S, Schreiber CA: Controversies in family planning: desired pregnancy, IUD in situ and no strings visible. <u>Contraception</u> 88(3):330-3, 2013.

14. Patel PR, Schreiber CA: Controversies in family planning: contraceptive counseling in the solid organ transplant recipient. <u>Contraception</u> 138-142, 2013.

15. Sober S, Schreiber CA: Postpartum contraception. <u>Clin Obstet Gynecol</u> 57(4): 763-76, Dec 2014. PMCID: 25264698

16. Schreiber CA, Traxler S: State of family planning. <u>Clin Obstet Gynecol</u> 58(2):392-408, Jun 2015.

17. Dzuba IG, Grossman D, Schreiber CA: Off-label indications for mifepristone in gynecology and obstetrics. <u>Contraception</u> 92(3):203-5, Sep 2015.

18. Roe A, Traxler SA, Schreiber CA: Contraception in Women with Cystic Fibrosis: A Systematic Review of the Literature. <u>Contraception</u> 93(1): 3-10, Jan 2016.

19. Horvath S, Schreiber CA: Unintended Pregnancy, Induced Abortion, and Mental Health. <u>Curr Psychiatry Rep</u> 19(11): 77, Sep 2017.

20. Shorter JM, Atrio JM, Schreiber CA: Management of early pregnancy loss, with a focus on patient-centered care. <u>Seminars in Perinatology</u> Page: 84-94, Mar 2019.

<u>Abstracts:</u>
1. Schreiber CA, Barnhart, KT.: C-reactive protein: a marker for ectopic pregnancy? Poster presentation, American College of Obstetrics and Gynecology District III Meeting.   Napa, CA. September 2002.

2. Schreiber CA, Barnhart, KT.: Serum markers in ectopic pregnancy. Center for Research on Reproduction and Women's Health;   Annual Retreat, University of Pennsylvania School of Medicine. May   2003.

3. Murthy AS, Creinin MD, Harwood B, Schreiber C. : Medical abortion with simultaneous administration of mifepristone and vaginal misoprostol through 49 days gestation.   Association of Reproductive Health Professionals Annual Meeting, oral presentation.   Contraception   70: 254, September 2004.

4. Murthy AS, Creinin MD, Harwood B, Schreiber C. : Same day initiation of the transdermal hormonal delivery system (contraceptive patch) versus traditional initiation method.   Association of Reproductive Health Professionals Annual Meeting, oral presentation. Contraception   70: 252, September 2004.

5. Schreiber CA, Creinin, MD.: Mifepristone and misoprostol at the same time for abortion from 50 to 63 days' gestation.   Association of Reproductive Health Professionals, Annual Meeting, oral presentation. September 2004.

6. Reeves M, Schreiber CA, Harwood B, Creinin MD: Acceptability of medical uterine evacuation among women with normal and abnormal first-trimester pregnancies. Association of Reproductive Health Professionals Annual Meeting. September 2005.

7. Schreiber CA, Creinin MD, Harwood BJ, Reeves MF. : Mifepristone and misoprostol for the treatment of early pregnancy failure: a pilot clinical trial. Association of Reproductive Health Professionals Annual Meeting, poster presentation. Contraception   72: 239, September 2005.

8. Schreiber CA, Harwood BJ, Switzer G, Creinin MD, Reeves MF, Ness R.: Training and attitudes about contraceptive management across primary care specialties: a survey of graduating residents. Association of Reproductive Health Professionals Annual Meeting, poster presentation.   Contraception   72: 243, September 2005.

9. Schreiber CA, Meyn, L, Creinin MD, Barnhart KT, Hillier SL.: The effects of long-term use of nonoxynol-9 on vaginal flora. American College of OB/GYN Joint District meeting, oral presentation.      October 2005.

10. Schreiber CA, Barnhart KT, Sammel M, Hillier SH : The impact of pregnancy on microbicide clinical trials, Cape Town, South Africa. Poster presentation at the Microbicides Conference, Cape Town, South Africa, March,  _ March 2006.

11. Creinin MD, Schreiber CA, Bednarek P, Lintu H, Wagner MS, Meyn L: A multicenter, randomized equivalence trial of mifepristone and misoprostol administered simultaneously versus 24 hours apart for abortion through 63 days' gestation.   Oral prsentation at the American Reproductive Health Professionals

Annual Meeting. September 2006.

