Daniel M. Weiskopf, WSBA No. 44941
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, WA 98101
(206) 467-1816
dweiskopf@mcnaul.com

Hon. Thomas O. Rice

Shannon Rose Selden,
pending *Pro Hac Vice*
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6082
srselden@debevoise.com

Megan McGuiggan,
pending *Pro Hac Vice*
Debevoise & Plimpton LLP
801 Pennsylvania Avenue
Washington, DC 20004
(202) 383-8087
mmcguiggan@debevoise.com

Adam Aukland-Peck,
pending *Pro Hac Vice*
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6703
aauklandpeck@debevoise.com

Molly Meegan,
pending *Pro Hac Vice*
American College of Obstetricians
and Gynecologists
409 12th Street SW
Washington, DC 20024
(202) 638-5577
mmeegan@acog.org

Jessica Morris,
pending *Pro Hac Vice*
American College of Obstetricians
and Gynecologists
409 12th Street SW
Washington, DC 20024
(202) 638-5577
jmorris@acog.org

*Attorneys for Amici Curiae*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

STATE OF WASHINGTON, et al.,

Plaintiffs,

v.

UNITED STATES FOOD AND
DRUG ADMINISTRATION, et al.,

Defendants.

No. 1:23-cv-3026-TOR

MOTION TO APPEAR *PRO HAC VICE* FOR
ADAM AUKLAND-PECK

April 24, 2023
Without Oral Argument

MOTION TO APPEAR PRO HAC VICE FOR
ADAM AUKLAND-PECK (No. 1:23-cv-3026-TOR)

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## MOTION FOR ADMISSION PRO HAC VICE

I, Daniel Weiskopf, counsel of record for the American College of Obstetricians and Gynecologists, American Medical Association, Society for Maternal-Fetal Medicine, American Academy of Family Physicians, American Academy of Pediatrics, American College of Nurse-Midwives, American Gynecological and Obstetrical Society, American Society for Reproductive Medicine, Council of University Chairs of Obstetrics & Gynecology, North American Society for Pediatric and Adolescent Gynecology, Society of General Internal Medicine, Society of Gynecologic Oncology, Society of Gynecologic Surgeons, Society of OB/GYN Hospitalists, and Washington State Medical Association (collectively, *Amici*) respectfully move the Court for an Order granting admission *pro hac vice* to attorney Adam Aukland-Peck to appear in the above-captioned action as counsel for *Amici*, pursuant to Local Rule 83.2(c). I am a licensed member in good standing of the State of Washington bar (WSBA No. 44941) and this Court.

Adam Aukland-Peck's qualifications for *pro hac* admission and other information required by Local Rule 83.2(c)(3) are set forth below:

MOTION TO APPEAR *PRO HAC VICE* FOR
ADAM AUKLAND-PECK (No. 1:23-cv-3026-TOR) – Page 1

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

| | | |
|---|---|---|
| 1 | A. | *Applicant's address and phone number.* |
| 2 | | |
| 3 | | Adam Aukand-Peck |
| | | Debevoise & Plimpton LLP |
| 4 | | 66 Hudson Boulevard |
| | | New York, NY 10001 |
| 5 | | (212) 909-6703 |
| 6 | | aauklandpeck@debevoise.com |
| 7 | B. | *Dates of admission to practice before other courts.* |
| 8 | | |
| | | New York State Bar, # 5596986, admitted 6/18/2018; |
| 9 | | U.S.-SDNY, admitted 05/18/2019. |
| 10 | C. | *The name, address, and telephone number of admitted counsel with whom the applicant will be associated.* |
| 11 | | |
| 12 | | Daniel M. Weiskopf |
| | | McNaul Ebel Nawrot & Helgren PLLC |
| 13 | | 600 University Street, Suite 2700 |
| 14 | | Seattle, WA 98101 |
| | | (206) 467-1816 |
| 15 | | dweiskopf@mcnaul.com |
| 16 | | |

Mr. Weiskopf will act as associate counsel, and will meaningfully participate in the case pursuant to Local Rule 83.2(c)(1).

D. *The necessity for appearance by the applicant.*

Given his experience and the focus of his practice, Adam Aukand-Peck's participation in this action would benefit *Amici*, and would assist in ensuring a fair and efficient resolution of this matter.

E. *Whether the applicant has any pending disciplinary sanction actions or has ever been subject to disciplinary sanctions by any court or bar association.*

MOTION TO APPEAR *PRO HAC VICE* FOR
ADAM AUKLAND-PECK (No. 1:23-cv-3026-TOR) – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1  Adam Aukland-Peck does not have any pending disciplinary sanctions
2  actions against him, nor has he ever been subject to any disciplinary
3  sanctions by any court or bar association.
4  
5  WHEREFORE, we respectfully request that the Court admit Adam
6  Aukland-Peck to appear *pro hac vice* in this action as counsel for *Amici*.
7  
8  DATED this 24th day of March 2023.

McNAUL EBEL NAWROT & HELGREN PLLC

By:  s/Daniel M. Weiskopf
     Daniel M. Weiskopf, WSBA No. 44941

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
dweiskopf@mcnaul.com
*Attorneys for Amici Curiae*

MOTION TO APPEAR *PRO HAC VICE* FOR
ADAM AUKLAND-PECK (No. 1:23-cv-3026-TOR) – Page 3

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED this 24th day of March, 2023.

By:   s/Daniel M. Weiskopf
      Daniel M. Weiskopf, WSBA No. 44941

MOTION TO APPEAR *PRO HAC VICE* FOR
ADAM AUKLAND-PECK (No. 1:23-cv-3026-TOR) – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816