| | | |
|---|---|---|
| 1 | Daniel M. Weiskopf, WSBA No. 44941 | Hon. Thomas O. Rice |
| 2 | McNaul Ebel Nawrot & Helgren PLLC<br>600 University Street, Suite 2700 | |
| 3 | Seattle, WA 98101<br>(206) 467-1816 | |
| 4 | dweiskopf@mcnaul.com | |

Shannon Rose Selden,
pending *Pro Hac Vice*
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6082
srselden@debevoise.com

Megan McGuiggan,
pending *Pro Hac Vice*
Debevoise & Plimpton LLP
801 Pennsylvania Avenue
Washington, DC 20004
(202) 383-8087
mmcguiggan@debevoise.com

Adam Aukland-Peck,
pending *Pro Hac Vice*
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6703
aauklandpeck@debevoise.com

Molly Meegan,
pending *Pro Hac Vice*
American College of Obstetricians
and Gynecologists
409 12th Street SW
Washington, DC 20024
(202) 638-5577
mmeegan@acog.org

Jessica Morris,
pending *Pro Hac Vice*
American College of Obstetricians
and Gynecologists
409 12th Street SW
Washington, DC 20024
(202) 638-5577
jmorris@acog.org

*Attorneys for Amici Curiae*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

STATE OF WASHINGTON, et al.,

    Plaintiffs,

v.

UNITED STATES FOOD AND
DRUG ADMINISTRATION, et al.,

    Defendants.

No. 1:23-cv-3026-TOR

ORDER GRANTING MOTION
TO APPEAR *PRO HAC VICE*
FOR ADAM AUKLAND-PECK

[PROPOSED]

ORDER GRANTING MOT. TO APPEAR *PRO HAC VICE*
FOR ADAM AUKLAND-PECK (No. 1:23-cv-3026-TOR)

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

This Court admits Adam Aukland-Peck to appear *pro hac vice* in this action as counsel for the American College of Obstetricians and Gynecologists, American Medical Association, Society for Maternal-Fetal Medicine, American Academy of Family Physicians, American Academy of Pediatrics, American College of Nurse-Midwives, American Gynecological and Obstetrical Society, American Society for Reproductive Medicine, Council of University Chairs of Obstetrics & Gynecology, North American Society for Pediatric and Adolescent Gynecology, Society of General Internal Medicine, Society of Gynecologic Oncology, Society of Gynecologic Surgeons, Society of OB/GYN Hospitalists, and Washington State Medical Association.

IT IS SO ORDERED this _____ day of _____, 2023.

_____
Hon. Thomas O. Rice
United States District Judge
Eastern District of Washington

ORDER GRANTING MOTI. TO APPEAR *PRO HAC VICE* FOR ADAM AUKLAND-PECK (No. 1:23-cv-3026-TOR) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816