| | |
|---|---|
| Daniel M. Weiskopf, WSBA No. 44941<br>McNaul Ebel Nawrot & Helgren PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>(206) 467-1816<br>dweiskopf@mcnaul.com | Hon. Thomas O. Rice |
| Shannon Rose Selden,<br>pending *Pro Hac Vice*<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>(212) 909-6082<br>srselden@debevoise.com | Megan McGuiggan,<br>pending *Pro Hac Vice*<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Avenue<br>Washington, DC 20004<br>(202) 383-8087<br>mmcguiggan@debevoise.com |
| Adam Aukland-Peck,<br>pending *Pro Hac Vice*<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>(212) 909-6703<br>aauklandpeck@debevoise.com | Molly Meegan,<br>pending *Pro Hac Vice*<br>American College of Obstetricians<br>and Gynecologists<br>409 12th Street SW<br>Washington, DC 20024<br>(202) 638-5577<br>mmeegan@acog.org |

Jessica Morris,
pending *Pro Hac Vice*
American College of Obstetricians
and Gynecologists
409 12th Street SW
Washington, DC 20024
(202) 638-5577
jmorris@acog.org

*Attorneys for Amici Curiae*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

STATE OF WASHINGTON, et al.,

    Plaintiffs,

v.

UNITED STATES FOOD AND
DRUG ADMINISTRATION, et al.,

    Defendants.

No. 1:23-cv-3026-TOR

ORDER GRANTING MOTION
TO APPEAR *PRO HAC VICE*
FOR JESSICA MORRIS

[PROPOSED]

ORDER GRANTING MOT. TO APPEAR *PRO HAC VICE*
FOR JESSICA MORRIS (No. 1:23-cv-3026-TOR)

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1   This Court admits Jessica Morris to appear *pro hac vice* in this action
2   as counsel for the American College of Obstetricians and Gynecologists,
3   American Medical Association, Society for Maternal-Fetal Medicine,
4   American Academy of Family Physicians, American Academy of Pediatrics,
5   
6   American College of Nurse-Midwives, American Gynecological and
7   Obstetrical Society, American Society for Reproductive Medicine, Council of
8   
9   University Chairs of Obstetrics & Gynecology, North American Society for
10  Pediatric and Adolescent Gynecology, Society of General Internal Medicine,
11  Society of Gynecologic Oncology, Society of Gynecologic Surgeons, Society
12  
13  of OB/GYN Hospitalists, and Washington State Medical Association.
14      IT IS SO ORDERED this _____ day of _____, 2023.

_____
Hon. Thomas O. Rice
United States District Judge
Eastern District of Washington

ORDER GRANTING MOTI. TO APPEAR *PRO HAC VICE*
FOR JESSICA MORRIS (No. 1:23-cv-3026-TOR) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816