Daniel M. Weiskopf, WSBA No. 44941
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, WA 98101
(206) 467-1816
dweiskopf@mcnaul.com

Hon. Thomas O. Rice

Shannon Rose Selden,
pending *Pro Hac Vice*
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6082
srselden@debevoise.com

Megan McGuiggan,
pending *Pro Hac Vice*
Debevoise & Plimpton LLP
801 Pennsylvania Avenue
Washington, DC 20004
(202) 383-8087
mmcguiggan@debevoise.com

Adam Aukland-Peck,
pending *Pro Hac Vice*
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6703
aauklandpeck@debevoise.com

Molly Meegan,
pending *Pro Hac Vice*
American College of Obstetricians
and Gynecologists
409 12th Street SW
Washington, DC 20024
(202) 638-5577
mmeegan@acog.org

Jessica Morris,
pending *Pro Hac Vice*
American College of Obstetricians
and Gynecologists
409 12th Street SW
Washington, DC 20024
(202) 638-5577
jmorris@acog.org

*Attorneys for Amici Curiae*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

STATE OF WASHINGTON, et al.,

Plaintiffs,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,

Defendants.

No. 1:23-cv-3026-TOR

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* FOR MEGAN MCGUIGGAN

[PROPOSED]

This Court admits Megan McGuiggan to appear *pro hac vice* in this action as counsel for the American College of Obstetricians and Gynecologists, American Medical Association, Society for Maternal-Fetal Medicine, American Academy of Family Physicians, American Academy of Pediatrics, American College of Nurse-Midwives, American Gynecological and Obstetrical Society, American Society for Reproductive Medicine, Council of University Chairs of Obstetrics & Gynecology, North American Society for Pediatric and Adolescent Gynecology, Society of General Internal Medicine, Society of Gynecologic Oncology, Society of Gynecologic Surgeons, Society of OB/GYN Hospitalists, and Washington State Medical Association.

IT IS SO ORDERED this ____ day of ______________, 2023.

______________________________________

Hon. Thomas O. Rice
United States District Judge
Eastern District of Washington



LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816