| | |
|---|---|
| Daniel M. Weiskopf, WSBA No. 44941<br>McNaul Ebel Nawrot & Helgren PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>(206) 467-1816<br>dweiskopf@mcnaul.com | Hon. Thomas O. Rice |
| Shannon Rose Selden,<br>pending *Pro Hac Vice*<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>(212) 909-6082<br>srselden@debevoise.com | Megan McGuiggan,<br>pending *Pro Hac Vice*<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Avenue<br>Washington, DC 20004<br>(202) 383-8087<br>mmcguiggan@debevoise.com |
| Adam Aukland-Peck,<br>pending *Pro Hac Vice*<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>(212) 909-6703<br>aauklandpeck@debevoise.com | Molly Meegan,<br>pending *Pro Hac Vice*<br>American College of Obstetricians and Gynecologists<br>409 12th Street SW<br>Washington, DC 20024<br>(202) 638-5577<br>mmeegan@acog.org |

Jessica Morris,
pending *Pro Hac Vice*
American College of Obstetricians
and Gynecologists
409 12th Street SW
Washington, DC 20024
(202) 638-5577
jmorris@acog.org

*Attorneys for Amici Curiae*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,<br><br>Defendants. | No. 1:23-cv-3026-TOR<br><br>MOTION TO APPEAR *PRO HAC VICE* FOR MOLLY MEEGAN<br><br>April 24, 2023<br>Without Oral Argument |

MOTION TO APPEAR PRO HAC VICE FOR
MOLLY MEEGAN (No. 1:23-cv-3026-TOR)

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## MOTION FOR ADMISSION PRO HAC VICE

I, Daniel Weiskopf, counsel of record for the American College of Obstetricians and Gynecologists, American Medical Association, Society for Maternal-Fetal Medicine, American Academy of Family Physicians, American Academy of Pediatrics, American College of Nurse-Midwives, American Gynecological and Obstetrical Society, American Society for Reproductive Medicine, Council of University Chairs of Obstetrics & Gynecology, North American Society for Pediatric and Adolescent Gynecology, Society of General Internal Medicine, Society of Gynecologic Oncology, Society of Gynecologic Surgeons, Society of OB/GYN Hospitalists, and Washington State Medical Association (collectively, *Amici*) respectfully move the Court for an Order granting admission *pro hac vice* to attorney Molly Meegan to appear in the above-captioned action as counsel for *Amici*, pursuant to Local Rule 83.2(c). I am a licensed member in good standing of the State of Washington bar (WSBA No. 44941) and this Court.

Molly Meegan's qualifications for *pro hac* admission and other information required by Local Rule 83.2(c)(3) are set forth below:

MOTION TO APPEAR *PRO HAC VICE* FOR
MOLLY MEEGAN (No. 1:23-cv-3026-TOR) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

A. *Applicant's address and phone number.*

Molly Meegan
American College of Obstetricians and Gynecologists
409 12th Street SW
Washington, DC 20024
(202) 638-5577
mmeegan@acog.org

B. *Dates of admission to practice before other courts.*

New York State Bar, # 2523728, admitted 1/19/1993;
Washington D.C. Bar, admitted 9/12/1994

C. *The name, address, and telephone number of admitted counsel with whom the applicant will be associated.*

Daniel M. Weiskopf
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, WA 98101
(206) 467-1816
dweiskopf@mcnaul.com

Mr. Weiskopf will act as associate counsel, and will meaningfully participate in the case pursuant to Local Rule 83.2(c)(1).

D. *The necessity for appearance by the applicant.*

Given her experience and the focus of her practice, Molly Meegan's participation in this action would benefit *Amici*, and would assist in ensuring a fair and efficient resolution of this matter.

E. *Whether the applicant has any pending disciplinary sanction actions or has ever been subject to disciplinary sanctions by any court or bar association.*

MOTION TO APPEAR *PRO HAC VICE* FOR
MOLLY MEEGAN (No. 1:23-cv-3026-TOR) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Molly Meegan does not have any pending disciplinary sanctions actions against her, nor has she ever been subject to any disciplinary sanctions by any court or bar association.

WHEREFORE, we respectfully request that the Court admit Molly Meegan to appear *pro hac vice* in this action as counsel for *Amici*.

DATED this 24th day of March 2023.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Daniel M. Weiskopf
Daniel M. Weiskopf, WSBA No. 44941

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
dweiskopf@mcnaul.com
*Attorneys for Amici Curiae*

MOTION TO APPEAR *PRO HAC VICE* FOR MOLLY MEEGAN (No. 1:23-cv-3026-TOR) – Page 3

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED this 24th day of March, 2023.

By:   s/Daniel M. Weiskopf
      Daniel M. Weiskopf, WSBA No. 44941

MOTION TO APPEAR *PRO HAC VICE* FOR MOLLY MEEGAN (No. 1:23-cv-3026-TOR) – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816