| | | |
|---|---|---|
| 1 | Daniel M. Weiskopf, WSBA No. 44941<br>McNaul Ebel Nawrot & Helgren PLLC | Hon. Thomas O. Rice |
| 2 | 600 University Street, Suite 2700<br>Seattle, WA 98101 | |
| 3 | (206) 467-1816<br>dweiskopf@mcnaul.com | |
| 4 | | |
| 5 | Shannon Rose Selden,<br>pending *Pro Hac Vice* | Megan McGuiggan,<br>pending *Pro Hac Vice* |
| 6 | Debevoise & Plimpton LLP<br>66 Hudson Boulevard | Debevoise & Plimpton LLP<br>801 Pennsylvania Avenue |
| 7 | New York, NY 10001<br>(212) 909-6082 | Washington, DC 20004<br>(202) 383-8087 |
| 8 | srselden@debevoise.com | mmcguiggan@debevoise.com |
| 9 | Adam Aukland-Peck,<br>pending *Pro Hac Vice* | Molly Meegan,<br>pending *Pro Hac Vice* |
| 10 | Debevoise & Plimpton LLP<br>66 Hudson Boulevard | American College of Obstetricians<br>and Gynecologists |
| 11 | New York, NY 10001<br>(212) 909-6703 | 409 12th Street SW<br>Washington, DC 20024 |
| 12 | aauklandpeck@debevoise.com | (202) 638-5577<br>mmeegan@acog.org |
| 13 | Jessica Morris, | |
| 14 | pending *Pro Hac Vice*<br>American College of Obstetricians | |
| 15 | and Gynecologists<br>409 12th Street SW | |
| 16 | Washington, DC 20024<br>(202) 638-5577 | |
| 17 | jmorris@acog.org | *Attorneys for Amici Curiae* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | | |
|---|---|---|
| 20 | STATE OF WASHINGTON, et al., | |
| 21 | Plaintiffs, | No. 1:23-cv-3026-TOR |
| 22 | v. | ORDER GRANTING MOTION<br>TO APPEAR *PRO HAC VICE* |
| 23 | UNITED STATES FOOD AND<br>DRUG ADMINISTRATION, et al., | FOR MOLLY MEEGAN |
| 24 | Defendants. | [PROPOSED] |
| 25 | | |
| 26 | | |

ORDER GRANTING MOT. TO APPEAR *PRO HAC VICE*
FOR MOLLY MEEGAN (No. 1:23-cv-3026-TOR)

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

This Court admits Molly Meegan to appear *pro hac vice* in this action as counsel for the American College of Obstetricians and Gynecologists, American Medical Association, Society for Maternal-Fetal Medicine, American Academy of Family Physicians, American Academy of Pediatrics, American College of Nurse-Midwives, American Gynecological and Obstetrical Society, American Society for Reproductive Medicine, Council of University Chairs of Obstetrics & Gynecology, North American Society for Pediatric and Adolescent Gynecology, Society of General Internal Medicine, Society of Gynecologic Oncology, Society of Gynecologic Surgeons, Society of OB/GYN Hospitalists, and Washington State Medical Association.

IT IS SO ORDERED this _____ day of _____, 2023.

_____
Hon. Thomas O. Rice
United States District Judge
Eastern District of Washington

ORDER GRANTING MOTI. TO APPEAR *PRO HAC VICE* FOR MOLLY MEEGAN (No. 1:23-cv-3026-TOR) – Page 1

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816