Daniel M. Weiskopf, WSBA No. 44941  
McNaul Ebel Nawrot & Helgren PLLC  
600 University Street, Suite 2700  
Seattle, WA 98101  
(206) 467-1816  
dweiskopf@mcnaul.com  

Shannon Rose Selden,  
pending *Pro Hac Vice*  
Debevoise & Plimpton LLP  
66 Hudson Boulevard  
New York, NY 10001  
(212) 909-6082  
srselden@debevoise.com  

Adam Aukland-Peck,  
pending *Pro Hac Vice*  
Debevoise & Plimpton LLP  
66 Hudson Boulevard  
New York, NY 10001  
(212) 909-6703  
aauklandpeck@debevoise.com  

Megan McGuiggan,  
pending *Pro Hac Vice*  
Debevoise & Plimpton LLP  
801 Pennsylvania Avenue  
Washington, DC 20004  
(202) 383-8087  
mmcguiggan@debevoise.com  

Molly Meegan,  
pending *Pro Hac Vice*  
American College of Obstetricians  
and Gynecologists  
409 12th Street SW  
Washington, DC 20024  
(202) 638-5577  
mmeegan@acog.org  

Jessica Morris,  
pending *Pro Hac Vice*  
American College of Obstetricians  
and Gynecologists  
409 12th Street SW  
Washington, DC 20024  
(202) 638-5577  
jmorris@acog.org  

Hon. Thomas O. Rice

*Attorneys for Amici Curiae*

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  
AT SPOKANE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,<br><br>Defendants. | No. 1:23-cv-3026-TOR<br><br>MOTION TO APPEAR *PRO HAC VICE* FOR SHANNON ROSE SELDEN<br><br>April 24, 2023<br>Without Oral Argument |

MOTION TO APPEAR PRO HAC VICE FOR  
SHANNON ROSE SELDEN (No. 1:23-cv-3026-TOR)

LAW OFFICES OF  
MCNAUL EBEL NAWROT & HELGREN PLLC  
600 University Street, Suite 2700  
Seattle, Washington 98101-3143  
(206) 467-1816

## MOTION FOR ADMISSION PRO HAC VICE

I, Daniel Weiskopf, counsel of record for the American College of Obstetricians and Gynecologists, American Medical Association, Society for Maternal-Fetal Medicine, American Academy of Family Physicians, American Academy of Pediatrics, American College of Nurse-Midwives, American Gynecological and Obstetrical Society, American Society for Reproductive Medicine, Council of University Chairs of Obstetrics & Gynecology, North American Society for Pediatric and Adolescent Gynecology, Society of General Internal Medicine, Society of Gynecologic Oncology, Society of Gynecologic Surgeons, Society of OB/GYN Hospitalists, and Washington State Medical Association (collectively, *Amici*) respectfully move the Court for an Order granting admission *pro hac vice* to attorney Shannon Rose Selden to appear in the above-captioned action as counsel for *Amici*, pursuant to Local Rule 83.2(c). I am a licensed member in good standing of the State of Washington bar (WSBA No. 44941) and this Court.

Shannon Rose Selden's qualifications for *pro hac* admission and other information required by Local Rule 83.2(c)(3) are set forth below:

MOTION TO APPEAR PRO HAC VICE FOR
SHANNON ROSE SELDEN (No. 1:23-cv-3026-TOR) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

| | | |
|---|---|---|
| 1 | A. | *Applicant's address and phone number.* |
| 2 | | |
| 3 | | Shannon Rose Selden<br>Debevoise & Plimpton LLP |
| 4 | | 66 Hudson Boulevard<br>New York, NY 10001 |
| 5 | | (212) 909-6082 |
| 6 | | srselden@debevoise.com |
| 7 | B. | *Dates of admission to practice before other courts.* |
| 8 | | New York State Bar, #4056701, admitted 9/18/2002; |
| 9 | | U.S.-SDNY, admitted 03/15/2006; |
| 10 | | Second Circuit, admitted 1/21/2010 (renewed 7/22/2020);<br>Fifth Circuit, admitted 12/17/2013; |
| 11 | | D.C. Circuit, admitted 12/21/2022; |
| 12 | | Ninth Circuit, admitted 04/02/2019;<br>Sixth Circuit, admitted 12/07/2017; and |
| 13 | | U.S. Supreme Court, admitted 10/05/2015 |
| 14 | C. | *The name, address, and telephone number of admitted counsel with* |
| 15 | | *whom the applicant will be associated.* |
| 16 | | Daniel M. Weiskopf |
| 17 | | McNaul Ebel Nawrot & Helgren PLLC<br>600 University Street, Suite 2700 |
| 18 | | Seattle, WA 98101 |
| 19 | | (206) 467-1816<br>dweiskopf@mcnaul.com |
| 20 | | |
| 21 | | Mr. Weiskopf will act as associate counsel, and will meaningfully |
| 22 | participate in the case pursuant to Local Rule 83.2(c)(1). | |
| 23 | D. | *The necessity for appearance by the applicant.* |
| 24 | | |
| 25 | | |
| 26 | | |

MOTION TO APPEAR PRO HAC VICE FOR
SHANNON ROSE SELDEN (No. 1:23-cv-3026-TOR) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Given her experience and the focus of her practice, Shannon Rose Selden's participation in this action would benefit *Amici*, and would assist in ensuring a fair and efficient resolution of this matter.

E. *Whether the applicant has any pending disciplinary sanction actions or has ever been subject to disciplinary sanctions by any court or bar association.*

Shannon Rose Selden does not have any pending disciplinary sanctions actions against her, nor has she ever been subject to any disciplinary sanctions by any court or bar association.

WHEREFORE, we respectfully request that the Court admit Shannon Rose Selden to appear *pro hac vice* in this action as counsel for *Amici*.

DATED this 24th day of March 2023.

        McNAUL EBEL NAWROT & HELGREN PLLC

        By:   s/Daniel M. Weiskopf
              Daniel M. Weiskopf, WSBA No. 44941

        600 University Street, Suite 2700
        Seattle, Washington 98101
        (206) 467-1816
        dweiskopf@mcnaul.com
        *Attorneys for Amici Curiae*

MOTION TO APPEAR PRO HAC VICE FOR
SHANNON ROSE SELDEN (No. 1:23-cv-3026-TOR) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED this 24th day of March, 2023.

By:  s/Daniel M. Weiskopf
Daniel M. Weiskopf, WSBA No. 44941

MOTION TO APPEAR PRO HAC VICE FOR
SHANNON ROSE SELDEN (No. 1:23-cv-3026-TOR) – Page 4

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816