Daniel M. Weiskopf, WSBA No. 44941   Hon. Thomas O. Rice
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, WA 98101
(206) 467-1816
dweiskopf@mcnaul.com

Shannon Rose Selden,                 Megan McGuiggan,
pending *Pro Hac Vice*               pending *Pro Hac Vice*
Debevoise & Plimpton LLP             Debevoise & Plimpton LLP
66 Hudson Boulevard                  801 Pennsylvania Avenue
New York, NY 10001                   Washington, DC 20004
srselden@debevoise.com               mmcguiggan@debevoise.com

Adam Aukland-Peck,                   Molly Meegan,
pending *Pro Hac Vice*               pending *Pro Hac Vice*
Debevoise & Plimpton LLP             American College of Obstetricians
66 Hudson Boulevard                  and Gynecologists
New York, NY 10001                   409 12th Street SW
aauklandpeck@debevoise.com           Washington, DC 20024
                                     mmeegan@acog.org

Jessica Morris,
pending *Pro Hac Vice*
American College of Obstetricians
and Gynecologists
409 12th Street SW
Washington, DC 20024
jmorris@acog.org

*Attorneys for Amici Curiae*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., <br><br> Defendants. | No. 1:23-cv-3026-TOR <br><br> UNOPPOSED MOTION OF MEDICAL AND PUBLIC HEALTH SOCIETIES FOR LEAVE TO FILE AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' AMENDED COMPLAINT & MOTION FOR PRELIMINARY INJUNCTION <br><br> March 30, 2023 <br> Without Oral Argument |

UNOPPOSED MOT. OF MEDICAL AND PUBLIC HEALTH
SOCIETIES FOR LEAVE TO FILE AS AMICI CURIAE
(No. 1:23-cv-3026-TOR)

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Proposed *amici* (as set forth in Section I below) respectfully move this Honorable Court for leave to file the attached brief as *amici curiae* in support of Plaintiffs' Amended Complaint and Motion for Preliminary Injunction. *See* ECF Nos. 3, 35. Plaintiffs and Defendants have consented to *amici* filing the attached brief.

## I. IDENTITIES OF *AMICI*

*Amici* are leading professional organizations of physicians and public-health experts, including the leading professional societies of physicians and obstetricians-gynecologists. Specifically, *amici* include:

**American College of Obstetricians and Gynecologists (ACOG):** Representing more than 90% of board-certified OB/GYNs in the United States, ACOG is the nation's premier professional membership organization for obstetrician-gynecologists dedicated to access to high-quality, safe, and equitable obstetric and gynecologic care. ACOG maintains the highest standards of clinical practice and continuing education of its members, promotes patient education, and increases awareness among its members and the public of the changing issues facing women's health care. ACOG is committed to ensuring access for all people to the full spectrum of evidence-based quality reproductive health care, including abortion care, and is a leader in the effort to confront the maternal mortality crisis in the United

UNOPPOSED MOT. OF MEDICAL AND PUBLIC HEALTH SOCIETIES, ET AL. FOR LEAVE TO FILE AS AMICI CURIAE (No. 1:23-cv-3026-TOR) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

States. ACOG opposes medically unnecessary laws or restrictions that serve to delay or prevent care and the criminalization of evidence-based medicine. ACOG has previously appeared as *amicus curiae* in various courts throughout the country, and ACOG's briefs and guidelines have been cited by numerous courts as an authoritative voice of science and medicine relating to obstetric and gynecologic health care.

**American Medical Association (AMA):** The American Medical Association ("AMA") is the largest professional association of physicians, residents, and medical students in the United States. Additionally, through state and specialty medical societies and other physician groups seated in its House of Delegates, substantially all physicians, residents, and medical students in the United States are represented in the AMA's policy-making process. The AMA was founded in 1847 to promote the art and science of medicine and the betterment of public health, and these remain its core purposes. AMA members practice in every medical specialty and in every state, including Washington.

**Society for Maternal-Fetal Medicine (SMFM):** Founded in 1977, SMFM is the medical professional society for maternal-fetal medicine subspecialists, who are obstetricians with additional training in high-risk pregnancies. SMFM represents more than 5,500 members who care for high-

UNOPPOSED MOT. OF MEDICAL AND PUBLIC HEALTH SOCIETIES, ET AL. FOR LEAVE TO FILE AS AMICI CURIAE (No. 1:23-cv-3026-TOR) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

risk pregnant people and provides education, promotes research, and engages in advocacy to advance optimal and equitable perinatal outcomes for all people who desire and experience pregnancy. SMFM and its members are dedicated to ensuring that all medically appropriate treatment options are available for individuals experiencing a high-risk pregnancy.

**American Academy of Family Physicians (AAFP):** Founded in 1947, the American Academy of Family Physicians is one of the largest national medical organizations, representing 127,600 family physicians and medical students nationwide. AAFP seeks to improve the health of the public and by supporting its members in providing continuous comprehensive health care to all.

