| | |
|---|---|
| Daniel M. Weiskopf, WSBA No. 44941<br>McNaul Ebel Nawrot & Helgren PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>(206) 467-1816<br>dweiskopf@mcnaul.com | Hon. Thomas O. Rice |

| | |
|---|---|
| Shannon Rose Selden,<br>pending *Pro Hac Vice*<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>srselden@debevoise.com | Megan McGuiggan,<br>pending *Pro Hac Vice*<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Avenue<br>Washington, DC 20004<br>mmcguiggan@debevoise.com |
| Adam Aukland-Peck,<br>pending *Pro Hac Vice*<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>aauklandpeck@debevoise.com | Molly Meegan,<br>pending *Pro Hac Vice*<br>American College of Obstetricians<br>and Gynecologists<br>409 12th Street SW<br>Washington, DC 20024<br>mmeegan@acog.org |

Jessica Morris,
pending *Pro Hac Vice*
American College of Obstetricians
and Gynecologists
409 12th Street SW
Washington, DC 20024
jmorris@acog.org

*Attorneys for Amici Curiae*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES FOOD AND<br>DRUG ADMINISTRATION, et al.,<br><br>    Defendants. | No. 1:23-cv-3026-TOR<br><br>[PROPOSED] ORDER GRANTING MOTION OF MEDICAL AND PUBLIC HEALTH SOCIETIES FOR LEAVE TO FILE AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' AMENDED COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION |

ORDER GRANTING MOTION OF MEDICAL AND PUBLIC
HEALTH SOCIETIES FOR LEAVE TO FILE AS AMICI CURIAE
(No. 1:23-cv-3026-TOR)

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

On March 24, 2023, certain medical and public health societies filed a Motion for Leave to File Amicus Brief in Support of Plaintiffs' Complaint and Motion for Preliminary Injunction. Having considered the pleadings and papers filed in connection therewith, and all other matters presented to the Court, and good cause having been shown:

It is hereby ORDERED that the Motion for Leave to File Amicus Brief in Support of Plaintiffs' Complaint and Motion for Preliminary Injunction is GRANTED. The Amicus Brief lodged is deemed filed and served.

IT IS SO ORDERED this \_\_\_\_ day of _____, 2023.

                                      Hon. Thomas O. Rice
                                      United States District Judge
                                      Eastern District of Washington

ORDER GRANTING MOTION OF MEDICAL AND PUBLIC HEALTH SOCIETIES FOR LEAVE TO FILE AS AMICI CURIAE (No. 1:23-cv-3026-TOR) – Page 1

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816