# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br>vs.<br>U.S. FOOD AND DRUG ADMINISTRATION, et al.,<br>　　　　　　　　　　Defendants. | Case No.   1:23-CV-3026-TOR<br><br>CIVIL MINUTES<br><br>DATE:   3/28/2022<br><br>LOCATION:   Spokane 902<br><br>PRELIMINARY INJUNCTION MOTION HEARING |

**JUDGE THOMAS O. RICE**

| Bridgette Fortenberry | LC 01 | N/A | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Kristin Beneski / Colleen Melody / Noah Purcell<br>**Plaintiffs' Counsel** | | Noah Katzen / Molly Smith / Aravind Sreenath<br>**Defendants' Counsel** | |

[ X ] Open Court　　　　　　[  ] Chambers　　　　　　[ X ] Telephonic

All parties present in the courtroom.

The Court has reviewed the record and the parties' pleadings.

Motion pending before the Court are:   [3] Motion for Temporary Restraining Order
　　　　　　　　　　　　　　　　　　　[52] Motion for Leave to File Amicus Brief

　　Ms. Beneski presented argument in support of Plaintiffs' motion.
　　Mr. Katzen argued on behalf of the Defendants.
　　Ms. Beneski argued in rebuttal.

The Court took the matter under advisement and will issue a detailed written order.

| CONVENED: 8:28 AM | ADJOURNED: 9:10 AM | TIME: 42 MINS | [X] ORDER FORTHCOMING |
|---|---|---|---|