NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | No. 1:23-cv-03026 <br><br> NOTICE OF SUPPLEMENTAL INFORMATION |

On March 28, 2023, this Court held oral argument on Plaintiff States' Motion for Preliminary Injunction. ECF Dkt. 70. During the argument, the Court asked counsel for Defendants whether any drugs other than Mifeprex (mifepristone) are subject to a Risk Evaluation and Mitigation Strategy (REMS) that includes a pharmacy certification requirement. *See* 21 U.S.C. § 355-1(f)(3)(B). Upon further review of the REMS for approved drugs and biological products

1
NOTICE OF SUPPLEMENTAL INFORMATION

posted on FDA's website,[1] Defendants have determined that more than three dozen other new drug application (NDA) or biologics license application (BLA) products (not including abbreviated new drug application (ANDA) products, *i.e.*, "generics") are subject to a REMS that includes a pharmacy certification requirement: Letairis (ambrisentan), Tracleer (bosentan), Camzyos (mavacamtem), Caprelsa (vandetanib), Clozaril (clozapine), Fazaclo ODT (clozapine), Versacloz (clozapine), Empaveli (pegcetacoplan), Filspari (sparsentan), Fintepla (fenfluramine hydrochloride), Absorica (isotretinoin), Absorica LD (isotretinoin), Juxtapid (lomitapide), Jynarque (tolvaptan), Lemtrada (alemtuzumab), Revlimid (lenalidomide), Opsumit (macitentan), Myalept (metrepleptin), Natpara (parathyroid hormone), Palforzia (peanut (Arachis hyogaea) allergen powder-dnfp), Palynziq (pegvaliase-pqpz), Pomalyst (pomalidomide), Probuphine (buprenorphine hydrochloride), Qsymia (phentermine and topiramate), Adempas (riociguat), Siliq (brodalumab), Spravato (esketamine), Sublocade (buprenorphine extended-release), Tecvalyi (teclistamab-cqyv), Tegsedi (inotersen), Thalomid (thalidomide), Actiq (fentanyl citrate), Fentora (fentanyl citrate), Lazanda (fentanyl citrate), Onsolis (fentanyl citrate), Subsys (fentanyl), Turalio (pexdartinib), Tysabri (natalizumab), Sabril (vigabatrin), Xiaflex (collagenase clostridium histolyticum)

---

[1] https://www.accessdata.fda.gov/scripts/cder/rems/index.cfm

NOTICE OF SUPPLEMENTAL INFORMATION

(for the Peyronie's disease indication), Xyrem/Xywav (calcium, magnesium, potassium, and sodium oxybates), Zulresso (brexanolone), and Zyprexa Relprevv (olanzapine).

March 29, 2023

HILARY K. PERKINS
Assistant Director

<u>/s/ Noah T. Katzen</u>
NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

*Counsel for Defendants*

NOTICE OF SUPPLEMENTAL INFORMATION

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Noah T. Katzen*
NOAH T. KATZEN