ROBERT W. FERGUSON
Attorney General
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., <br><br> Defendants. | NO. 1:23-cv-03026-TOR <br><br> PLAINTIFF STATES' RESPONSE TO NOTICE OF SUPPLEMENTAL INFORMATION |

PLAINTIFF STATES' RESPONSE TO NOTICE OF SUPPLEMENTAL INFORMATION NO. 1:23-cv-03026-TOR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    At the oral argument held in this matter on March 28, 2023, the Court asked
2 Defendants' counsel what other drugs require pharmacy certification. Counsel
3 responded that he did not have an example off the top of his head of such a drug.
4 On March 29, 2023, Defendants filed a Notice of Supplemental Information
5 (ECF No. 71) listing 43 medications. The Plaintiff States respectfully submit this
6 response to Defendants' Notice.

7    Although the drugs listed in Defendants' Notice are subject to some form
8 of pharmacy certification requirement, *none* of those requirements resemble the
9 uniquely onerous pharmacy requirements imposed by the mifepristone REMS.
10 The pharmacy certification requirement adopted by FDA for mifepristone in
11 January 2023 is unique to that drug alone because it is the only REMS that
12 requires individual pharmacies to independently create a secure system to verify
13 prescriber certification (and, moreover, only applies when the drug is used for
14 abortion or miscarriage care, not when a higher and more frequent dose is used
15 to treat Cushing's disease). *See* ECF No. 35 ¶ 146.

16   This distinction is crucial in terms of the burdens it imposes on patient
17 access and the healthcare delivery system. 21 U.S.C. §§ 355-1(f)(2)(C)-(D)
18 (providing that ETASU must not be "unduly burdensome on patient access to the
19 drug" and must "minimize the burden on the health care delivery system."). For
20 the drugs listed in Defendants' Notice, certified pharmacies may simply look up
21 the certified prescriber and/or the enrolled patient in a centralized database, which
22

PLAINTIFF STATES' RESPONSE TO NOTICE OF SUPPLEMENTAL INFORMATION
NO. 1:23-cv-03026-TOR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

is maintained by the drug's sponsor, to verify the provider's certification and/or the patient's enrollment in the REMS program. *See generally* Appendix A. Indeed, the REMS for these drugs establish these national, centralized clearinghouses. *Id.* This allows pharmacists nationwide to quickly and easily check the database when dispensing a prescription. *See id.* As reflected by the list of drugs in Defendants' Notice, these pharmacy-certification requirements are imposed only on drugs with significant risk profiles that require additional safeguards at the point of dispensing to ensure patient safety.[1] These life-threatening and often fatal risks include serious liver injury and severe birth defects (Tracleer); heart failure (Camzyos); sudden death (Caprelsa); rapidly life-threatening and fatal infections (empaveli); liver toxicity, liver failure, and severe birth defects (Filspari); pulmonary embolisms (Sublocade); addiction and overdose (fentanyl and Xyrem/Xyway); and valvular heart disease and pulmonary arterial hypertension (Fintepla), among others. *See id.* Yet despite these potentially fatal side effects, the pharmacy certification requirements imposed on mifepristone—an extremely safe drug that does not qualify for any REMS whatsoever—are uniquely burdensome.

---

[1] Indeed, several of the drugs listed in Defendants' Notice cannot be dispensed directly to patients at all, but only to health care providers in a healthcare setting, such as Sublocade, Tecvayli, Tysabri, Zulresso, Xiaflex, and Zyprexa Relprevv. *See* Appendix A.

PLAINTIFF STATES' RESPONSE TO NOTICE OF SUPPLEMENTAL INFORMATION
NO. 1:23-cv-03026-TOR

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    The mifepristone REMS alone impose the entire administrative burden
2    solely on each individual certified pharmacy to create its own secure, dynamic
3    system for tracking and storing providers' certification information. Unlike for
4    the drugs listed in Defendants' Notice, there is no centralized system for
5    pharmacists to check relevant information for purposes of a mifepristone
6    prescription. Instead: (1) each provider must separately send their certification
7    information to *each and every* certified pharmacy dispensing a prescription
8    written by the provider; (2) each pharmacy must ensure it receives certification
9    information from each prescriber on every mifepristone prescription; and (3) each
10   pharmacy must separately track this information by creating its own secure,
11   dynamic database of certified prescribers. *See* ECF No. 1-13 at 4; ECF No. 4-1:
12   Colwill Decl. ¶ 19, DasGupta Decl. ¶¶ 8–9, Downing Decl. ¶ 8, Godfrey Decl.
13   ¶ 26.

