1  RAÚL R. LABRADOR
     Attorney General
2  DAVID M.S. DEWHIRST (ID #12141)
     Chief Deputy Attorney General
3  THEODORE J. WOLD (CA #289177)
4    Solicitor General
   LINCOLN DAVIS WILSON (WA #53764)
5    Deputy Attorney General
     Chief, Civil Litigation and Constitutional Defense Division
6  JOSHUA N. TURNER (MN #0400279)
7    Deputy Solicitor General
   Office of the Attorney General
8  P.O. Box 83720
9  Boise, Idaho 83720-0010
   Tel: (208) 334-2400
10 Fax: (208) 854-8071

11

12              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
13

| | |
|---|---|
| 14  STATE OF WASHINGTON, et al., | Case No. 1:23-cv-03026 |
| 15    Plaintiffs, | |
| 16       v. | |
| 17  UNITED STATES FOOD AND DRUG | |
| 18  ADMINISTRATION, et al. | **MOTION FOR LEAVE TO APPEAR PRO HAC VICE** |
| 19    Defendants, | |
| 20  STATE OF IDAHO; STATE OF IOWA; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF TEXAS; STATE OF UTAH, | |
| 21 | |
| 22 | |
| 23 | |
| 24    Plaintiffs-Intervenors, | |

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE            1            ATTORNEY GENERAL OF IDAHO

Pursuant to Loc. R. 83.2(c) of the United States District Court for the Eastern District of Washington, Lincoln D. Wilson, a member in good standing of the Washington State Bar and of the United States District Court for the Eastern District of Washington, respectfully moves for the admission of Peter M. Torstensen, Jr. ("Applicant") to appear pro hac vice in this matter on behalf of the State of Montana.

Applicant's contact information is as follows:

PETER M. TORSTENSEN, JR. (MT #68806768)
  Assistant Solicitor General
Montana Department of Justice
Office of the Attorney General
P.O. Box 201401
Helena, MT 59620-1401
peter.torstensen@mt.gov
Tel: (406) 444-2026
Fax: (406) 444-3549

Applicant is admitted, and remains in good standing, to practice before the following courts:

| Courts | Date |
|---|---|
| State of Montana | 2022 |
| United States District Court - Montana | 2022 |
| State of New York | 2017 |
| District of Columbia | 2020 |
| United States District Court – District of Montana | 2023 |
| United States Court of Appeals District of Columbia Circuit | 2023 |

| | |
|---|---|
| United States Court of Appeals 1st Circuit | 2023 |
| United States Court of Appeals 2nd Circuit | 2023 |
| United States Court of Appeals 3rd Circuit | 2022 |
| United States Court of Appeals 8th Circuit | 2022 |
| United States Court of Appeals 9th Circuit | 2023 |

Applicant is a member in good standing of the state bars of Montana and New York and the bar of District of Columbia. Applicant has never been subject to a grievance proceeding or involuntary removal proceeding while member of the bar of any state or federal court. Applicant has never been charged, arrested, or convicted of any criminal offense or offenses.The undersigned has no pending disciplinary sanction actions nor has the undersigned ever been subject to any disciplinary sanctions by any court or bar association.

Applicant has read and is familiar with the Local Rules of the Eastern District of Washington and will comply with its standards of practice.

The name, address, and phone number of admitted counsel with whom the Applicant will be associated is:

LINCOLN DAVIS WILSON (#53764)
Deputy Attorney General
Chief, Civil Litigation and
Constitutional Defense Division
Office of the Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel:  (208) 334-2400
Fax:  (208) 854-8071
Lincoln.Wilson@ag.idaho.gov

Mr. Wilson is admitted to practice in this Court and shall sign all pleadings, motions, and other papers prior to filing and shall meaningfully participate in the case. The required filing fee of $200.00 is tendered herewith pursuant to Local Rule 83.2(c)(1).

I declare under penalty of perjury that the foregoing to be true and correct.

Dated: April 6, 2023  Signature of Applicant: <u>/s/ Peter M. Torstensen, Jr.</u>

WHEREFORE, the undersigned moves that this Court enter an Order permitting the admission of Peter M. Torstensen, Jr. to the Eastern District of Washington pro hac vice for this case only.

Dated: April 6; 2023

*/s/ Lincoln Davis Wilson*
LINCOLN DAVIS WILSON (#53764)
Deputy Attorney General
Chief, Civil Litigation and
Constitutional Defense Division
Office of the Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel:  (208) 334-2400
Fax:  (208) 854-8071
Lincoln.Wilson@ag.idaho.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Lincoln Davis Wilson*
LINCOLN DAVIS WILSON (WA #53764)