NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | No. 1:23-cv-03026 |
| Plaintiffs, | MOTION TO EXPEDITE |
| v. | 04/17/23 |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | WITHOUT ORAL ARGUMENT |
| Defendants. | |

Defendants move for expedited consideration of their Motion for Clarification, ECF No. 81. Plaintiffs have informed Defendants through counsel that they oppose this Motion to Expedite, as well as the underlying Motion for Clarification.

An expedited ruling on Defendants' Motion for Clarification is necessary because the district court's order in *Alliance for Hippocratic Medicine v. FDA*,

MOTION TO EXPEDITE            1

2:22-cv-00223-Z, Dkt. 137 (Apr. 7, 2023), will take effect at midnight Central Time on Saturday, April 15, 2023, absent emergency relief. Without expedited consideration, Defendants' Motion for Clarification may not be set for consideration until May 10, 2023. Defendants therefore have good cause to seek an immediate hearing on this Motion to Expedite. Defendants respectfully request a ruling on their Motion for Clarification by Friday, April 14, 2023, in advance of when the *Alliance* order will go into effect absent emergency relief.

April 10, 2023

HILARY K. PERKINS
Assistant Director

*/s/ Noah T. Katzen*
NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

*Counsel for Defendants*

MOTION TO EXPEDITE

2

# CERTIFICATE OF SERVICE

I hereby certify that, on April 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                              */s/ Noah T. Katzen*
                              NOAH T. KATZEN

MOTION TO EXPEDITE

3