1  ROBERT W. FERGUSON
   Attorney General
2  NOAH GUZZO PURCELL, WSBA #43492
   Solicitor General
3  KRISTIN BENESKI, WSBA #45478
   First Assistant Attorney General
4  COLLEEN M. MELODY, WSBA #42275
   Civil Rights Division Chief
5  ANDREW R.W. HUGHES, WSBA #49515
   LAURYN K. FRAAS, WSBA #53238
6  Assistant Attorneys General
   TERA M. HEINTZ, WSBA #54921
7  Deputy Solicitor General
   800 Fifth Avenue, Suite 2000
8  Seattle, WA  98104-3188
   (206) 464-7744
9

10
                 UNITED STATES DISTRICT COURT
11               EASTERN DISTRICT OF WASHINGTON

12  STATE OF WASHINGTON, et al.,          NO. 1:23-cv-03026-TRO

13                    Plaintiff,          MOTION FOR LEAVE TO
                                          APPEAR PRO HAC VICE
14       v.
                                          FEE: $200.00
15  UNITED STATES FOOD AND
    DRUG ADMINISTRATION, et al.,
16
                     Defendants.
17

18       Pursuant to LCivR 83.2(c) of the United States District Court for the

19  Eastern District of Washington, Joshua Perry hereby moves for permission to

20  appear and participate as counsel in the above-entitled action on behalf of the

21  State of Connecticut.

22

MOTION FOR LEAVE TO                    1      ATTORNEY GENERAL OF WASHINGTON
APPEAR PRO HAC VICE                                  Complex Litigation Division
                                                    800 Fifth Avenue, Suite 2000
                                                      Seattle, WA  98104-3188
                                                         (206) 464-7744

1    The particular need for my appearance and participation is: to ensure

2  adequate representation of the interests of the State of Connecticut.

3    I, Joshua Perry, understand that I am charged with knowing and complying

4  with all applicable local rules.

5    I have been admitted to practice before the following courts on the

6  following dates:

| Courts | Dates |
|---|---|
| State of Louisiana | 4/17/07 |
| State of Connecticut | 1/19/18 |
| District of Connecticut | 11/4/19 |
| Southern District of New York | 9/13/19 |

11    I have not been disbarred or formally censured by a court of record or by

12  a state bar association and there are not disciplinary proceedings against me.

13    I declare under penalty of perjury that the foregoing is true and correct.

14
     Date: 2/23/2023    Signature of Applicant: _____
15
     Pro Hac Vice Attorney
16   Applicant's Name:        Joshua Perry
     Bar No./State Bar No.:   Connecticut Bar # 440303
17   Law Firm Name:           Connecticut Attorney General's Office
     Street Address:          165 Capitol Avenue
18   City, State, Zip:        Hartford, CT 06106
     Phone number:            860-808-5372
19   Primary Email:           joshua.perry@ct.gov

20

21

22

MOTION FOR LEAVE TO                    2
APPEAR PRO HAC VICE

1

## STATEMENT OF LOCAL COUNSEL

2      I am authorized and will be prepared to handle this matter, including trial,

3  in the event the applicant Joshua Perry is unable to be present upon any date

4  assigned by the court.

5  DATE: <u>04/10/2023</u>    Signature Local Counsel: <u>*/s/ Andrew R.W. Hughes*</u>
   Local Counsel's          ANDREW R.W. HUGHES
6  Name: Bar # / State      WSBA #49515
7  Bar #: Law Firm          Washington Office of the Attorney General
   Name: Street Address:    800 Fifth Avenue, Suite 2000
8  City, State, Zip:        Seattle, WA 98104
   Phone/Facsimile:         206-498-8113
9  Primary Email:           Andrew.Hughes@atg.wa.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

3

**Electronic Case Filing Agreement**

By submitting this form, the undersigned understands and agrees to the following:

      1.    The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

      2.    The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

      3.    If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the Court. Members of the Court's systems staff will assess the risk and advise you accordingly.

      4.    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil procedure 5(b)(2)(c), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

      5.    You will continue to access court information via the Eastern District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the Court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

      6.    By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

_____
Signature

2/23/23
_____
Date Signed

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

4

1

**<u>DECLARATION OF SERVICE</u>**

2

I hereby declare that on this day I caused the foregoing document to be

3

electronically filed with the Clerk of the Court using the Court's CM/ECF System

4

which will serve a copy of this document upon all counsel of record.

5

DATED this 10th day of April 2023, at Seattle, Washington.

6

*/s/ Andrew R.W. Hughes*

7

ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

5