ROBERT W. FERGUSON
Attorney General
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

STATE OF WASHINGTON, et al.,

Plaintiffs,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,

Defendants.

NO. 1:23-cv-03026-TOR

PLAINTIFF STATES' OPPOSITION TO MOTION TO EXPEDITE

PLAINTIFF STATES' OPPOSITION TO MOTION TO EXPEDITE
NO. 1:23-CV-03026-TOR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

The Plaintiff States oppose Defendants' motion to expedite because Defendants have not demonstrated good cause for expedited consideration of their motion for clarification. *See* ECF No. 81. Local Civil Rule 7(i)(2)(C) requires a party seeking to expedite consideration of a motion to demonstrate good cause. *See Jensen v. Biden*, No. 4:21-cv-5119-TOR, 2021 WL 10280381, at *1 (E.D. Wash. Oct. 19, 2021) (denying motion to expedite where Plaintiffs "provide[d] no explanation" for why emergency consideration of preliminary injunction motion was necessary); *see also Yakima Valley Mem. Hosp. v. Wash. State Dep't of Health*, No. 2:09-cv-03032-EFS, 2012 WL 12951705, at *1–2 (cautioning counsel that predecessor to LCR 7(i)(2)(C) should be limited to "emergency matters" and that general statements that expedited consideration is "necessary" would not be sufficient in the future). Defendants have not demonstrated good cause here.

Defendants argue that good cause exists due to "tension" between this Court's preliminary injunction order and the currently-stayed Texas district court order in *Alliance for Hippocratic Medicine v. FDA* staying the FDA's approval of mifepristone. FDA Mot. for Clarification, ECF No. 81 at 2; *see Alliance for Hippocratic Medicine v. FDA*, No. 2:22-cv-00223-Z, (N.D. Tex. Apr. 7, 2023), ECF No. 137. But Defendants have already filed an emergency motion in the Fifth Circuit to continue the stay of the district court's order in that case, and at this point it is wholly speculative whether (and on what terms) that order will go

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

into effect. *See* [FDA's] Emergency Motion Under Circuit Rule 27.3 for a Stay Pending Appeal, *Alliance for Hippocratic Medicine v. FDA*, No. 23-10362 (5th Cir. Apr. 10, 2023), ECF No. 20. For this reason alone, FDA's motion is premature.

But even if the Texas order is permitted to go into effect, Defendants do not demonstrate what warrants emergency relief here. Defendants' motion does not identify how this Court's order is unclear in its mandate that FDA maintain "the status quo and rights as it relates to the availability of Mifepristone" in the Plaintiff States, nor do Defendants assert that FDA lacks authority to preserve that status quo. ECF No. 80 at 30. This Court's order was crystal clear. And given how much remains to be determined in the Texas case, Defendants identify no concrete need for an expedited order of this Court this week. Allowing Plaintiff States a meaningful opportunity to respond will better serve the interests of this Court, the parties, and the public, including by providing the Plaintiff States sufficient time to meet and confer with Defendants to understand and potentially resolve their concerns.

Simply put, Defendants' motion gives the Court little to consider and nothing to rule on. Defendants fail to demonstrate good cause for their motion to expedite and the motion should be denied.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this 10th day of April 2023.

ROBERT W. FERGUSON
Attorney General

*/s/ Kristin Beneski*
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
*Attorneys for Plaintiff State of Washington*

ELLEN F. ROSENBLUM
Attorney General of Oregon

*/s/ Marc Hull*
SANDER MARCUS HULL, WSBA #35986
CARLA A. SCOTT, WSBA #39947
Senior Assistant Attorneys General
YOUNGWOO JOH, OSB #164105
Assistant Attorney General
Trial Attorneys
Tel: (971) 673-1880
Fax: (971) 673-5000
marcus.hull@doj.state.or.us
carla.a.scott@doj.state.or.us
youngwoo.joh@doj.state.or.us
*Attorneys for State of Oregon*

PLAINTIFF STATES' OPPOSITION
TO MOTION TO EXPEDITE
NO. 1:23-CV-03026-TOR

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

KRIS MAYES
Attorney General of Arizona

*/s/ Daniel C. Barr*
Daniel C. Barr (Arizona No. 010149)
Chief Deputy Attorney General
Luci D. Davis (Arizona No. 35347)
Office of the Attorney General of Arizona
2005 N. Central Ave.
Phoenix, AZ 85004-1592
Phone: (602) 542-8080
Email: Daniel.Barr@azag.gov
Luci.Davis@azag.gov
*Attorneys for Plaintiff State of Arizona*

