NOAH T. KATZEN  
Trial Attorney  
Consumer Protection Branch  
U.S. Department of Justice  
P.O. Box 386  
Washington, DC 20044-0386  
(202) 305-2428  
(202) 514-8742 (fax)  
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>Defendants. | No. 1:23-cv-03026<br><br>REPLY IN SUPPORT OF MOTION TO EXPEDITE |

In their Opposition to Defendants' Motion to Expedite, Plaintiffs argue that Defendants have failed to demonstrate good cause to expedite their Motion for Clarification. *See* ECF No. 84. But as Defendants explained, consideration of Defendants' Motion for Clarification must be expedited because another court order that would stay the approval of mifepristone without any additional action by FDA, *see Alliance for Hippocratic Medicine, et al. v. FDA, et al.*, 2:22-cv-00223-

1
REPLY IN SUPPORT OF MOTION TO EXPEDITE

Z, Dkt. 137 (Apr. 7, 2023), will go into effect at 12:00 AM CT on April 15, 2023, unless emergency relief is granted. *See* ECF Nos. 81 & 82. Such relief has not been granted at this time. Defendants seek to understand how their obligations under this Court's order interact with the effect of the *Alliance* order, and it is not "premature," ECF No. 84, at 3, for them to seek this clarification *before* the *Alliance* order goes into effect.

Nor is there any reason that Plaintiffs cannot respond to the Motion for Clarification by Thursday, April 13, 2023. Indeed, the third paragraph of Plaintiffs' Opposition to the Motion to Expedite *is*, in effect, their response to Defendants' Motion for Clarification.

Because good cause exists to expedite consideration of their Motion for Clarification, Defendants respectfully ask that this Court decide that Motion by April 14, 2023.

REPLY IN SUPPORT OF MOTION TO EXPEDITE 2

April 11, 2023

HILARY K. PERKINS
Assistant Director

*/s/ Noah T. Katzen*
NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

*Counsel for Defendants*

REPLY IN SUPPORT OF MOTION TO EXPEDITE

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Noah T. Katzen
NOAH T. KATZEN