RAÚL R. LABRADOR
  Attorney General
DAVID M.S. DEWHIRST (ID #12141)
  Chief Deputy Attorney General
THEODORE J. WOLD (CA #289177)
  Solicitor General
LINCOLN DAVIS WILSON (WA #53764)
  Deputy Attorney General
  Chief, Civil Litigation and Constitutional Defense Division
JOSHUA N. TURNER (MN #0400279)
  Deputy Solicitor General
Office of the Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
Fax: (208) 854-8071

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF IDAHO; STATE OF IOWA; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF TEXAS; STATE OF UTAH; et al.,<br><br>              Plaintiffs,<br>  v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT M. CALIFF and XAVIER BECERRA, sued in their official capacities,<br><br>              Defendants. | Case No. 1:23-cv-03026<br><br>**MOTION FOR LEAVE TO APPEAR PRO HAC VICE** |

Pursuant to Loc. R. 83.2(c) of the United States District Court for the Eastern District of Washington, Lincoln D. Wilson, a member in good standing of the Washington State Bar and of the United States District Court for the Easter District of Washington, respectfully moves for the admission of Eric E. Wessan ("Applicant") to appear pro hac vice in this matter on behalf of the State of Iowa.

Applicant's contact information is as follows:

ERIC H. WESSAN (IA: AT0014313)
Solicitor General
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
Eric.Wessan@ag.iowa.gov

Applicant is admitted, and remains in good standing, to practice before the following courts:

| Courts | Date |
|---|---|
| State of Iowa | 2020 |
| State of Illinois | 2020 |
| United States Court of Appeals for the Fifth Circuit | 2020 |
| United States Court of Appeals for the Eighth Circuit | 2023 |
| United States District Court for the Northern District of Illinois | 2021 |
| United States District Court for the Northern District of Texas | 2023 |
| United States District Court | 2023 |

| | for the District of North Dakota | |
|---|---|---|
| | United States District Court for the Southern District of Iowa | 2023 |

Applicant is a member in good standing of the state bars of Iowa and Illinois. Applicant has never been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court. Applicant has never been charged, arrested, or convicted of any criminal offense or offenses. Applicant has no pending disciplinary sanction actions nor has Applicant ever been subject to any disciplinary sanctions by any court or bar association.

Applicant has read and is familiar with the Local Rules of the Eastern District of Washington and will comply with its standards of practice,

The name, address, and phone number of admitted counsel with whom the Applicant will be associated is:

> LINCOLN DAVIS WILSON (WA #53764)
> Deputy Attorney General
> Chief, Civil Litigation and
> Constitutional Defense Division
> Office of the Attorney General
> P.O. Box 83720
> Boise, Idaho 83720-0010
> Tel:  (208) 334-2400
> Fax:  (208) 854-8071
> Lincoln.Wilson@ag.idaho.gov

Mr. Wilson is admitted to practice in this Court and shall sign all pleadings, motions, and other papers prior to filing and shall meaningfully participate in the case. The required filing fee of $200.00 is tendered herewith pursuant to Local Rule 83.2(c)(1).

I declare under penalty of perjury that the foregoing to be true and correct.

Dated: April 11, 2023   Signature of Applicant: /s/ Eric E. Wessen

                          /s/ Lincoln Davis Wilson
                          LINCOLN DAVIS WILSON (#53764)
                          Deputy Attorney General
                          Chief, Civil Litigation and
                          Constitutional Defense Division
                          Office of the Attorney General
                          P.O. Box 83720
                          Boise, Idaho 83720-0010
                          Tel:  (208) 334-2400
                          Fax:  (208) 854-8071
                          Lincoln.Wilson@ag.idaho.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Lincoln Davis Wilson*
                                        LINCOLN DAVIS WILSON (WA #53764)