1  RAÚL R. LABRADOR
     Attorney General
2  DAVID M.S. DEWHIRST (ID #12141)
     Chief Deputy Attorney General
3  THEODORE J. WOLD (CA #289177)
     Solicitor General
4  LINCOLN DAVIS WILSON (WA #53764)
     Deputy Attorney General
5    Chief, Civil Litigation and Constitutional Defense Division
   JOSHUA N. TURNER (MN #0400279)
6    Deputy Solicitor General
   Office of the Attorney General
7  P.O. Box 83720
   Boise, Idaho 83720-0010
8  Tel: (208) 334-2400
   Fax: (208) 854-8071

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| STATE OF WASHINGTON, et al., | Case No. 1:23-cv-03026 |
|---|---|
| Plaintiffs, | |
| v. | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al. | **MOTION FOR LEAVE TO APPEAR PRO HAC VICE** |
| Defendants, | |
| STATE OF IDAHO; STATE OF IOWA; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF TEXAS; STATE OF UTAH, | |
| Plaintiffs-Intervenors, | |

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE           1            ATTORNEY GENERAL OF IDAHO

In accordance with Local Civil Rule 83.2(c), Lincoln D. Wilson, a member in good standing of the Court's bar, respectfully moves for the admission of Leif A. Olson to appear pro hac vice in this matter on behalf of the State of Texas.

Olson's state bar number and contact information are:

> Leif A. Olson
> Texas Bar No. 24032801
> Office of the Attorney General
> P.O. Box 12458 (MC-009)
> Austin, Texas 78711-12458
> (512) 463-1700
> Leif.Olson@oag.texas.gov

He is admitted, and remains in good standing, to practice before:

| Courts | Date |
| --- | --- |
| State of Texas | 2001 |
| U.S. District Court for the Southern District of Texas | 2003 |
| U.S. Court of Appeals for the Fifth Circuit | 2005 |
| U.S. District Court for the Eastern District of Texas | 2005 |
| U.S. District Court for the Northern District of Texas | 2009 |
| U.S. Supreme Court | 2010 |
| U.S. Court of Appeals for the Third Circuit | 2020 |
| U.S. District Court for the Western District of Texas | 2021 |
| U.S. Court of Appeals for the D.C. Circuit | 2021 |

Olson has never been subject to a grievance proceeding or involuntary removal proceeding while member of the bar of any state or federal

court. He has never been charged, arrested, or convicted of any criminal offense or offenses. He has read and is familiar with the Local Rules of the Eastern District of Washington and will comply with the Court's standards of practice.

Olson will be associated with:

> LINCOLN DAVIS WILSON (#53764)
> Deputy Attorney General
> Chief, Civil Litigation and
> Constitutional Defense Division
> Office of the Attorney General
> P.O. Box 83720
> Boise, Idaho 83720-0010
> Tel:  (208) 334-2400
> Fax:  (208) 854-8071
> Lincoln.Wilson@ag.idaho.gov

Wilson is admitted to practice in this Court and shall sign all pleadings, motions, and other papers prior to filing and shall meaningfully participate in the case. He has no pending disciplinary sanction actions nor has he ever been subject to disciplinary sanctions by any court or bar association.

The required filing fee of $200.00 is tendered as required by Local Rule 83.2(c)(1).

I declare under penalty of perjury that the foregoing to be true and correct.

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE                         3                    ATTORNEY GENERAL OF IDAHO

Dated: April 11, 2023  Signature of Applicant: */s/ Leif A. Olson*

WHEREFORE, the undersigned moves that this Court enter an Order permitting the admission of Leif A. Olson to the Eastern District of Washington pro hac vice for this case only.

Dated: April 11, 2023.

*/s/ Lincoln Davis Wilson*
LINCOLN DAVIS WILSON (#53764)
Deputy Attorney General
Chief, Civil Litigation and
Constitutional Defense Division
Office of the Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel:  (208) 334-2400
Fax:  (208) 854-8071
Lincoln.Wilson@ag.idaho.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Lincoln Davis Wilson*
LINCOLN DAVIS WILSON (WA #53764)