1  RAÚL R. LABRADOR
     Attorney General
2  DAVID M.S. DEWHIRST (ID #12141)
3    Chief Deputy Attorney General
   THEODORE J. WOLD (CA #289177)
4    Solicitor General
   LINCOLN DAVIS WILSON (WA #53764)
5    Deputy Attorney General
6    Chief, Civil Litigation and Constitutional Defense Division
   JOSHUA N. TURNER (MN #0400279)
7    Deputy Solicitor General
   Office of the Attorney General
8  P.O. Box 83720
9  Boise, Idaho 83720-0010
   Tel: (208) 334-2400
10 Fax: (208) 854-8071

11

12              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
13

| | |
|---|---|
| 14  STATE OF WASHINGTON, et al., | Case No. 1:23-cv-03026 |
| 15     Plaintiffs, | |
| 16     v. | |
| 17  UNITED STATES FOOD AND DRUG ADMINISTRATION, et al. | **MOTION FOR LEAVE TO APPEAR PRO HAC VICE** |
| 18  Defendants, | |
| 19  STATE OF IDAHO; STATE OF IOWA; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF TEXAS; STATE OF UTAH, | |
| 20 | |
| 21 | |
| 22 | |
| 23     Plaintiffs-Intervenors, | |
| 24 | |

Pursuant to Loc. R. 83.2(c) of the United States District Court for the Eastern District of Washington, Lincoln D. Wilson, a member in good standing of the Washington State Bar and of the United States District Court for the Eastern District of Washington, respectfully moves for the admission of Christopher A. Bates ("Applicant") to appear pro hac vice in this matter on behalf of the State of Utah.

Applicant's contact information is as follows:

> CHRISTOPHER A. BATES (UT #16619)
> Deputy Solicitor General
> Office of the Utah Attorney General
> 350 N. State Street, Suite 230
> Salt Lake City, Utah 84114
> (801) 366-0300
> chrisbates@agutah.gov

Applicant is admitted, and remains in good standing, to practice before the following courts:

| Courts | Date |
|---|---|
| State of Utah | 2018 |
| District of Columbia | 2012 |
| State of Virginia | 2010 |
| United States Supreme Court | 2013 |
| United States Court of Appeals for the First Circuit | 2020 |
| United States Court of Appeals for the Second Circuit | 2019 |
| United States Court of Appeals for the Fourth Circuit | 2019 |
| United States Court of Appeals | 2019 |

| | |
|---|---|
| for the Fifth Circuit | |
| United States Court of Appeals for the Seventh Circuit | 2020 |
| United States Court of Appeals for the Eighth Circuit | 2020 |
| United States Court of Appeals for the Ninth Circuit | 2019 |
| United States Court of Appeals for the Tenth Circuit | 2018 |
| United States Court of Appeals for the Eleventh Circuit | 2020 |
| United States Court of Appeals for the District of Columbia Circuit | 2011 |
| United States Court of Appeals for the Federal Circuit | 2014 |
| United States District Court for the District of Columbia | 2019 |
| United States District Court for the Western District of Michigan | 2019 |
| United States District Court for the District of Utah | 2018 |

Applicant is a member in good standing of the state bars of Utah, the District of Columbia, and Virginia. Applicant has never been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court. Applicant has never been charged, arrested, or convicted of any criminal offense or offenses. Applicant has no pending disciplinary sanction actions nor has Applicant ever been subject to any disciplinary sanctions by any court or bar association.

Applicant has read and is familiar with the Local Rules of the Eastern District of Washington and will comply with its standards of practice.

The name, address, and phone number of admitted counsel with whom the Applicant will be associated is:

> LINCOLN DAVIS WILSON (WA #53764)
> Deputy Attorney General
> Chief, Civil Litigation and
> Constitutional Defense Division
> Office of the Attorney General
> P.O. Box 83720
> Boise, Idaho 83720-0010
> Tel:  (208) 334-2400
> Fax:  (208) 854-8071
> Lincoln.Wilson@ag.idaho.gov

Mr. Wilson is admitted to practice in this Court and shall sign all pleadings, motions, and other papers prior to filing and shall meaningfully participate in the case. The required filing fee of $200.00 is tendered herewith pursuant to Local Rule 83.2(c)(1).

I declare under penalty of perjury that the foregoing to be true and correct.

Dated: April 10, 2023  Signature of Applicant: */s/ Christopher A. Bates*

WHEREFORE, the undersigned moves that this Court enter an Order permitting the admission of Christopher A. Bates to the Eastern District of Washington pro hac vice for this case only.

Dated: April 11, 2023

                                           */s/ Lincoln Davis Wilson*
LINCOLN DAVIS WILSON (#53764)
Deputy Attorney General
Chief, Civil Litigation and
Constitutional Defense Division
Office of the Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel:  (208) 334-2400
Fax:  (208) 854-8071
Lincoln.Wilson@ag.idaho.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                         */s/ Lincoln Davis Wilson*
                                         LINCOLN DAVIS WILSON (WA #53764)