RAÚL R. LABRADOR
  Attorney General
DAVID M.S. DEWHIRST (ID #12141)
  Chief Deputy Attorney General
THEODORE J. WOLD (CA #289177)
  Solicitor General
LINCOLN DAVIS WILSON (WA #53764)
  Deputy Attorney General
  Chief, Civil Litigation and Constitutional Defense Division
JOSHUA N. TURNER (MN #0400279)
  Deputy Solicitor General
Office of the Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
Fax: (208) 854-8071

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al., | Case No. 1:23-cv-03026 |
| Plaintiffs, | |
| v. | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al. | **MOTION TO EXPEDITE** |
| Defendants, | |
| STATE OF IDAHO; STATE OF IOWA; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF TEXAS; STATE OF UTAH, | |
| Plaintiffs-Intervenors, | |

Plaintiffs-Intervenors move to expedite consideration of their Motion to Intervene (Dkt. #76) and their pending motions for admission *pro hac vice* (Dkt. ##77, 79, 85, 87, 88, 89) by or before April 21, 2023. To accommodate the Court's expedited consideration, Plaintiffs-Intervenors will file their reply in support of their Motion to Intervene by April 19, 2023. Plaintiffs have informed Plaintiffs-Intervenors that they take no position on this Motion to Expedite, and Defendants have informed Plaintiffs-Intervenors that they do not oppose it. Plaintiffs and Defendants both oppose the underlying Motion to Intervene.

Expedited ruling on Plaintiffs-Intervenors' Motion to Intervene and *pro hac vice* motions will ensure that they are able to protect their interests fully in this matter. The Court's April 7, 2023 Preliminary Injunction Order impacts Plaintiffs-Intervenors. Plaintiff States like Washington, Colorado, New Mexico, and Oregon border several of Plaintiffs-Intervenors, and differing safeguards for mifepristone in these States directly affect Plaintiffs-Intervenors and their residents. These concerns are particularly salient since mifepristone may otherwise not be approved for marketing as of April 15, 2023, under the court's order in *Alliance for Hippocratic Medicine v. FDA*, 2:22-cv-00223-Z, Dkt. 137 (Apr. 7, 2023).

Without expedited consideration, Plaintiffs-Intervenors' motions are set to be considered no earlier than May 1, 2023. The deadline to appeal the Court's Preliminary Injunction order is May 8, 2023, which will likely pass before the Court decides Plaintiffs-Intervenors' Motion to Intervene. Plaintiffs-Intervenors thus have good cause to request expedited consideration and respectfully request a decision on their Motion to Intervene and *pro hac vice* motions by Friday, April 21, 2023, in advance of the deadline to appeal from the April 7, 2023 Preliminary Injunction Order.

Dated: April 11, 2023

                */s/ Lincoln Davis Wilson*
                LINCOLN DAVIS WILSON (#53764)
                Deputy Attorney General
                Chief, Civil Litigation and
                Constitutional Defense Division
                Office of the Attorney General
                P.O. Box 83720
                Boise, Idaho 83720-0010
                Tel:  (208) 334-2400
                Fax:  (208) 854-8071
                Lincoln.Wilson@ag.idaho.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>                      */s/Lincoln Davis Wilson*
> LINCOLN DAVIS WILSON (WA #53764)