ROBERT W. FERGUSON
Attorney General
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 1:23-cv-03026-TOR |
| Plaintiffs, | DECLARATION OF KRISTIN BENESKI IN SUPPORT OF PLAINTIFF STATES' RESPONSE TO MOTION TO INTERVENE |
| v. | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al. | |
| Defendants. | |

I, Kristin Beneski, declare as follows:

1. I am over the age of 18, am competent to testify to the matters herein, and make this declaration based on my personal knowledge.

2. I am First Assistant Attorney General with the Washington State Office of the Attorney General and counsel of record in this matter.

DECLARATION OF KRISTIN BENESKI IN SUPPORT OF PLAINTIFF STATES' RESPONSE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    3.    Attached hereto as Exhibit A is a true and correct copy of an April 10, 2023 email exchange between counsel for the State of Idaho, counsel for Defendants, and me.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 13th day of April, 2023 at Seattle, Washington.

*/s/ Kristin Beneski*
Kristin Beneski
First Assistant Attorney General

DECLARATION OF KRISTIN BENESKI IN SUPPORT OF PLAINTIFF STATES' RESPONSE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED this 13th day of April, 2023, at Seattle, Washington.

*/s/ Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General

DECLARATION OF KRISTIN BENESKI IN SUPPORT OF PLAINTIFF STATES' RESPONSE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744