NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>Defendants. | No. 1:23-cv-03026<br><br>MOTION FOR EXTENSION OF TIME<br><br>05/17/23<br>WITHOUT ORAL ARGUMENT |

Pursuant to Local Rule 7, Defendants respectfully request that this Court extend Defendants' time to respond to Plaintiffs' Amended Complaint by twenty-one (21) days, which would result in Defendants' response being due on May 15, 2023, instead of April 24, 2023. Counsel for Plaintiffs have informed undersigned counsel that they consent to this motion.

MOTION FOR EXTENSION OF TIME    1

Good cause exists to grant Defendants' extension request because that extension will give Defendants' sufficient time to respond to the Amended Complaint and/or determine how best to proceed in light of this Court's orders granting in part Plaintiffs' Motion for Preliminary Injunction (ECF No. 80) and granting Defendants' Motion for Clarification (ECF No. 91).

April 17, 2023

HILARY K. PERKINS
Assistant Director

*/s/ Noah T. Katzen*
NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

*Counsel for Defendants*

MOTION FOR EXTENSION OF TIME

**CERTIFICATE OF SERVICE**

    I hereby certify that, on April 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                    */s/ Noah T. Katzen*
                                    NOAH T. KATZEN