Raúl R. Labrador
  Attorney General
Theodore J. Wold (CA #289177)
  Solicitor General
Lincoln Davis Wilson (WA #53764)
  Deputy Attorney General
  Chief, Civil Litigation and Constitutional Defense Division
Joshua N. Turner (MN #0400279)
  Deputy Solicitor General
Office of the Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
Fax: (208) 854-8071

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| State of Washington, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Food and Drug Administration, et al. <br><br> Defendants, <br><br> State of Idaho; State of Iowa; State of Montana; State of Nebraska; State of South Carolina; State of Texas; State of Utah, <br><br> Plaintiffs-Intervenors, | Case No. 1:23-cv-03026 <br><br> **NOTICE OF APPEAL** |

STATE INTERVENORS'
NOTICE OF APPEAL                    1                    ATTORNEY GENERAL OF IDAHO

The States of Idaho, Iowa, Montana, Nebraska, South Carolina, Texas, and Utah ("State Intervenors") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Denying State Intervenors' Motion to Intervene, Dkt. #104, entered April 21, 2023.

Pursuant to Ninth Circuit Rule 3-2, State Intervenors' Representation Statement is attached hereto.

Dated: April 26, 2023

*/s/ Lincoln Davis Wilson*
LINCOLN DAVIS WILSON (#53764)
Deputy Attorney General
Chief, Civil Litigation and
Constitutional Defense Division
Office of the Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
Fax: (208) 854-8071
Lincoln.Wilson@ag.idaho.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>	*/s/ Lincoln Davis Wilson*
>	LINCOLN DAVIS WILSON (WA #53764)

## RULE 3-2 REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b) and in satisfaction of Federal Rule of Appellate Procedure 12(b), State Intervenors provide the following statement of the parties to this appeal and their respective counsel:

1. Plaintiff State of Washington:

> Robert W. Ferguson
> Noah Guzzo Purcell (WSBA #43492)
> Noah.Purcell@atg.wa.gov
> Kristin Beneski (WSBA #45478)
> Kristin.Beneski@atg.wa.gov
> Colleen M. Melody (WSBA #42275)
> Colleen.Melody@atg.wa.gov
> Andrew R.W. Hughes (WSBA #49515)
> Andrew.Hughes@atg.wa.gov
> Lauryn K. Fraas (WSBA #53238)
> Lauryn.Fraas@atg.wa.gov
> Tera M. Heintz (WSBA #54921)
> Tera.Heintz@atg.wa.gov
> 800 Fifth Avenue, Suite 2000
> Seattle, WA 98104-3188
> (206) 464-7744
> *Attorneys for Plaintiff State of Washington*

2. Plaintiff State of Oregon:

> Ellen F. Rosenblum
> Carla Scott (WSBA #39947)
> Carla.A.Scott@doj.state.or.us
> Sander Marcus Hull (WSBA #35986)
> Marcus.Hull@doj.state.or.us
> YoungWoo Joh (OSB #164105)
> Youngwoo.Joh@doj.state.or.us
> 100 SW Market Street
> Portland, OR 97201
> (503) 798-1664

3. Plaintiff State of Arizona:

    Kris Mayes
    Daniel C. Barr (AZ #010149)
    Daniel.Barr@azag.gov
    Luci D. Davis (AZ #35347)
    Luci.Davis@azag.gov
    2005 N. Central Avenue
    Phoenix, AZ 85004
    (602) 542-7751

4. Plaintiff State of Colorado:

    Philip J. Weiser
    Eric Olson (CO #36414)
    Eric.Olson@coag.gov
    Michael McMaster (CO #42368)
    Michael.McMaster@coag.gov
    1300 Broadway, 10th Floor
    Denver, CO 80203
    (720) 508-6000

5. Plaintiff State of Connecticut:

    William Tong
    Joshua Perry (#440303)*
    Joshua.Perry@ct.gov
    165 Capitol Avenue
    Hartford, CT 06106
    (860) 808-5372

6. Plaintiff State of Delaware:

    Kathleen Jennings
    Vanessa L. Kassab (#56132)
    Vanessa.Kassab@delaware.gov
    820 North French Street, 5th Floor
    Wilmington, DE 19801
    (302) 683-8881

7. Plaintiff State of Illinois:

>Kwame Raoul
>Caitlyn G. McEllis (#6306561)
>Caitlyn.McEllis@ilag.gov
>100 West Randolph Street
>Chicago, IL 60601
>(312) 793-2394

8. Plaintiff State of Michigan:

>Dana Nessel
>Stephanie M. Service (P73305)
>Services3@michigan.gov
>525 West Ottawa Street
>PO Box 30758
>Lansing, MI 48909
>(517) 335-7603

9. Plaintiff State of Nevada:

>Aaron D. Ford
>Heidi Parry Stern (#8873)*
>HStern@ag.nv.gov
>555 E. Washington Ave., Ste 3900
>Las Vegas, NV 89101
>(702) 486-3420

10. Plaintiff State of New Mexico:

>Raúl Torrez
>Aletheia Allen (NM142672)
>AAllen@nmag.gov
>201 Third St., NW, Suite 300
>Albuquerque, NM 87102
>(505) 527-2776

11. Plaintiff State of Rhode Island:

>Peter F. Neronha
>Julia C. Harvey (#10529)
>Jharvey@riag.ri.gov
>150 South Main Street
>Providence, RI 02903
>(401) 274-4400

12. Plaintiff State of Vermont:

>Charity R. Clark
>Eleanor L.P. Spottswood (#5218)*
>Eleanor.Spottswood@vermont.gov
>109 State Street
>Montpelier, VT 05609-1001
>(802) 793-1646

13. Plaintiff State of Hawaii:

>Anne E. Lopez
>Erin N. Lau (#009887)*
>Erin.N.Lau@hawaii.gov
>465 South King St., Rm. 200
>Honolulu, HI 96813

14. Plaintiff State of Maine:

>Aaron M. Frey
>Halliday Moncure (#4559)
>Halliday.Moncure@maine.gov
>6 State House Station
>Augusta, ME 04333-0006

15. Plaintiff State of Maryland:

   Anthony G. Brown
   Steven M Sullivan (#199706260005)*
   Ssullivan@oag.state.md.us
   200 Saint Paul Place, 20th Floor
   Baltimore, MD 21202
   (410) 576-6427

16. Plaintiff State of Minnesota:

   Keith Ellison
   Liz Kramer (#0325089)
   Liz.Kramer@ag.state.mn.us
   Jennifer Olson (0391356)
   Jennifer.Olson@ag.state.mn.us
   445 Minnesota St., Ste. 1400
   St. Paul, MN 55101-2131
   (651) 757-1010

17. Plaintiff State of Pennsylvania:

   Michelle A. Henry
   Jill M. Graziano (Pa. Bar No. 82725)
   Jgraziano@attorneygeneral.gov
   1000 Madison Ave., Ste. 310
   Norristown, PA 19403
   (484) 460-1330

18. Plaintiff District of Columbia:

   Brian L. Schwalb
   Nicole S. Hill (#888324938)
   Nicole.Hill@dc.gov
   400 Sixth Street, N.W.
   Washington, D.C. 20001
   (202) 727-4171

19. Defendants United States Food and Drug Administration, United States Department of Health and Human Services, Robert M. Califf, and Xavier Becerra:

> Noah T. Katze
> Noah.T.Katzen@usdoj.gov
> DOJ-Civil
> 450 5th Street NW
> Washington, DC 20530
> (202) 305-2428

*Pro Hac Vice pending*