

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
920 WEST RIVERSIDE AVENUE
P.O. BOX 1493
SPOKANE, WASHINGTON 99210
www.waed.uscourts.gov

SEAN F. MCAVOY
CLERK OF COURT

(509) 458-3400
FAX (509) 458-3420

RENEA GROGAN
CHIEF DEPUTY CLERK

April 26, 2023

Lincoln Davis Wilson
Idaho Attorney Generals Office
PO Box 83720
Boise, ID 83720-0010

RE: State of Washington et al v. U.S. Food and Drug Administration
1:23-cv-03026-TOR

Dear Mr. Wilson,

Enclosed is a filed copy of the Notice of Appeal and docket entries.

Very truly yours,

**UNITED STATES DISTRICT COURT**

Office of the Clerk
Appeal Deputy Clerk

Enclosures