APPEAL,HP,LC01

# Eastern District of Washington
# U.S. District Court (Yakima)
# CIVIL DOCKET FOR CASE #: 1:23-cv-03026-TOR

State of Washington et al v. United States Food and Drug
Administration et al
Assigned to: Judge Thomas O. Rice
Cause: 5:702 Administrative Procedure Act - Right of Review

Date Filed: 02/23/2023
Jury Demand: None
Nature of Suit: 899 Other Statutes:
Administrative Procedures Act/Review or
Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**State of Washington**        represented by

**Andrew Wenderoff Hughes**
Washington State Attorney General -
Seattle
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Email: andrew.hughes@atg.wa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colleen M Melody**
Office of the Attorney General - SEA
Civil Rights Unit
800 5th Avenue
Suite 2000
Seattle, WA 98104
206-464-7744
Email: colleen.melody@atg.wa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin Beneski**
Attorney Generals Office - Seattle (Tort)
800 Fifth Avenue
Suite 2000
Seattle, WA 98104
206-464-7744
Email: kristin.beneski@atg.wa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauryn K Fraas**
Attorney Generals Office - Seattle (Tort)
800 Fifth Avenue
Suite 2000

Seattle, WA 98104
206-521-5811
Email: lauryn.fraas@atg.wa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah G Purcell**
Attorney General of Washington
Government Compliance and Enforcement
Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-2536
Email: Noah.Purcell@atg.wa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tera M Heintz**
Attorney General of the State of
Washington
1125 Washington Street SE
PO Box 40100
Olympa, WA 98504-0100
360-664-3027
Email: Tera.Heintz@atg.wa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Oregon**              represented by  **Carla Scott**
Oregon Department of Justice
100 SW Market Street
Portalnd, OR 97201
503-798-1664
Email: carla.a.scott@doj.state.or.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sander Marcus Hull**
Oregon State Department of Justice
Civil Recovery Section
1162 Court Street NE
Salem, OR 97301-4096
503-349-7124
Email: marcus.hull@doj.state.or.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**YoungWoo Joh**

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
971-673-2737
Email: youngwoo.joh@doj.state.or.us
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Beneski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sander Marcus Hull**
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
503-934-4400
Email: marcus.hull@doj.state.or.us
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Arizona**        represented by   **Daniel C Barr**
Arizona Office of Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
602-542-8080
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Luci Danielle Davis**
Arizona Attorney General's Office
2005 N Central Avenue
Phoenix, AZ 85004
602-542-7751
Email: luci.davis@azag.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Beneski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Colorado**        represented by   **Eric R Olson**
Office of the Attorney General - CO
1300 Broadway, 10th Floor
Denver, CO 80203

720-508-6548
Email: eric.olson@coag.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael D McMaster**
Office of the Attorney General - CO
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6484
Email: michael.mcmaster@coag.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Beneski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Connecticut**                    represented by    **Kristin Beneski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Delaware**                    represented by    **Kristin Beneski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Illinois**                    represented by    **Caitlyn Gulia McEllis**
Office of the Attorney General - IL
100 W Randolph Street
12th Floor
Chicago, IL 60601
312-793-2394
Email: caitlyn.mcellis@ilag.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Beneski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Attorney General of Michigan**                    represented by    **Stephanie M Service**
Michigan Department of Attorney General
Health, Education & Family Services

Division
525 West Ottawa Street
PO Box 30758
Lansing, MI 48909
517-335-7603
Fax: 517-335-1152
Email: services3@michigan.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Beneski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Nevada**                     represented by  **Kristin Beneski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New Mexico**                 represented by  **Aletheia Allen**
New Mexico Office of the Attorney
General
201 Third Street NW
Suite 300
Albuquerque, NM 87102
505-527-2776
Email: aallen@nmag.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Beneski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Rhode Island**               represented by  **Julia C Harvey**
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
401-274-4400
Email: jharvey@riag.ri.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Beneski**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Vermont**        represented by   **Kristin Beneski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Maryland**        represented by   **Kristin Beneski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Minnesota**        represented by   **Jennifer Lee Olson**
Minnesota Office of Attorney General
445 Minnesota Street
Suite 1100
St Paul, MN 55101
651-583-7066
Email: jennifer.olson@ag.state.mn.us
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Liz C Kramer**
Minnesota Attorney General's Office
445 Minnesota Street
Suite 1400
St Paul, MN 55101
651-757-1010
Email: liz.kramer@ag.state.mn.us
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Beneski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commonwealth of Pennsylvania**        represented by   **Jill M Graziano**
Pennsylvania Office of Attorney General
1000 Madison Avenue
Suite 310
Norristown, PA 19403
484-460-1330
Email: jgraziano@attorneygeneral.gov
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Kristin Beneski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Maine**                 represented by   **Halliday Moncure**
Office of the Attorney General - ME
6 State House Station
Augusta, ME 04333
207-626-8800
Email: halliday.moncure@maine.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Beneski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**District of Columbia**         represented by   **Nicole Suzanne Hill**
District of Columbia Office of Attorney
General
400 Sixth Street NW
Washington, DC 20001
202-727-4171
Email: nicole.hill@dc.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vanessa L Kassab**
Delaware Department of Justice
820 North French Street
5th Floor
Wilmington, DE 19801
302-683-8881
Email: vanessa.kassab@delaware.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Beneski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Hawaii**                    represented by   **Kristin Beneski**
    (See above for address)
    *ATTORNEY TO BE NOTICED*


V.

<u>**Intervenor Plaintiff**</u>

**State of Idaho**                    represented by   **Joshua N Turner**
*TERMINATED: 04/21/2023*            Idaho Office of Attorney General
    PO Box 83720
    Boise, ID 83720
    208-334-2400
    Fax: 208-854-8071
    *LEAD ATTORNEY*
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

    **Lincoln Davis Wilson**
    Idaho Attorney Generals Office
    PO Box 83720
    Boise, ID 83720-0010
    208-334-2400
    Email: lincoln.wilson@ag.idaho.gov
    *ATTORNEY TO BE NOTICED*

<u>**Intervenor Plaintiff**</u>

**State of Iowa**                    represented by   **Eric H Wessan**
*TERMINATED: 04/21/2023*            Iowa Office of Attorney General
    1305 E Walnut Street
    Des Moines, IA 50319
    515-823-9117
    *LEAD ATTORNEY*
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

    **Lincoln Davis Wilson**
    (See above for address)
    *ATTORNEY TO BE NOTICED*

<u>**Intervenor Plaintiff**</u>

**State of Montana**                    represented by   **Peter M Torstensen , Jr**
*TERMINATED: 04/21/2023*            Montana Department of Justice
    Office of the Attorney General
    PO Box 201401
    Helena, MT 59620
    406-444-2026
    *LEAD ATTORNEY*
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

