NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>Defendants. | No. 1:23-cv-03026<br><br>JOINT MOTION TO SET DEADLINES TO RESPOND TO AMENDED COMPLAINT AND PRODUCE ADMINISTRATIVE RECORD<br><br>06/09/23<br>WITHOUT ORAL ARGUMENT |

Having met and conferred regarding next steps in this case, the parties jointly request that the Court (1) extend Defendants' deadline to respond to the Amended Complaint from May 15, 2023, to June 23, 2023, and (2) order

1

JOINT MOTION TO SET
DEADLINES TO RESPOND TO
AMENDED COMPLAINT AND
PRODUCE ADMINISTRATIVE
RECORD

Defendants to produce the administrative record relating to the January 2023 REMS modification by September 1, 2023. Defendants will produce the administrative record on a rolling basis, with productions to be made on June 16, 2023, July 14, 2023, August 11, 2023, and September 1, 2023. Defendants will file a certified index to the administrative record by September 1, 2023.

May 10, 2023

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | HILARY K. PERKINS<br>Assistant Director |
| */s/ Kristin Beneski*<br>NOAH GUZZO PURCELL,<br>WSBA #43492<br>Solicitor General<br>KRISTIN BENESKI, WSBA #45478<br>First Assistant Attorney General<br>COLLEEN M. MELODY,<br>WSBA #42275,<br>Civil Rights Division Chief<br>ANDREW R.W. HUGHES,<br>WSBA #49515<br>LAURYN K. FRAAS,<br>WSBA #53238<br>Assistant Attorneys General<br>TERA M. HEINTZ, WSBA #54921<br>Deputy Solicitor General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA  98104-3188<br>(206) 464-7744<br>*Attorneys for Plaintiff State of Washington* | */s/ Noah T. Katzen*<br>NOAH T. KATZEN<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044-0386<br>(202) 305-2428<br>(202) 514-8742 (fax)<br>Noah.T.Katzen@usdoj.gov<br><br>*Counsel for Defendants* |

JOINT MOTION TO SET DEADLINES TO RESPOND TO AMENDED COMPLAINT AND PRODUCE ADMINISTRATIVE RECORD

3

| | |
|---|---|
| ELLEN F. ROSENBLUM<br>Attorney General of Oregon | KRIS MAYES<br>Attorney General of Arizona |
| */s/ Carla A. Scott*<br>SANDER MARCUS HULL,<br>WSBA #35986<br>CARLA A. SCOTT, WSBA #39947<br>Senior Assistant Attorneys General<br>YOUNGWOO JOH, OSB #164105<br>Assistant Attorney General<br>Trial Attorneys<br>Tel: (971) 673-1880<br>Fax: (971) 673-5000<br>marcus.hull@doj.state.or.us<br>carla.a.scott@doj.state.or.us<br>youngwoo.joh@doj.state.or.us<br>*Attorneys for State of Oregon* | */s/ Daniel C. Barr*<br>Daniel C. Barr (Arizona No. 010149)<br>Chief Deputy Attorney General<br>Luci D. Davis (Arizona No. 35347)<br>Office of the Attorney General of<br>Arizona<br>2005 N. Central Ave.<br>Phoenix, AZ 85004-1592<br>Phone: (602) 542-8080<br>Email:    Daniel.Barr@azag.gov<br>              Luci.Davis@azag.gov<br>*Attorneys for Plaintiff State of Arizona* |
| PHILIP J. WEISER<br>Attorney General of Colorado | WILLIAM TONG<br>Attorney General of Connecticut |
| */s/ Eric Olson*<br>ERIC OLSON, CO #36414<br>Solicitor General<br>MICHAEL MCMASTER,<br>CO #42368<br>Assistant Solicitor General<br>Office of the Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>*Attorneys for Plaintiff State of Colorado* | */s/ Joshua Perry*<br>Joshua Perry*<br>Solicitor General<br>Office of the Connecticut Attorney<br>General<br>165 Capitol Ave, Hartford, CT 06106<br>Joshua.perry@ct.gov<br>(860) 808-5372<br>Fax: (860) 808-5387<br>*Attorney for Plaintiff State of Connecticut* |

