NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>Defendants. | No. 1:23-cv-03026<br><br>JOINT MOTION TO MODIFY DEADLINES<br><br>07/17/23<br>WITHOUT ORAL ARGUMENT |

The parties jointly request that the Court modify the schedule set in its May 11, 2023 Order (ECF No. 119) to defer Defendants' deadline to respond to the Amended Complaint until after this Court's decision on any motions for summary judgment. As set forth herein, good cause exists to grant this Motion.

1. On May 11, 2023, this Court granted the parties' Joint Motion for Extension of Time to Answer and to Set Deadline to Produce Administrative

1
JOINT MOTION TO MODIFY DEADLINES

Record (ECF No. 117), and ordered Defendants to respond to the Amended Complaint by June 23, 2023, and produce the administrative record by September 1, 2023.

2. Having met and conferred, the parties agree that it is unnecessary to require Defendants to answer the Amended Complaint before summary judgment, which the parties will not move for until after Defendants complete production of the administrative record on September 1. *See* ECF No. 119. To conserve the parties' and court's resources, therefore, the parties agree that Defendants' deadline to respond to the Amended Complaint should be deferred until after this Court has ruled on any motions for summary judgment.

3. Accordingly, the parties jointly request that this Court (a) modify the deadlines so that Defendants' deadline to respond to the Amended Complaint is deferred until after the Court rules on any motions for summary judgment and (b) order that, two weeks following the Court's ruling on any motions for summary judgment, the parties file a joint status report proposing a new deadline to answer the Amended Complaint.

June 15, 2023

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | HILARY K. PERKINS<br>Assistant Director |
| */s/ Kristin Beneski* <br>NOAH GUZZO PURCELL,<br>WSBA #43492<br>Solicitor General<br>KRISTIN BENESKI, WSBA #45478<br>First Assistant Attorney General<br>COLLEEN M. MELODY,<br>WSBA #42275,<br>Civil Rights Division Chief<br>ANDREW R.W. HUGHES,<br>WSBA #49515<br>LAURYN K. FRAAS,<br>WSBA #53238<br>Assistant Attorneys General<br>TERA M. HEINTZ, WSBA #54921<br>Deputy Solicitor General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>*Attorneys for Plaintiff State of Washington* | */s/ Noah T. Katzen* <br>NOAH T. KATZEN<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044-0386<br>(202) 305-2428<br>(202) 514-8742 (fax)<br>Noah.T.Katzen@usdoj.gov<br><br>*Counsel for Defendants* |

JOINT MOTION TO MODIFY DEADLINES

3

| | |
|---|---|
| ELLEN F. ROSENBLUM<br>Attorney General of Oregon | KRIS MAYES<br>Attorney General of Arizona |
| */s/ Carla A. Scott*<br>SANDER MARCUS HULL,<br>WSBA #35986<br>CARLA A. SCOTT, WSBA #39947<br>Senior Assistant Attorneys General<br>YOUNGWOO JOH, OSB #164105<br>Assistant Attorney General<br>Trial Attorneys<br>Tel: (971) 673-1880<br>Fax: (971) 673-5000<br>marcus.hull@doj.state.or.us<br>carla.a.scott@doj.state.or.us<br>youngwoo.joh@doj.state.or.us<br>*Attorneys for State of Oregon* | */s/ Daniel C. Barr*<br>Daniel C. Barr (Arizona No. 010149)<br>Chief Deputy Attorney General<br>Luci D. Davis (Arizona No. 35347)<br>Office of the Attorney General of<br>Arizona<br>2005 N. Central Ave.<br>Phoenix, AZ 85004-1592<br>Phone: (602) 542-8080<br>Email:   Daniel.Barr@azag.gov<br>         Luci.Davis@azag.gov<br>*Attorneys for Plaintiff State of Arizona* |
| PHILIP J. WEISER<br>Attorney General of Colorado | WILLIAM TONG<br>Attorney General of Connecticut |
| */s/ Eric Olson*<br>ERIC OLSON, CO #36414<br>Solicitor General<br>MICHAEL MCMASTER,<br>CO #42368<br>Assistant Solicitor General<br>Office of the Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>*Attorneys for Plaintiff State of Colorado* | */s/ Joshua Perry*<br>Joshua Perry*<br>Solicitor General<br>Office of the Connecticut Attorney<br>General<br>165 Capitol Ave, Hartford, CT 06106<br>Joshua.perry@ct.gov<br>(860) 808-5372<br>Fax: (860) 808-5387<br>*Attorney for Plaintiff State of Connecticut* |

