Raúl R. Labrador
  Attorney General
David M.S. Dewhirst (ID #12141)
  Chief Deputy Attorney General
Theodore J. Wold (CA #289177)
  Solicitor General
Lincoln Davis Wilson (WA #53764)
   Deputy Attorney General
   Chief, Civil Litigation and Constitutional Defense Division
Joshua N. Turner (MN #0400279)
  Deputy Solicitor General
Office of the Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
Fax: (208) 854-8071

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| State of Washington, et al.,<br>    Plaintiffs,<br><br>v.<br><br>United States Food and Drug Administration, et al.<br>    Defendants,<br><br>State of Idaho; State of Iowa; State of Montana; State of Nebraska; State of South Carolina; State of Texas; State of Utah,<br>    Plaintiffs-Intervenors, | Case No. 1:23-cv-03026<br><br>**UNOPPOSED MOTION TO WITHDRAW ATTORNEY** |

Plaintiff-Intervenor State of Texas files this Unopposed Motion to Withdraw Leif A. Olson as its attorney in this matter.

Leif A. Olson has accepted a position outside the Office of the Attorney General of Texas, and the State of Texas respectfully requests that he be withdrawn as its counsel. Plaintiff State of Texas will continue to be represented by Charles Eldred and co-counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

Dated: August 2, 2023

Respectfully submitted,

LINCOLN DAVIS WILSON (#53764)
Deputy Attorney General
Chief, Civil Litigation and
Constitutional Defense Division
Office of the Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel:    (208) 334-2400
Lincoln.Wilson@ag.idaho.gov

*/s/ Leif A. Olson*
**Leif A. Olson**
Chief, Special Litigation Division
Tex. State Bar No. 24032801
Leif.Olson@oag.texas.gov

**CHARLES ELDRED**
Chief, Legal Strategy
Tx. State Bar No. 00793681
Charles.Eldred@oag.texas.gov

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 2, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Leif A. Olson*
**Leif A. Olson**