UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

STATE OF WASHINGTON, et al.,
   Plaintiffs,

    v.

UNITED STATES FOOD AND DRUG
ADMINISTRATION, et al.
   Defendants,

STATE OF IDAHO; STATE OF IOWA; STATE
OF MONTANA; STATE OF NEBRASKA;
STATE OF SOUTH CAROLINA; STATE OF
TEXAS; STATE OF UTAH,
   Plaintiffs-Intervenors,

Case No. 1:23-cv-03026

**ORDER GRANTING MOTION
TO WITHDRAW ATTORNEY**

On this date, the Court considered Plaintiff State of Texas's Unopposed Motion to Withdraw Leif A. Olson as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Leif A. Olson is hereby withdrawn as counsel of record.

SO ORDERED and SIGNED this   day of _____, 2023.


United States District Judge