NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>Defendants. | No. 1:23-cv-03026<br><br>JOINT STATUS REPORT |

Pursuant to this Court's October 24, 2023 Order (ECF No. 128), the parties hereby submit this joint status report.

On December 13, 2023, the Supreme Court granted petitions for a writ of certiorari in *FDA v. Alliance for Hippocratic Medicine*, No. 23-235, and *Danco Laboratories, LLC v. Alliance for Hippocratic Medicine*, No. 23-236. Accordingly, while Plaintiffs do not believe a stay is appropriate, and none is sought at this time,

JOINT STATUS REPORT    1

the parties agree that this Court should continue to defer setting a schedule for summary judgment briefing until after the Supreme Court rules in those cases.

The parties will file a joint status report with this Court within 30 days after the Supreme Court issues its opinion(s) in *FDA v. Alliance for Hippocratic Medicine*, No. 23-235 and *Danco Laboratories, LLC v. Alliance for Hippocratic Medicine*, No. 23-236.

Meanwhile, the parties are conferring on matters related to the administrative record and the Plaintiff States anticipate filing in the near term a motion to supplement the record.

January 12, 2024

ROBERT W. FERGUSON
Attorney General

*/s/ Kristin Beneski*
NOAH GUZZO PURCELL,
WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY,
WSBA #42275,
Civil Rights Division Chief
ANDREW R.W. HUGHES,
WSBA #49515
LAURYN K. FRAAS,
WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744
*Attorneys for Plaintiff State of Washington*

JAMES W. HARLOW
Acting Assistant Director

*/s/ Noah T. Katzen*
NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

*Counsel for Defendants*

JOINT STATUS REPORT

3

| | |
|---|---|
| ELLEN F. ROSENBLUM<br>Attorney General of Oregon | KRIS MAYES<br>Attorney General of Arizona |
| /s/ Carla A. Scott<br>SANDER MARCUS HULL,<br>WSBA #35986<br>CARLA A. SCOTT, WSBA #39947<br>Senior Assistant Attorneys General<br>YOUNGWOO JOH, OSB #164105<br>Assistant Attorney General<br>Trial Attorneys<br>Tel: (971) 673-1880<br>Fax: (971) 673-5000<br>marcus.hull@doj.state.or.us<br>carla.a.scott@doj.state.or.us<br>youngwoo.joh@doj.state.or.us<br>*Attorneys for State of Oregon* | /s/ Daniel C. Barr<br>Daniel C. Barr (Arizona No. 010149)<br>Chief Deputy Attorney General<br>Luci D. Davis (Arizona No. 35347)<br>Office of the Attorney General of<br>Arizona<br>2005 N. Central Ave.<br>Phoenix, AZ 85004-1592<br>Phone: (602) 542-8080<br>Email:   Daniel.Barr@azag.gov<br>         Luci.Davis@azag.gov<br>*Attorneys for Plaintiff State of Arizona* |
| PHILIP J. WEISER<br>Attorney General of Colorado | WILLIAM TONG<br>Attorney General of Connecticut |
| /s/ Eric Olson<br>ERIC OLSON, CO #36414<br>Solicitor General<br>MICHAEL MCMASTER,<br>CO #42368<br>Assistant Solicitor General<br>Office of the Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>*Attorneys for Plaintiff State of Colorado* | /s/ Joshua Perry<br>Joshua Perry<br>Solicitor General<br>Office of the Connecticut Attorney<br>General<br>165 Capitol Ave, Hartford, CT 06106<br>Joshua.perry@ct.gov<br>(860) 808-5372<br>Fax: (860) 808-5387<br>*Attorney for Plaintiff State of Connecticut* |

