| | |
|---|---|
| 1 | ROBERT W. FERGUSON<br>Attorney General |
| 2 | NOAH GUZZO PURCELL, WSBA #43492<br>Solicitor General |
| 3 | KRISTIN BENESKI, WSBA #45478<br>First Assistant Attorney General |
| 4 | COLLEEN M. MELODY, WSBA #42275<br>Civil Rights Division Chief |
| 5 | ANDREW R.W. HUGHES, WSBA #49515<br>LAURYN K. FRAAS, WSBA #53238 |
| 6 | Assistant Attorneys General<br>TERA M. HEINTZ, WSBA #54921 |
| 7 | Deputy Solicitor General<br>800 Fifth Avenue, Suite 2000 |
| 8 | Seattle, WA 98104-3188<br>(206) 464-7744 |
| 9 | |

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 1:23-cv-03026-TOR |
| Plaintiffs, | ORDER GRANTING PLAINTIFF STATES' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD |
| v. | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., | [PROPOSED] |
| Defendants. | 02/20/2024<br>Without Oral Argument |

[PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   This matter came before the Court on Plaintiff States' Motion to Supplement the Administrative Record. The Court has considered all of the following:

 1. Plaintiff States' Motion to Supplement the Administrative Record (ECF No. _____) with supporting declarations and exhibits;

 2. Defendants' Response to Plaintiff States' Motion to Supplement the Administrative Record (ECF No. _____);

 3. Plaintiff States' Reply in Support of Motion to Supplement the Administrative Record (ECF No. _____); and

 4. The entire record in the above-captioned matter.

Being fully apprised of the matter, now, therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that the Plaintiff States' Motion to Supplement the Administrative Record is hereby GRANTED.

The following documents shall be included in the Administrative Record: (1) the October 4, 2022 citizen petition submitted by the American College of Obstetricians and Gynecologists (ACOG) and 48 other organizations (previously filed in this matter at ECF No. 61-1); (2) the 52 documents cited in the ACOG citizen petition; (3) the FDA's January 3, 2023 letter denying the ACOG citizen petition (previously filed in this matter at ECF No. 1-20); and (4) the Turnaway Study.

It is SO ORDERED.

[PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

ISSUED this _____ day of _____ 2024.

HONORABLE THOMAS O. RICE

Presented by:

ROBERT W. FERGUSON
Attorney General

*/s/ Kristin Beneski*
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Noah.Purcell@atg.wa.gov
Kristin.Beneski@atg.wa.gov
Colleen.Melody@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Lauryn.Fraas@atg.wa.gov
Tera.Heintz@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

ELLEN F. ROSENBLUM
Attorney General of Oregon

*/s/ Carla A. Scott*
SANDER MARCUS HULL, WSBA #35986
CARLA A. SCOTT, WSBA #39947
Senior Assistant Attorneys General
YOUNGWOO JOH, OSB #164105

[PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | Assistant Attorney General<br>Trial Attorneys |
| 2 | Tel: (971) 673-1880<br>Fax: (971) 673-5000 |
| 3 | marcus.hull@doj.state.or.us<br>carla.a.scott@doj.state.or.us |
| 4 | youngwoo.joh@doj.state.or.us<br>*Attorneys for State of Oregon* |
| 5 | |
| 6 | KRIS MAYES<br>Attorney General of Arizona |
| 7 | <u>/s/ Daniel C. Barr</u><br>Daniel C. Barr (Arizona No. 010149) |
| 8 | Chief Deputy Attorney General<br>Luci D. Davis (Arizona No. 35347) |
| 9 | Office of the Attorney General of Arizona<br>2005 N. Central Ave. |
| 10 | Phoenix, AZ 85004-1592<br>Phone: (602) 542-8080 |
| 11 | Email:   Daniel.Barr@azag.gov<br>             Luci.Davis@azag.gov |
| 12 | *Attorneys for Plaintiff State of Arizona* |
| 13 | PHILIP J. WEISER<br>Attorney General of Colorado |
| 14 | |
| 15 | <u>/s/ Eric Olson</u><br>ERIC OLSON, CO #36414<br>Solicitor General |
| 16 | MICHAEL MCMASTER, CO #42368<br>Assistant Solicitor General |
| 17 | Office of the Attorney General<br>Colorado Department of Law |
| 18 | 1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| 19 | Phone: (720) 508-6000<br>*Attorneys for Plaintiff State of Colorado* |
| 20 | |
| 21 | WILLIAM TONG<br>Attorney General of Connecticut |
| 22 | <u>/s/ Joshua Perry</u> |

