1    ROBERT W. FERGUSON
     Attorney General
2    NOAH GUZZO PURCELL, WSBA #43492
     Solicitor General
3    KRISTIN BENESKI, WSBA #45478
     First Assistant Attorney General
4    COLLEEN M. MELODY, WSBA #42275
     Civil Rights Division Chief
5    ANDREW R.W. HUGHES, WSBA #49515
     LAURYN K. FRAAS, WSBA #53238
6    Assistant Attorneys General
     TERA M. HEINTZ, WSBA #54921
7    Deputy Solicitor General
     800 Fifth Avenue, Suite 2000
8    Seattle, WA  98104-3188
     (206) 464-7744
9

10

11

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

12   STATE OF WASHINGTON, et al.,          NO. 1:23-cv-03026-TRO

13                        Plaintiffs,      MOTION FOR LEAVE TO
                                           APPEAR PRO HAC VICE
14        v.
                                           FEE: $200.00
15   UNITED STATES FOOD AND
     DRUG ADMINISTRATION, et al.
16
                         Defendants.
17

18        Pursuant to LCivR 83.2(c) of the United States District Court for the

19   Eastern District of Washington, Joshua M. Segal hereby moves for permission to

20   appear and participate as counsel in the above-entitled action on behalf of the

21   State of Maryland.

22

MOTION FOR LEAVE TO                    1       ATTORNEY GENERAL OF WASHINGTON
APPEAR PRO HAC VICE                                    Complex Litigation Division
                                                       800 Fifth Avenue, Suite 2000
                                                         Seattle, WA  98104-2000
                                                            (206) 464-7744

1   The particular need for my appearance and participation is: to ensure

2   adequate representation of the interests of the State of Maryland.

3   I, Joshua M. Segal, understand that I am charged with knowing and

4   complying with all applicable local rules.

5   I have been admitted to practice before the following courts on the

6   following dates:

| Courts | Dates |
|---|---|
| Supreme Court of Maryland | 7/19/18 |
| District of Columbia Court of Appeals | 8/6/07 |
| Massachusetts Supreme Judicial Court (currently inactive) | 3/24/05 |
| U.S. Supreme Court | 1/10/11 |
| U.S. Court of Appeals for the Second Circuit | 10/18/12 |
| U.S. Court of Appeals for the Fourth Circuit | 8/26/19 |
| U.S. Court of Appeals for the Ninth Circuit | 2/3/06 |
| U.S. Court of Appeals for the Tenth Circuit | 2/9/09 |
| U.S. Court of Appeals for the District of Columbia Circuit | 5/16/16 |
| U.S. Court of Appeals for the Federal Circuit | 9/15/14 |
| U.S. District Court for the District of Columbia | 11/4/13 |

I have not been disbarred or formally censured by a court of record or by

a state bar association and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE

2

1  Date: <u>January 31, 2024</u>         Signature of Applicant: <u>*/s/ Joshua M. Segal*</u>

2  Pro Hac Vice Attorney
   Applicant's Name:          <u>Joshua M. Segal</u>
3  Bar No./State Bar No.:     <u>1807190007</u>
   Law Firm Name:             <u>Office of the Attorney General</u>
4  Street Address:            <u>200 Saint Paul Place, 20th Floor</u>
   City, State, Zip:          <u>Baltimore, MD 21202</u>
5  Phone number:              <u>(410) 576-6446</u>
   Primary Email:             <u>jsegal@oag.state.md.us</u>
6
                    **STATEMENT OF LOCAL COUNSEL**
7
          I am authorized and will be prepared to handle this matter, including trial,
8
   in the event the applicant Joshua M. Segal is unable to be present upon any date
9
   assigned by the court.
10
11 DATE: <u>1/31/2024</u>         Signature Local Counsel: <u>*/s/ Andrew R.W. Hughes*</u>
   Local Counsel's Name:      ANDREW R.W. HUGHES
12 Bar # / State Bar #:       WSBA #49515
   Law Firm Name:             Washington Office of the Attorney General
13 Street Address:            800 Fifth Avenue, Suite 2000
   City, State, Zip:          Seattle, WA 98104
14 Phone/Facsimile:           206-498-8113
   Primary Email:             Andrew.Hughes@atg.wa.gov
15
16
17
18
19
20
21
22

MOTION FOR LEAVE TO                    3

**Electronic Case Filing Agreement**

By submitting this form, the undersigned understands and agrees to the following:

1.     The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.     The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.     If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the Court. Members of the Court's systems staff will assess the risk and advise you accordingly.

4.     By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil procedure 5(b)(2)(c), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

5.     You will continue to access court information via the Eastern District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the Court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6.     By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

*/s/ Joshua M. Segal*          January 31, 2024
Signature                              Date Signed

MOTION FOR LEAVE TO          4          ATTORNEY GENERAL OF WASHINGTON
APPEAR PRO HAC VICE                          Complex Litigation Division
                                                              800 Fifth Avenue, Suite 2000
                                                              Seattle, WA  98104-3188
                                                              (206) 464-7744

1

## DECLARATION OF SERVICE

2       I hereby declare that on this day I caused the foregoing document to be

3  electronically filed with the Clerk of the Court using the Court's CM/ECF System

4  which will serve a copy of this document upon all counsel of record.

5       DATED this 31st day of January, 2024, at Seattle, Washington.

6                              */s/ Andrew R.W. Hughes*
                              ANDREW R.W. HUGHES, WSBA #49515
7                              Assistant Attorney General

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744