NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | No. 1:23-cv-03026 <br><br> DECLARATION OF NOAH T. KATZEN |

Pursuant to 28 U.S.C. § 1746, I, Noah T. Katzen, hereby declare:

1.     I am an attorney in the U.S. Department of Justice, Civil Division, Consumer Protection Branch. I am assigned to represent Defendants in the above-captioned case. The statements made herein are based on my personal knowledge, and on information made available to me in the course of my duties and responsibilities as Government counsel in this case.

1
DECLARATION OF NOAH T. KATZEN

2.     I submit this declaration to authenticate and enclose the exhibits cited in Defendants' Response in Opposition to Plaintiff States' Motion to Supplement the Administrative Record.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of REMS Modification Rationale Review for mifepristone (Dec. 16, 2021) included in the administrative record in this case at Bates Numbers 2021 REMS 001561–001609.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of Citizen Petition Response Letter from U.S. Food & Drug Admin. to American Association of Pro-Life Obstetricians & Gynecologists and American College of Pediatricians (Dec. 16, 2021), included in the administrative record in this case at Bates Numbers 2019 CP 000629–000668

5.     Attached hereto as **Exhibit 3** is a true and correct copy of Letter from U.S. Food & Drug Admin. to Danco Laboratories, LLC re: REMS Modification Notification (Dec. 16, 2021), included in the administrative record in this case at Bates Numbers 2021 REMS 001803–001807.

6.     Attached hereto as **Exhibit 4** is a true and correct copy of Letter from U.S. Food & Drug Admin. to GenBioPro, Inc. re: REMS Modification Notification (Dec. 16, 2021), included in the administrative record in this case at Bates Numbers 2021 REMS 001808–001811.

7. Attached hereto as **Exhibit 5** is a true and correct copy of Joint Summary Review (Jan. 3, 2023), included in the administrative record in this case at Bates Numbers 2023 SUPP 001112–001150.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Letter from U.S. Food & Drug Admin. to Danco Laboratories, LLC re: Supplement Approval NDA 020687/S-025 (Jan. 3, 2023), included in the administrative record in this case at Bates Numbers 2023 SUPP 001448–001460.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Letter from U.S. Food & Drug Admin. to GenBioPro, Inc. re: Supplemental Approval ANDA 091178-S004 (Jan. 3, 2023), included in the administrative record in this case at Bates Numbers 2023 SUPP 001461–001465.

10. Attached hereto as **Exhibit 8** is a true and correct copy of Jenna Jerman, et al., *Characteristics of U.S. Abortion Patients in 2014 and Changes Since 2008*, Guttmacher Inst. (2016), included in the administrative record in this case at Bates Numbers 2021 REMS 001198-001226.

11. Attached hereto as **Exhibit 9** is a true and correct copy of ANSIRH, The Turnaway Study, which I downloaded from https://www.ansirh.org/research/ongoing/turnaway-study and captured at https://perma.cc/257Q-LV5R on February 2, 2024. This exhibit also includes the

3
DECLARATION OF NOAH T. KATZEN

annotated bibliography linked to on the cited page, which I downloaded from https://www.ansirh.org/sites/default/files/2022-12/turnawaystudyannotatedbibliography122122.pdf and captured at https://perma.cc/5TNG-GQKA on February 2, 2024.

12. Attached hereto as **Exhibit 10** is a true and correct copy of Letter from Advancing New Standards in Reproductive Health (ANSIRH) et al, to Stephen Ostroff, M.D., Acting Commissioner of Food and Drugs, Robert M. Califf, M.d., Deputy Commissioner for Medical Products and Tobacco, and Janet Woodcock, M.D., Director of the Center for Drug Evaluation and Research (Feb. 4, 2016), included in the administrative record in this case at Bates Numbers FDA 1254-1262.

I swear under penalty of perjury that the foregoing is true and correct. Executed on February 2, 2024.

                                      */s/ Noah T. Katzen*
                                      NOAH T. KATZEN

4
DECLARATION OF NOAH T. KATZEN