**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

STATE OF WASHINGTON, *et al.*,

                Plaintiffs,

       v.

UNITED STATES FOOD AND DRUG
ADMINISTRATION, *et al.,*

                Defendants.

**No. 1:23-cv-0326-TOR**

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

To the Clerk:

      Please withdraw the appearance of Jill M. Graziano of the Pennsylvania Office of

Attorney General on behalf of plaintiff, the Commonwealth of Pennsylvania. The

Commonwealth of Pennsylvania will be represented in this matter by Elizabeth Lester-Abdalla,

whose application for admission *pro hac vice* is currently pending.

  Dated: February 22, 2024            Respectfully submitted,

                                   */s/ Jill M. Graziano*
                                   Jill M. Graziano (Pa. Bar. No. 82725)
                                   Chief Counsel
                                   PA Office of Attorney General
                                   1000 Madison Ave., Suite 301
                                   Norristown, PA 19403
                                   jgraziano@attorneygeneral.gov

## <u>CERTIFICATE OF SERVICE</u>

I, Jill M. Graziano, hereby certify that on February 22, 2024, I caused a copy of the foregoing to be electronically filed and served via the CM/ECF filing system. All participants in the case who are registered CM/ECF users will be served via the CM/ECF system.

*/s/ Jill M. Graziano*
Chief Counsel to the Attorney
General of Pennsylvania
