```
1   ROBERT W. FERGUSON
    Attorney General
2   NOAH GUZZO PURCELL, WSBA #43492
    Solicitor General
3   KRISTIN BENESKI, WSBA #45478
    First Assistant Attorney General
4   COLLEEN M. MELODY, WSBA #42275
    Civil Rights Division Chief
5   ANDREW R.W. HUGHES, WSBA #49515
    LAURYN K. FRAAS, WSBA #53238
6   Assistant Attorneys General
    TERA M. HEINTZ, WSBA #54921
7   Deputy Solicitor General
    800 Fifth Avenue, Suite 2000
8   Seattle, WA  98104-3188
    (206) 464-7744
9
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,<br><br>Defendants. | NO. 1:23-cv-03026-TOR<br><br>MOTION FOR LEAVE TO APPEAR PRO HAC VICE<br><br>FEE: $200.00 |

Pursuant to LCivR 83.2(c) of the United States District Court for the Eastern District of Washington, Lisa E. Eisenberg hereby moves for permission to appear and participate as counsel in the above-entitled action on behalf of the Commonwealth of Pennsylvania.

1  The particular need for my appearance and participation is to ensure

2  adequate representation of the interests of the Commonwealth of Pennsylvania.

3  I, Lisa E. Eisenberg, understand that I am charged with knowing and

4  complying with all applicable local rules.

5  I have been admitted to practice before the following courts on the following

6  dates:

| Courts | Dates |
|---|---|
| Commonwealth of Pennsylvania | 12/1/2017 |
| Eastern District of Pennsylvania | 1/29/2019 |

10  I have not been disbarred or formally censured by a court of record or by a

11  state bar association and there are not disciplinary proceedings against me.

12  I declare under penalty of perjury that the foregoing is true and correct.

13  Date: March 12, 2024    Signature of Applicant: /s/ Lisa E. Eisenberg

14  Pro Hac Vice Attorney
15  Applicant's Name:         Lisa E. Eisenberg
    Bar No./State Bar No.:    Pennsylvania Bar No. 324701
16  Law Firm Name:            Pennsylvania Office of Attorney General
    Street Address:           1600 Arch Street, Suite 300
17  City, State, Zip:         Philadelphia, PA  19103
    Phone Number:             (215) 316-9807
18  Primary Email:            leisenberg@attorneygeneral.gov

MOTION FOR LEAVE TO APPEAR PRO HAC VICE — 2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Lisa E. Eisenberg is unable to be present upon any date assigned by the court.

| | |
|---|---|
| DATE: March 12, 2024 | Signature Local Counsel: /s/ Andrew R.W. Hughes |
| Local Counsel's Name: | ANDREW R.W. HUGHES |
| Bar No./State Bar No.: | WSBA #49515 |
| Law Firm Name: | Washington Office of the Attorney General |
| Street Address: | 800 Fifth Avenue, Suite 2000 |
| City, State, Zip: | Seattle, WA  98104 |
| Phone/Facsimile: | (206) 498-8113 |
| Primary Email: | Andrew.Hughes@atg.wa.gov |

MOTION FOR LEAVE TO APPEAR PRO HAC VICE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

**Electronic Case Filing Agreement**

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the Court. Members of the Court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil procedure 5(b)(2)(c), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Eastern District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the Court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

_/s/ Lisa E. Eisenberg_               March 12, 2024
Signature                              Date Signed

MOTION FOR LEAVE TO APPEAR
PRO HAC VICE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

...

# CERTIFICATE OF SERVICE

I hereby certify that on March 12th, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED this 12th day of March 2024, at Seattle, Washington.

*/s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General

MOTION FOR LEAVE TO APPEAR PRO HAC VICE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744