# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>                      Plaintiffs,<br><br>            v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>                      Defendants. | **No. 1:23-cv-0326-TOR** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk:

Please withdraw the appearance of Elizabeth Lester-Abdalla of the Pennsylvania Office of Attorney General on behalf of plaintiff, the Commonwealth of Pennsylvania. The Commonwealth of Pennsylvania will be represented in this matter by Lisa Eisenberg, whose application for admission *pro hac vice* is currently pending.

Dated: March 18, 2024

                                        Respectfully submitted,

                                        */s/ Elizabeth Lester-Abdalla*
                                        Elizabeth Lester-Abdalla (Pa. Bar No. 327276)
                                        Deputy Attorney General
                                        Pennsylvania Office of Attorney General
                                        1600 Arch Street, Suite 300
                                        Philadelphia, Pennsylvania 19103
                                        elester-abdalla@attorneygeneral.gov
                                        (215) 970-0933

## **CERTIFICATE OF SERVICE**

I, Elizabeth Lester-Abdalla, hereby certify that on March 18, 2024, I caused a copy of the foregoing to be electronically filed and served via the CM/ECF filing system. All participants in the case who are registered CM/ECF users will be served via the CM/ECF system.

*/s/ Elizabeth Lester-Abdalla*
Deputy Attorney General