```
                                                                    FILED
               UNITED STATES COURT OF APPEALS                       JUN 13 2024
                        FOR THE NINTH CIRCUIT                   MOLLY C. DWYER, CLERK
                                                                 U.S. COURT OF APPEALS
```

| | |
|---|---|
| STATE OF WASHINGTON; et al., | No. 23-35294 |
| Plaintiffs-Appellees, | D.C. No. 1:23-cv-03026-TOR<br>Eastern District of Washington, Yakima |
| v. | |
| U.S. FOOD & DRUG ADMINISTRATION; et al., | ORDER |
| Defendants-Appellees, | |
| v. | |
| STATE OF IDAHO; et al., | |
| Movants-Appellants. | |

Before: S.R. THOMAS, McKEOWN, and CHRISTEN, Circuit Judges.

The parties are requested to submit supplemental briefs addressing the effect of *Food & Drug Administration et al. v. Alliance for Hippocratic Medicine et al.*, 602 U.S.____, 2024 WL 2964140 (U.S. June 13, 2024) on this appeal. The briefs are not to exceed 7,000 words, and shall be filed within fourteen (14) days of the date of this order.