NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| STATE OF WASHINGTON, *et al.*, | No. 1:23-cv-03026 |
|---|---|
| Plaintiffs, | JOINT STATUS REPORT |
| v. | |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | |
| Defendants. | |

Pursuant to this Court's January 17, 2024 Order (ECF No. 132), the parties file this Joint Status Report.

1. Defendants produced the administrative record to Plaintiffs on September 1, 2023. Following production of the administrative record, Defendants filed a certified index to the administrative record with the Court. ECF No. 127. On March 8, 2024, the Court granted in part Plaintiffs' motion to supplement the administrative record. ECF No. 146. On April 12,

JOINT STATUS REPORT                     1

2024, Defendants supplemented the record as ordered and filed an amended certified index to the administrative record with the Court. ECF No. 150.

2. On January 17, 2024, the Court ordered the parties to file a joint status report within 30 days after the Supreme Court issues its opinion in *FDA v. Alliance for Hippocratic Medicine*, No. 23-235, and *Danco Laboratories, LLC v. Alliance for Hippocratic Medicine*, No. 23-236. ECF No. 55. The Supreme Court issued its opinion in those cases on June 13, 2024, holding that the respondents "lack[ed] Article III standing to challenge FDA's [2016 and 2021] actions" relating to mifepristone. *See FDA v. Alliance for Hippocratic Medicine*, 602 U.S. 367, 372 (2024). That case has been remanded for "further proceedings consistent" with the Supreme Court's decision. *Id.* at 397. The parties in that case, including the three States that have intervened (Missouri, Kansas, and Idaho), have not yet indicated what further proceedings, if any, should occur.

3. The parties jointly request that this Court set the following schedule for briefing cross-motions for summary judgment:

    a. Plaintiffs will file their motion for summary judgment, not to exceed 25 pages, no later than October 10, 2024;

    b. Defendants will file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment, not to exceed 40 pages, no later than December 6, 2024;

    c. Plaintiffs will file their combined reply in support of their motion for summary judgment and opposition to Defendants' motion for summary judgment, not to exceed 35 pages, no later than January 24, 2025;

    d. Defendants will file their reply in support of their motion for summary judgment, not to exceed 20 pages, no later than March 7, 2025;

    e. The parties shall jointly prepare, and Plaintiffs shall file, a joint appendix containing portions of the administrative record cited in the parties' briefs no later than March 21, 2025;

4. Following the completion of briefing, the parties will advise the Court of their availability for oral argument.

July 15, 2024

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | HILARY K. PERKINS<br>Assistant Director |
| */s/ Kristin Beneski*<br>NOAH GUZZO PURCELL,<br>WSBA #43492<br>Solicitor General<br>KRISTIN BENESKI, WSBA #45478<br>First Assistant Attorney General<br>COLLEEN M. MELODY,<br>WSBA #42275,<br>Civil Rights Division Chief<br>ANDREW R.W. HUGHES,<br>WSBA #49515<br>LAURYN K. FRAAS,<br>WSBA #53238<br>Assistant Attorneys General<br>TERA M. HEINTZ, WSBA #54921<br>Deputy Solicitor General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA  98104-3188<br>(206) 464-7744<br>Noah.Purcell@atg.wa.gov<br>Kristin.Beneski@atg.wa.gov<br>Colleen.Meloday@atg.wa.gov<br>Andrew.Hughes@atg.wa.gov<br>Lauryn.Fraas@atg.wa.gov<br>Tera.Heintz@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* | */s/ Noah T. Katzen*<br>NOAH T. KATZEN<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044-0386<br>(202) 305-2428<br>(202) 514-8742 (fax)<br>Noah.T.Katzen@usdoj.gov<br><br>*Counsel for Defendants* |

JOINT STATUS REPORT

4

| | |
|---|---|
| ELLEN F. ROSENBLUM<br>Attorney General of Oregon | KRIS MAYES<br>Attorney General of Arizona |
| */s/ Carla A. Scott*<br>SANDER MARCUS HULL,<br>WSBA #35986<br>CARLA A. SCOTT, WSBA #39947<br>Senior Assistant Attorneys General<br>YOUNGWOO JOH, OSB #164105<br>Assistant Attorney General<br>Trial Attorneys<br>Tel: (971) 673-1880<br>Fax: (971) 673-5000<br>marcus.hull@doj.state.or.us<br>carla.a.scott@doj.state.or.us<br>youngwoo.joh@doj.state.or.us<br>*Attorneys for State of Oregon* | */s/ Daniel C. Barr*<br>Daniel C. Barr (Arizona No. 010149)<br>Chief Deputy Attorney General<br>Luci D. Davis (Arizona No. 35347)<br>Office of the Attorney General of<br>Arizona<br>2005 N. Central Ave.<br>Phoenix, AZ 85004-1592<br>Phone: (602) 542-8080<br>Email:    Daniel.Barr@azag.gov<br>    Luci.Davis@azag.gov<br>*Attorneys for Plaintiff State of Arizona* |
| PHILIP J. WEISER<br>Attorney General of Colorado | WILLIAM TONG<br>Attorney General of Connecticut |
| */s/ Eric Olson*<br>ERIC OLSON, CO #36414<br>Solicitor General<br>MICHAEL MCMASTER,<br>CO #42368<br>Assistant Solicitor General<br>Office of the Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>*Attorneys for Plaintiff State of Colorado* | */s/ Joshua Perry*<br>Joshua Perry<br>Solicitor General<br>Office of the Connecticut Attorney<br>General<br>165 Capitol Ave, Hartford, CT 06106<br>Joshua.perry@ct.gov<br>(860) 808-5372<br>Fax: (860) 808-5387<br>*Attorney for Plaintiff State of Connecticut* |

