FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF OREGON, STATE OF ARIZONA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, ATTORNEY GENERAL OF MICHIGAN, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF RHODE ISLAND, STATE OF VERMONT, DISTRICT OF COLUMBIA, STATE OF HAWAII, STATE OF MAINE, STATE OF MARYLAND, STATE OF MINNESOTA, and COMMONWEALTH OF PENNSYLVANIA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, ROBERT M. CALIFF, in his official capacity as Commissioner of Food and Drugs, UNITED STATES DEPARTMENT OF HEALTH AND | NO. 1:23-CV-3026-TOR <br><br> ORDER SETTING BRIEFING SCHEDULE |

ORDER SETTING BRIEFING SCHEDULE ~ 1

HUMAN SERVICES, and XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services,

Defendants.

BEFORE THE COURT is the Parties' Joint Status Report. ECF No. 152. The Court has reviewed the record and files herein and is fully informed.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiffs will file their motion for summary judgment, not to exceed 25 pages, no later than October 10, 2024;

2. Defendants will file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment, not to exceed 40 pages, no later than December 6, 2024;

3. Plaintiffs will file their combined reply in support of their motion for summary judgment and opposition to Defendants' motion for summary judgment, not to exceed 35 pages, no later than January 24, 2025;

4. Defendants will file their reply in support of their motion for summary judgment, not to exceed 20 pages, no later than March 7, 2025;

5. The parties shall jointly prepare, and Plaintiffs shall file, a joint appendix containing portions of the administrative record cited in the parties' briefs no later than March 21, 2025; and

ORDER SETTING BRIEFING SCHEDULE ~ 2

6. Immediately following the completion of briefing, the parties will advise the Court of their availability for oral argument.

The District Court Executive is directed to enter this Order and furnish copies to counsel, including those attorneys who have not signed up for electronic filing and service.

DATED July 16, 2024.



THOMAS O. RICE
United States District Judge