## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>                     Plaintiffs,<br><br>         v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>                     Defendants. | No. 1:23-cv-03026-TOR |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk:

Please withdraw the appearance of Eric R. Olson of the Colorado Office of Attorney General on behalf of Plaintiff, State of Colorado. The State of Colorado is represented in this matter by Colorado Solicitor General, Shannon Wells Stevenson whose application for admission *pro hac vice* has been granted.

Dated: July 17, 2024

                                                                  Respectfully submitted,

                                                                  PHILIP J. WEISER
                                                                  Attorney General of Colorado

                                                                  */s/ Shannon Wells Stevenson*
                                                                  SHANNON WELLS STEVENSON, 35542
                                                                  Solicitor General
                                                                  Office of the Attorney General
                                                                  1300 Broadway, 10th Floor
                                                                  Denver, CO 80203
                                                                  (720) 508-6000
                                                                  shannon.stevenson@coag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2024, the foregoing Notice of Withdrawal of Appearance was filed with the Clerk of the Court and served on counsel of record for all parties through the CM/ECF filing system.

*/s/ Shannon Wells Stevenson*
SHANNON WELLS STEVENSON
Solicitor General

Counsel for the State of Colorado