ROBERT W. FERGUSON
Attorney General
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., <br><br> Defendants. | NO. 1:23-cv-03026-TOR <br><br> ORDER GRANTING PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT <br><br> [PROPOSED] |

This action involves a challenge under the Administrative Procedure Act (APA) to the January 3, 2023, final agency action of Defendant U.S. Food and Drug Administration (FDA) to subject mifepristone—a medication used by more than 5.6 million patients in the United States over the last quarter century for abortion and miscarriage management—to a Risk Evaluation and Mitigation Strategy (REMS) with three Elements to Assure Safe Use (ETASU). This matter

ORDER GRANTING PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT [PROPOSED]

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

came before the Court on Plaintiff States' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment. The Court has considered the following:

1. Plaintiff States' Motion for Summary Judgment (ECF No. _____), with supporting exhibits;

2. Defendants' Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff States' Motion for Summary Judgment (ECF No. _____), with supporting exhibits;

3. Plaintiff States' Combined Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment (ECF No. _____), with supporting exhibits;

4. Defendants' Reply in Support of Motion for Summary Judgment, with supporting exhibits; and

5. The administrative record in the above-captioned matter, including the excerpts of the administrative record cited by the parties.

Being fully apprised of the matter, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Plaintiff States' Motion for Summary Judgment is hereby GRANTED and the Defendants' Cross-Motion for Summary Judgment is DENIED.

The Court holds that the mifepristone REMS program violates the APA, as FDA's January 3, 2023, final agency action was "in excess of statutory jurisdiction,

authority, or limitations" and was "arbitrary" and "capricious," 5 U.S.C. §§ 706(2)(A), (C); and

REMANDS the matter to FDA with the following instructions to allow FDA to address its errors without the potentially disruptive consequences of vacatur. Accordingly, absent further order of the Court, the current mifepristone REMS program adopted on January 3, 2023, shall remain in effect for the duration of the remand. On remand, FDA shall consider the following: whether mifepristone meets the statutory criteria to qualify for a REMS with ETASU based on the criteria set forth under 21 U.S.C. §§ 355-1(a)(1), (f)(1)-(2), and (g)(4)(B), including whether FDA would withdraw mifepristone from the market in the absence of any ETASU; whether the ETASU elements are "commensurate with" mifepristone's well-established safety profile, *id.* § 355-1(f)(2)(A), particularly in comparison to other comparable drugs and treatments; the extent to which the current (or any) ETASU elements burden patient access to mifepristone, particularly given the time-sensitive nature and risks of pregnancy, and also considering "patients who have difficulty accessing health care," including "patients in rural or medically underserved areas," *id.* § 355-1(f)(2)(C); and whether the current (or any) ETASU for mifepristone "minimize[s] the burden on the health care delivery system," *id.* § 355-1(f)(2)(D). FDA is further ordered to consider those portions of the administrative record that relate to the above statutory factors that it arbitrarily and capriciously excluded from its 2023 REMS Review; and

ORDER GRANTING PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT [PROPOSED]

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    ORDERS that the terms of the Court's prior Order Granting in Part Plaintiffs' Motion for Preliminary Injunction, ECF No. 80, remain in effect during the pendency of remand; and

   DIRECTS that periodic reports shall be filed with the Court by FDA every 30 days as to the status of the mifepristone REMS review and the anticipated timeframe for completion.

   It is SO ORDERED.

   ISSUED this _____ day of _____ 2025.

   _____
   JUDGE THOMAS O. RICE

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ Kristin Beneski*
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Noah.Purcell@atg.wa.gov
Kristin.Beneski@atg.wa.gov

