ROBERT W. FERGUSON
Attorney General
NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 1:23-cv-03026-TOR |
| Plaintiffs, | DECLARATION OF KRISTIN BENESKI IN SUPPORT OF PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., | With Oral Argument: TBD (see ECF No. 153) |
| Defendants. | |

I, Kristin Beneski, declare as follows:

1. I am over the age of 18, am competent to testify to the matters herein, and make this declaration based on my personal knowledge.

2. I am the First Assistant Attorney General with the Washington State Office of the Attorney General. I am counsel of record for the State of Washington in this matter.

DECLARATION OF KRISTIN
BENESKI IN SUPPORT OF
PLAINTIFF STATES' MOTION
FOR SUMMARY JUDGMENT

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1      3.    Submitted herewith are volumes A through F of the Plaintiff States' Excerpts of Administrative Record (EAR), as well as an Index of the same. Volumes A through E of the EAR comprise true and correct copies of excerpts of the administrative record produced by Defendants in this matter; Volume F comprises true and correct copies of pages from public websites maintained by Defendants FDA and HHS. The State of Washington has applied highlighting and "EAR__" Bates numbers to the excerpts.

    I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

    DATED this 10th day of October 2024, at Seattle, Washington.

*s/ Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General

DECLARATION OF KRISTIN BENESKI IN SUPPORT OF PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 10th day of October 2024, at Seattle, Washington.

*s/ Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General

DECLARATION OF KRISTIN BENESKI IN SUPPORT OF PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744