# Index of Plaintiff States' Excerpts of Administrative Record (EAR)
*State of Washington, et al. v. United States*
*Food and Drug Administration, et al.*
No. 1:23-cv-03026-TOR

| VOLUME A | | | |
|---|---|---|---|
| **Administrative Record** | | | |
| **Index Page Number** | **Document Name** | **Document Date** | **Excerpted AR Number** |
| EAR1-11 | FDA, Risk Assessment and Risk Mitigation Review(s) (Korlym) (FDA 292-0306) | Jan. 1, 2012 | FDA 292, FDA 294, FDA 296-304 |
| EAR12-13 | Korlym Summary Review (FDA 307-0330) | Feb. 17, 2012 | FDA 307, FDA 310, |
| EAR14-18 | FDA, Summary Review (Mifeprex) (FDA 412-439) | Mar. 29, 2016 | FDA 412, FDA 434-37 |
| EAR19-22 | CDER Application No. 020687Orig1s020 Medical Review(s) (FDA 527-634) | Mar. 29, 2016 | FDA 527, FDA 537, FDA 539, FDA 574 |
| EAR23-30 | FDA, REMS Review & Supporting Materials (Mifeprex) (FDA 673-709) | Mar. 29, 2016 | FDA 673-674, FDA 679-81, FDA 698, FDA 704-705 |
| EAR31-33 | FDA, Citizen Petition Response Letter to Am. Assoc. of Pro-Life Obstetricians & Gynecologists ("AAPLOG") et al. (FDA 856-88) | Mar. 29, 2016 | FDA 856, FDA 880-881 n. 69 |
| EAR34-35 | Tab F, RU-486 Action Date is Sept. 30; Allen Named Reproductive Division Director, The Pink Sheet, Vol. 62; No. 24; Pg. 14, (FDA 1064-1066) | June 12, 2000 | FDA 1065-66 |

| EAR36-37 | F.D.A. Adds Hurdles in Approval of Abortion Pill, New York Times (FDA 1143-1145) | June 8, 2000 | FDA 1144-1145 |
|---|---|---|---|
| EAR38-39 | Letter from Kelly Blanchard, President, Ibis Reproductive Health et al., to FDA (FDA 1245-53) | Nov. 3, 2015 | FDA 1245, FDA 1247 |
| EAR40-42 | Letter from Soc'y of Family Planning ("SFP") et al., to FDA (FDA 1254-62) | Feb. 4, 2016 | FDA 1254, FDA 1256, FDA 1257 |
| EAR43-44 | Letter from Hal C. Lawrence, III, Exec. VP & CEO, Am. Coll. Of Obstetricians & Gynecologists ("ACOG"), to FDA (FDA 1263-64) | Nov. 4, 2015 | Entire range |
| **VOLUME B** | | | |
| **Administrative Record** | | | |
| EAR45-49 | Sixteen Years of Overregulation: Time to Unburden Mifeprex Mifeprex REMS Study Group, New England Journal of Medicine (2019 CP 370-374) | 2017 | Entire range |
| EAR50-51 | Elizabeth Raymond, et al., *Increasing Access to Abortion with Telemedicine*, Viewpoint, JAMA Internal Medicine, May 2016 Volume 176, Number 5 (2019 CP 389-390) | 2016 | Entire range |
| EAR 52-53 | Courtney A. Schreiber, et al., *Mifepristone Pretreatment for the Medical Management of Early Pregnancy Loss,* N. Eng. J. Med., 2161-70 (2019 CP 402-411) | 2018 | 2019 CP 402-03 |
| EAR54-55 | FDA, Citizen Petition Response Letter to AAPLOG and Am. Coll. of Pediatricians (2019 CP 628-68) | Dec. 16, 2021 | 2019 CP 629, 2019 CP 648 |

