FILED

OCT 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>    Plaintiffs-Appellants,<br><br> v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br> v.<br><br>STATE OF IDAHO, *et al.*<br><br>    Defendants-Appellees. | No. 23-35294<br><br>D.C. No.<br>1:23-cv-03026-TOR<br>Eastern District of Washington<br><br>ORDER |

Before: S.R. THOMAS, CHRISTEN, and McKEOWN, Circuit Judges.

  The panel has voted to deny the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on the petition for rehearing en banc. Fed. R. App. P. 35.

  The petition for rehearing en banc is DENIED.