1  ROBERT W. FERGUSON
   Attorney General
2  NOAH GUZZO PURCELL, WSBA #43492
   Solicitor General
3  KRISTIN BENESKI, WSBA #45478
   First Assistant Attorney General
4  COLLEEN M. MELODY, WSBA #42275
   Civil Rights Division Chief
5  ANDREW R.W. HUGHES, WSBA #49515
   LAURYN K. FRAAS, WSBA #53238
6  Assistant Attorneys General
   TERA M. HEINTZ, WSBA #54921
7  Deputy Solicitor General
   800 Fifth Avenue, Suite 2000
8  Seattle, WA 98104-3188
   (206) 464-7744
9

10                    **UNITED STATES DISTRICT COURT**
                      **EASTERN DISTRICT OF WASHINGTON**
11

12 | STATE OF WASHINGTON, et al., | NO. 1:23-cv-03026-TOR |
13 | Plaintiffs, | MOTION FOR LEAVE TO APPEAR PRO HAC VICE |
14 | v. | FEE: $200.00 |
15 | UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., | |
16 | Defendants. | |

17

18    Pursuant to LCivR 83.2(c) of the United States District Court for the Eastern

19 District of Washington, Alma Rose Nunley hereby moves for permission to appear

20 and participate as counsel in the above-entitled action on behalf of the State of

21 Connecticut.

22

MOTION FOR LEAVE TO APPEAR
PRO HAC VICE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

The particular need for my appearance and participation is: to ensure adequate representation of the interests of the State of Connecticut.

I, Alma Rose Nunley, understand that I am charged with knowing and complying with all applicable local rules.

I have been admitted to practice before the following courts on the following dates:

| Courts | Dates |
|---|---|
| Connecticut | 11/28/2014 |
| U.S. District Court for the District of Connecticut | 11/13/2018 |
| U.S. District Court for the District of Columbia | 10/4/2024 |
| United States Second Circuit Court of Appeals | 4/1/2019 |

I have not been disbarred or formally censured by a court of record or by a state bar association and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/6/2024     Signature of Applicant: /s/ Alma Rose Nunley

Pro Hac Vice Attorney
Applicant's Name:         Alma Rose Nunley
Bar No./State Bar No.:    CT Bar No. 439858
Law Firm Name:            Connecticut Office of the Attorney General
Street Address:           165 Capitol Avenue
City, State, Zip:         Hartford, CT 06106
Phone Number:             (860) 808-5020
Primary Email:            alma.nunley@ct.gov

# STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Alma Rose Nunley is unable to be present upon any date assigned by the court.

| | |
|---|---|
| DATE: 11/7/2024 | Signature Local Counsel: /s/ Andrew R.W. Hughes |
| Local Counsel's Name: | ANDREW R.W. HUGHES |
| Bar # / State Bar #: | WSBA #49515 |
| Law Firm Name: | Washington Office of the Attorney General |
| Street Address: | 800 Fifth Avenue, Suite 2000 |
| City, State, Zip: | Seattle, WA 98104 |
| Phone/Facsimile: | 206-498-8113 |
| Primary Email: | Andrew.Hughes@atg.wa.gov |

MOTION FOR LEAVE TO APPEAR PRO HAC VICE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**Electronic Case Filing Agreement**

By submitting this form, the undersigned understands and agrees to the following:

1.  The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.  The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.  If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the Court. Members of the Court's systems staff will assess the risk and advise you accordingly.

4.  By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil procedure 5(b)(2)(c), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

5.  You will continue to access court information via the Eastern District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the Court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6.  By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

*/s/Alma Rose Nunley*                                    11/6/2024
Signature                                                          Date Signed