NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | No. 1:23-cv-03026 <br><br> STIPULATED MOTION TO MODIFY DEADLINES <br><br> 12/23/24 <br> WITHOUT ORAL ARGUMENT |

Following a request by Defendants, the parties hereby stipulate to and request that the Court modify the schedule set in its July 16, 2024 Order (ECF No. 153) and extend Defendants' deadline to file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment,

STIPULATED MOTION
TO MODIFY DEADLINES

1

and all subsequent related deadlines. As set forth herein, good cause exists to grant this Motion.

1. On July 16, 2024, this Court granted the parties' request to set a summary judgment briefing schedule.

2. Pursuant to that schedule, Plaintiffs timely filed their motion for summary judgment on October 10, 2024.

3. The schedule contemplates the following deadlines for the remaining filings:

   a. Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment, not to exceed 40 pages, is due by December 6, 2024;

   b. Plaintiffs' combined reply in support of their motion for summary judgment and opposition to Defendants' motion for summary judgment, not to exceed 35 pages, is due by January 24, 2025;

   c. Defendants' reply in support of their motion for summary judgment, not to exceed 20 pages, is due by March 7, 2025;

   d. The parties' joint appendix of citations to the administrative record is due by March 21, 2025.

STIPULATED MOTION
TO MODIFY DEADLINES

4. Undersigned counsel for Defendants has a hearing in another matter scheduled for December 5, 2024, which will require significant preparation time. Accordingly, having met and conferred, the parties agree to request that the Court modify the existing schedule by extending Defendants' upcoming December 6 deadline and all subsequent deadlines by 5 days. Under that revised schedule:

    a. Defendants will file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment, not to exceed 40 pages, no later than December 11, 2024;

    b. Plaintiffs will file their combined reply in support of their motion for summary judgment and opposition to Defendants' motion for summary judgment, not to exceed 35 pages, no later than January 29, 2025;

    c. Defendants will file their reply in support of their motion for summary judgment, not to exceed 20 pages, no later than March 12, 2025;

    d. The parties shall jointly prepare, and Plaintiffs shall file, a joint appendix containing portions of the administrative record cited in the parties' briefs no later than March 26, 2025.

STIPULATED MOTION
TO MODIFY DEADLINES

November 21, 2024

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | HILARY K. PERKINS<br>Assistant Director |
| */s/ Kristin Beneski*<br>NOAH GUZZO PURCELL,<br>WSBA #43492<br>Solicitor General<br>KRISTIN BENESKI, WSBA #45478<br>First Assistant Attorney General<br>COLLEEN M. MELODY,<br>WSBA #42275,<br>Civil Rights Division Chief<br>ANDREW R.W. HUGHES,<br>WSBA #49515<br>LAURYN K. FRAAS,<br>WSBA #53238<br>Assistant Attorneys General<br>TERA M. HEINTZ, WSBA #54921<br>Deputy Solicitor General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>*Attorneys for Plaintiff State of Washington* | */s/ Noah T. Katzen*<br>NOAH T. KATZEN<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044-0386<br>(202) 305-2428<br>(202) 514-8742 (fax)<br>Noah.T.Katzen@usdoj.gov<br><br>*Counsel for Defendants* |

STIPULATED MOTION
TO MODIFY DEADLINES

4

| | |
|---|---|
| ELLEN F. ROSENBLUM<br>Attorney General of Oregon<br><br>/s/ Carla A. Scott<br>SANDER MARCUS HULL, WSBA #35986<br>CARLA A. SCOTT, WSBA #39947<br>Senior Assistant Attorneys General<br>YOUNGWOO JOH, OSB #164105<br>Assistant Attorney General<br>Trial Attorneys<br>Tel: (971) 673-1880<br>Fax: (971) 673-5000<br>marcus.hull@doj.state.or.us<br>carla.a.scott@doj.state.or.us<br>youngwoo.joh@doj.state.or.us<br>*Attorneys for State of Oregon* | KRIS MAYES<br>Attorney General of Arizona<br><br>/s/ Daniel C. Barr<br>Daniel C. Barr (Arizona No. 010149)<br>Chief Deputy Attorney General<br>Luci D. Davis (Arizona No. 35347)<br>Office of the Attorney General of Arizona<br>2005 N. Central Ave.<br>Phoenix, AZ 85004-1592<br>Phone: (602) 542-8080<br>Email:       Daniel.Barr@azag.gov<br>                  Luci.Davis@azag.gov<br>*Attorneys for Plaintiff State of Arizona* |
| PHILIP J. WEISER<br>Attorney General of Colorado<br><br>/s/ Shannon Stevenson<br>SHANNON STEVENSON, CO #35542<br>Solicitor General<br>MICHAEL MCMASTER, CO #42368<br>Assistant Solicitor General<br>Office of the Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>*Attorneys for Plaintiff State of Colorado* | WILLIAM TONG<br>Attorney General of Connecticut<br><br>/s/ Joshua Perry<br>Joshua Perry<br>Solicitor General<br>Alma Rose Nunley, CT Bar No. 439858<br>Assistant Attorney General<br>Office of the Connecticut Attorney General<br>165 Capitol Ave, Hartford, CT 06106<br>Joshua.perry@ct.gov<br>alma.nunley@ct.gov<br>(860) 808-5372<br>Fax: (860) 808-5387<br>*Attorneys for Plaintiff State of Connecticut* |

