UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | No. 1:23-cv-03026 <br><br> ORDER GRANTING STIPULATED MOTION TO MODIFY DEADLINES <br><br> [PROPOSED] |

The parties have jointly filed a Stipulated Motion to Modify Deadlines. Upon consideration thereof, and for good cause shown, that Motion is GRANTED. The summary judgment briefing schedule is modified as follows:

1. Defendants shall file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment, not to exceed 40 pages, no later than December 11, 2024;

2. Plaintiffs shall file their combined reply in support of their motion for summary judgment and opposition to Defendants' motion for

summary judgment, not to exceed 35 pages, no later than January 29, 2025;

3. Defendants shall file their reply in support of their motion for summary judgment, not to exceed 20 pages, no later than March 12, 2025;

4. The parties shall jointly prepare, and Plaintiffs shall file, a joint appendix containing portions of the administrative record cited in the parties' briefs no later than March 26, 2025.

SO ORDERED.

ISSUED this _____ day of _____, 2024.

_____
Hon. Thomas O. Rice

ORDER GRANTING STIPULATED MOTION TO MODIFY DEADLINES [PROPOSED]

2