NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | No. 1:23-cv-03026 |
| Plaintiffs, | JOINT MOTION TO EXPEDITE |
| v. | 11/29/24 |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | WITHOUT ORAL ARGUMENT |
| Defendants. | |

The parties jointly move for expedited consideration of their Stipulated

Motion to Modify Deadlines, ECF No. 162.

An expedited ruling on the parties' Stipulated Motion to Modify Deadlines is

necessary because that motion proposes to modify the parties' remaining summary

judgment deadlines, the first of which is on December 6, 2024. Without expedited

consideration, the Stipulated Motion to Modify Deadlines would not be set for

1

JOINT MOTION TO EXPEDITE

hearing until December 23, 2024, well after the current response deadline. The

parties therefore have good cause to seek an immediate hearing on this Joint

Motion to Expedite, and they respectfully request a ruling on the Joint Motion to

Modify Deadlines by November 25, 2024.

November 21, 2024

| | |
|---|---|
| ROBERT W. FERGUSON | HILARY K. PERKINS |
| Attorney General | Assistant Director |
| | |
| /s/ Kristin Beneski | /s/ Noah T. Katzen |
| NOAH GUZZO PURCELL, | NOAH T. KATZEN |
| WSBA #43492 | Trial Attorney |
| Solicitor General | Consumer Protection Branch |
| KRISTIN BENESKI, WSBA #45478 | U.S. Department of Justice |
| First Assistant Attorney General | P.O. Box 386 |
| COLLEEN M. MELODY, | Washington, DC 20044-0386 |
| WSBA #42275, | (202) 305-2428 |
| Civil Rights Division Chief | (202) 514-8742 (fax) |
| ANDREW R.W. HUGHES, | Noah.T.Katzen@usdoj.gov |
| WSBA #49515 | |
| LAURYN K. FRAAS, | *Counsel for Defendants* |
| WSBA #53238 | |
| Assistant Attorneys General | |
| TERA M. HEINTZ, WSBA #54921 | |
| Deputy Solicitor General | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA  98104-3188 | |
| (206) 464-7744 | |
| *Attorneys for Plaintiff State of* | |
| *Washington* | |

2

JOINT MOTION TO EXPEDITE

ELLEN F. ROSENBLUM
Attorney General of Oregon

*/s/ Carla A. Scott*
SANDER MARCUS HULL,
WSBA #35986
CARLA A. SCOTT, WSBA #39947
Senior Assistant Attorneys General
YOUNGWOO JOH, OSB #164105
Assistant Attorney General
Trial Attorneys
Tel: (971) 673-1880
Fax: (971) 673-5000
marcus.hull@doj.state.or.us
carla.a.scott@doj.state.or.us
youngwoo.joh@doj.state.or.us
*Attorneys for State of Oregon*

PHILIP J. WEISER
Attorney General of Colorado

*/s/ Shannon Stevenson*
SHANNON STEVENSON, CO
#35542
Solicitor General
MICHAEL MCMASTER,
CO #42368
Assistant Solicitor General
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
*Attorneys for Plaintiff State of Colorado*

KRIS MAYES
Attorney General of Arizona

*/s/ Daniel C. Barr*
Daniel C. Barr (Arizona No. 010149)
Chief Deputy Attorney General
Luci D. Davis (Arizona No. 35347)
Office of the Attorney General of
Arizona
2005 N. Central Ave.
Phoenix, AZ 85004-1592
Phone: (602) 542-8080
Email:      Daniel.Barr@azag.gov
              Luci.Davis@azag.gov
*Attorneys for Plaintiff State of
Arizona*

WILLIAM TONG
Attorney General of Connecticut

*/s/ Joshua Perry*
Joshua Perry
Solicitor General
Alma Rose Nunley, CT Bar No.
439858
Assistant Attorney General
Office of the Connecticut Attorney
General
165 Capitol Ave, Hartford, CT 06106
Joshua.perry@ct.gov
alma.nunley@ct.gov
(860) 808-5372
Fax: (860) 808-5387
*Attorneys for Plaintiff State of
Connecticut*

