UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>                  Plaintiffs,<br><br>   v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>                  Defendants. | No. 1:23-cv-03026<br><br>ORDER GRANTING JOINT MOTION TO EXPEDITE<br><br>[PROPOSED] |

The parties have filed a Joint Motion to Expedite, requesting a ruling on their Stipulated Motion to Modify Deadlines by November 25, 2024. The Stipulated Motion proposes to modify the parties' remaining summary judgment briefing deadlines, the first of which is on December 6, 2024. Without expedited consideration, the Stipulated Motion to Modify Deadlines would not be set for hearing until December 23, 2024, well after the current response deadline. Therefore, for good cause shown, the Joint Motion to Expedite is GRANTED.

SO ORDERED.

ORDER GRANTING JOINT
MOTION TO EXPEDITE
[PROPOSED]

1  ISSUED this _____ day of _____, 2024.

_____

Hon. Thomas O. Rice

ORDER GRANTING JOINT
MOTION TO EXPEDITE
[PROPOSED]

2