MICHELLE A. HENRY
Attorney General of Pennsylvania
LISA E. EISENBERG
(Pa. Bar No. 324701)
Deputy Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
leisenberg@attorneygeneral.gov
(215) 316-9807

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., <br><br> Defendants. | NO. 1:23-cv-03026-TOR <br><br> NOTICE OF WITHDRAWAL OF APPEARANCE FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA |

To the Clerk:

Please withdraw the appearance of Lisa Eisenberg of the Pennsylvania Office of Attorney General on behalf of plaintiff, the Commonwealth of Pennsylvania. Pennsylvania Attorney General Michelle Henry has delegated the representation of this case to the Pennsylvania Governor's Office of General Counsel. *See* 71 Pa. Stat. Ann. § 732-204(c). General Counsel Michael Fischer has been granted leave to appear *pro hac vice* to represent the Commonwealth of Pennsylvania in this matter.

MOTION TO WITHDRAW
APPEARANCE AND
SUBSTITUTION OF COUNSEL
FOR PLAINTIFF
COMMONWEALTH OF
PENNSYLVANIA

1

DATED this 22nd day of November 2024.

        MICHELLE A. HENRY
        Attorney General of Pennsylvania

        *s/ Lisa E. Eisenberg*
        LISA E. EISENBERG
        (Pa. Bar No. 324701)
        Deputy Attorney General
        1600 Arch Street, Suite 300
        Philadelphia, PA 19103
        leisenberg@attorneygeneral.gov
        (215) 316-9807

**CERTIFICATE OF SERVICE**

I, Lisa E. Eisenberg, hereby certify that on November 22, 2024, I caused a copy of the foregoing to be electronically filed and served via the CM/ECF filing system. All participants in the case who are registered CM/ECF users will be served via the CM/ECF system.

*/s/ Lisa E. Eisenberg*
Deputy Attorney General