UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF OREGON, STATE OF ARIZONA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, ATTORNEY GENERAL OF MICHIGAN, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF RHODE ISLAND, STATE OF VERMONT, DISTRICT OF COLUMBIA, STATE OF HAWAII, STATE OF MAINE, STATE OF MARYLAND, STATE OF MINNESOTA, and COMMONWEALTH OF PENNSYLVANIA,<br><br>          Plaintiffs,<br><br>   v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, ROBERT M. CALIFF, in his official capacity as Commissioner of Food and Drugs, UNITED STATES DEPARTMENT OF HEALTH AND | NO. 1:23-CV-3026-TOR<br><br>ORDER MODIFYING DEADLINES |

ORDER MODIFYING DEADLINES ~ 1

HUMAN SERVICES, and XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services,

Defendants.

BEFORE THE COURT is the Parties' Joint Motion to Modify Deadlines (ECF No. 162) and Joint Motion to Expedite (ECF No. 163). The Court has reviewed the record and files herein and is fully informed.

The parties seek to extend the current summary judgment deadlines, the first of which is set on December 6, 2024, by five days. The Court finds good cause to grant the parties' motions.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Parties' Joint Motion to Modify Deadlines (ECF No. 162) and to Expedite (ECF No. 163) are **GRANTED**.

2. Defendants will file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment, not to exceed 40 pages, no later than December 11, 2024;

3. Plaintiffs will file their combined reply in support of their motion for summary judgment and opposition to Defendants' motion for summary judgment, not to exceed 35 pages, no later than January 29, 2025;

4. Defendants will file their reply in support of their motion for summary judgment, not to exceed 20 pages, no later than March 12, 2025;

5. The parties shall jointly prepare, and Plaintiffs shall file, a joint appendix containing portions of the administrative record cited in the parties' briefs no later than March 26, 2025;

The District Court Executive is directed to enter this Order and furnish copies to counsel, including those attorneys who have not signed up for electronic filing and service.

DATED November 25, 2024.



THOMAS O. RICE
United States District Judge

ORDER MODIFYING DEADLINES ~ 3