NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | No. 1:23-cv-03026 <br><br> DECLARATION OF NOAH T. KATZEN |

Pursuant to 28 U.S.C. § 1746, I, Noah T. Katzen, hereby declare:

1.  I am an attorney in the U.S. Department of Justice, Civil Division, Consumer Protection Branch. I am assigned to represent Defendants in the above-captioned case. The statements made herein are based on my personal knowledge, and on information made available to me in the course of my duties and responsibilities as Government counsel in this case.

DECLARATION OF NOAH T. KATZEN   1

2. I submit this declaration in support of Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment

3. Filed herewith are true and correct copies of the following documents from the Administrative Record, cited in Defendants' Motion as "Defendants' Excerpts of Administrative Record (DEAR)":

| Document Name | Bates Range | DEAR Page Range |
|---|---|---|
| Letter from CDER to Sandra P. Arnold, Population Council re: Approval (Sept. 28, 2000) | FDA 0003-5 | 1-3 |
| Approved Labeling Text (Sept 28, 2000) | FDA 0006-17 | 4-15 |
| Korlym Risk Assessment and Risk Mitigation Review | FDA 0292-306 | 16-30 |
| Approval package index and approval letter for Supp. 20 | FDA 0371-381 | 31-41 |
| FDA Supplemental Approval letter (June 8, 2011) | FDA 1281-1284 | 42-45 |
| Joint Motion and Order to Stay Case Pending Agency Review *Chelius v. Becerra*, 17-cv-0493 (D. Haw. May 7, 2021) ECF Nos. 148, 149 | 2021 REMS 000643-650 | 46-53 |
| Letter from U.S. Food & Drug Admin. to Danco Laboratories, LLC re: REMS Modification Notification (December 16, 2021) | 2021 REMS 001803-1807 | 54-58 |
| Letter from U.S. Food & Drug Admin. to GenBioPro, Inc. re: REMS Modification | 2021 REMS 001808-1811 | 59-62 |

2

DECLARATION OF NOAH T. KATZEN

| | | |
|---|---|---|
| Notification (December 16, 2021) | | |
| NDA – supplemental application submission (June 22, 2022) | 2023 SUPP 000257-350 | 63-156 |
| ANDA – supplemental application submission (June 22, 2022) | 2023 SUPP 00351-439 | 157-245 |
| Joint Summary Review (January 3, 2023) | 2023 SUPP 001112-1150 | 246-284 |
| U.S. Food & Drug Admin. REMS Memo (December 16, 2021) | 2021 REMS 001505-1508 | 285-288 |
| U.S. Food & Drug Admin. Memorandum re adverse events from 10/1/21-12/3/22 | 2023 SUPP 001040-1051 | 289-300 |

I swear under penalty of perjury that the foregoing is true and correct. Executed on December 11, 2024.

/s/ Noah T. Katzen
NOAH T. KATZEN

3
DECLARATION OF NOAH T. KATZEN