UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>　　　　　　　　Defendants. | No. 1:23-cv-03026<br><br>ORDER GRANTING DEFENDANTS'S CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>[PROPOSED] |

　　The Court, having considered the parties' cross-motions for summary judgment, all briefing related thereto, and the administrative record, hereby GRANTS Defendants' Cross-Motion for Summary Judgment and DENIES Plaintiffs' Motion for Summary Judgment.

　　ISSUED this _____ day of _____, ____.

　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　Hon. Thomas O. Rice

1

ORDER GRANTING DEFENDANTS'S
CROSS-MOTION FOR SUMMARY JUDGMENT
AND DENYING PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT

[PROPOSED]