1 | ROBERT W. FERGUSON
Attorney General
2 | NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
3 | KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
4 | COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
5 | ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
6 | Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
7 | Deputy Solicitor General
800 Fifth Avenue, Suite 2000
8 | Seattle, WA 98104-3188
(206) 464-7744
9 |

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 1:23-cv-03026-TOR |
| Plaintiffs, | STIPULATED MOTION TO MODIFY DEADLINES |
| v. | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., | |
| Defendants. | |

Following a request by the Plaintiff States, the parties hereby stipulate to and request that the Court modify the schedule set in its Order entered on November 25, 2024 (ECF No. 169) and extend Plaintiffs' deadline to file their combined reply in support of their motion for summary judgment and opposition to Defendants'

STIPULATED MOTION TO MODIFY DEADLINES

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  motion for summary judgment, and all subsequent related deadlines. As set forth
2  herein, good cause exists to grant this Motion.

3      1.    On November 25, 2024, upon the stipulation of the parties, the Court
4  entered the operative summary judgment briefing schedule (ECF No. 169). Under
5  that schedule, the Plaintiff States' combined reply in support of their motion for
6  summary judgment and opposition to Defendants' motion for summary judgment,
7  not to exceed 35 pages, is due no later than January 29, 2025.

8      2.    The Plaintiff States request a sixty-day extension of that deadline to
9  accommodate the change of administration in a number of the Plaintiff States,
10 including Washington and Oregon, both of whom elected new Attorneys General
11 who have not yet taken office. The Plaintiff States need time to confer with their
12 new Attorneys General, and their incoming leadership teams, on this matter
13 following the transition in January 2025 and provide them with ample time to
14 review the robust record in this case.

15     3.    The Plaintiff States have met and conferred with Defendants, who
16 agree to this request. The parties agree that Defendants' remaining briefing
17 deadline, and the parties' shared deadline to file the joint appendix, should likewise
18 be extended.

19     4.    Accordingly, the parties request that the Court modify the existing
20 briefing schedule as follows:

21
22

    a.    Plaintiffs will file their combined reply in support of their motion for summary judgment and opposition to Defendants' motion for summary judgment, not to exceed 35 pages, no later than March 31, 2025;

    b.    Defendants will file their reply in support of their motion for summary judgment, not to exceed 20 pages, no later than May 30, 2025; and

    c.    The parties shall jointly prepare, and Plaintiffs shall file, a joint appendix containing portions of the administrative record cited in the parties' briefs no later than June 13, 2025.

The parties will thereafter be available for argument on their summary judgment motions at the Court's convenience.

DATED this 20th day of December 2024.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | HILARY K. PERKINS<br>Assistant Director |
| /s/ Lauryn K. Fraas<br>NOAH GUZZO PURCELL,<br>WSBA #43492<br>Solicitor General<br>KRISTIN BENESKI, WSBA #45478<br>First Assistant Attorney General<br>COLLEEN M. MELODY,<br>WSBA #42275<br>Civil Rights Division Chief<br>ANDREW R.W. HUGHES,<br>WSBA #49515<br>LAURYN K. FRAAS, WSBA #53238<br>Assistant Attorneys General<br>TERA M. HEINTZ, WSBA #54921<br>Deputy Solicitor General | /s/ Noah T. Katzen<br>NOAH T. KATZEN<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044-0386<br>(202) 305-2428<br>(202) 514-8742 (fax)<br>Noah.T.Katzen@usdoj.gov<br>*Counsel for Defendants* |

1 | 800 Fifth Avenue, Suite 2000
2 | Seattle, WA 98104-3188
  | (206) 464-7744
3 | Noah.Purcell@atg.wa.gov
  | Kristin.Beneski@atg.wa.gov
4 | Colleen.Melody@atg.wa.gov
  | Andrew.Hughes@atg.wa.gov
5 | Lauryn.Fraas@atg.wa.gov
  | Tera.Heintz@atg.wa.gov
6 | *Attorneys for Plaintiff State of Washington*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

STIPULATED MOTION TO MODIFY DEADLINES

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| ELLEN F. ROSENBLUM<br>Attorney General of Oregon<br><br>*/s/ Carla A. Scott*<br>SANDER MARCUS HULL, WSBA #35986<br>CARLA A. SCOTT, WSBA #39947<br>Senior Assistant Attorneys General<br>YOUNGWOO JOH, OSB #164105<br>Assistant Attorney General<br>Trial Attorneys<br>Tel: (971) 673-1880<br>Fax: (971) 673-5000<br>marcus.hull@doj.state.or.us<br>carla.a.scott@doj.state.or.us<br>youngwoo.joh@doj.state.or.us<br>*Attorneys for State of Oregon* | KRIS MAYES<br>Attorney General of Arizona<br><br>*/s/ Daniel C. Barr*<br>Daniel C. Barr (Arizona No. 010149)<br>Chief Deputy Attorney General<br>Luci D. Davis (Arizona No. 35347)<br>Office of the Attorney General of Arizona<br>2005 N. Central Ave.<br>Phoenix, AZ 85004-1592<br>Phone: (602) 542-8080<br>Email:    Daniel.Barr@azag.gov<br>            Luci.Davis@azag.gov<br>*Attorneys for Plaintiff State of Arizona* |
| PHILIP J. WEISER<br>Attorney General of Colorado<br><br>*/s/ Shannon Wells Stevenon*<br>SHANNON WELLS STEVENSON, #35542<br>Solicitor General<br>MICHAEL MCMASTER, CO #42368<br>Assistant Solicitor General<br>Office of the Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>*Attorneys for Plaintiff State of Colorado* | WILLIAM TONG<br>Attorney General of Connecticut<br><br>*/s/ Joshua Perry*<br>Joshua Perry<br>Solicitor General<br>Alma Rose Nunley<br>Assistant Attorney General<br>Office of the Connecticut Attorney General<br>165 Capitol Ave, Hartford, CT 06106<br>Joshua.perry@ct.gov<br>(860) 808-5372<br>Fax: (860) 808-5387<br>*Attorney for Plaintiff State of Connecticut* |

