FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF OREGON, STATE OF ARIZONA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, ATTORNEY GENERAL OF MICHIGAN, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF RHODE ISLAND, STATE OF VERMONT, DISTRICT OF COLUMBIA, STATE OF HAWAII, STATE OF MAINE, STATE OF MARYLAND, STATE OF MINNESOTA, and COMMONWEALTH OF PENNSYLVANIA,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, ROBERT M. CALIFF, in his official capacity as Commissioner of Food and Drugs, UNITED STATES DEPARTMENT OF HEALTH AND | NO. 1:23-CV-3026-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY DEADLINES |

ORDER GRANTING STIPULATED MOTION TO MODIFY DEADLINES ~ 1

HUMAN SERVICES, and XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services,

Defendants.

BEFORE THE COURT is the Parties' Stipulated Motion to Modify Deadlines (ECF No. 172) and Joint Motion to Expedite (ECF No. 173). The Court has reviewed the record and files herein and is fully informed. The Court finds good cause to grant the parties' motions.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion to Modify Deadlines (ECF No. 172) and Joint Motion to Expedite (ECF No. 173) are **GRANTED**.

2. Plaintiffs shall file their combined reply in support of their motion for summary judgment and opposition to Defendants' motion for summary judgment, not to exceed 35 pages, no later than **March 31, 2025**;

3. Defendants shall file their reply in support of their motion for summary judgment, not to exceed 20 pages, no later than **May 30, 2025**;

4. The parties shall jointly prepare, and Plaintiffs shall file, a joint appendix containing portions of the administrative record cited in the parties' briefs no later than **June 13, 2025**; and

ORDER GRANTING STIPULATED MOTION TO MODIFY DEADLINES ~ 2

5. If the parties want oral argument, immediately following the completion of briefing, the parties will advise the Court of their availability for oral argument.

The District Court Executive is directed to enter this Order and furnish copies to counsel, including those attorneys who have not signed up for electronic filing and service.

DATED December 23, 2024.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION TO MODIFY DEADLINES ~ 3