1 | ROBERT W. FERGUSON
Attorney General
2 | NOAH GUZZO PURCELL, WSBA #43492
Solicitor General
3 | KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
4 | COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
5 | ANDREW R.W. HUGHES, WSBA #49515
LAURYN K. FRAAS, WSBA #53238
6 | Assistant Attorneys General
TERA M. HEINTZ, WSBA #54921
7 | Deputy Solicitor General
800 Fifth Avenue, Suite 2000
8 | Seattle, WA 98104-3188
(206) 464-7744

9

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 1:23-cv-03026-TOR |
| Plaintiffs, | NOTICE OF WITHDRAWAL OF COUNSEL |
| v. | **CLERK'S ACTION REQUIRED** |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., | |
| Defendants. | |

TO:  CLERK OF THE ABOVE-ENTITLED COURT

AND TO:  ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that KRISTIN BENESKI, First Assistant Attorney General, hereby withdraws as counsel for Plaintiff State of Washington in the above-entitled action, effective immediately. Solicitor General Noah Guzzo Purcell, Civil Rights Division Chief Colleen M. Melody, Assistant Attorneys

General Lauryn K. Fraas and Andrew R.W. Hughes, and Deputy Solicitor General Tera M. Heintz remain counsel of record for Plaintiff State of Washington.

DATED this 13th day of January 2025.

        ROBERT W. FERGUSON
        Attorney General

        *s/ Kristin Beneski*
        KRISTIN BENESKI, WSBA #45478
        First Assistant Attorney General
        800 Fifth Avenue, Suite 2000
        Seattle, WA 98104-3188
        (206) 464-7744
        Kristin.Beneski@atg.wa.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 13th day of January 2025, at Seattle, Washington.

*s/ Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General

NOTICE OF WITHDRAWAL OF COUNSEL

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744