12. Schreiber CA, Barnhart KB, Sammel M, Hillier, SH: A Little Bit Pregnant: the Challenges of Diagnosing Pregnancy in Microbicide Trials. Poster presentation at the American Reproductive Health Professionals Annual Meeting, La Jolla, CA, September,   2006 Notes: American Reproductive Health Professionals Annual Meeting

13. Gracia CR, Lin H, Charlesworth S, Schreiber CA, Barnhart KT, Creinin MD: Sexual function in first-time NuvaRing and OrthoEvra users. Poster presented at the ASRM meeting, Washington, DC,   October,   2007.

14. Sukhan S, Sammel M, Schreiber CA: Is exposure to prenatal care associated with improved pregnancy outcomes and post partum contraception continuation in a teenage population? Poster Presentation Reproductive Health, Washington, DC, September, 2008.

15. Schreiber CA, Su I, Fay C, Barnhart KT: The Inflammatory Effects of Two Vaginal Gels on the Reproductive Tract. poster presentation at Reproductive Health, October 2009; Los Angeles, CA. Contraception supplement, August 2009.

16. Fay C, Su HI, Martino L, Shaunik A, Schreiber CA, Barnhart KT: Inflammatory marker profiles differ between the vagina and endometrium   Oral Presentation American Society Reproductive Medicine Atlanta, GA October 2009.

17. Schreiber CA, Ratcliffe S, Barnhart KT: A Randomized Controlled Trial of the Effect of Advanced Supply of Emergency Contraception in Postpartum Teens: A Feasibility Study Poster presentation Reproductive Health 2009 Los Angeles, CA October 2009.

18. Schreiber CA, Ratcliffe SJ, Barnhart KT: A randomized controlled trial of emergency contraception supply to postpartum teens is feasible.   Poster presentation at the Association of Reproductive Health Professionals Annual Meeting, Los Angeles, CA October 2009.

19. Schreiber CA, Su I, Fay C, Barnhart KT: Effects of nonoxynol-9 on mucosal integrity and inflammatory markers in the female lower genital tract.   Poster presentation at the Association of Reproductive Health Professionals Annual Meeting, Los Angeles, CA   October 2009.

20. Su HI, Fay C, Martino L, Shaunik A, Schreiber CA, Barnhart KT: Inflammatory markers in the lower genital tract: Analysis by absolute cytokine levels versus normalized cytokine/total protein ratios   Oral Presentation, American Society of Reproductive Medicine Atlanta, Georgia October 2009.

21. Schreiber CA, Su HI, Fay C, Barnhart KT: Inflammatory response in the lower

genital tract does not reflect vaginal drug exposure or impact. Oral Presentation at Microbicides, Pittsburgh, PA    _  May 2010.

22. Whittington S, Cen L, Maslankowski S, Schreiber CA: Good Intentions: Risk factors for pregnancy in the U.S. cohort of a microbicide trial. Poster Presentation at Microbicides, Pittsburgh PA, _  May 2010.

23. Sober SP, Ratcliffe RJ, Creinin MD, Schreiber CA: Ovulation Resumption after Medical Abortion with Mifepristone and Misoprostol. Oral presentation, Reproductive Health Annual Clinical Meeting, Atlanta, GA. _  Sep 2010.

24. Sober SP, Ratcliffe RJ, Creinin MD, Schreiber CA: Ovulation Resumption after Medical Abortion with Mifepristone and Misoprostol. Oral presentation American Society for Reproductive Medicine, Denver, CO. _  Sep, 2010.

25. Wright C, Schreiber CA: Contraceptive discontinuation and pregnancy rates among oral contraceptive, vaginal ring and transdermal patch users at Philadelphia family planning clinics. Poster, 138th American Public Health Association Annual Meeting, Denver, CO. _  Nov 2010.

26. Quinley KE, Kinariwala M, Rowh M, Datner EM, Schreiber CA: Manual Vacuum Aspiration in the Emergency Room Can Reduce Use of Hospital Resources. Oral presentation, Society of Academic Emergency Medicine Mid-Atlantic Regional Meeting, Philadelphia, PA, _  Feb 2012.

27. Langmuir H, Asch D, Schreiber CA: Postplacental versus delayed postpartum intrauterine device insertion: a decision analysis. Poster, Annual Clinical Meeting, ACOG, San Diego, CA, <u>Obstet Gynecol</u> May 2012.

28. Pentlicky S, Bennett I, Schreiber CA: The Effect of Parity on Weight Gain Over Time. Poster, Annual Clinical Meeting, ACOG, San Diego, CA, _  May 2012.