**American Academy of Pediatrics (AAP):** The American Academy of Pediatrics was founded in 1930 and is a national, not-for-profit professional organization dedicated to furthering the interests of child and adolescent health. Since AAP's inception, its membership has grown from 60 physicians to over 67,000 primary care pediatricians, pediatric medical subspecialists, and pediatric surgical specialists. Over the past 90 years, AAP has become a powerful voice for child and adolescent health through education, research, advocacy, and the provision of expert advice. Among other things, AAP has worked with the federal and state governments, health

UNOPPOSED MOT. OF MEDICAL AND PUBLIC HEALTH SOCIETIES, ET AL. FOR LEAVE TO FILE AS AMICI CURIAE (No. 1:23-cv-3026-TOR) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

care providers, and parents on behalf of America's adolescents to ensure the availability of effective reproductive health care.

**American College of Nurse-Midwives (ACNM):** The American College of Nurse-Midwives is the professional association that represents Certified Nurse-Midwives and Certified Midwives in the United States. ACNM's members provide evidence-based midwifery care for women and gender nonconforming people throughout the lifespan, with an emphasis on pregnancy, childbirth, gynecologic and reproductive health care.

**American Gynecological & Obstetrical Society (AGOS):** The American Gynecological & Obstetrical Society advances the health of women by providing dedicated leadership and promoting excellence in research, education and medical practice. The AGOS is an organization composed of individuals attaining national prominence in scholarship in the discipline of Obstetrics, Gynecology and Women's Health.

**American Society for Reproductive Medicine (ASRM):** The American Society for Reproductive Medicine is dedicated to the advancement of the science and practice of reproductive medicine. Its members include approximately 8,000 professionals.

**Council of University Chairs of Obstetrics and Gynecology (CUCOG):** The Council of University Chairs of Obstetrics and Gynecology

UNOPPOSED MOT. OF MEDICAL AND PUBLIC HEALTH SOCIETIES, ET AL. FOR LEAVE TO FILE AS AMICI CURIAE (No. 1:23-cv-3026-TOR) – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

was established for the charitable and educational purposes of promoting excellence in medical education in the fields of Obstetrics and Gynecology. Today, the organization promotes and supports leadership development of current and future chairs, and encourages excellence in medical student, resident, and fellowship training; clinical practice; research; and advocacy in women's health. CUCOG provides a forum for chairpersons to address issues relevant to academic obstetrics and gynecology, and provides opportunities to share ideas and network with colleagues.

**North American Society for Pediatric and Adolescent Gynecology (NASPAG):** The mission of the North American Society for Pediatric and Adolescent Gynecology is to provide multidisciplinary leadership in education, research and gynecologic care to improve the reproductive health of youth. NASPAG pursues scientific and educational goals including serving and being recognized as the leader in pediatric and adolescent gynecology education, research and clinical care, conducting and encouraging multidisciplinary and inter-professional programs of medical education and research in the field, and advocating for the reproductive well-being of children and adolescents and the provision of unrestricted, unbiased and evidence-based practices.

UNOPPOSED MOT. OF MEDICAL AND PUBLIC HEALTH SOCIETIES, ET AL. FOR LEAVE TO FILE AS AMICI CURIAE (No. 1:23-cv-3026-TOR) – Page 5

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

**Society of General Internal Medicine (SGIM):** The Society of General Internal Medicine is a member-based international association of over 3,600 of the world's leading academic general internists, who are dedicated to improving access to care for vulnerable populations, eliminating health care disparities and enhancing medical education. The members of the Society advance the practice of medicine through their commitment to providing comprehensive, coordinated, and cost-effective care to adults, educating the next generation of outstanding physicians, and conducting cutting-edge research to improve quality of care and clinical outcomes of all patients.

**Society of Gynecologic Oncology (SGO):** The Society of Gynecologic Oncology contributes to the advancement of women's cancer care by encouraging research, providing education, raising standards of practice, advocating for patients and members, and collaborating with domestic and international organizations.

**Society of Gynecologic Surgeons (SGS):** The Society of Gynecologic Surgeons' mission is to promote excellence in gynecologic surgery through acquisition of knowledge and improvement of skills, advancement of basic and clinical research, and professional and public education.

UNOPPOSED MOT. OF MEDICAL AND PUBLIC HEALTH SOCIETIES, ET AL. FOR LEAVE TO FILE AS AMICI CURIAE (No. 1:23-cv-3026-TOR) – Page 6

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

**Society of OB/GYN Hospitalists (SOGH):** The Society of OB/GYN Hospitalists is a rapidly growing group of physicians, midwives, nurses, physician assistants and other individuals in the health care field who support the OB/GYN Hospitalist model. SOGH is dedicated to improving outcomes for hospitalist women and supporting those who share this mission. SOGH's vision is to shape the future of OB/GYN by establishing the hospitalist model as the care standard.