14   This is far more time-consuming and burdensome than for the high-risk
15   drugs listed in Defendants' Notice. Instead of simply checking a centralized
16   database, individual certified pharmacies must build and maintain their own
17   secure, dynamic data-management systems to track and store the certification
18   information they have received from each prescriber of mifepristone. DasGupta
19   Decl. ¶ 15–16, Downing Decl. ¶¶ 10–11, Prager Decl. ¶ 35, Reed Decl. ¶ 6, Singh
20   Decl. ¶¶ 12–13. And instead of sending their certifications and any other pertinent
21   information to a single location, providers must likewise send them to *each and*
22

PLAINTIFF STATES' RESPONSE TO
NOTICE OF SUPPLEMENTAL
INFORMATION
NO. 1:23-cv-03026-TOR

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

*every* certified pharmacy before that pharmacy may dispense to their patients. Colwill Decl. ¶ 19, DasGupta Decl. ¶ 8, Downing Decl. ¶ 8, Godfrey Decl. ¶ 26, Gold Decl. ¶ 18, Shih Decl. ¶¶ 18, 23.

This decentralized, patchwork process negatively impacts patients, as well. Whereas the centralized systems that are in place for other REMS-restricted drugs allow *any* certified pharmacy to dispense a prescription written by *any* certified prescriber, the mifepristone REMS only allows a certified pharmacy to dispense a prescription written by a provider who has sent their certification to *that particular pharmacy*. Colwill Decl. ¶ 19, DasGupta ¶ 8, Downing Decl. ¶ 10, Godfrey Decl. ¶ 26, Gold Decl. ¶ 18, Shih Decl. ¶¶ 18, 23. This piles onto the complex and confusing requirements that patients already have to navigate to obtain a prescription for mifepristone in the first place, further delaying and blocking access to care to this time-sensitive medication. *See, e.g.*, Gold Decl. ¶ 24, Janiak Decl. ¶ 23, Lazarus Decl. ¶ 17, Shih Decl. ¶ 27. To be sure, a centralized database is not the answer for mifepristone, as the existence of any database poses threats to provider safety. *See* ECF No. 1-9 at 3–4; ECF No. 4-1: Godfrey Decl. ¶ 27, Gold Decl. ¶¶ 17–19, Janiak Decl. ¶ 20, Prager Decl. ¶¶ 38–40, Shih Decl. ¶¶ 23–25. The point is that the mifepristone pharmacy REMS are uniquely onerous and apply to a drug for which the imposition of *any* REMS is unlawful.

PLAINTIFF STATES' RESPONSE TO NOTICE OF SUPPLEMENTAL INFORMATION NO. 1:23-cv-03026-TOR

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    In sum, as indicated at oral argument, the mifepristone REMS is uniquely burdensome—indeed, no other drug is subject to its uniquely onerous pharmacy certification requirement. Given mifepristone's proven safety record, FDA does not even attempt to argue the drug could possibly meet the statutory standard for a REMS in the first place. And, in square violation of the governing statute, FDA implemented the January 2023 REMS without ever considering how the REMS negatively impacted patient access, the blast radius from *Dobbs*, or the resulting (and compounding) effect of the REMS on rural and underserved patients. The mifepristone REMS—all three components of it—is contrary to law, arbitrary, and capricious.

DATED this 30th day of March, 2023.

ROBERT W. FERGUSON
Attorney General

*/s/ Kristin Beneski*
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744
*Attorneys for Plaintiff State of Washington*

PLAINTIFF STATES' RESPONSE TO
NOTICE OF SUPPLEMENTAL
INFORMATION
NO. 1:23-cv-03026-TOR

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

ELLEN F. ROSENBLUM
Attorney General of Oregon

/s/ Marc Hull
SANDER MARCUS HULL WSBA #35986
CARLA A. SCOTT WSBA #39947
Senior Assistant Attorney General
YOUNGWOO JOH OSB #164105
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
marcus.hull@doj.state.or.us
youngwoo.joh@doj.state.or.us
*Attorneys for Plaintiff State of Oregon*

KRIS MAYES
Attorney General of Arizona

/s/ Daniel C. Barr
Daniel C. Barr (Arizona No. 010149)
Chief Deputy Attorney General
Luci D. Davis (Arizona No. 35347)
Assistant Attorney General
Office of the Attorney General of Arizona
2005 N. Central Ave.
Phoenix, AZ 85004-1592
Phone: (602) 542-8080
Email: Daniel.Barr@azag.gov
       Luci.Davis@azag.gov
*Attorney for Plaintiff State of Arizona*

PLAINTIFF STATES' RESPONSE TO NOTICE OF SUPPLEMENTAL INFORMATION
NO. 1:23-cv-03026-TOR

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

|   |   |
|---|---|
| 1 | PHILIP J. WEISER<br>Attorney General of Colorado |
| 2 |  |
| 3 | */s/ Eric Olson*<br>ERIC OLSON, CO #36414<br>Solicitor General |
| 4 | MICHAEL MCMASTER, CO #42368<br>Assistant Solicitor General |
| 5 | Office of the Attorney General<br>Colorado Department of Law |
| 6 | 1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| 7 | Phone: (720) 508-6000<br>*Attorneys for Plaintiff State of Colorado* |
| 8 |  |
| 9 | WILLIAM TONG<br>Attorney General of Connecticut |
| 10 |  |
| 11 | */s/ Joshua Perry*<br>Joshua Perry\* |
| 12 | Solicitor General<br>Office of the Connecticut Attorney General |
| 13 | 165 Capitol Ave, Hartford, CT 06106<br>Joshua.perry@ct.gov |
| 14 | (860) 808-5372<br>Fax: (860) 808-5387 |
| 15 | *Attorney for Plaintiff State of Connecticut* |
| 16 | KATHLEEN JENNINGS<br>Attorney General of Delaware |
| 17 |  |
| 18 | */s/ Vanessa L. Kassab*<br>VANESSA L. KASSAB |
| 19 | Deputy Attorney General<br>Delaware Department of Justice |
| 20 | 820 N. French Street<br>Wilmington, DE 19801 |
| 21 | 302-683-8899<br>vanessa.kassab@delaware.gov |
| 22 | *Attorney for Plaintiff State of Delaware* |