PHILIP J. WEISER
Attorney General of Colorado

*/s/ Eric Olson*
ERIC OLSON, CO #36414
Solicitor General
MICHAEL MCMASTER, CO #42368
Assistant Solicitor General
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
*Attorneys for Plaintiff State of Colorado*

WILLIAM TONG
Attorney General of Connecticut

*/s/ Joshua Perry*
Joshua Perry*
Solicitor General
Office of the Connecticut Attorney General
165 Capitol Ave, Hartford, CT 06106
Joshua.perry@ct.gov
(860) 808-5372
Fax: (860) 808-5387

PLAINTIFF STATES' OPPOSITION
TO MOTION TO EXPEDITE
NO. 1:23-CV-03026-TOR

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

*Attorney for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Vanessa L. Kassab*
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
vanessa.kassab@delaware.gov
*Attorney for Plaintiff State of Delaware*

KWAME RAOUL
Attorney General of Illinois

*/s/ Caitlyn G. McEllis*
Caitlyn G. McEllis (6306561)
Senior Policy Counsel
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601
Phone: (312) 793-2394
Caitlyn.McEllis@ilag.gov
*Attorney for Plaintiff State of Illinois*

DANA NESSEL
Attorney General of Michigan

*/s/ Stephanie M. Service*
Stephanie M. Service (P73305)
Assistant Attorney General
Michigan Department of Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603

PLAINTIFF STATES' OPPOSITION
TO MOTION TO EXPEDITE
NO. 1:23-CV-03026-TOR

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

ServiceS3@michigan.gov
*Attorney for Plaintiff Attorney General of Michigan*

AARON D. FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*
Heidi Parry Stern (Bar. No. 8873)*
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

RAÚL TORREZ
Attorney General of New Mexico

*/s/ Aletheia Allen*
Aletheia Allen
Solicitor General
New Mexico Office of the Attorney General
201 Third St. NW, Suite 300
Albuquerque, NM 87102
AAllen@nmag.gov
*Attorney for Plaintiff State of New Mexico*

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Julia C. Harvey*
JULIA C. HARVEY #10529
Special Assistant Attorney General
150 S. Main Street
Providence, RI 02903
(401) 274-4400 x2103
*Attorney for Plaintiff State of Rhode Island*

PLAINTIFF STATES' OPPOSITION
TO MOTION TO EXPEDITE
NO. 1:23-CV-03026-TOR

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

CHARITY R. CLARK
Attorney General of Vermont

*/s/ Eleanor L.P. Spottswood*
ELEANOR L.P. SPOTTSWOOD*
Solicitor General
109 State Street
Montpelier, VT 05609-1001
(802)793-1646
eleanor.spottswood@vermont.gov
*Attorney for Plaintiff State of Vermont*


BRIAN L. SCHWALB
Attorney General for the District of Columbia
JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division
WILLIAM STEPHENS
Counsel to the Deputy

*/s/ Nicole S. Hill*
NICOLE S. HILL
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, N.W.
Washington, D.C. 20001
(202) 727-4171
nicole.hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

PLAINTIFF STATES' OPPOSITION
TO MOTION TO EXPEDITE
NO. 1:23-CV-03026-TOR

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

ANNE E. LOPEZ
Attorney General

*/s/ Erin N. Lau*
Erin N. Lau 009887*
465 South King St., Room 200
Honolulu, Hawaii 96813
Erin.N.Lau@hawaii.gov
Counsel for the State of Hawaii

AARON M. FREY
Attorney General

*/s/ Halliday Moncure*
Halliday Moncure, Bar No. 4559
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
halliday.moncure@maine.gov

ANTHONY G. BROWN
Attorney General of Maryland

*/s/Steven M. Sullivan*
STEVEN M. SULLIVAN*
Solicitor General
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6427
ssullivan@oag.state.md.us
*Attorney for Plaintiff State of Maryland*

KEITH ELLISON
Attorney General
State of Minnesota

*/s/Liz Kramer*
LIZ KRAMER (#0325089)
Solicitor General
JENNIFER OLSON (#0391356)
Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us
jennifer.olson@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

MICHELLE A. HENRY
Attorney General of Pennsylvania

/s/ *Jill M. Graziano*
JILL M. GRAZIANO (Pa Bar No. 82725)
Chief Counsel to the Attorney General
1000 Madison Ave., Ste. 310
Norristown, PA 19403
jgraziano@attorneygeneral.gov
(484) 460-1330
*Attorney for the Commonwealth of Pennsylvania*

**Applications for pro hac vice admission forthcoming*

PLAINTIFF STATES' OPPOSITION TO MOTION TO EXPEDITE
NO. 1:23-CV-03026-TOR

10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED this 10th day of April 2023, at Seattle, Washington.

*/s/ Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744