Lincoln Davis Wilson
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**State of Nebraska**      represented by   **Lincoln Davis Wilson**
*TERMINATED: 04/21/2023*                    (See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**State of South Carolina**      represented by   **Thomas T Hydrick**
*TERMINATED: 04/21/2023*                    South Caroline Office of Attorney General
PO Box 11549
Columbia, SC 29211
803-734-4127
Fax: 803-734-3677
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lincoln Davis Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**State of Texas**      represented by   **Leif A Olson**
*TERMINATED: 04/21/2023*                    Office of the Attorney General - TX
PO Box 12458
Austin, TX 78711
512-463-1700
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lincoln Davis Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**State of Utah**      represented by   **Christopher A Bates**
*TERMINATED: 04/21/2023*                    Office of the Utah Attorney General
350 N. Stat Street
Suite 230
Salt Lake City, UT 84114
801-366-0300
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lincoln Davis Wilson**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Food and Drug Administration**       represented by   **Noah T Katzen**
DOJ-Civil
450 5th Street NW
Washington, DC 20530
202-305-2428
Email: noah.t.katzen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert M Califf**       represented by   **Noah T Katzen**
*in his official capacity as Commissioner of Food and Drugs*       (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of Health and Human Services**       represented by   **Noah T Katzen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Xavier Becerra**       represented by   **Noah T Katzen**
*in his official capacity as Secretary of the Department of Health and Human Services*       (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Society for Maternal-Fetal Medicine**

**Amicus**

**Legal Voice**       represented by   **Amanda J Beane**
Perkins Coie - SEA
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
206-359-8000
Fax: 206-359-4965
Email: ABeane@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **American College of Obstetricians and Gynecologists** | represented by | **Adam B Aukland-Peck**<br>Debevoise & Plimpton LLP - NY<br>66 Hudson Boulevard<br>New York, NY 10001<br>212-909-6000<br>Email: aaukland-peck@debevoise.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Daniel M Weiskopf**<br>McNaul Ebel Nawrot & Helgren PLLC<br>600 University Street<br>Suite 2700<br>Seattle, WA 98101<br>206-467-1816<br>Email: dweiskopf@mcnaul.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jessica Morris**<br>American College of Obstetricians and Gynecologists<br>409 12th Street SW<br>Washington, DC 20024<br>202-638-5577<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Megan McGuiggan**<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Avenue NW<br>Suite 500<br>Washington, DC 20004<br>202-383-8000<br>Email: mmcguiggan@debevoise.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Molly A Meegan**<br>American College of Obstetricians and Gynecologists<br>409 12th Street SW<br>Washington, DC 20024<br>202-863-2581<br>Email: mameegan@gmail.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

**Shannon Rose Selden**
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
212-909-6000
Fax: 212-909-6836
Email: srselden@debevoise.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**American Medical Association**          represented by  **Adam B Aukland-Peck**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **Daniel M Weiskopf**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Jessica Morris**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **Megan McGuiggan**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **Molly A Meegan**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **Shannon Rose Selden**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Society for Maternal-Fetal Medicine**      represented by    **Adam B Aukland-Peck**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M Weiskopf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Morris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly A Meegan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon Rose Selden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**American Academy of Family Physicians**      represented by    **Adam B Aukland-Peck**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M Weiskopf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Morris**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly A Meegan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon Rose Selden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**American Academy of Pediatrics**      represented by  **Adam B Aukland-Peck**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M Weiskopf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Morris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly A Meegan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon Rose Selden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**American College of Nurse-Midwives**    represented by  **Adam B Aukland-Peck**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M Weiskopf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Morris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly A Meegan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon Rose Selden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**American Gynecological and Obstetrical
Society**    represented by  **Adam B Aukland-Peck**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M Weiskopf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Morris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly A Meegan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon Rose Selden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**American Society for Reproductive Medicine**     represented by   **Adam B Aukland-Peck**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M Weiskopf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Morris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan McGuiggan**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly A Meegan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon Rose Selden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Council of University Chairs of Obstetrics & Gynecology**      represented by    **Adam B Aukland-Peck**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M Weiskopf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Morris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly A Meegan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon Rose Selden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **North American Society for Pediatric and Adolescent Gynecology** | represented by | **Adam B Aukland-Peck** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M Weiskopf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Morris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly A Meegan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon Rose Selden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Society of General Internal Medicine** | represented by | **Adam B Aukland-Peck** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M Weiskopf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Morris**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly A Meegan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon Rose Selden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Society of Gynecologic Oncology** | represented by | **Adam B Aukland-Peck**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Daniel M Weiskopf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Morris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly A Meegan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Shannon Rose Selden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Society of Gynecologic Surgeons**      represented by **Adam B Aukland-Peck**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M Weiskopf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Morris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly A Meegan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon Rose Selden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Society of OB/GYN Hospitalists**      represented by **Adam B Aukland-Peck**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M Weiskopf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Morris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly A Meegan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon Rose Selden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Washington State Medical Association**          represented by  **Adam B Aukland-Peck**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M Weiskopf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Morris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan McGuiggan**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly A Meegan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon Rose Selden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2023 | 107 | NOTICE OF INTERLOCUTORY APPEAL as to 104 Order on Motion to Intervene/Order on Motion for Leave to Appear Pro Hac Vice filed 4/21/2023 by State of Idaho, State of Iowa, State of Montana, State of Nebraska, State of South Carolina, State of Texas and State of Utah. (TNC, Case Administrator) (Entered: 04/26/2023) |
| 04/26/2023 | 106 | LODGED NOTICE OF APPEAL from District Court decision as to 104 Order on Motion to Intervene,,,, Order on Motion for Leave to Appear Pro Hac Vice,,,,,,,,,,,,,,,,,,,,, by State of Idaho, State of Iowa, State of Montana, State of Nebraska, State of South Carolina, State of Texas, State of Utah. Filing fee $ 505, receipt number AWAEDC-4279245. (Wilson, Lincoln) (Entered: 04/26/2023) |
| 04/24/2023 | 105 | ORDER: For good cause shown, Defendants' 95 Consent Motion for Extension of Time is GRANTED. Defendants shall respond to the Amended Complaint on or before **May 15, 2023**. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER - NO PDF ATTACHED. (HH, Law Clerk) (Entered: 04/24/2023) |
| 04/21/2023 | 104 | ORDER DENYING 76 MOTION TO INTERVENE. Proposed State Plaintiff-Intervenors' State of Montana, State of Nebraska, State of South Carolina, State of Texas, State of Utah, State of Idaho and State of Iowa are terminated; granting 77 Motion for Leave to Appear Pro Hac Vice. Added Attorney Joshua N Turner for State of Idaho; granting 79 Motion for Leave to Appear Pro Hac Vice. Added Peter M Torstensen, Jr for State of Montana; granting 85 Motion for Leave to Appear Pro Hac Vice. Added Attorney Thomas T Hydrick for State of South Carolina; granting 87 Motion for Leave to Appear Pro Hac Vice. Added Attorney Eric H Wessan for State of Iowa; granting 88 Motion for Leave to Appear Pro Hac Vice. Added Attorney Leif A Olson for State of Texas; granting 89 Motion for Leave to Appear Pro Hac Vice. Added Attorney Christopher A Bates for State of Utah. Signed by Judge Thomas O. Rice. (TNC, Case Administrator) (Entered: 04/21/2023) |
| 04/19/2023 | 103 | REPLY MEMORANDUM re 76 MOTION to Intervene filed by State of Idaho, State of Iowa, State of Montana, State of Nebraska, State of South Carolina, State of Texas, State of Utah. (Wilson, Lincoln) (Entered: 04/19/2023) |