JOINT MOTION TO SET DEADLINES TO RESPOND TO AMENDED COMPLAINT AND PRODUCE ADMINISTRATIVE RECORD

4

| | |
|---|---|
| KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>*/s/ Vanessa L. Kassab*<br>VANESSA L. KASSAB<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>302-683-8899<br>vanessa.kassab@delaware.gov<br>*Attorney for Plaintiff State of Delaware* | KWAME RAOUL<br>Attorney General of Illinois<br><br>*/s/ Caitlyn G. McEllis*<br>Caitlyn G. McEllis (6306561)<br>Senior Policy Counsel<br>Office of the Illinois Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601<br>Phone: (312) 793-2394<br>Caitlyn.McEllis@ilag.gov<br>*Attorney for Plaintiff State of Illinois* |
| DANA NESSEL<br>Attorney General of Michigan<br><br>*/s/ Stephanie M. Service*<br>Stephanie M. Service (P73305)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>Health, Education & Family Services Division<br>P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>ServiceS3@michigan.gov<br>*Attorney for Plaintiff Attorney General of Michigan* | AARON D. FORD<br>Attorney General of Nevada<br><br>*/s/ Heidi Parry Stern*<br>Heidi Parry Stern (Bar. No. 8873)*<br>Solicitor General<br>Office of the Nevada Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>HStern@ag.nv.gov<br>*Attorney for Plaintiff State of Nevada* |

JOINT MOTION TO SET DEADLINES TO RESPOND TO AMENDED COMPLAINT AND PRODUCE ADMINISTRATIVE RECORD

| | |
|---|---|
| RAÚL TORREZ<br>Attorney General of New Mexico<br><br>*/s/ Aletheia Allen*<br>Aletheia Allen<br>Solicitor General<br>New Mexico Office of the Attorney General<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>AAllen@nmag.gov<br>*Attorney for Plaintiff State of New Mexico* | PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>*/s/ Julia C. Harvey*<br>JULIA C. HARVEY #10529<br>Special Assistant Attorney General<br>150 S. Main Street<br>Providence, RI 02903<br>(401) 274-4400 x2103<br>*Attorney for Plaintiff State of Rhode Island* |
| CHARITY R. CLARK<br>Attorney General of Vermont<br><br>*/s/ Eleanor L.P. Spottswood*<br>ELEANOR L.P. SPOTTSWOOD*<br>Solicitor General<br>109 State Street<br>Montpelier, VT 05609-1001<br>(802)793-1646<br>eleanor.spottswood@vermont.gov<br>*Attorney for Plaintiff State of Vermont* | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br>JENNIFER C. JONES<br>Deputy Attorney General<br>Public Advocacy Division<br>WILLIAM STEPHENS<br>Counsel to the Deputy<br><br>*/s/ Nicole S. Hill*<br>NICOLE S. HILL<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, N.W.<br>Washington, D.C. 20001<br>(202) 727-4171<br>nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* |

JOINT MOTION TO SET DEADLINES TO RESPOND TO AMENDED COMPLAINT AND PRODUCE ADMINISTRATIVE RECORD

6

| | |
|---|---|
| ANNE E. LOPEZ<br>Attorney General | AARON M. FREY<br>Attorney General |
| */s/ Erin N. Lau*<br>Erin N. Lau 009887*<br>465 South King St., Room 200<br>Honolulu, Hawaii 96813<br>Erin.N.Lau@hawaii.gov<br>*Counsel for the State of Hawaii* | */s/ Halliday Moncure*<br>Halliday Moncure, Bar No. 4559<br>Assistant Attorney General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>(207) 626-8800<br>halliday.moncure@maine.gov |
| ANTHONY G. BROWN<br>Attorney General of Maryland | KEITH ELLISON<br>Attorney General<br>State of Minnesota |
| */s/Steven M. Sullivan*<br>STEVEN M. SULLIVAN*<br>Solicitor General<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 576-6427<br>ssullivan@oag.state.md.us<br>*Attorney for Plaintiff State of Maryland* | */s/Liz Kramer*<br>LIZ KRAMER (#0325089)<br>Solicitor General<br>JENNIFER OLSON (#0391356)<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1010 (Voice)<br>(651) 282-5832 (Fax)<br>liz.kramer@ag.state.mn.us<br>jennifer.olson@ag.state.mn.us<br>*Attorneys for Plaintiff State of Minnesota* |

JOINT MOTION TO SET DEADLINES TO RESPOND TO AMENDED COMPLAINT AND PRODUCE ADMINISTRATIVE RECORD

7

| | | |
|---|---|---|
| 1 | MICHELLE A. HENRY<br>Attorney General of Pennsylvania | *Applications for pro hac vice admission forthcoming |
| 2 | | |
| 3 | */s/ Jill M. Graziano*<br>JILL M. GRAZIANO | |
| 4 | (Pa Bar No. 82725)<br>Chief Counsel to the Attorney General | |
| 5 | | |
| 6 | 1000 Madison Ave., Ste. 310<br>Norristown, PA 19403 | |
| 7 | jgraziano@attorneygeneral.gov<br>(484) 460-1330 | |
| 8 | *Attorney for the Commonwealth of Pennsylvania* | |

JOINT MOTION TO SET DEADLINES TO RESPOND TO AMENDED COMPLAINT AND PRODUCE ADMINISTRATIVE RECORD

8

# CERTIFICATE OF SERVICE

I hereby certify that, on May 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Noah T. Katzen
NOAH T. KATZEN