JOINT MOTION TO MODIFY DEADLINES

4

| | |
|---|---|
| KATHLEEN JENNINGS<br>Attorney General of Delaware | KWAME RAOUL<br>Attorney General of Illinois |
| */s/ Vanessa L. Kassab*<br>VANESSA L. KASSAB<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>302-683-8899<br>vanessa.kassab@delaware.gov<br>*Attorney for Plaintiff State of Delaware* | */s/ Caitlyn G. McEllis*<br>Caitlyn G. McEllis (6306561)<br>Senior Policy Counsel<br>Office of the Illinois Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601<br>Phone: (312) 793-2394<br>Caitlyn.McEllis@ilag.gov<br>*Attorney for Plaintiff State of Illinois* |
| DANA NESSEL<br>Attorney General of Michigan | AARON D. FORD<br>Attorney General of Nevada |
| */s/ Stephanie M. Service*<br>Stephanie M. Service (P73305)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>Health, Education & Family Services Division<br>P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>ServiceS3@michigan.gov<br>*Attorney for Plaintiff Attorney General of Michigan* | */s/ Heidi Parry Stern*<br>Heidi Parry Stern (Bar. No. 8873)*<br>Solicitor General<br>Office of the Nevada Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>HStern@ag.nv.gov<br>*Attorney for Plaintiff State of Nevada* |

5

JOINT MOTION TO MODIFY DEADLINES

| | |
|---|---|
| RAÚL TORREZ<br>Attorney General of New Mexico<br><br>*/s/ Aletheia Allen*<br>Aletheia Allen<br>Solicitor General<br>New Mexico Office of the Attorney General<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>AAllen@nmag.gov<br>*Attorney for Plaintiff State of New Mexico* | PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>*/s/ Julia C. Harvey*<br>JULIA C. HARVEY #10529<br>Special Assistant Attorney General<br>150 S. Main Street<br>Providence, RI 02903<br>(401) 274-4400 x2103<br>*Attorney for Plaintiff State of Rhode Island* |
| CHARITY R. CLARK<br>Attorney General of Vermont<br><br>*/s/ Eleanor L.P. Spottswood*<br>ELEANOR L.P. SPOTTSWOOD*<br>Solicitor General<br>109 State Street<br>Montpelier, VT 05609-1001<br>(802)793-1646<br>eleanor.spottswood@vermont.gov<br>*Attorney for Plaintiff State of Vermont* | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br>JENNIFER C. JONES<br>Deputy Attorney General<br>Public Advocacy Division<br>WILLIAM STEPHENS<br>Assistant Deputy Attorney General<br>Public Advocacy Division<br><br>*/s/ Nicole S. Hill*<br>NICOLE S. HILL<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, N.W.<br>Washington, D.C. 20001<br>(202) 727-4171<br>nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* |

JOINT MOTION TO MODIFY DEADLINES

| | |
|---|---|
| ANNE E. LOPEZ<br>Attorney General | AARON M. FREY<br>Attorney General |
| */s/ Erin N. Lau*<br>Erin N. Lau 009887*<br>465 South King St., Room 200<br>Honolulu, Hawaii 96813<br>Erin.N.Lau@hawaii.gov<br>*Counsel for the State of Hawaii* | */s/ Halliday Moncure*<br>Halliday Moncure, Bar No. 4559<br>Assistant Attorney General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>(207) 626-8800<br>halliday.moncure@maine.gov |
| ANTHONY G. BROWN<br>Attorney General of Maryland | KEITH ELLISON<br>Attorney General<br>State of Minnesota |
| */s/Steven M. Sullivan*<br>STEVEN M. SULLIVAN*<br>Solicitor General<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 576-6427<br>ssullivan@oag.state.md.us<br>*Attorney for Plaintiff State of Maryland* | */s/Liz Kramer*<br>LIZ KRAMER (#0325089)<br>Solicitor General<br>JENNIFER OLSON (#0391356)<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1010 (Voice)<br>(651) 282-5832 (Fax)<br>liz.kramer@ag.state.mn.us<br>jennifer.olson@ag.state.mn.us<br>*Attorneys for Plaintiff State of Minnesota* |

JOINT MOTION TO MODIFY DEADLINES

| | | |
|---|---|---|
| 1 | MICHELLE A. HENRY | *Applications for pro hac vice |
| 2 | Attorney General of Pennsylvania | admission forthcoming |
| 3 | */s/ Jill M. Graziano* | |
| 4 | JILL M. GRAZIANO (Pa Bar No. 82725) | |
| 5 | Chief Counsel to the Attorney General | |
| 6 | 1000 Madison Ave., Ste. 310 Norristown, PA 19403 | |
| 7 | jgraziano@attorneygeneral.gov (484) 460-1330 | |
| 8 | *Attorney for the Commonwealth of Pennsylvania* | |

8

JOINT MOTION TO MODIFY DEADLINES

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>*/s/ Noah T. Katzen*
>NOAH T. KATZEN