JOINT STATUS REPORT

| | |
|---|---|
| KATHLEEN JENNINGS<br>Attorney General of Delaware | KWAME RAOUL<br>Attorney General of Illinois |
| */s/ Vanessa L. Kassab*<br>VANESSA L. KASSAB<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>302-683-8899<br>vanessa.kassab@delaware.gov<br>*Attorney for Plaintiff State of Delaware* | */s/ Caitlyn G. McEllis*<br>Caitlyn G. McEllis (6306561)<br>Senior Policy Counsel<br>Office of the Illinois Attorney General<br>115 South LaSalle Street<br>Chicago, IL 60603<br>Phone: (312) 793-2394<br>Caitlyn.McEllis@ilag.gov<br>*Attorney for Plaintiff State of Illinois* |
| DANA NESSEL<br>Attorney General of Michigan | AARON D. FORD<br>Attorney General of Nevada |
| */s/ Stephanie M. Service*<br>Stephanie M. Service (P73305)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>Health, Education & Family Services Division<br>P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>ServiceS3@michigan.gov<br>*Attorney for Plaintiff Attorney General of Michigan* | */s/ Heidi Parry Stern*<br>Heidi Parry Stern (Bar. No. 8873)<br>Solicitor General<br>Office of the Nevada Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>HStern@ag.nv.gov<br>*Attorney for Plaintiff State of Nevada* |

JOINT STATUS REPORT

5

| | |
|---|---|
| RAÚL TORREZ<br>Attorney General of New Mexico<br><br>/s/ Aletheia Allen<br>Aletheia Allen<br>Solicitor General<br>Executive Office<br>State of New Mexico Department of Justice<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>505-527-2776<br>AAllen@nmag.gov<br>*Attorney for Plaintiff State of New Mexico*<br><br>CHARITY R. CLARK<br>Attorney General of Vermont<br><br>/s/ Douglas Keehn<br>DOUGLAS KEEHN<br>Assistant Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001<br>(802)793-3892<br>douglas.keehn@vermont.gov<br>*Attorney for Plaintiff State of Vermont* | PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>/s/ Julia C. Harvey<br>JULIA C. HARVEY #10529<br>Special Assistant Attorney General<br>150 S. Main Street<br>Providence, RI 02903<br>(401) 274-4400 x2103<br>*Attorney for Plaintiff State of Rhode Island*<br><br>BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br>JENNIFER C. JONES<br>Deputy Attorney General<br>Public Advocacy Division<br>WILLIAM STEPHENS<br>Assistant Deputy Attorney General<br>Public Advocacy Division<br><br>/s/ Nicole S. Hill<br>NICOLE S. HILL<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, N.W.<br>Washington, D.C. 20001<br>(202) 727-4171<br>nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* |

JOINT STATUS REPORT

| | |
|---|---|
| ANNE E. LOPEZ<br>Attorney General | AARON M. FREY<br>Attorney General |
| */s/ Erin N. Lau*<br>Erin N. Lau 009887<br>465 South King St., Room 200<br>Honolulu, Hawaii 96813<br>Erin.N.Lau@hawaii.gov<br>*Counsel for the State of Hawaii* | */s/ Halliday Moncure*<br>Halliday Moncure, Bar No. 4559<br>Assistant Attorney General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>(207) 626-8800<br>halliday.moncure@maine.gov |
| ANTHONY G. BROWN<br>Attorney General of Maryland | KEITH ELLISON<br>Attorney General<br>State of Minnesota |
| */s/Joshua M. Segal*<br>JOSHUA M. SEGAL*<br>Assistant Attorney General<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 576-6427<br>jsegal@oag.state.md.us<br>*Attorney for Plaintiff State of Maryland* | */s/Liz Kramer*<br>LIZ KRAMER (#0325089)<br>Solicitor General<br>JENNIFER OLSON (#0391356)<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1010 (Voice)<br>(651) 282-5832 (Fax)<br>liz.kramer@ag.state.mn.us<br>jennifer.olson@ag.state.mn.us<br>*Attorneys for Plaintiff State of Minnesota* |

JOINT STATUS REPORT

7

MICHELLE A. HENRY
Attorney General of Pennsylvania

*Applications for pro hac vice admission forthcoming

/s/ Jill M. Graziano
JILL M. GRAZIANO
(Pa Bar No. 82725)
Chief Counsel to the Attorney General
1000 Madison Ave., Ste. 310
Norristown, PA 19403
jgraziano@attorneygeneral.gov
(484) 460-1330
*Attorney for the Commonwealth of Pennsylvania*

JOINT STATUS REPORT

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Noah T. Katzen*
NOAH T. KATZEN