| [PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD | 3 | ATTORNEY GENERAL OF WASHINGTON<br>Complex Litigation Division<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA  98104-3188<br>(206) 464-7744 |
|---|---|---|

| | |
|---|---|
| 1 | Joshua Perry |
|   | Solicitor General |
| 2 | Office of the Connecticut Attorney General |
|   | 165 Capitol Ave, Hartford, CT 06106 |
| 3 | Joshua.perry@ct.gov |
|   | (860) 808-5372 |
| 4 | Fax: (860) 808-5387 |
|   | *Attorney for Plaintiff State of Connecticut* |
| 5 | |
|   | KATHLEEN JENNINGS |
| 6 | Attorney General of Delaware |
| 7 | */s/ Vanessa L. Kassab* |
|   | VANESSA L. KASSAB |
| 8 | Deputy Attorney General |
|   | Delaware Department of Justice |
| 9 | 820 N. French Street |
|   | Wilmington, DE 19801 |
| 10 | 302-683-8899 |
|   | vanessa.kassab@delaware.gov |
| 11 | *Attorney for Plaintiff State of Delaware* |
| 12 | KWAME RAOUL |
|   | Attorney General of Illinois |
| 13 | |
|   | */s/ Caitlyn G. McEllis* |
| 14 | Caitlyn G. McEllis (6306561) |
|   | Senior Policy Counsel |
| 15 | Office of the Illinois Attorney General |
|   | 115 South LaSalle Street |
| 16 | Chicago, IL 60603 |
|   | Phone: (312) 793-2394 |
| 17 | Caitlyn.McEllis@ilag.gov |
|   | *Attorney for Plaintiff State of Illinois* |
| 18 | |
|   | DANA NESSEL |
| 19 | Attorney General of Michigan |
| 20 | */s/ Stephanie M. Service* |
|   | Stephanie M. Service (P73305) |
| 21 | Assistant Attorney General |
|   | Michigan Department of Attorney General |
| 22 | Health, Education & Family |

| | | |
|---|---|---|
| [PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD | 4 | ATTORNEY GENERAL OF WASHINGTON<br>Complex Litigation Division<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744 |

| | |
|---|---|
| 1 | Services Division |
|   | P.O. Box 30758 |
| 2 | Lansing, MI 48909 |
|   | (517) 335-7603 |
| 3 | ServiceS3@michigan.gov |
|   | *Attorney for Plaintiff Attorney General* |
| 4 | *of Michigan* |
| 5 | AARON D. FORD |
|   | Attorney General of Nevada |
| 6 | |
|   | */s/ Heidi Parry Stern* |
| 7 | Heidi Parry Stern (Bar. No. 8873) |
|   | Solicitor General |
| 8 | Office of the Nevada Attorney General |
|   | 555 E. Washington Ave., Ste. 3900 |
| 9 | Las Vegas, NV 89101 |
|   | HStern@ag.nv.gov |
| 10 | *Attorney for Plaintiff State of Nevada* |
| 11 | RAÚL TORREZ |
|   | Attorney General of New Mexico |
| 12 | |
|   | */s/ Aletheia Allen* |
| 13 | Aletheia Allen |
|   | Solicitor General |
| 14 | Executive Office |
|   | State of New Mexico Department of Justice |
| 15 | 201 Third St. NW, Suite 300 |
|   | Albuquerque, NM 87102 |
| 16 | 505-527-2776 |
|   | AAllen@nmag.gov |
| 17 | *Attorney for Plaintiff State of New Mexico* |
| 18 | PETER F. NERONHA |
|   | Attorney General of Rhode Island |
| 19 | |
|   | */s/ Julia C. Harvey* |
| 20 | JULIA C. HARVEY #10529 |
|   | Special Assistant Attorney General |
| 21 | 150 S. Main Street |
|   | Providence, RI 02903 |
| 22 | (401) 274-4400 x2103 |

[PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | *Attorney for Plaintiff State of Rhode Island* |
| 2 | CHARITY R. CLARK<br>Attorney General of Vermont |
| 3 | |
| 4 | */s/ Douglas Keehn*<br>DOUGLAS KEEHN<br>Assistant Attorney General |
| 5 | 109 State Street<br>Montpelier, VT 05609-1001 |
| 6 | (802) 793-3892<br>douglas.keehn@vermont.gov |
| 7 | *Attorney for Plaintiff State of Vermont* |
| 8 | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia |
| 9 | JENNIFER C. JONES<br>Deputy Attorney General |
| 10 | Public Advocacy Division<br>WILLIAM STEPHENS |
| 11 | Assistant Deputy Attorney General<br>Public Advocacy Division |
| 12 | |
| 13 | */s/ Nicole S. Hill*<br>NICOLE S. HILL<br>Assistant Attorney General |
| 14 | Office of the Attorney General for the District of Columbia |
| 15 | 400 Sixth Street, N.W.<br>Washington, D.C. 20001 |
| 16 | (202) 727-4171<br>nicole.hill@dc.gov |
| 17 | *Attorneys for Plaintiff District of Columbia* |
| 18 | ANNE E. LOPEZ<br>Attorney General |
| 19 | |
| 20 | */s/ Erin N. Lau*<br>Erin N. Lau 009887 |
| 21 | 465 South King St., Room 200<br>Honolulu, Hawaii 96813<br>Erin.N.Lau@hawaii.gov |
| 22 | *Counsel for the State of Hawaii* |

| | | |
|---|---|---|
| [PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD | 6 | ATTORNEY GENERAL OF WASHINGTON<br>Complex Litigation Division<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA  98104-3188<br>(206) 464-7744 |

| | |
|---|---|
| 1 | AARON M. FREY |
| 2 | Attorney General |
| 3 | */s/ Halliday Moncure* |
| | Halliday Moncure, Bar No. 4559 |
| 4 | Assistant Attorney General |
| | Office of the Maine Attorney General |
| 5 | 6 State House Station |
| | Augusta, ME 04333-0006 |
| 6 | (207) 626-8800 |
| | halliday.moncure@maine.gov |
| 7 | |
| | ANTHONY G. BROWN |
| 8 | Attorney General of Maryland |
| 9 | */s/ Joshua M. Segal* |
| | JOSHUA M. SEGAL |
| 10 | Assistant Attorney General |
| | Office of the Attorney General of Maryland |
| 11 | 200 Saint Paul Place, 20th Floor |
| | Baltimore, Maryland 21202 |
| 12 | (410) 576-6427 |
| | jsegal@oag.state.md.us |
| 13 | *Attorney for Plaintiff State of Maryland* |
| 14 | KEITH ELLISON |
| | Attorney General |
| 15 | State of Minnesota |
| 16 | */s/ Liz Kramer* |
| | LIZ KRAMER (#0325089) |
| 17 | Solicitor General |
| | JENNIFER OLSON (#0391356) |
| 18 | Assistant Attorney General |
| | 445 Minnesota Street, Suite 1400 |
| 19 | St. Paul, Minnesota 55101-2131 |
| | (651) 757-1010 (Voice) |
| 20 | (651) 282-5832 (Fax) |
| | liz.kramer@ag.state.mn.us |
| 21 | jennifer.olson@ag.state.mn.us |
| | *Attorneys for Plaintiff State of Minnesota* |
| 22 | |

[PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  MICHELLE A. HENRY
   Attorney General of Pennsylvania
2
   /s/ Jill M. Graziano
3  JILL M. GRAZIANO (Pa Bar No. 82725)
   Chief Counsel to the Attorney General
4  1000 Madison Ave., Ste. 310
   Norristown, PA 19403
5  jgraziano@attorneygeneral.gov
   (484) 460-1330
6  *Attorney for the Commonwealth of Pennsylvania*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

| [PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD | 8 | ATTORNEY GENERAL OF WASHINGTON<br>Complex Litigation Division<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA  98104-3188<br>(206) 464-7744 |