JOINT STATUS REPORT

| | |
|---|---|
| KATHLEEN JENNINGS<br>Attorney General of Delaware | KWAME RAOUL<br>Attorney General of Illinois |
| */s/ Vanessa L. Kassab*<br>VANESSA L. KASSAB<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>302-683-8899<br>vanessa.kassab@delaware.gov<br>*Attorney for Plaintiff State of Delaware* | */s/ Caitlyn G. McEllis*<br>Caitlyn G. McEllis (6306561)<br>Senior Policy Counsel<br>Office of the Illinois Attorney General<br>115 South LaSalle Street<br>Chicago, IL 60603<br>Phone: (312) 793-2394<br>Caitlyn.McEllis@ilag.gov<br>*Attorney for Plaintiff State of Illinois* |
| DANA NESSEL<br>Attorney General of Michigan | AARON D. FORD<br>Attorney General of Nevada |
| */s/ Stephanie M. Service*<br>Stephanie M. Service (P73305)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>Health, Education & Family Services Division<br>P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>ServiceS3@michigan.gov<br>*Attorney for Plaintiff Attorney General of Michigan* | */s/ Heidi Parry Stern*<br>Heidi Parry Stern (Bar. No. 8873)<br>Solicitor General<br>Office of the Nevada Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>HStern@ag.nv.gov<br>*Attorney for Plaintiff State of Nevada* |

JOINT STATUS REPORT

6

| | |
|---|---|
| RAÚL TORREZ<br>Attorney General of New Mexico<br><br>/s/ Aletheia Allen<br>Aletheia Allen<br>Solicitor General<br>Executive Office<br>State of New Mexico Department of Justice<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>505-527-2776<br>AAllen@nmag.gov<br>*Attorney for Plaintiff State of New Mexico*<br><br>CHARITY R. CLARK<br>Attorney General of Vermont<br><br>/s/ Douglas Keehn<br>DOUGLAS KEEHN<br>Assistant Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001<br>(802) 793-3892<br>douglas.keehn@vermont.gov<br>*Attorney for Plaintiff State of Vermont* | PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>/s/ Julia C. Harvey<br>JULIA C. HARVEY #10529<br>Special Assistant Attorney General<br>150 S. Main Street<br>Providence, RI 02903<br>(401) 274-4400 x2103<br>*Attorney for Plaintiff State of Rhode Island*<br><br>BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br>JENNIFER C. JONES<br>Deputy Attorney General<br>Public Advocacy Division<br>WILLIAM STEPHENS<br>Assistant Deputy Attorney General<br>Public Advocacy Division<br><br>/s/ Nicole S. Hill<br>NICOLE S. HILL<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, N.W.<br>Washington, D.C. 20001<br>(202) 727-4171<br>nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* |

JOINT STATUS REPORT

| | |
|---|---|
| ANNE E. LOPEZ<br>Attorney General | AARON M. FREY<br>Attorney General |
| */s/ Erin N. Lau*<br>Erin N. Lau 009887<br>465 South King St., Room 200<br>Honolulu, Hawaii 96813<br>Erin.N.Lau@hawaii.gov<br>*Counsel for the State of Hawaii* | */s/ Halliday Moncure*<br>Halliday Moncure, Bar No. 4559<br>Assistant Attorney General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>(207) 626-8800<br>halliday.moncure@maine.gov |
| ANTHONY G. BROWN<br>Attorney General of Maryland | KEITH ELLISON<br>Attorney General<br>State of Minnesota |
| */s/ Joshua M. Segal*<br>JOSHUA M. SEGAL<br>Assistant Attorney General<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 576-6446<br>jsegal@oag.state.md.us<br>*Attorney for Plaintiff State of Maryland* | */s/ Liz Kramer*<br>LIZ KRAMER (#0325089)<br>Solicitor General<br>JENNIFER OLSON (#0391356)<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1010 (Voice)<br>(651) 282-5832 (Fax)<br>liz.kramer@ag.state.mn.us<br>jennifer.olson@ag.state.mn.us<br>*Attorneys for Plaintiff State of Minnesota* |

JOINT STATUS REPORT

MICHELLE A. HENRY
Attorney General of Pennsylvania

*/s/ Lisa E. Eisenberg*
LISA E. EISENBERG
(Pa Bar No. 324701)
1600 Arch Street, Suite 300
Philadelphia, PA 19103
leisenberg@attorneygeneral.gov
(215) 316-9807
*Attorney for the Commonwealth of Pennsylvania*

JOINT STATUS REPORT

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          */s/ Noah T. Katzen*
                                          NOAH T. KATZEN

JOINT STATUS REPORT