| | |
|---|---|
| 1 | Colleen.Melody@atg.wa.gov |
|   | Andrew.Hughes@atg.wa.gov |
| 2 | Lauryn.Fraas@atg.wa.gov |
|   | Tera.Heintz@atg.wa.gov |
| 3 | *Attorneys for Plaintiff State of Washington* |
| | |
| 4 | ELLEN F. ROSENBLUM |
|   | Attorney General of Oregon |
| 5 | |
|   | *s/ Carla A. Scott* |
| 6 | SANDER MARCUS HULL, WSBA #35986 |
|   | CARLA A. SCOTT, WSBA #39947 |
| 7 | Senior Assistant Attorneys General |
|   | YOUNGWOO JOH, OSB #164105 |
| 8 | Assistant Attorney General |
|   | Trial Attorneys |
| 9 | Tel: (971) 673-1880 |
|   | Fax: (971) 673-5000 |
| 10 | marcus.hull@doj.state.or.us |
|   | carla.a.scott@doj.state.or.us |
| 11 | youngwoo.joh@doj.state.or.us |
|   | *Attorneys for State of Oregon* |
| 12 | |
|   | KRIS MAYES |
| 13 | Attorney General of Arizona |
| | |
| 14 | *s/ Daniel C. Barr* |
|   | Daniel C. Barr (Arizona No. 010149) |
| 15 | Chief Deputy Attorney General |
|   | Luci D. Davis (Arizona No. 35347) |
| 16 | Office of the Attorney General of Arizona |
|   | 2005 N. Central Ave. |
| 17 | Phoenix, AZ 85004-1592 |
|   | Phone: (602) 542-8080 |
| 18 | Email:    Daniel.Barr@azag.gov |
|   |          Luci.Davis@azag.gov |
| 19 | *Attorneys for Plaintiff State of Arizona* |
| 20 | |
| 21 | |
| 22 | |

| | |
|---|---|
| 1 | PHILIP J. WEISER<br>Attorney General of Colorado |
| 2 | |
| 3 | *s/ Shannon Wells Stevenson*<br>SHANNON WELLS STEVENSON, #35542<br>Solicitor General |
| 4 | MICHAEL MCMASTER, CO #42368<br>Assistant Solicitor General |
| 5 | Office of the Attorney General<br>Colorado Department of Law |
| 6 | 1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| 7 | Phone: (720) 508-6000<br>*Attorneys for Plaintiff State of Colorado* |
| 8 | |
| 9 | WILLIAM TONG<br>Attorney General of Connecticut |
| 10 | *s/ Joshua Perry*<br>Joshua Perry |
| 11 | Solicitor General<br>Office of the Connecticut Attorney General |
| 12 | 165 Capitol Ave, Hartford, CT 06106<br>Joshua.perry@ct.gov |
| 13 | (860) 808-5372<br>Fax: (860) 808-5387 |
| 14 | *Attorney for Plaintiff State of Connecticut* |
| 15 | KATHLEEN JENNINGS<br>Attorney General of Delaware |
| 16 | |
| 17 | *s/ Vanessa L. Kassab*<br>VANESSA L. KASSAB<br>Deputy Attorney General |
| 18 | Delaware Department of Justice<br>820 N. French Street |
| 19 | Wilmington, DE 19801<br>302-683-8899 |
| 20 | vanessa.kassab@delaware.gov<br>*Attorney for Plaintiff State of Delaware* |
| 21 | |
| 22 | |

KWAME RAOUL
Attorney General of Illinois

*s/ Caitlyn G. McEllis*
Caitlyn G. McEllis (6306561)
Senior Policy Counsel
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
Phone: (312) 793-2394
Caitlyn.McEllis@ilag.gov
*Attorney for Plaintiff State of Illinois*

DANA NESSEL
Attorney General of Michigan

*s/ Stephanie M. Service*
Stephanie M. Service (P73305)
Assistant Attorney General
Michigan Department of Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
ServiceS3@michigan.gov
*Attorney for Plaintiff Attorney General of Michigan*

AARON D. FORD
Attorney General of Nevada

*s/ Heidi Parry Stern*
Heidi Parry Stern (Bar. No. 8873)
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

ORDER GRANTING PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT [PROPOSED]