| VOLUME C | | | |
|---|---|---|---|
| **Administrative Record** | | | |
| EAR56-58 | ACOG/Society for Maternal Fetal Medicine Letter to Hahn/FDA Re: Docket Number: FDA-2020-D-1106; Policy for Certain REMS Requirements During the COVID-19 Public Health Emergency Guidance for Industry and Health Care Professionals (2021 ED 1-3) | Apr. 20, 2020 | Entire range |
| EAR59-61 | ACOG: *Position Statement: Improving Access to Mifepristone for Reproductive Health Indications* (2021 ED 11-13) | June 2018 | Entire Range |
| EAR62-66 | Nat'l Acads. of Scis., Eng'g & Med., The Safety & Quality of Abortion Care in the United States (2021 ED 126-348) | 2018 | 2021 ED 126-27, 2021 ED 147, 2021 ED 195 2021 ED 240 |
| EAR67-38 | Letter of Woodcock to ACOG & Society for Maternal-Fetal Medicine (2021 ED 510-511) | Apr. 12, 2021 | Entire range |
| EAR69-74 | Letter of State Attorneys General to Alex Azar, Secretary, U.S. Dept. of Health & Human Servs, and Dr. Stephen Hahn, Commissioner (2021 REMS 35-40) | Mar. 30, 2020 | Entire range |
| EAR75 | Letter from AAFP to Dr. Norman Sharpless, Acting Commissioner, U.S. Food & Drug Admin. (2021 REMS 42) | June 20, 2019 | Entire range |
| EAR76-80 | Letter from 500 Women Scientists et al. to Dr. Stephen Hahn, Commissioner, U.S. Food & Drug Admin. (2021 REMS 44-48) | Apr. 6, 2020 | Entire range |

| EAR81-82 | Guttmacher Inst., *Medication Abortion* (2021 REMS 72-83) | Nov. 12, 2019 | 2021 REMS 72- 73 |
|---|---|---|---|
| EAR83-84 | Advancing New Standards in Reproductive Health, Analysis of Medication Abortion Risk and the FDA Report "Mifepristone US. Post-Marketing Adverse Events Summary through 12/31/2018 (2021 REMS 84-85) | Apr. 2019 | Entire range |
| EAR85-86 | Jane E. Henney & Helene D. Gayle, *Time to Reevaluate U.S. Mifepristone Restrictions*, 381 N. Eng. J. Med., 597-98 (2021 REMS 166-167) | 2019 | Entire range |
| EAR87-89 | Letter from Maryland General Assembly Members to Dr. Stephen Hahn, Commissioner, U.S. Food & Drug Admin. (2021 REMS 562-64) | Oct. 6, 2020 | Entire range |
| EAR90-91 | Am. Coll. of Obstetricians & Gynecologists, Prac. Bull. No. 200, *Early Pregnancy Loss*, 132 Obstetrics & Gynecology e198-e207 (2021 REMS 578-88) | 2018 | 2021 REMS 578, 2021 REMS 581 |
| EAR92-96 | Elizabeth G. Raymond & David A. Grimes, *The Comparative Safety of Legal Induced Abortion and Childbirth in the United States*, 119 Obstetrics & Gynecology 215-19 (2021 REMS 695-99) | 2012 | Entire range |
| EAR97-103 | Emily E. Petersen, et al., *Vital Signs: Pregnancy-Related Deaths, United States, 2011-2015, and Strategies for Prevention, 13 States, 2013-2017*, 68 Morbidity & Mortality Weekly Report, 423-29 (2021 REMS 700-06) | 2019 | Entire range |

4

| EAR104-106 | ACOG & SFP, Practice Bulletin No. 225, Medication Abortion Up to 70 Days of Gestation, 136 Obstetrics & Gynecology e31-e47 (2021 REMS 748-64) | Oct. 2020 | 2021 REMS 748, 2021 REMS 751, 2021 REMS 756 |
|---|---|---|---|
| EAR107-108 | Daniel Grossman, et al., *Medication Abortion with Pharmacist Dispending of Mifepristone*, 137 Obstetrics & Gynecology, 613-22 (2021 REMS 000772-81) | Apr. 2021 | 2021 REMS 772, 2021 REMS 779 |
| EAR109-110 | Debra B. Stulberg, et al., *Abortion Provision Among Practicing Obstetrician-Gynecologists*, 118 Obstetrics & Gynecology, 609-14 (2021 REMS 921-31) | 2011 | 2021 REMS 921, 2021 REMS 925 |
| EAR111-116 | Letter from SFP Bd. of Dirs., to FDA (2021 REMS 950-55) | Aug. 11, 2021 | Entire range |
| EAR117-118 | Laura Schummers et al., *Do Medication Abortion Complications Increase When Mifepristone Is Available Without Regulations Restricting Practice? A Population based Study Using Linked Health Administrative Data from Canada*, 47 BMJ Sex. Reprod. Health. 2-3 (2021 REMS 956-57) | 2021 | Entire range |
| EAR119-121 | Daniel Grossman et al., Induced Abortion Provision Among a National Sample of Obstetrician-Gynecologists, 133 Obstetrics & Gynecology 477-83 (2021 REMS 966-72) | 2019 | 2021 REMS 966, 2021 REMS 970-71 |