STIPULATED MOTION
TO MODIFY DEADLINES

| | |
|---|---|
| KATHLEEN JENNINGS<br>Attorney General of Delaware | KWAME RAOUL<br>Attorney General of Illinois |
| */s/ Vanessa L. Kassab*<br>VANESSA L. KASSAB<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>302-683-8899<br>vanessa.kassab@delaware.gov<br>*Attorney for Plaintiff State of Delaware* | */s/ Caitlyn G. McEllis*<br>Caitlyn G. McEllis (6306561)<br>Senior Policy Counsel<br>Office of the Illinois Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601<br>Phone: (312) 793-2394<br>Caitlyn.McEllis@ilag.gov<br>*Attorney for Plaintiff State of Illinois* |
| DANA NESSEL<br>Attorney General of Michigan | AARON D. FORD<br>Attorney General of Nevada |
| */s/ Stephanie M. Service*<br>Stephanie M. Service (P73305)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>Health, Education & Family Services Division<br>P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>ServiceS3@michigan.gov<br>*Attorney for Plaintiff Attorney General of Michigan* | */s/ Heidi Parry Stern*<br>Heidi Parry Stern (Bar. No. 8873)<br>Solicitor General<br>Office of the Nevada Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>HStern@ag.nv.gov<br>*Attorney for Plaintiff State of Nevada* |

STIPULATED MOTION
TO MODIFY DEADLINES

6

| | |
|---|---|
| RAÚL TORREZ<br>Attorney General of New Mexico | PETER F. NERONHA<br>Attorney General of Rhode Island |
| /s/ Aletheia Allen<br>Aletheia Allen<br>Solicitor General<br>New Mexico Office of the Attorney General<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>AAllen@nmag.gov<br>*Attorney for Plaintiff State of New Mexico* | /s/ Julia C. Harvey<br>JULIA C. HARVEY #10529<br>Special Assistant Attorney General<br>150 S. Main Street<br>Providence, RI 02903<br>(401) 274-4400 x2103<br>*Attorney for Plaintiff State of Rhode Island* |
| CHARITY R. CLARK<br>Attorney General of Vermont | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia |
| /s/ Sarah L.J. Aceves<br>SARAH L.J. ACEVES<br>Assistant Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001<br>(802)828-3170<br><br>sarah.aceves@vermont.gov<br>*Attorney for Plaintiff State of Vermont* | JENNIFER C. JONES<br>Deputy Attorney General<br>Public Advocacy Division<br>WILLIAM STEPHENS<br>Assistant Deputy Attorney General<br>Public Advocacy Division<br><br>/s/ Nicole S. Hill<br>NICOLE S. HILL<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, N.W.<br>Washington, D.C. 20001<br>(202) 727-4171<br>nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* |

STIPULATED MOTION
TO MODIFY DEADLINES

| | |
|---|---|
| ANNE E. LOPEZ<br>Attorney General | AARON M. FREY<br>Attorney General |
| */s/ Erin N. Lau*<br>Erin N. Lau 009887<br>465 South King St., Room 200<br>Honolulu, Hawaii 96813<br>Erin.N.Lau@hawaii.gov<br>*Counsel for the State of Hawaii* | */s/ Halliday Moncure*<br>Halliday Moncure, Bar No. 4559<br>Assistant Attorney General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>(207) 626-8800<br>halliday.moncure@maine.gov |
| ANTHONY G. BROWN<br>Attorney General of Maryland | KEITH ELLISON<br>Attorney General<br>State of Minnesota |
| */s/Steven M. Sullivan*<br>STEVEN M. SULLIVAN<br>Solicitor General<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 576-6427<br>ssullivan@oag.state.md.us<br>*Attorney for Plaintiff State of Maryland* | */s/Liz Kramer*<br>LIZ KRAMER (#0325089)<br>Solicitor General<br>JENNIFER OLSON (#0391356)<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1010 (Voice)<br>(651) 282-5832 (Fax)<br>liz.kramer@ag.state.mn.us<br>jennifer.olson@ag.state.mn.us<br>*Attorneys for Plaintiff State of Minnesota* |

STIPULATED MOTION
TO MODIFY DEADLINES

8

1 | MICHELLE A. HENRY
2 | Attorney General of Pennsylvania

3 | */s/ Lisa E. Eisenberg*
    LISA E. EISENBERG
4 | (Pa Bar No. 324701)
    Deputy Attorney General
5 | 1600 Arch Sreet, Suite 300
6 | Philadelphia, PA 19103

7 | leisenberg@attorneygeneral.gov
    (215) 316-9807
8 | *Attorney for the Commonwealth of*
    *Pennsylvania*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          */s/ Noah T. Katzen*
                                          NOAH T. KATZEN