3

JOINT MOTION TO EXPEDITE

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Vanessa L. Kassab*
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
vanessa.kassab@delaware.gov
*Attorney for Plaintiff State of Delaware*

DANA NESSEL
Attorney General of Michigan

*/s/ Stephanie M. Service*
Stephanie M. Service (P73305)
Assistant Attorney General
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
ServiceS3@michigan.gov
*Attorney for Plaintiff Attorney General of Michigan*

KWAME RAOUL
Attorney General of Illinois

*/s/ Caitlyn G. McEllis*
Caitlyn G. McEllis (6306561)
Senior Policy Counsel
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601
Phone: (312) 793-2394
Caitlyn.McEllis@ilag.gov
*Attorney for Plaintiff State of Illinois*

AARON D. FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*
Heidi Parry Stern (Bar. No. 8873)
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

4

JOINT MOTION TO EXPEDITE

RAÚL TORREZ
Attorney General of New Mexico

*/s/ Aletheia Allen*
Aletheia Allen
Solicitor General
New Mexico Office of the Attorney
General
201 Third St. NW, Suite 300
Albuquerque, NM 87102
AAllen@nmag.gov
*Attorney for Plaintiff State of New
Mexico*


CHARITY R. CLARK
Attorney General of Vermont

*/s/ Sarah L.J. Aceves*
SARAH L.J. ACEVES
Assistant Attorney General
109 State Street
Montpelier, VT 05609-1001
(802)828-3170


sarah.aceves@vermont.gov
*Attorney for Plaintiff State of Vermont*

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Julia C. Harvey*
JULIA C. HARVEY #10529
Special Assistant Attorney General
150 S. Main Street
Providence, RI 02903
(401) 274-4400 x2103
*Attorney for Plaintiff State of Rhode
Island*


BRIAN L. SCHWALB
Attorney General for the District of
Columbia
JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division
WILLIAM STEPHENS
Counsel to the Deputy

*/s/ Nicole S. Hill*
NICOLE S. HILL
Assistant Attorney General
Office of the Attorney General for the
District of Columbia
400 Sixth Street, N.W.
Washington, D.C. 20001
(202) 727-4171
nicole.hill@dc.gov
*Attorneys for Plaintiff District of
Columbia*

5

JOINT MOTION TO EXPEDITE

ANNE E. LOPEZ
Attorney General

/s/ Erin N. Lau
Erin N. Lau 009887
465 South King St., Room 200
Honolulu, Hawaii 96813
Erin.N.Lau@hawaii.gov
*Counsel for the State of Hawaii*

ANTHONY G. BROWN
Attorney General of Maryland

/s/Steven M. Sullivan
STEVEN M. SULLIVAN
Solicitor General
Office of the Attorney General of
Maryland
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6427
ssullivan@oag.state.md.us
*Attorney for Plaintiff State of
Maryland*

AARON M. FREY
Attorney General

/s/ Halliday Moncure
Halliday Moncure, Bar No. 4559
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
halliday.moncure@maine.gov

KEITH ELLISON
Attorney General
State of Minnesota

/s/Liz Kramer
LIZ KRAMER (#0325089)
Solicitor General
JENNIFER OLSON (#0391356)
Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us
jennifer.olson@ag.state.mn.us
*Attorneys for Plaintiff State of
Minnesota*

6

JOINT MOTION TO EXPEDITE

MICHELLE A. HENRY
Attorney General of Pennsylvania

*/s/ Lisa E. Eisenberg*
LISA E. EISENBERG
(Pa Bar No. 324701)
Deputy Attorney General
1600 Arch Sreet, Suite 300
Philadelphia, PA 19103
leisenberg@attorneygeneral.gov
215-316-9807

*Attorney for the Commonwealth of Pennsylvania*

7

JOINT MOTION TO EXPEDITE

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 21, 2024, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to all counsel of record.


/s/ Noah T. Katzen
NOAH T. KATZEN

8
JOINT MOTION TO EXPEDITE