| | |
|---|---|
| KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>/s/Vanessa L. Kassab<br>VANESSA L. KASSAB<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>302-683-8899<br>vanessa.kassab@delaware.gov<br>*Attorney for Plaintiff State of Delaware* | KWAME RAOUL<br>Attorney General of Illinois<br><br>/s/ Caitlyn G. McEllis<br>Caitlyn G. McEllis (6306561)<br>Senior Policy Counsel<br>Office of the Illinois Attorney General<br>115 South LaSalle Street<br>Chicago, IL 60603<br>Phone: (312) 793-2394<br>Caitlyn.McEllis@ilag.gov<br>*Attorney for Plaintiff State of Illinois* |
| DANA NESSEL<br>Attorney General of Michigan<br><br>/s/ Stephanie M. Service<br>Stephanie M. Service (P73305)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>Health, Education & Family Services Division<br>P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>ServiceS3@michigan.gov<br>*Attorney for Plaintiff Attorney General of Michigan* | AARON D. FORD<br>Attorney General of Nevada<br><br>/s/ Heidi Parry Stern<br>Heidi Parry Stern (Bar. No. 8873)<br>Solicitor General<br>Office of the Nevada Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>HStern@ag.nv.gov<br>*Attorney for Plaintiff State of Nevada* |

| | | |
|---|---|---|
| 1 | RAÚL TORREZ<br>Attorney General of New Mexico | PETER F. NERONHA<br>Attorney General of Rhode Island |
| 2 | | |
| 3 | */s/Aletheia Allen*<br>Aletheia Allen<br>Solicitor General | */s/Julia C. Harvey*<br>JULIA C. HARVEY #10529<br>Special Assistant Attorney General |
| 4 | Executive Office<br>State of New Mexico Department of Justice | 150 S. Main Street<br>Providence, RI 02903<br>(401) 274-4400 x2103 |
| 5 | 201 Third St. NW, Suite 300<br>Albuquerque, NM 87102 | *Attorney for Plaintiff State of Rhode Island* |
| 6 | 505-527-2776<br>AAllen@nmag.gov | |
| 7 | *Attorney for Plaintiff State of New Mexico* | |
| 8 | | |
| 9 | CHARITY R. CLARK<br>Attorney General of Vermont | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia |
| 10 | */s/ Douglas Keehn* | JENNIFER C. JONES |
| 11 | DOUGLAS KEEHN<br>Assistant Attorney General | Deputy Attorney General<br>Public Advocacy Division |
| 12 | 109 State Street<br>Montpelier, VT 05609-1001 | WILLIAM STEPHENS<br>Assistant Deputy Attorney General |
| 13 | (802) 793-3892<br>douglas.keehn@vermont.gov | Public Advocacy Division |
| 14 | *Attorney for Plaintiff State of Vermont* | */s/ Nicole S. Hill*<br>NICOLE S. HILL |
| 15 | | Assistant Attorney General |
| 16 | | Office of the Attorney General for the District of Columbia |
| 17 | | 400 Sixth Street, N.W.<br>Washington, D.C. 20001<br>(202) 727-4171 |
| 18 | | nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |

| | |
|---|---|
| ANNE E. LOPEZ<br>Attorney General<br><br>*/s/ Erin N. Lau*<br>Erin N. Lau 009887<br>465 South King St., Room 200<br>Honolulu, Hawaii 96813<br>Erin.N.Lau@hawaii.gov<br>*Counsel for the State of Hawaii*<br><br>ANTHONY G. BROWN<br>Attorney General of Maryland<br><br>*/s/ Joshua M. Segal*<br>JOSHUA M. SEGAL<br>Assistant Attorney General<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 576-6446<br>jsegal@oag.state.md.us<br>*Attorney for Plaintiff State of Maryland* | AARON M. FREY<br>Attorney General<br><br>*/s/ Halliday Moncure*<br>Halliday Moncure, Bar No. 4559<br>Assistant Attorney General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>(207) 626-8800<br>halliday.moncure@maine.gov<br><br>KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>*/s/ Liz Kramer*<br>LIZ KRAMER (#0325089)<br>Solicitor General<br>JENNIFER OLSON (#0391356)<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1010 (Voice)<br>(651) 282-5832 (Fax)<br>liz.kramer@ag.state.mn.us<br>jennifer.olson@ag.state.mn.us<br>*Attorneys for Plaintiff State of Minnesota* |

*/s/Michael J. Fischer*
MICHAEL J. FISCHER, Pa. Bar No. 322311
General Counsel
AIMEE D. THOMSON, Pa. Bar No. 326328
Deputy General Counsel
Pennsylvania Office of General Counsel
333 Market St., 17th Floor
Harrisburg, PA 17101
(717) 831-2847
mjfischer@pa.gov
aimeethomson@pa.gov
*Attorneys for the Commonwealth of Pennsylvania*

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 20th day of December 2024, at Seattle, Washington.

*s/ Lauryn K. Fraas*
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General