29. Quinley KA, Ratcliffe S, Schreiber CA: Biomarkers help predict successful early pregnancy failure management with single-dose misoprostol. Oral presentation as a paper on Current Clinical and Basic Investigation at the 60th Annual Clinical Meeting (ACM) of the American College of Obstetricians and Gynecologists, San Diego, CA, <u>Obstet Gynecol</u> May 2012.

30. Quinley KE, Kinariwala M, Schreiber CA: Manual Vacuum Aspiration Treatment of Incomplete Abortion and Retained Products in the Emergency Room Setting. Poster, Reproductive Health Annual Clinical Meeting (A40), New Orleans, LA. _  Sep 2012.

31. Quinley KE, Ratcliffe SJ, Schreiber CA: Correlations between Physical and Psychological Well-being in the Immediate Post-Abortion Period. Poster, Reproductive Health Annual Clinical Meeting, New Orleans, LA. _  Sep 2012.

32. Pentlicky S, Ratcliffe SJ, Schreiber, CA: The Impact of Progestin-Only Contraceptives on Postpartum Weight Changes: A Randomized Prospective Study. Poster, North American Forum on Family Planning, Denver, CO, _ Oct 2012.

33. Quinley KE, Ratcliffe S, Schreiber CA: Predictors of Psychological Well-Being in the Immediate Post-Abortion Period. Poster, North American Forum on Family Planning Denver, CO. _ Oct 2012.

34. Tennant C; Sammel M, Schreiber CA: Immediate Postpartum Implanon Insertion: Effective Long-Term Contraception. Oral Presentation, North American Forum on Family Planning. Denver, CO, _ Oct  2012.

35. Pentlicky S, Ratcliffe S, Schreiber CA: The Impact of Progestin-only Contraceptives on Postpartum Weight Loss (POPP): A Randomized Control Trial. Top 4 Oral Abstract Presentation at the North American Forum on Family Planning. _ October 2013 Notes: Seattle, WA.

36. Schwartz JL, Weiner D, Kashuba A, Archer D, Brache V, Schreiber CA, Chen BA, Poindexter A, Thurman A, Lai J, Yang KH, Sykes C, Mauck C, Herold B, Dezzutti C, Doncel GF: Multicompartmental Pharmacokinetics of Tenofovir 1% Gel Using the BAT 24 Regimen Versus Daily and Single Pericoital Dosing <u>Oral presentation at the HIV Research for Prevention 2014: AIDS Vaccine, Microbicide and ARV-based Prevention Science (HIVR4P), Capetown, South Africa</u> October  2014.

37. Wilson S, SRatcliffe S, Schreiber C: Impact of Peer Adolescent Contraceptive Counseling in Teens (ImPACCT)   <u>North American Forum on Family Planning</u> October 2014.

38. Gurney EP, Sonalkar S, Schreiber CA: Expulsion of immediate postplacental copper IUDs at six months: A prospective cohort study. <u>Fellowship in Family Planning Annual Meeting, San Francisco, CA</u> May 2015.

39. Chavez V, Radcliffe S, Easley E, Barg F, Schreiber C: Patient level characteristics and considerations for early pregnancy loss management choice.   <u>Poster Presentation at the Society for Family Planning North American Forum for Family Planning, Chicago, Illinois.</u>  November 2015.

40. Chavez V, Radcliffe S, Easley E, Barg F, Schreiber C: Facilitators and barriers to satisfaction with treatment choice for early pregnancy loss. <u>Online poster at the Society for Family Planning North American Forum for Family Planning, Chicago, Illinois</u>  November 2015.

41. Miller CA, Ratcliffe SJ, Agha A, Schreiber CA. : The many roads traveled to obtain

treatment for early pregnancy loss. <u>Poster presentation at: The North American Forum on Family Planning, 5th Annual Meeting, Chicago, IL.</u> November 2015.

42. Wilson S, Pensak M, Ukogu C, Sammel M, Schreiber CA: The role of doulas to address analgesic and psychological needs during surgical management of early pregnancy failure and abortion. <u>Oral presentation at The North American Forum on Family Planning, 5th Annual Meeting, Chicago, IL.</u> November 2015.

43. Gurney E, Sonalkar S, McAllister A, McClusky J, Frarey A, Schreiber C: Expulsion of Immediate Postplacental Copper IUDs at Six Weeks: A Prospective Cohort Study. Poster presentation, ACOG Annual Clinical and Scientific Meeting, San Diego, CA. _ May 2017.