**Washington State Medical Association (WSMA):** The Washington State Medical Association ("WSMA") is the statewide association of physicians, surgeons, and physician assistants, with over 12,000 members. WSMA provides physician-driven, patient-focused advocacy as a knowledgeable and interested party in matters impacting the practice of medicine and the availability of health services for patients. WSMA works with Washington's lawmakers on legislation and has participated in court cases as a party and as amicus curiae on issues affecting the practice of medicine.

## II. ANALYSIS

A "district court has broad discretion to appoint *amici curiae*." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995).

UNOPPOSED MOT. OF MEDICAL AND PUBLIC HEALTH SOCIETIES, ET AL. FOR LEAVE TO FILE AS AMICI CURIAE (No. 1:23-cv-3026-TOR) – Page 7

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

The "classic role" of *amici curiae* is "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982). "District courts frequently welcome *amicus* briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Chong Yim* v. *City of Seattle*, No. C18-0736-JCC, 2018 WL 5825965, at *1 (W.D. Wash. Nov. 7, 2018) (internal quotations and citation omitted).

*Amici* seek to file a brief in this case because they have significant interest in the issues involved and ensuring that the safety of medication abortion is correctly understood. Collectively, *amici* represent hundreds of thousands of American physicians and other health professionals, including thousands of physicians in the Plaintiff States. *Amici* are well-versed in mifepristone's safety and efficacy given their experience as practicing medical professionals or working closely with the same. It is in *amici*'s interest to protect access to vetted, safe medications, both as a matter of policy and as a matter of practice. Ensuring access to evidence-based health care and promoting healthcare policy that improves patient health is central

UNOPPOSED MOT. OF MEDICAL AND PUBLIC HEALTH SOCIETIES, ET AL. FOR LEAVE TO FILE AS AMICI CURIAE (No. 1:23-cv-3026-TOR) – Page 8

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

to each of *amici*'s missions. *Amici* believe that all patients are entitled to treatment that is medically and scientifically sound without unnecessary barriers that are not medically justified. Additionally, *amici* have a strong interest in ensuring that legal decisions are based on sound scientific evidence. *Amici* therefore seek to file this brief to provide a medical perspective on the issues in this case, with a specific focus on the real-world practice of medicine. The proposed brief seeks to demonstrate mifepristone's proven safety and efficacy.

*Amici* will provide this Court with a unique medical and scientific perspective and data to help contextualize and resolve the present issues, and may provide supplemental authority and argument beyond that advanced by Plaintiffs. Specifically, *amici* will provide and cite scientific and medical data not present in the parties' briefs, and will also offer the perspective of medical professionals who both prescribe and monitor the effects of mifepristone, drawn from real-world experience and peer-reviewed studies. This information is highly relevant to the Court's determination of whether the Food & Drug Administration should remove the January 2023 restrictions (i.e., the "REMS," as defined in the brief attached) on mifepristone, as well as to the balance of the equities and the public interest in the requested injunction.

UNOPPOSED MOT. OF MEDICAL AND PUBLIC HEALTH SOCIETIES, ET AL. FOR LEAVE TO FILE AS AMICI CURIAE (No. 1:23-cv-3026-TOR) – Page 9

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Accordingly, *amici* respectfully request that the Court enter the attached proposed order and grant leave to file the attached proposed brief.

DATED this 24th day of March 2023.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Daniel M. Weiskopf
Daniel M. Weiskopf, WSBA No. 44941

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
dweiskopf@mcnaul.com

Shannon Rose Selden,
pending *Pro Hac Vice*
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6082
srselden@debevoise.com

Megan McGuiggan,
pending *Pro Hac Vice*
Debevoise & Plimpton LLP
801 Pennsylvania Avenue
Washington, DC 20004
(202) 383-8087
mmcguiggan@debevoise.com

Adam Aukland-Peck,
pending *Pro Hac Vice*
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6703
aauklandpeck@debevoise.com

Molly Meegan,
pending *Pro Hac Vice*
American College of Obstetricians and Gynecologists
409 12th Street SW
Washington, DC 20024
(202) 638-5577
mmeegan@acog.org

Jessica Morris,
pending *Pro Hac Vice*
American College of Obstetricians and Gynecologists
409 12th Street SW
Washington, DC 20024
(202) 638-5577
jmorris@acog.org

*Attorneys for Amici Curiae*

UNOPPOSED MOT. OF MEDICAL AND PUBLIC HEALTH SOCIETIES, ET AL. FOR LEAVE TO FILE AS AMICI CURIAE (No. 1:23-cv-3026-TOR) – Page 10

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED this 24th day of March, 2023.

By:   s/Daniel M. Weiskopf
      Daniel M. Weiskopf, WSBA No. 44941

UNOPPOSED MOT. OF MEDICAL AND PUBLIC HEALTH SOCIETIES, ET AL. FOR LEAVE TO FILE AS AMICI CURIAE (No. 1:23-cv-3026-TOR) – Page 11

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816