PLAINTIFF STATES' RESPONSE TO NOTICE OF SUPPLEMENTAL INFORMATION
NO. 1:23-cv-03026-TOR

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

KWAME RAOUL
Attorney General of Illinois

*/s/ Caitlyn G. McEllis*
Caitlyn G. McEllis (6306561)
Senior Policy Counsel
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601
Phone: (312) 793-2394
Caitlyn.McEllis@ilag.gov
*Attorney for Plaintiff State of Illinois*

DANA NESSEL
Attorney General of Michigan

*/s/ Stephanie M. Service*
Stephanie M. Service (P73305)
Assistant Attorney General
Michigan Department of Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
ServiceS3@michigan.gov
*Attorney for Plaintiff Attorney General of Michigan*

AARON D. FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*
Heidi Parry Stern (Bar. No. 8873)*
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

PLAINTIFF STATES' RESPONSE TO NOTICE OF SUPPLEMENTAL INFORMATION NO. 1:23-cv-03026-TOR

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

RAÚL TORREZ
Attorney General of New Mexico

*/s/ Aletheia Allen*
Aletheia Allen
Solicitor General
New Mexico Office of the Attorney General
201 Third St. NW, Suite 300
Albuquerque, NM 87102
AAllen@nmag.gov
*Attorney for Plaintiff State of New Mexico*


PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Julia C. Harvey*
JULIA C. HARVEY #10529
Special Assistant Attorney General
150 S. Main Street
Providence, RI 02903
(401) 274-4400 x2103
*Attorney for Plaintiff State of Rhode Island*


CHARITY R. CLARK
Attorney General of Vermont

*/s/ Eleanor L.P. Spottswood*
ELEANOR L.P. SPOTTSWOOD*
Solicitor General
109 State Street
Montpelier, VT 05609-1001
(802)793-1646
eleanor.spottswood@vermont.gov
*Attorney for Plaintiff State of Vermont*

PLAINTIFF STATES' RESPONSE TO NOTICE OF SUPPLEMENTAL INFORMATION
NO. 1:23-cv-03026-TOR

10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

BRIAN L. SCHWALB
Attorney General for the District of Columbia
JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division
WILLIAM STEPHENS
Counsel to the Deputy

*/s/ Nicole S. Hill*
NICOLE S. HILL
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, N.W.
Washington, D.C. 20001
(202) 727-4171
nicole.hill@dc.gov
*Attorney for Plaintiff District of Columbia*


ANNE E. LOPEZ
Attorney General

*/s/ Erin N. Lau*
Erin N. Lau 009887*
465 South King St., Room 200
Honolulu, Hawaii 96813
Erin.N.Lau@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

PLAINTIFF STATES' RESPONSE TO NOTICE OF SUPPLEMENTAL INFORMATION
NO. 1:23-cv-03026-TOR

11

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

AARON M. FREY
Attorney General

*/s/ Halliday Moncure*
Halliday Moncure, Bar No. 4559
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
halliday.moncure@maine.gov
*Attorney for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Steven M. Sullivan*
STEVEN M. SULLIVAN*
Solicitor General
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6427
ssullivan@oag.state.md.us
*Attorney for Plaintiff State of Maryland*

KEITH ELLISON
Attorney General
State of Minnesota

*/s/ Liz Kramer*
LIZ KRAMER (#0325089)
Solicitor General
JENNIFER OLSON (#0391356)
Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us
jennifer.olson@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

PLAINTIFF STATES' RESPONSE TO NOTICE OF SUPPLEMENTAL INFORMATION
NO. 1:23-cv-03026-TOR

12

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

MICHELLE A. HENRY
Attorney General of Pennsylvania

*/s/ Jill M. Graziano*
JILL M. GRAZIANO (Pa Bar No. 82725)
Chief Counsel to the Attorney General
1000 Madison Ave., Ste. 310
Norristown, PA 19403
jgraziano@attorneygeneral.gov
(484) 460-1330
*Attorney for the Commonwealth of Pennsylvania*

*\*Applications for pro hac vice admission forthcoming*

PLAINTIFF STATES' RESPONSE TO NOTICE OF SUPPLEMENTAL INFORMATION
NO. 1:23-cv-03026-TOR

13

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED this 30th day of March, 2023, at Seattle, Washington.

*/s/Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General

PLAINTIFF STATES' RESPONSE TO NOTICE OF SUPPLEMENTAL INFORMATION
NO. 1:23-cv-03026-TOR

14

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744