| 04/19/2023 | 102 | ORDER granting 68 Motion for Leave to Appear Pro Hac Vice. Attorney Shannon Rose Selden added for American Academy of Family Physicians; American Academy of Pediatrics; American College of Nurse-Midwives; American College of Obstetricians and Gynecologists; American Gynecological and Obstetrical Society; American Medical Association; American Society for Reproductive Medicine; Council of University Chairs of Obstetrics & Gynecology; North American Society for Pediatric and Adolescent Gynecology; Society for Maternal-Fetal Medicine; Society of General Internal Medicine; Society of Gynecologic Oncology; Society of Gynecologic Surgeons; Society of OB/GYN Hospitalists; and Washington State Medical Association. TEXT ONLY ORDER; NO PDF WILL ISSUE. Signed by Judge Thomas O. Rice. (BF, Paralegal) (Entered: 04/19/2023) |
|---|---|---|
| 04/19/2023 | 101 | ORDER granting 67 Motion for Leave to Appear Pro Hac Vice. Attorney Molly Meegan added for American Academy of Family Physicians; American Academy of Pediatrics; American College of Nurse-Midwives; American College of Obstetricians and Gynecologists; American Gynecological and Obstetrical Society; American Medical Association; American Society for Reproductive Medicine; Council of University Chairs of Obstetrics & Gynecology; North American Society for Pediatric and Adolescent Gynecology; Society for Maternal-Fetal Medicine; Society of General Internal Medicine; Society of Gynecologic Oncology; Society of Gynecologic Surgeons; Society of OB/GYN Hospitalists; and Washington State Medical Association. TEXT ONLY ORDER; NO PDF WILL ISSUE. Signed by Judge Thomas O. Rice. (BF, Paralegal) (Entered: 04/19/2023) |
| 04/19/2023 | 100 | ORDER granting 66 Motion for Leave to Appear Pro Hac Vice. Attorney Megan McGuiggan added for American Academy of Family Physicians; American Academy of Pediatrics; American College of Nurse-Midwives; American College of Obstetricians and Gynecologists; American Gynecological and Obstetrical Society; American Medical Association; American Society for Reproductive Medicine; Council of University Chairs of Obstetrics & Gynecology; North American Society for Pediatric and Adolescent Gynecology; Society for Maternal-Fetal Medicine; Society of General Internal Medicine; Society of Gynecologic Oncology; Society of Gynecologic Surgeons; Society of OB/GYN Hospitalists; and Washington State Medical Association. TEXT ONLY ORDER; NO PDF WILL ISSUE. Signed by Judge Thomas O. Rice. (BF, Paralegal) (Entered: 04/19/2023) |
| 04/19/2023 | 99 | ORDER granting 65 Motion for Leave to Appear Pro Hac Vice. Attorney Jessica Morris added for American Academy of Family Physicians; American Academy of Pediatrics; American College of Nurse-Midwives; American College of Obstetricians and Gynecologists; American Gynecological and Obstetrical Society; American Medical Association; American Society for Reproductive Medicine; Council of University Chairs of Obstetrics & Gynecology; North American Society for Pediatric and Adolescent Gynecology; Society for Maternal-Fetal Medicine; Society of General Internal Medicine; Society of Gynecologic Oncology; Society of Gynecologic Surgeons; Society of OB/GYN Hospitalists; and Washington State Medical Association. TEXT ONLY ORDER; NO PDF WILL ISSUE. Signed by Judge Thomas O. Rice. (BF, Paralegal) (Entered: 04/19/2023) |

| 04/19/2023 | 98 | ORDER granting 64 Motion for Leave to Appear Pro Hac Vice. Attorney Adam Aukand-Peck added for American Academy of Family Physicians; American Academy of Pediatrics; American College of Nurse-Midwives; American College of Obstetricians and Gynecologists; American Gynecological and Obstetrical Society; American Medical Association; American Society for Reproductive Medicine; Council of University Chairs of Obstetrics & Gynecology; North American Society for Pediatric and Adolescent Gynecology; Society for Maternal-Fetal Medicine; Society of General Internal Medicine; Society of Gynecologic Oncology; Society of Gynecologic Surgeons; Society of OB/GYN Hospitalists; and Washington State Medical Association. TEXT ONLY ORDER; NO PDF WILL ISSUE. Signed by Judge Thomas O. Rice. (BF, Paralegal) (Entered: 04/19/2023) |
| 04/18/2023 | 97 | MOTION to Appear Pro Hac Vice re Attorney: Erin N. Lau. Filing fee $ 200, receipt number AWAEDC-4272595. by State of Hawaii. Motion Hearing set for **5/18/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 04/18/2023) |
| 04/18/2023 | | Set/Reset Motion Hearing as to 76 MOTION to Intervene , 77 MOTION to Appear Pro Hac Vice re Attorney: Joshua N. Turner, 79 MOTION to Appear Pro Hac Vice re Attorney: Peter M. Torstensen, Jr., 85 MOTION to Appear Pro Hac Vice re Attorney: Thomas T. Hydrick, 87 MOTION to Appear Pro Hac Vice re Attorney: Eric H. Wessan, 88 MOTION to Appear Pro Hac Vice re Attorney: Leif A. Olson, and 89 MOTION to Appear Pro Hac Vice re Attorney: Christopher A. Bates. Motion Hearing set for **4/21/2023** without oral argument before Judge Thomas O. Rice. (HH, Law Clerk) (Entered: 04/18/2023) |
| 04/18/2023 | 96 | ORDER: For good cause shown, the Proposed Intervenors' unopposed 90 Motion to Expedite is GRANTED. The Proposed Intervenors shall file a reply to the 76 Motion to Intervene on or before **April 20, 2023**. A hearing is set for the 76 Motion to Intervene and 77 79 85 87 88 89 Motions to Appear Pro Hac Vice on **April 21, 2023** without oral argument. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER - NO PDF ATTACHED. (HH, Law Clerk) (Entered: 04/18/2023) |
| 04/17/2023 | 95 | Consent MOTION for Extension of Time to File Answer by Xavier Becerra, Robert M Califf, United States Department of Health and Human Services, United States Food and Drug Administration. Motion Hearing set for **5/17/2023** Without Oral Argument before Judge Thomas O. Rice. (Katzen, Noah) (Entered: 04/17/2023) |
| 04/13/2023 | 94 | DECLARATION by Kristin Beneski in Opposition re 76 MOTION to Intervene filed by All Plaintiffs. (Attachments: # 1 Exhibit A)(Beneski, Kristin) (Entered: 04/13/2023) |
| 04/13/2023 | 93 | RESPONSE to Motion re 76 MOTION to Intervene filed by All Plaintiffs. (Beneski, Kristin) (Entered: 04/13/2023) |
| 04/13/2023 | 92 | MEMORANDUM in Opposition re 76 MOTION to Intervene filed by Xavier Becerra, Robert M Califf, United States Department of Health and Human Services, United States Food and Drug Administration. (Katzen, Noah) (Entered: 04/13/2023) |
| 04/13/2023 | 91 | ORDER granting ECF No. 81 Motion to Clarify; granting ECF No. 82 Motion to Expedite. Signed by Judge Thomas O. Rice. (Entered: 04/13/2023) |