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | RAÚL TORREZ<br>Attorney General of New Mexico |
| 2 | |
| 3 | *s/ Aletheia Allen*<br>Aletheia Allen<br>Solicitor General |
| 4 | Executive Office<br>State of New Mexico Department of Justice |
| 5 | 201 Third St. NW, Suite 300<br>Albuquerque, NM 87102 |
| 6 | 505-527-2776<br>AAllen@nmag.gov |
| 7 | *Attorney for Plaintiff State of New Mexico* |
| 8 | PETER F. NERONHA<br>Attorney General of Rhode Island |
| 9 | |
| 10 | *s/ Julia C. Harvey*<br>JULIA C. HARVEY #10529<br>Special Assistant Attorney General |
| 11 | 150 S. Main Street<br>Providence, RI 02903 |
| 12 | (401) 274-4400 x2103<br>*Attorney for Plaintiff State of Rhode Island* |
| 13 | |
| 14 | CHARITY R. CLARK<br>Attorney General of Vermont |
| 15 | *s/ Douglas Keehn*<br>DOUGLAS KEEHN |
| 16 | Assistant Attorney General<br>109 State Street |
| 17 | Montpelier, VT 05609-1001<br>(802) 793-3892 |
| 18 | douglas.keehn@vermont.gov<br>*Attorney for Plaintiff State of Vermont* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

| | |
|---|---|
| 1 | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia |
| 2 | JENNIFER C. JONES<br>Deputy Attorney General |
| 3 | Public Advocacy Division<br>WILLIAM STEPHENS |
| 4 | Assistant Deputy Attorney General<br>Public Advocacy Division |
| 5 | |
| 6 | *s/ Nicole S. Hill*<br>NICOLE S. HILL<br>Assistant Attorney General |
| 7 | Office of the Attorney General for the District of Columbia<br>400 Sixth Street, N.W. |
| 8 | Washington, D.C. 20001<br>(202) 727-4171 |
| 9 | nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* |
| 10 | |
| 11 | ANNE E. LOPEZ<br>Attorney General |
| 12 | *s/ Erin N. Lau*<br>Erin N. Lau 009887 |
| 13 | 465 South King St., Room 200<br>Honolulu, Hawaii 96813 |
| 14 | Erin.N.Lau@hawaii.gov<br>*Counsel for the State of Hawaii* |
| 15 | |
| 16 | AARON M. FREY<br>Attorney General |
| 17 | *s/ Halliday Moncure*<br>Halliday Moncure, Bar No. 4559 |
| 18 | Assistant Attorney General<br>Office of the Maine Attorney General |
| 19 | 6 State House Station<br>Augusta, ME 04333-0006 |
| 20 | (207) 626-8800<br>halliday.moncure@maine.gov |
| 21 | |
| 22 | |

| | |
|---|---|
| 1 | ANTHONY G. BROWN |
| | Attorney General of Maryland |
| 2 | |
| | *s/ Joshua M. Segal* |
| 3 | JOSHUA M. SEGAL |
| | Assistant Attorney General |
| 4 | Office of the Attorney General of Maryland |
| | 200 Saint Paul Place, 20th Floor |
| 5 | Baltimore, Maryland 21202 |
| | (410) 576-6446 |
| 6 | jsegal@oag.state.md.us |
| | *Attorney for Plaintiff State of Maryland* |
| 7 | |
| | KEITH ELLISON |
| 8 | Attorney General |
| | State of Minnesota |
| 9 | |
| | *s/ Liz Kramer* |
| 10 | LIZ KRAMER (#0325089) |
| | Solicitor General |
| 11 | JENNIFER OLSON (#0391356) |
| | Assistant Attorney General |
| 12 | 445 Minnesota Street, Suite 1400 |
| | St. Paul, Minnesota 55101-2131 |
| 13 | (651) 757-1010 (Voice) |
| | (651) 282-5832 (Fax) |
| 14 | liz.kramer@ag.state.mn.us |
| | jennifer.olson@ag.state.mn.us |
| 15 | *Attorneys for Plaintiff State of Minnesota* |
| 16 | MICHELLE A. HENRY |
| | Attorney General of Pennsylvania |
| 17 | |
| | *s/ Lisa E. Eisenberg* |
| 18 | LISA E. EISENBERG |
| | (Pa. Bar No. 324701) |
| 19 | Deputy Attorney General |
| | 1600 Arch Street, Suite 300 |
| 20 | Philadelphia, PA 19103 |
| | leisenberg@attorneygeneral.gov |
| 21 | (215) 316-9807 |
| | *Attorney for the Commonwealth of Pennsylvania* |
| 22 | |

ORDER GRANTING PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT [PROPOSED]

10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 10th day of October 2024, at Seattle, Washington.

*s/ Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General

ORDER GRANTING PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT [PROPOSED]

11

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744