| EAR122-127 | Silpa Srinivasulu et al., US clinicians' Perspectives on How Mifepristone Regulations Affect Access to Medication Abortion and Early Pregnancy Loss Care in Primary Care, 104 Contraception 92-97<br>(2021 REMS 973-78) | 2021 | Entire range |
|---|---|---|---|
| EAR128-132 | Danielle Calloway et al., *Mifepristone Restrictions and Primary Care: Breaking the Cycle of Stigma Through a Learning Collaborative Model in the United States*, 104 Contraception 24-28<br>(2021 REMS 979-83) | 2021 | Entire range |
| EAR133-34 | Sarah Munro et al., *Perspectives Among Canadian Physicians on Factors Influencing Implementation of Mifepristone Medical Abortion: A National Qualitative Study*, 18 Annals Family Med. 413-21<br>(2021 REMS 984-92) | 2020 | 2021 REMS 984, 2021 REMS 991 |
| EAR135-40 | Kayla N. Rasmussen et al., *Expanding Access to Medication Abortion Through Pharmacy Dispensing of Mifepristone: Primary Care Perspectives from Illinois*, 104 Contraception 98-103<br>(2021 REMS 993-98) | 2021 | Entire range |
| EAR141-42 | Letter from Dr. Graham Chelius, SFP & Cal. Acad. of Family Physicians, to FDA<br>(2021 REMS 1159-67) | Sept. 29, 2021 | 2021 REMS 1159, 2021 REMS 1163 |
| EAR143-44 | Cong. of Delegates, Am. Acad. of Fam. Physicians ("AAFP"), *Resolution No. 506 (Cosponsored C) - Removing Risk Evaluation and Mitigation Strategy (REMS) Categorization of Mifepristone*<br>(2021 REMS 1168-71) | May 24, 2018 | 2021 REMS 1168-69 |

6

| EAR145-147 | Alice F. Cartwright, et al., *Identifying National Availability of Abortion Care and Distance from Major US Cities: Systematic Online Search*, 20 J. Med. Internet Res. E186 (2021 REMS 1185-97) | 2018 | 2021 REMS 1185-86, 2021 REMS 1193 |
|---|---|---|---|
| EAR148-149 | Memorandum: Mifepristone and All Adverse Events NDA 020687 and ANDA 091178. RCM # 2007-525 (2021 REMS 1390-1401) | Dec. 16, 2021 | 2021 REMS 1390, 2021 REMS 1393 |
| EAR150-198 | REMS Modification Rationale Review (Mifepristone) 2021 REMS 1561-1609 | Dec. 16, 2021 | Entire range |
| EAR199-201 | Chelius Appendix, Exhibit 1, Declaration of Graham T. Chelius, M.D. (2021 REMS 1923-1944) | Apr. 14, 2021 | 2021 REMS 1924, 2021 REMS 1937-38 |
| EAR202-204 | Chelius Appendix, Exhibit 3, Declaration of Joey Banks, M.D. (2021 REMS 1959-64) | Apr. 12, 2021 | 2021 REMS 1960, 2021 REMS 1963-64 |
| EAR205-207 | Chelius Appendix, Exhibit 6, Declaration of Charisse M. Loder, M.D., M.SC. (2021 REMS 1982-95) | Apr. 14, 2021 | 2021 REMS 1983, 2021 REMS 1991-92 |
| EAR208-209 | Letter from ACOG to FDA (2021 REMS 2051-2052) | Oct. 6, 2021 | Entire range |
| **VOLUME D** | | | |
| **Administrative Record** | | | |
| EAR210-237 | Citizen Petition from ACOG et al., to FDA (2022 CP 71-98) | Oct. 4, 2022 | Entire range |