44. Sonalkar S, Gurney EP, McAllister A, Schreiber CA: Abortion Stigma Resulting from State Mandated Abortion Consent Language: A Randomized Controlled Trial. ACOG Annual Clinical and Scientific Meeting; San Diego, CA. _ May 2017.

45. Chen BA, Kimble TD, Ginde SY, Jensen JT, Schreiber CA, Creinin MD: Bleeding patterns do not differ between obese and non-obese women using a levonorgestrel 52-mg intrauterine system. Poster Presentation, North American Forum on Family Planning, Atlanta, GA. _ Oct 2017.

46. Clement EG, Horvath SK, Koelper N, Sammel MD, Schreiber CA: The language of pregnancy demise: patient-reported clarity and preferences. North American Forum on Family Planning, Atlanta, GA. _ Oct 2017.

47. Hunter T, Gurney EP, Schreiber C, McAllister A, Sonalkar S: Probability of Pregnancy after Intended Postplacental versus Interval Intrauterine Device Placement. ACOG Annual Clinical and Scientific Meeting; Austin, TX. _ Apr 2018.

48. Eisenberg D, Schreiber C, Carr B, Turok D, Chen B, Creinin M: Change in Bleeding Patterns After Liletta Insertion for Women with Subjective Baseline Heavy Menstrual Bleeding. Poster Presentation, Forum on Family Planning, New Orleans, LA. _ Oct 2018 Notes: Winner, Translational Poster Award.

49. Flynn A, Sonalkar S, Schreiber C: Unintended Pregnancy and Contraception among Women with Resolved Pregnancy of Unknown Location. Poster presentation, Forum on Family Planning, New Orleans, LA. _ Oct 2018.

50. Horvath S, Luning Prak E, Schreiber C: Flow Cytometric Quantification of Feto-Maternal Maternal Hemorrhage Following Uterine Aspiration. <u>Oral Poster Presentation, Forum on Family Planning, New Orleans, LA</u> October    2018.

51. Lang B, McAllister A, Epperson CN, Schreiber C: Comparing Mood and Sexual Side

Effects among Users of Hormonal and Non-hormonal Contraceptives. Poster Presentation, Forum on Family Planning, New Orleans, LA. _ Oct 2018.

52. Nagendra D, Harvie H, Koelper N, Sonalkar S, Loza-Avalos S, Courtney Schreiber CA: Cost Effectiveness of Mifepristone Pretreatment for the Medical Management of Nonviable Early Pregnancy. Oral presentation, ACOG Annual Clinical and Scientific Meeting  _ May 2019.

Editorials, Reviews, Chapters, including participation in committee reports (print or other media):

1. Schreiber CA, Creinin MD: The health benefits of hormonal contraception. The Female Patient 10-12, Jan, 2006 (RA Suppl).

2. Schreiber CA, Creinin MD: The health benefits of hormonal contraception. The Female Patient 19-24, Apr, 2005   (Suppl).

3. Schreiber CA, Rhoa MF, Holland L: Vaginal Discharge. Clinical Handbook of Pediatrics, 3rd Edition. Schwartz MW (eds.). Lippincott Williams and Wilkins, Baltimore, MD. Page: 747-753, 2003.

4. Schreiber CA, Rhoa MF, Holland L: Pelvic Pain. Clinical Handbook of Pediatrics, 3rd Edition. Schwartz MW (eds.). Lippincott Williams and Wilkins, Baltimore, MD, Page: 569-576, 2003.

5. Schreiber CA, Rhoa MF, Holland L: Vaginal Bleeding. Clinical Handbook of Pediatrics, 3rd Edition. Schwartz MW (eds.). Lippincott Williams and Wilkins, Baltimore, MD. Page: 739-746, 2003.

6. Schreiber CA: The Female Reproductive System. Concepts in Medical Physiology. Seifter J, Sloane D, Ratner A (eds.). Lippincott Williams & Wilkins, Philadelphia, PA, Page: 573-604, October 2005.

7. Barnhart K, Schreiber CA, Shaunik A: Contraception. www.endotext.org 2006.

8. Schreiber CA, Barnhart KT: Contraception. Yen & Jaffe's Reproductive Endocrinology. Drs. Strauss and Barbieri (eds.). 6th edition: 873, 2009.