| 04/11/2023 | 90 | MOTION to Expedite by State of Idaho, State of Iowa, State of Montana, State of Nebraska, State of South Carolina, State of Texas, State of Utah. Motion Hearing set for **4/18/2023** Without Oral Argument before Judge Thomas O. Rice. (Wilson, Lincoln) (Entered: 04/11/2023) |
|---|---|---|
| 04/11/2023 | 89 | MOTION to Appear Pro Hac Vice re Attorney: Christopher A. Bates. Filing fee $ 200, receipt number AWAEDC-4267990. by State of Utah. Motion Hearing set for **5/11/2023** Without Oral Argument before Judge Thomas O. Rice. (Wilson, Lincoln) (Entered: 04/11/2023) |
| 04/11/2023 | 88 | MOTION to Appear Pro Hac Vice re Attorney: Leif A. Olson. Filing fee $ 200, receipt number AWAEDC-4267976. by State of Texas. Motion Hearing set for **5/11/2023** Without Oral Argument before Judge Thomas O. Rice. (Wilson, Lincoln) (Entered: 04/11/2023) |
| 04/11/2023 | 87 | MOTION to Appear Pro Hac Vice re Attorney: Eric H. Wessan. Filing fee $ 200, receipt number AWAEDC-4267873. by State of Iowa. Motion Hearing set for **5/11/2023** Without Oral Argument before Judge Thomas O. Rice. (Wilson, Lincoln) (Entered: 04/11/2023) |
| 04/11/2023 | 86 | REPLY MEMORANDUM re 82 MOTION to Expedite filed by Xavier Becerra, Robert M Califf, United States Department of Health and Human Services, United States Food and Drug Administration. (Katzen, Noah) (Entered: 04/11/2023) |
| 04/11/2023 | 85 | MOTION to Appear Pro Hac Vice re Attorney: Thomas T. Hydrick. Filing fee $ 200, receipt number AWAEDC-4267782. by State of South Carolina. Motion Hearing set for **5/11/2023** Without Oral Argument before Judge Thomas O. Rice. (Wilson, Lincoln) (Entered: 04/11/2023) |
| 04/10/2023 | 84 | RESPONSE to Motion re 82 MOTION to Expedite filed by All Plaintiffs. (Beneski, Kristin) (Entered: 04/10/2023) |
| 04/10/2023 | 83 | MOTION to Appear Pro Hac Vice re Attorney: Joshua Perry. Filing fee $ 200, receipt number AWAEDC-4267047. by State of Connecticut. Motion Hearing set for **5/10/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 04/10/2023) |
| 04/10/2023 | 82 | MOTION to Expedite by Xavier Becerra, Robert M Califf, United States Department of Health and Human Services, United States Food and Drug Administration. Motion Hearing set for **4/17/2023** Without Oral Argument before Judge Thomas O. Rice. (Katzen, Noah) (Entered: 04/10/2023) |
| 04/10/2023 | 81 | MOTION to Clarify by Xavier Becerra, Robert M Califf, United States Department of Health and Human Services, United States Food and Drug Administration. Motion Hearing set for **5/10/2023** Without Oral Argument before Judge Thomas O. Rice. (Katzen, Noah) (Entered: 04/10/2023) |
| 04/07/2023 | 80 | ORDER denying ECF No. 52 Motion for Leave to File Amicus Curiae Brief; denying ECF No. 69 Motion for Leave to File Amicus Curiae Brief; granting in part and denying in part ECF No. 3 Motion for Preliminary Injunction. Signed by Judge Thomas O. Rice. (Entered: 04/07/2023) |
| 04/06/2023 | 79 | MOTION to Appear Pro Hac Vice re Attorney: Peter M. Torstensen, Jr.. Filing fee $ 200, receipt number AWAEDC-4265245. by State of Montana. Motion Hearing set for **5/8/2023** Without Oral Argument before Judge Thomas O. Rice. (Wilson, |

| | | |
|---|---|---|
| | | Lincoln) (Entered: 04/06/2023) |
| 04/04/2023 | 78 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Preliminary Injunction Motion Hearing. Proceedings held on 3/28/2023 in Spokane, Washington before Judge Thomas O. Rice. Page Numbers: 1 - 28 <br><br> Parties have seven (7) business days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <br><br> Information regarding the policy can be found on the court website at www.waed.uscourts.gov. <br><br> To purchase a copy of the transcript contact Court Reporter/Transcriber Allison Anderson at 509-458-3465 or Allison_Anderson@waed.uscourts.gov. Redaction Request due 4/25/2023. Redacted Transcript Deadline set for 5/5/2023. Release of Transcript Restriction set for 7/3/2023. (Anderson, Allison) (Entered: 04/04/2023) |
| 03/30/2023 | 77 | MOTION to Appear Pro Hac Vice re Attorney: Joshua N. Turner. Filing fee $ 200, receipt number AWAEDC-4260708. by State of Idaho, State of Iowa, State of Montana, State of Nebraska, State of South Carolina, State of Texas, State of Utah. Motion Hearing set for **5/1/2023** Without Oral Argument before Judge Thomas O. Rice. (Wilson, Lincoln) (Entered: 03/30/2023) |
| 03/30/2023 | 76 | MOTION to Intervene by State of Idaho, State of Iowa, State of Montana, State of Nebraska, State of South Carolina, State of Texas, State of Utah. Motion Hearing set for **5/1/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Complaint)(Wilson, Lincoln) (Entered: 03/30/2023) |
| 03/30/2023 | 75 | MOTION to Appear Pro Hac Vice re Attorney: Eleanor Spottswood. Filing fee $ 200, receipt number AWAEDC-4260649. by State of Vermont. Motion Hearing set for **5/1/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 03/30/2023) |
| 03/30/2023 | 74 | MOTION to Appear Pro Hac Vice re Attorney: Steven M. Sullivan. Filing fee $ 200, receipt number AWAEDC-4260645. by State of Maryland. Motion Hearing set for **5/1/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 03/30/2023) |
| 03/30/2023 | 73 | MOTION to Appear Pro Hac Vice re Attorney: Heidi Parry Stern. Filing fee $ 200, receipt number AWAEDC-4260631. by State of Nevada. Motion Hearing set for **5/1/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 03/30/2023) |
| 03/30/2023 | 72 | RESPONSE *to Notice of Supplemental Information* by All Plaintiffs. (Attachments: # 1 Appendix A)(Beneski, Kristin) (Entered: 03/30/2023) |
| 03/29/2023 | 71 | Supplemental NOTICE by Xavier Becerra, Robert M Califf, United States Department of Health and Human Services, United States Food and Drug Administration (Katzen, Noah) (Entered: 03/29/2023) |