| EAR238-239 | Laura Schummers et al., *Abortion Safety and Use with Normally Prescribed Mifepristone in Canada*, 386 New End. J. Med. 57-67 (2022 CP 99-109) | Jan. 6, 2022 | 2022 CP 99, 2022 CP 108 |
|---|---|---|---|
| EAR240-243 | Citizen Response Letter from U.S. Food & Drug Admin. To American College of Obstetricians & Gynecologists (2022 CP 110-113) | Jan. 3, 2023 | Entire range |
| **VOLUME E** | | | |
| **Administrative Record** | | | |
| EAR244-245 | NDA Type A Meeting Request Letter (2023 SUPP 1-12) | Mar. 11, 2022 | 2023 SUPP 1, 2023 SUPP 10 |
| EAR246-251 | Letter from Maureen G. Phipps, CEO, ACOG & James L. Madara, CEO, AMA, to FDA re: actions related to mifepristone (2023 SUPP 32-37) | June 21, 2022 | Entire range |
| EAR252-253 | Carolyn L. Westhoff, *A better medical regimen for the management of miscarriage*, 378 N. Eng. J. Med., 2232-33 (2023 SUPP 69-70) | 2018 | Entire range |
| EAR254-256 | World Health Org., Medical Management of Abortion (2023 SUPP 088-159) | 2018 | 2023 SUPP 88, 2023 SUPP 104-05 |
| EAR257-261 | Donna L. Hoyert, *Maternal Mortality Rates in the United States, 2020*, National Center for Health Statistics (2023 SUPP 180-84) | Feb. 2022 | Entire range |

| EAR262 | Nisha Verma & Scott A. Shainker, *Maternal mortality, abortion access, and optimizing care in an increasingly restrictive United States: A review of the current climate*, Seminars in Perinatology (2023 SUPP 201-09) | 2020 | 2023 SUPP 201 |
|---|---|---|---|
| EAR263 | M. Antonia Biggs et al., *Women's Mental Health and Well-being 5 Years After Receiving or Being Denied an Abortion: A Prospective, Longitudinal Cohort Study*, 74 JAMA Psychiatry 169-78 (2023 SUPP 229-38) | 2017 | 2023 SUPP 229 |
| EAR264-268 | NDA amendment responding to 7/22/2022 information request (2023 SUPP 451-78) | Aug. 26, 2022 | 2023 SUPP 455, 2023 SUPP 460-63 |
| EAR269-270 | FDA Integrated Memorandum re All Adverse Events (Mifepristone REMS) (2023 SUPP 1040-51) | Dec. 22, 2022 | 2023 SUPP 1040, 2023 SUPP 1042 |
| EAR271 | U.S. Food & Drug Admin., Mifepristone U.S. Post-Marketing Adverse Events Summary through 6/30/2022 (finalized Nov. 9, 2022) (2023 SUPP 1052-53) | Nov. 9, 2022 | 2023 SUPP 1052 |
| EAR272-310 | Joint Summary Review (Mifepristone REMS) (2023 SUPP 1112-50) | Jan. 3, 2023 | Entire range |
| EAR3311-13 | NAF, 2020 Violence and Disruption Statistics (2023 SUPP 1151-59) | 2020 | 2023 SUPP 1151-53 |
| EAR314-316 | Amanda Musa, *Wyoming Authorities Search for a Suspect Believed to Have Set an Abortion Clinic on Fire*, CNN WIRE (2023 SUPP 1160-62) | June 11, 2022 | Entire range |

| EAR317-319 | Mifeprex 2023 Labeling and Medication Guide (2023 SUPP 1471-89) | Jan. 2023 | 2023 SUPP 1471-73 |
|---|---|---|---|
| EAR320-322 | Mifepristone 2023 Labeling and Medication Guide (2023 SUPP 1490-1509) | Jan. 2023 | 2023 SUPP 1490-1492 |
| EAR323 | Patient Agreement Form (Mifeprex) (2023 SUPP 001510) | Jan. 2023 | Entire range |
| **VOLUME F** | | | |
| **Materials Available on FDA and HHS Webpages** | | | |
| **Index Page No.** | **Webpage or Document Name** | **Date** | |
| EAR324-325 | Risk Evaluation and Mitigation Strategies | accessed Oct. 9, 2024 | |
| EAR3326 | FDA at a Glance | accessed Oct. 9, 2024 | |
| EAR327-332 | Approved Risk Evaluation and Mitigation Strategies (REMS) homepage | accessed Oct. 9, 2024 | |
| EAR333-338 | FDA, REMS Document: Opioid Analgesic REMS Program | Apr. 2021 | |
| EAR339-342 | Remarks by Secretary Xavier Becerra at the Press Conference in Response to President Biden's Directive Following Overturning of *Roe v. Wade* | June 28, 2022 | |