9. Schreiber CA: Introduction to Controversies in Family Planning. Contraception 82:25, August 2010.

10. Tennant C, Schreiber CA: Time to trim the loose ends of the tailstring debate. Contraception 84(1): 108; author reply 108-9, Jul 2011.

11. Schreiber CA, Ratcliffe S, Barnhart KT: Finding the right face for advanced supply of emergency contraception. Contraception 2011.

12. Schreiber CA, Barnhart KT: Contraception. <u>Yen & Jaffe's Reproductive Endocrinology 7/e</u>. Strauss/Barbieri (eds.). Chpt 36, October 2013.

13. Pentlicky S, Schreiber C: Vaginal Discharge. <u>Schwartz's Clinical Handbook of Pediatrics 5th edition</u>. Zorc JJ, Alpern ER, Brown L, Clark BJ, Marino BS, Mollen CM, Eds. (eds.). Lippincott Williams and Wilkins, Page: 841-848, 2013.

14. Pentlicky S, Schreiber C: Pelvic Pain. <u>Schwartz's Clinical Handbook of Pediatrics 5th edition</u>. Zorc JJ, Alpern ER, Brown L, Clark BJ, Marino BS, Mollen CM, Eds (eds.). Lippincott Williams and Wilkins, Page: 624-632, 2013.

15. Pentlicky S, Schreiber C: Vaginal Bleeding. <u>Schwartz's Clinical Handbook of Pediatrics 5th edition</u>. Zorc JJ, Alpern ER, Brown L, Clark BJ, Marino BS, Mollen CM, Eds (eds.). Lippincott Williams and Wilkins, Page: 833-840, 2013.

16. Warden M, Schreiber CA, Steinauer J: Diagnostic criteria for nonviable pregnancy. <u>N Engl J Med</u> 370: 86, Jan 2014.

17. Sonalkar S, Schreiber CA, Barnhart KT: Contraception. http://www.ncbi.nlm.nih.gov/books/NBK279148/ De Groot LJ, Beck-Peccoz P, Chrousos G, Dungan K, Grossman A, Hershman JM, Koch C, McLachlan R, New M, Rebar R, Singer F, Vinik A, Weickert MO (eds.). MDTEXT.com South Dartmouth, MA, Nov 2014.

18. Sober S, Schreiber CA: Pregnancy Counseling Options. <u>Contraception for Adolescent and Young Adult Women</u>. Whittaker A, Gilliam M (eds.). Springer Science+Business Media, NY, Chpt 14, 2014.

19. Schreiber CA, Barnhart KT: Contraception. <u>Yen and Jaffe's Reproductive Endocrinology</u>. Strauss II JF, Barbieri RL (eds.). Elsevier, 2018.

20. Sonalkar SS, Schreiber CA: It is cost effective to improve the standard of care for women experiencing miscarriage. <u>Lancet Glob Health</u> 7(9): e1164-e1165, Sep 2019. PMCID: 31401994

21. Albright BB, Shorter JM, Mastroyannis SA, Ko EM, Schreiber CA, Sonalkar S: In Reply. <u>Obstet Gynecol</u> 135: 1226-1227, May 2020.

22. Schreiber CA, Madden T: Complex family Planning: A newly accredited, landmark fellowship. <u>Contraception</u> 103: 1-2, Jan 2021. PMCID: PMC7556275

23. Schreiber CA, Khabele D, Gehrig PA.: The Dobbs v Jackson Women's Health Organization Supreme Court Decision-Concerns, Challenges, and Consequences for Health Care. <u>JAMA Surg</u>   doi:   10, Nov 2022.

<u>Alternative Media:</u>

Courtney Anne Schreiber, MD, MPH                                      Page  40

1. Janet Weiner, PhD, MPH, Courtney A. Schreiber, MD, MPH: FDA RESTRICTIONS ON MIFEPRISTONE: TIME FOR A CHANGE? Recent studies confirm clinical and cost effectiveness for medical management of early miscarriage. Leonard Davis Institute Issue Brief 24(1), Sep 2020 Notes: https://ldi.upenn.edu/sites/default/files/pdf/LDI%20Issue%20Brief%202020%20Sept.%20Vol.%2024%20No.%201_3.pdf

Patents:

Courtney Schreiber: Medical Management of Nonviable Pregnancy. USA Patent Number 62/777,369, 2018.

Perelman School of Medicine: License: L2462-Athenium Pharmaceuticals, LLC. USA Patent Number 18-8692, 2022.