| 03/28/2023 | 70 | Minute Entry for proceedings held before Judge Thomas O. Rice: Motion Hearing held on 3/28/2023. (Reported by: Allison Anderson) (BF, Paralegal) (Entered: 03/28/2023) |
|---|---|---|
| 03/24/2023 | 69 | Unopposed MOTION for Leave to File *Amicus Brief in Support of Plaintiffs' Amended Complaint and Motion for Preliminary Injunction* by American Academy of Family Physicians, American Academy of Pediatrics, American College of Nurse-Midwives, American College of Obstetricians and Gynecologists, American Gynecological and Obstetrical Society, American Medical Association, American Society for Reproductive Medicine, Council of University Chairs of Obstetrics & Gynecology, North American Society for Pediatric and Adolescent Gynecology, Society for Maternal-Fetal Medicine, Society of General Internal Medicine, Society of Gynecologic Oncology, Society of Gynecologic Surgeons, Society of OB/GYN Hospitalists, Washington State Medical Association. Motion Hearing set for **3/30/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Amicus Brief, # 2 Text of Proposed Order)(Weiskopf, Daniel) (Entered: 03/24/2023) |
| 03/24/2023 | 68 | MOTION to Appear Pro Hac Vice re Attorney: Shannon R. Selden. Filing fee $ 200, receipt number AWAEDC-4256453. by American Academy of Family Physicians, American Academy of Pediatrics, American College of Nurse-Midwives, American College of Obstetricians and Gynecologists, American Gynecological and Obstetrical Society, American Medical Association, American Society for Reproductive Medicine, Council of University Chairs of Obstetrics & Gynecology, North American Society for Pediatric and Adolescent Gynecology, Society for Maternal-Fetal Medicine, Society of General Internal Medicine, Society of Gynecologic Oncology, Society of Gynecologic Surgeons, Society of OB/GYN Hospitalists, Washington State Medical Association. Motion Hearing set for **4/24/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Weiskopf, Daniel) (Entered: 03/24/2023) |
| 03/24/2023 | 67 | MOTION to Appear Pro Hac Vice re Attorney: Molly Meegan. Filing fee $ 200, receipt number AWAEDC-4256450. by American Academy of Family Physicians, American Academy of Pediatrics, American College of Nurse-Midwives, American College of Obstetricians and Gynecologists, American Gynecological and Obstetrical Society, American Medical Association, American Society for Reproductive Medicine, Council of University Chairs of Obstetrics & Gynecology, North American Society for Pediatric and Adolescent Gynecology, Society for Maternal-Fetal Medicine, Society of General Internal Medicine, Society of Gynecologic Oncology, Society of Gynecologic Surgeons, Society of OB/GYN Hospitalists, Washington State Medical Association. Motion Hearing set for **4/24/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Weiskopf, Daniel) (Entered: 03/24/2023) |
| 03/24/2023 | 66 | MOTION to Appear Pro Hac Vice re Attorney: Megan McGuiggan. Filing fee $ 200, receipt number AWAEDC-4256448. by American Academy of Family Physicians, American Academy of Pediatrics, American College of Nurse-Midwives, American College of Obstetricians and Gynecologists, American Gynecological and Obstetrical Society, American Medical Association, American Society for Reproductive Medicine, Council of University Chairs of Obstetrics & |

| | | |
|---|---|---|
| | | Gynecology, North American Society for Pediatric and Adolescent Gynecology, Society for Maternal-Fetal Medicine, Society of General Internal Medicine, Society of Gynecologic Oncology, Society of Gynecologic Surgeons, Society of OB/GYN Hospitalists, Washington State Medical Association. Motion Hearing set for **4/24/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Weiskopf, Daniel) (Entered: 03/24/2023) |
| 03/24/2023 | 65 | MOTION to Appear Pro Hac Vice re Attorney: Jessica Morris. Filing fee $ 200, receipt number AWAEDC-4256443. by American Academy of Family Physicians, American Academy of Pediatrics, American College of Nurse-Midwives, American College of Obstetricians and Gynecologists, American Gynecological and Obstetrical Society, American Medical Association, American Society for Reproductive Medicine, Council of University Chairs of Obstetrics & Gynecology, North American Society for Pediatric and Adolescent Gynecology, Society for Maternal-Fetal Medicine, Society of General Internal Medicine, Society of Gynecologic Oncology, Society of Gynecologic Surgeons, Society of OB/GYN Hospitalists, Washington State Medical Association. Motion Hearing set for **4/24/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Weiskopf, Daniel) (Entered: 03/24/2023) |
| 03/24/2023 | 64 | MOTION to Appear Pro Hac Vice re Attorney: Adam Aukand-Peck. Filing fee $ 200, receipt number AWAEDC-4256420. by American Academy of Family Physicians, American Academy of Pediatrics, American College of Nurse-Midwives, American College of Obstetricians and Gynecologists, American Gynecological and Obstetrical Society, American Medical Association, American Society for Reproductive Medicine, Council of University Chairs of Obstetrics & Gynecology, North American Society for Pediatric and Adolescent Gynecology, Society for Maternal-Fetal Medicine, Society of General Internal Medicine, Society of Gynecologic Oncology, Society of Gynecologic Surgeons, Society of OB/GYN Hospitalists, Washington State Medical Association. Motion Hearing set for **4/24/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Weiskopf, Daniel) (Entered: 03/24/2023) |
| 03/24/2023 | 63 | DECLARATION by Courtney Schreiber, M.D., M.P.H. in Support re 3 MOTION for Preliminary Injunction filed by All Plaintiffs. (Beneski, Kristin) (Entered: 03/24/2023) |
| 03/24/2023 | 62 | DECLARATION by Karen Nelson in Support re 3 MOTION for Preliminary Injunction filed by All Plaintiffs. (Beneski, Kristin) (Entered: 03/24/2023) |
| 03/24/2023 | 61 | DECLARATION by Andrew Hughes in Support re 3 MOTION for Preliminary Injunction filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Beneski, Kristin) (Entered: 03/24/2023) |
| 03/24/2023 | 60 | REPLY MEMORANDUM re 3 MOTION for Preliminary Injunction filed by All Plaintiffs. (Beneski, Kristin) (Entered: 03/24/2023) |

| | | |
|---|---|---|
| 03/24/2023 | 59 | NOTICE of Appearance by Daniel M Weiskopf on behalf of American College of Obstetricians and Gynecologists, American Medical Association, Society for Maternal-Fetal Medicine, American Academy of Family Physicians, American Academy of Pediatrics, American College of Nurse-Midwives, American Gynecological and Obstetrical Society, American Society for Reproductive Medicine, Council of University Chairs of Obstetrics & Gynecology, North American Society for Pediatric and Adolescent Gynecology, Society of General Internal Medicine, Society of Gynecologic Oncology, Society of Gynecologic Surgeons, Society of OB/GYN Hospitalists, Washington State Medical Association (Attorney Daniel M Weiskopf added to party American College of Obstetricians and Gynecologists(pty:am), Attorney Daniel M Weiskopf added to party American Medical Association(pty:am), Attorney Daniel M Weiskopf added to party Society for Maternal-Fetal Medicine(pty:am), Attorney Daniel M Weiskopf added to party American Academy of Family Physicians(pty:am), Attorney Daniel M Weiskopf added to party American Academy of Pediatrics(pty:am), Attorney Daniel M Weiskopf added to party American College of Nurse-Midwives(pty:am), Attorney Daniel M Weiskopf added to party American Gynecological and Obstetrical Society(pty:am), Attorney Daniel M Weiskopf added to party American Society for Reproductive Medicine(pty:am), Attorney Daniel M Weiskopf added to party Council of University Chairs of Obstetrics & Gynecology(pty:am), Attorney Daniel M Weiskopf added to party North American Society for Pediatric and Adolescent Gynecology(pty:am), Attorney Daniel M Weiskopf added to party Society of General Internal Medicine(pty:am), Attorney Daniel M Weiskopf added to party Society of Gynecologic Oncology(pty:am), Attorney Daniel M Weiskopf added to party Society of Gynecologic Surgeons(pty:am), Attorney Daniel M Weiskopf added to party Society of OB/GYN Hospitalists(pty:am), Attorney Daniel M Weiskopf added to party Washington State Medical Association(pty:am))(Weiskopf, Daniel) (Entered: 03/24/2023) |
| 03/23/2023 | 58 | ORDER granting 57 Motion for Leave to Appear Pro Hac Vice. Attorney Halliday Moncure added for Plaintiff State of Maine. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 03/23/2023) |
| 03/23/2023 | 57 | MOTION to Appear Pro Hac Vice re Attorney: Halliday Moncure. Filing fee $ 200, receipt number CWAEDC-4254390. by State of Maine. Motion Hearing set for **4/24/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 03/23/2023) |
| 03/23/2023 | 56 | ORDER: For good cause shown, Plaintiffs' Unopposed 54 Motion for Leave to File Excess Pages and 55 Motion to Expedite are GRANTED. Plaintiffs' reply shall not exceed 17 pages. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER - NO PDF ATTACHED. (HH, Law Clerk) (Entered: 03/23/2023) |
| 03/22/2023 | 55 | MOTION to Expedite *Motion to Exceed Page Limits* by All Plaintiffs. Motion Hearing set for **3/23/2023** Without Oral Argument before Judge Thomas O. Rice. (Beneski, Kristin) (Entered: 03/22/2023) |

| 03/22/2023 | 54 | MOTION for Leave to File Excess Pages *for Reply in Support of Motion for Preliminary Injunction* by All Plaintiffs. Motion Hearing set for **3/23/2023** Without Oral Argument before Judge Thomas O. Rice. (Beneski, Kristin) (Entered: 03/22/2023) |
|---|---|---|
| 03/22/2023 | 53 | AMICUS BRIEF by Legal Voice. (Beane, Amanda) (Entered: 03/22/2023) |
| 03/22/2023 | 52 | MOTION for Leave to File *AMICUS CURIAE BRIEF* by Legal Voice. Motion Hearing set for **4/21/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Beane, Amanda) (Entered: 03/22/2023) |
| 03/17/2023 | 51 | MEMORANDUM of Points and Authorities in Opposition re 3 MOTION for Preliminary Injunction filed by Xavier Becerra, Robert M Califf, United States Department of Health and Human Services, United States Food and Drug Administration. (Attachments: # 1 Affidavit Katzen Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K)(Katzen, Noah) (Entered: 03/17/2023) |
| 03/16/2023 | 50 | ORDER: For good cause shown, Defendants' 48 Consent Motion for Leave to File Excess Pages and 49 Consent Motion to Expedite are GRANTED. Defendants' response to Plaintiffs' 3 Motion for Preliminary Injunction shall not exceed 35 pages. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER - NO PDF ATTACHED. (HH, Law Clerk) (Service of Notice on parties not registered as users of the Court CM/ECF system accomplished via USPS mail.) (Entered: 03/16/2023) |
| 03/15/2023 | 49 | Consent MOTION to Expedite by Xavier Becerra, Robert M Califf, United States Department of Health and Human Services, United States Food and Drug Administration. Motion Hearing set for **3/22/2023** Without Oral Argument before Judge Thomas O. Rice. (Katzen, Noah) (Entered: 03/15/2023) |
| 03/15/2023 | 48 | Consent MOTION for Leave to File Excess Pages by Xavier Becerra, Robert M Califf, United States Department of Health and Human Services, United States Food and Drug Administration. Motion Hearing set for **4/14/2023** Without Oral Argument before Judge Thomas O. Rice. (Katzen, Noah) (Entered: 03/15/2023) |
| 03/13/2023 | 47 | ORDER granting 45 Motion for Leave to Appear Pro Hac Vice. Attorney Vanessa L. Kassab added for Plaintiff District of Columbia. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 03/13/2023) |
| 03/13/2023 | 46 | ORDER granting 44 Motion for Leave to Appear Pro Hac Vice. Attorney Nicole S. Hill added for Plaintiff District of Columbia. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 03/13/2023) |
| 03/10/2023 | 45 | MOTION to Appear Pro Hac Vice re Attorney: Vanessa L. Kassab. Filing fee $ 200, receipt number AWAEDC-4245806. by State of Delaware. Motion Hearing set for **4/10/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 03/10/2023) |

| | | |
|---|---|---|
| 03/10/2023 | 44 | MOTION to Appear Pro Hac Vice re Attorney: Nicole S. Hill. Filing fee $ 200, receipt number AWAEDC-4245466. by District of Columbia. Motion Hearing set for **4/10/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 03/10/2023) |
| 03/09/2023 | 43 | ORDER granting 39 Motion for Leave to Appear Pro Hac Vice. Attorney Caitlyn G. McEllis for Plaintiff State of Illinois. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 03/09/2023) |
| 03/09/2023 | 42 | ORDER granting 38 Motion for Leave to Appear Pro Hac Vice. Attorney Liz Kramer added for Plaintiff State of Minnesota. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 03/09/2023) |
| 03/09/2023 | 41 | ORDER granting 37 Motion for Leave to Appear Pro Hac Vice. Attorney Jennifer Olson added for Plaintiff State of Minnesota. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 03/09/2023) |
| 03/09/2023 | 40 | ORDER granting 36 Motion for Leave to Appear Pro Hac Vice. Attorney Jill M. Graziano added for Plaintiff Commonwealth of Pennsylvania. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 03/09/2023) |
| 03/09/2023 | 39 | MOTION to Appear Pro Hac Vice re Attorney: Caitlyn G. McEllis. Filing fee $ 200, receipt number AWAEDC-4244596. by State of Illinois. Motion Hearing set for **4/10/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 03/09/2023) |
| 03/09/2023 | 38 | MOTION to Appear Pro Hac Vice re Attorney: Liz Kramer. Filing fee $ 200, receipt number AWAEDC-4244593. by State of Minnesota. Motion Hearing set for **4/10/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 03/09/2023) |
| 03/09/2023 | 37 | MOTION to Appear Pro Hac Vice re Attorney: Jennifer Olson. Filing fee $ 200, receipt number AWAEDC-4244590. by State of Minnesota. Motion Hearing set for **4/10/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 03/09/2023) |
| 03/09/2023 | 36 | MOTION to Appear Pro Hac Vice re Attorney: Jill M. Graziano. Filing fee $ 200, receipt number AWAEDC-4244559. by Commonwealth of Pennsylvania. Motion Hearing set for **4/10/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 03/09/2023) |
| 03/09/2023 | 35 | AMENDED COMPLAINT against All Defendants. Filed by All Plaintiffs. (Beneski, Kristin) (Entered: 03/09/2023) |
| 03/07/2023 | 34 | ORDER granting 26 Motion for Leave to Appear Pro Hac Vice. Attorney Daniel C. Barr added for Plaintiff State of Arizona. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 03/07/2023) |
| 03/07/2023 | 33 | ORDER granting 25 Motion for Leave to Appear Pro Hac Vice. Attorney Luci D. Davis added for Plaintiff State of Arizona. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: |

| | | 03/07/2023) |
|---|---|---|
| 03/07/2023 | 32 | ORDER granting 24 Motion for Leave to Appear Pro Hac Vice. Attorney Stephanie M. Service added for Plaintiff Attorney General of Michigan. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 03/07/2023) |
| 03/07/2023 | 31 | ORDER granting 23 Motion for Leave to Appear Pro Hac Vice. Attorney Michael D. McMaster added for Plaintiff State of Colorado. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 03/07/2023) |
| 03/07/2023 | 30 | ORDER granting 22 Motion for Leave to Appear Pro Hac Vice. Attorney Eric R. Olson added for Plaintiff State of Colorado. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 03/07/2023) |
| 03/07/2023 | 29 | ORDER granting 21 Motion for Leave to Appear Pro Hac Vice. Attorney Aletheia Allen added for Plaintiff State of New Mexico. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 03/07/2023) |
| 03/06/2023 | 28 | NOTICE of Appearance *of Counsel* by Tera M Heintz on behalf of State of Washington (Attorney Tera M Heintz added to party State of Washington(pty:pla)) (Heintz, Tera) (Entered: 03/06/2023) |
| 03/06/2023 | 27 | NOTICE of Appearance by Carla Scott on behalf of State of Oregon (Attorney Carla Scott added to party State of Oregon(pty:pla))(Scott, Carla) (Entered: 03/06/2023) |
| 03/03/2023 | 26 | MOTION to Appear Pro Hac Vice re Attorney: Daniel C. Barr. Filing fee $ 200, receipt number AWAEDC-4240270. by State of Arizona. Motion Hearing set for **4/3/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 03/03/2023) |
| 03/03/2023 | 25 | MOTION to Appear Pro Hac Vice re Attorney: Luci D. Davis. Filing fee $ 200, receipt number AWAEDC-4240264. by State of Arizona. Motion Hearing set for **4/3/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 03/03/2023) |
| 03/03/2023 | 24 | MOTION to Appear Pro Hac Vice re Attorney: Stephanie M. Service. Filing fee $ 200, receipt number AWAEDC-4240190. by Attorney General of Michigan. Motion Hearing set for **4/3/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 03/03/2023) |
| 03/03/2023 | 23 | MOTION to Appear Pro Hac Vice re Attorney: Michael D. McMaster. Filing fee $ 200, receipt number AWAEDC-4240182. by State of Colorado. Motion Hearing set for **4/3/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 03/03/2023) |
| 03/03/2023 | 22 | MOTION to Appear Pro Hac Vice re Attorney: Eric R. Olson. Filing fee $ 200, receipt number AWAEDC-4240068. by State of Colorado. Motion Hearing set for **4/3/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) (Entered: 03/03/2023) |

| | | |
|---|---|---|
| 03/03/2023 | 21 | MOTION to Appear Pro Hac Vice re Attorney: Aletheia Allen. Filing fee $ 200, receipt number AWAEDC-4240057, by State of New Mexico ~~Washington~~. Motion Hearing set for **4/3/2023** Without Oral Argument before Judge Thomas O. Rice. (Hughes, Andrew) Modified on 3/3/2023 to correct the filing party (CV, Courtroom Deputy). (Entered: 03/03/2023) |
| 03/02/2023 | | Reset Motion Hearing as to 3 MOTION for Preliminary Injunction. Motion Hearing reset for **3/28/2023 at 8:30 AM** in Spokane Courtroom 902 before Judge Thomas O. Rice. (BF, Paralegal) (Entered: 03/02/2023) |
| 03/02/2023 | 20 | ORDER: For good cause shown, Defendants' 16 Motion for Extension of Time is **GRANTED in part**. Defendants shall respond to Plaintiffs' 3 Motion for Preliminary Injunction on or before **3/17/2023**. Plaintiffs' Reply, if any, is due on or before **3/24/2023**. The hearing on the motion is RESET to **3/28/2023 at 8:30 AM** in Spokane Courtroom 902 before Judge Thomas O. Rice. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF ATTACHED. (BF, Paralegal) (Entered: 03/02/2023) |
| 03/01/2023 | 19 | RESPONSE to Motion re 16 MOTION for Extension of Time to File Response/Reply filed by All Plaintiffs. (Beneski, Kristin) (Entered: 03/01/2023) |
| 03/01/2023 | | Set/Reset Motion Hearing as to 16 MOTION for Extension of Time to File Response/Reply. Motion Hearing set for **3/7/2023** without oral argument before Judge Thomas O. Rice. (HH, Law Clerk) (Entered: 03/01/2023) |
| 03/01/2023 | 18 | ORDER: For good cause shown, Defendants' 17 Unopposed Motion to Expedite is GRANTED. Plaintiffs shall file a response to Defendants' 16 Motion for Extension of Time no later than **March 6, 2023**. A hearing on the motion is set for **March 7, 2023** without oral argument. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER - NO PDF ATTACHED. (HH, Law Clerk) (Entered: 03/01/2023) |
| 02/28/2023 | 17 | Unopposed MOTION to Expedite by Xavier Becerra, Robert M Califf, United States Department of Health and Human Services, United States Food and Drug Administration. Motion Hearing set for **3/7/2023** Without Oral Argument before Judge Thomas O. Rice. (Katzen, Noah) (Entered: 02/28/2023) |
| 02/28/2023 | 16 | MOTION for Extension of Time to File Response/Reply by Xavier Becerra, Robert M Califf, United States Department of Health and Human Services, United States Food and Drug Administration. Motion Hearing set for **3/30/2023** Without Oral Argument before Judge Thomas O. Rice. (Katzen, Noah) (Entered: 02/28/2023) |
| 02/28/2023 | 15 | NOTICE of Appearance by Noah T Katzen on behalf of Xavier Becerra, Robert M Califf, United States Department of Health and Human Services, United States Food and Drug Administration (Attorney Noah T Katzen added to party Xavier Becerra(pty:dft), Attorney Noah T Katzen added to party Robert M Califf(pty:dft), Attorney Noah T Katzen added to party United States Department of Health and Human Services(pty:dft), Attorney Noah T Katzen added to party United States Food and Drug Administration(pty:dft))(Katzen, Noah) (Entered: 02/28/2023) |
| 02/27/2023 | 14 | ORDER granting 7 Motion for Leave to Appear Pro Hac Vice. Attorney Julia C. Harvey added for State of Washington. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 02/27/2023) |

| | | |
|---|---|---|
| 02/27/2023 | 13 | ORDER granting 5 Motion for Leave to Appear Pro Hac Vice. Attorney YoungWoo Joh added for State of Oregon. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 02/27/2023) |
| 02/27/2023 | 12 | ORDER granting 2 Motion for Leave to File Excess Pages. Plaintiffs' Motion for Preliminary Injunction is accepted as filed. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 02/27/2023) |
| 02/24/2023 | 11 | CERTIFICATE OF SERVICE *re All Defendants* filed by All Plaintiffs. (Beneski, Kristin) (Entered: 02/24/2023) |
| 02/24/2023 | | Reset Motion Hearings for **3/27/2023** Without Oral Argument before Judge Thomas O. Rice re: 3 MOTION for Preliminary Injunction , 7 MOTION to Appear Pro Hac Vice re Attorney: Julia C. Harvey. 2 MOTION for Leave to File Excess Pages *for Plaintiff States' Motion for Preliminary Injunction*, 5 MOTION to Appear Pro Hac Vice re Attorney: YoungWoo Joh. (CLP, Case Administrator Team Lead) (Entered: 02/24/2023) |
| 02/24/2023 | 10 | PROOF OF SERVICE by All Plaintiffs re All Defendants. (Beneski, Kristin) (Entered: 02/24/2023) |
| 02/24/2023 | 9 | PROOF OF SERVICE by All Plaintiffs re All Defendants. (Beneski, Kristin) (Entered: 02/24/2023) |
| 02/24/2023 | 8 | NOTICE by All Plaintiffs re 2 MOTION for Leave to File Excess Pages *for Plaintiff States' Motion for Preliminary Injunction*, 3 MOTION for Preliminary Injunction (Beneski, Kristin) (Entered: 02/24/2023) |
| 02/24/2023 | 7 | MOTION to Appear Pro Hac Vice re Attorney: Julia C. Harvey. Filing fee $ 200, receipt number AWAEDC-4234894 by State of Rhode Island ~~Washington~~. Motion Hearing set for **3/27/2023** Without Oral Argument before Chief Judge Stanley A Bastian. (Hughes, Andrew) Modified on 3/3/2023 to correct the filing party (LAS, Case Administrator). (Entered: 02/24/2023) |
| 02/24/2023 | 6 | Summons Issued as to All Defendants. (Attachments: # 1 Summons US Department of Health and Human Services, # 2 Summons Robert Califf, # 3 Summons Xavier Becerra)(TNC, Case Administrator) (Entered: 02/24/2023) |
| 02/24/2023 | 5 | MOTION to Appear Pro Hac Vice re Attorney: YoungWoo Joh. Filing fee $ 200, receipt number AWAEDC-4234593. by State of Oregon. Motion Hearing set for **3/27/2023** Without Oral Argument before Chief Judge Stanley A Bastian. (Hull, Sander) (Entered: 02/24/2023) |
| 02/24/2023 | 4 | DECLARATION by Plaintiff States in Support re 3 MOTION for Preliminary Injunction filed by All Plaintiffs. (Attachments: # 1 Exhibit 1-19)(Beneski, Kristin) (Entered: 02/24/2023) |
| 02/24/2023 | 3 | MOTION for Preliminary Injunction by All Plaintiffs. Motion Hearing set for **3/27/2023** at **10:00 AM** in Yakima Courtroom 203 before Chief Judge Stanley A Bastian. (Attachments: # 1 Text of Proposed Order)(Beneski, Kristin) (Entered: 02/24/2023) |

| 02/24/2023 | 2 | MOTION for Leave to File Excess Pages *for Plaintiff States' Motion for Preliminary Injunction* by All Plaintiffs. Motion Hearing set for **3/27/2023** Without Oral Argument before Chief Judge Stanley A Bastian. (Attachments: # 1 Text of Proposed Order)(Beneski, Kristin) (Entered: 02/24/2023) |
|---|---|---|
| 02/23/2023 | | Notice of Judge Assignment. Judge Thomas O. Rice assigned to case. (TNC, Case Administrator) (Entered: 02/24/2023) |
| 02/23/2023 | 1 | COMPLAINT against All Defendants ( Filing fee $ 402; Receipt # AWAEDC-4234043) Filed by All Plaintiffs. (Attachments: # 1 Exhibit Table of Contents, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Summons FDA, # 22 Summons Califf, # 23 Summons HHS, # 24 Summons Becerra, # 25 Civil Cover Sheet) (Beneski, Kristin) (Entered: 02/23/2023) |